## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ATSCO HOLDINGS CORP, et al.** | ) | **Case No.  1:15-cv-1586** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME TO RESPOND** |
| **AIR TOOL SERVICE COMPANY, et al.** | ) | **TO MOTION AND COUNTERCLAIM** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiffs Atsco Holdings Corp. and Hy-Tech Machine, Inc. move the Court for an order setting January 11, 2016 as the deadline for Plaintiffs to respond to Defendants' motion to strike and their counterclaim. In support, Plaintiffs state that Defendants filed two different documents in response to the Complaint, a motion to strike and an answer and counterclaim. The documents were filed on different days and have different current response dates. Plaintiffs desire, with consent of Defendants, to respond to the motion and the counterclaim on January 11, 2016.

Respectfully submitted,

*/s/ Brian P. Muething*
Brian P. Muething (0076315)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel:  (513) 579-3814
Fax:  (513) 579-6457
bmuething@kmklaw.com

*Attorney for Plaintiffs*
*ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

OF COUNSEL:
KEATING MUETHING &
KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Brian P. Muething*
Brian P. Muething

6496749.1

-2-