UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., et al., | ) | CASE NO.: 1:15-cv-1586-CAB |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR LEAVE** |
| AIR TOOL SERVICE COMPANY, et al., | ) | **TO HAVE REPRESENTATIVE APPEAR** |
| | ) | **BY PHONE AT CASE MANAGEMENT** |
| Defendants. | ) | **CONFERENCE** |

Defendants, Air Tool Service Company, n/k/a X5432, Inc. ("ATSCO"), and Rick J. Sabath ("Sabath"), hereby move this Court for leave to permit Sabath to appear by telephone as a representative of the corporate entity and individually at the Case Management Conference scheduled for February 22, 2016 at 10:00 a.m. This motion is made on the grounds that Sabath is a resident and citizen of the State of North Carolina and it will impose an undue hardship upon him to appear at the Case Management Conference. Sabath can attend by telephone in a meaningful way, both as a corporate representative and individually. ATSCO is no longer a functioning business and has no employees or representatives present in the State of Ohio.

For the foregoing reasons, Defendants, Air Tool Service Company, n/k/a X5432, Inc., and Rick J. Sabath, move this Court for an order granting Sabath leave to appear by telephone at the Case Management Conference scheduled for February 22, 2016 at 10:00 a.m.

Respectfully submitted,

*/s/ Charles P. Royer*
David A. Schaefer (#0014297)
Charles P. Royer (#0037104)
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN, CO., L.P.A.
101 W. Prospect Ave., Suite 1800
Cleveland, Ohio 44115-1088
Phone: (216) 696-1422
Facsimile: (216) 696-1210
das@mccarthylebit.com
cpr@mccarthylebit.com

*Attorneys for Defendants, Air Tool Service Company, n/k/a X5432, Inc. and Rick J. Sabath*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of February, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Charles P. Royer*
Charles P. Royer (#0037104)

{00839365}

2