**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ATSCO HOLDINGS CORP, et al.** | ) | **Case No.  1:15-cv-1586** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **PLAINTIFFS' MOTION FOR COUNSEL AND REPRESENTATIVE** |
| | ) | **TO APPEAR TELEPHONICALLY AT** |
| **AIR TOOL SERVICE COMPANY, et al.** | ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiffs move the Court for counsel and party representative to appear telephonically at the case management conference.

With respect to the party representative, Plaintiffs' corporate representatives are located in New York. As with the motion filed by Defendants, it would be a burden for the corporate representative to attend when they can participate meaningfully by phone.

With respect to counsel, counsel will, of course, attend the case management conference in person if the Court prefers. However, undersigned counsel, Brian Muething, is teaching business law at Miami University on an adjunct basis this spring. The class meets on Monday evenings only and it might not be possible to travel from Cleveland to Oxford in sufficient time. So as to meet this commitment, counsel would prefer to appear by phone, particularly given that a phone connection will be needed for Mr. Snyder. To reiterate, though, should the Court prefer attendance in person, counsel will make sufficient arrangements.

For the foregoing reasons, Plaintiffs request an order permitting counsel and the party representative to appear at the case management conference by phone.

Respectfully submitted,


/s/ Brian P. Muething
Brian P. Muething (0076315)
Jacob D. Rhode (0089636)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel:  (513) 579-3814
Fax:  (513) 579-6457
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys  for Plaintiffs,*
*ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

OF COUNSEL:
KEATING MUETHING &
KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
(513) 579-6400


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brian P. Muething
Brian P. Muething

6600495.1