UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

|  |  |  |
|---|---|---|
| , | ) | CASE NO. |
|  | ) |  |
| Plaintiff(s), | ) | JUDGE CHRISTOPHER A. BOYKO |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| , | ) |  |
|  | ) |  |
| Defendant(s). | ) | REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND L.R. 16.3(b) |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

_____, 20___ , and was attended by:

_____counsel for plaintiff(s) _____

_____counsel for plaintiff(s)_____

_____counsel for defendant(s)_____

_____counsel for defendant(s)_____

2. The parties:

____ have exchanged the pre-discovery disclosures required by Rule26(a)(1) and the Court's prior order;

____ will exchange such disclosures by_____ , 20___ ;

____ have not been required to make initial disclosures.

3. The parties recommend the following track:

___ Expedited ___ Standard ___ Complex ___ Administrative ___ Mass Tort

4. Pursuant to Local Rule 5.1(c) all documents must be electronically filed absent a showing of good cause.

5. This case **is** suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

_____ Early Neutral Evaluation ____ Mediation ____ Arbitration.

_____ Case **is not** suitable for ADR at this time but may be after discovery. _____ Case **is not** suitable for ADR at any time.

6. The parties ____ do/ ____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

(a) Describe the subjects, nature and extent of discovery

_____
_____
_____:

(b) Non-Expert discovery cut-off date:_____

(c) Plaintiff's expert report due date:  _____

(d) Defendant's expert report due date: _____

(e) Expert discovery cut-off date:     _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9. Recommended dispositive motion date: _____

10. Recommended date for a Settlement Conference: _____

11. Other matters for the attention of the Court:_____
_____
_____.

_____

Attorney for Plaintiff(s)_____


_____

Attorney for Plaintiff(s)_____


_____

Attorney for Defendant(s)_____


_____

Attorney for Defendant(s)_____