UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., *et al.* | ) | CASE NO. 1:15-CV-1586 |
| | ) | |
| *Plaintiffs*, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AIR TOOL SERVICE COMPANY, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |

**JOINT NOTICE OF INTENT TO PROCEED WITH
COURT-SPONSORED MEDIATION**

Pursuant to the Court's instruction at the Case Management Conference, the parties

hereby submit notice of their intent to proceed with Court-sponsored Mediation.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian P. Muething *via consent* | /s/ Tim L. Collins |
| Brian P. Muething (0076315) | Thomas J. Scanlon (0017308) |
| bmuething@kmklaw.com | tscanlon@collins-scanlon.com |
| Jacob D. Rhode (0089636) | Tim L. Collins (0033116) |
| jrhode@kmklaw.com | tcollins@collins-scanlon.com |
| KEATING MUETHING & KLEKAMP PLL | Craig P. Kvale (0055315) |
| One East Fourth Street, Suite 1400 | ckvale@collins-scanlon.com |
| Cincinnati, Ohio 45202 | Joseph H. Gutkoski (0086285) |
| Telephone: 513-579-6400 | jgutkoski@collins-scanlon.com |
| Facsimile: 513-579-6457 | COLLINS & SCANLON LLP |
| | 3300 Terminal Tower |
| *Counsel for Plaintiffs ATSCO Holdings Corp.* | 50 Public Square |
| *and Hy-Tech Machine, Inc.* | Cleveland, Ohio 44113-2289 |
| | Telephone: 216-696-0022 |
| | Facsimile: 216-696-1166 |
| | |
| | *Counsel for Defendants Air Tool Service* |
| | *Company, n/k/a X5432, Inc. and Rick J.* |
| | *Sabath* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Brian P. Muething
bmuething@kmklaw.com
Jacob D. Rhode
jrhode@kmklaw.com
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202

*Counsel for Plaintiffs ATSCO Holdings Corp.
and Hy-Tech Machine, Inc.*

/s/ Tim L. Collins
*Counsel for Defendants Air Tool Service Company, n/k/a X5432, Inc. and Rick J. Sabath*

*P:\Melinda\Sabath, Rick J\ATSCO Suit\Motions & Pleadings\Notice of Intent to Proceed with Court Mediation - 06.24.16.docx*

2