# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ATSCO HOLDINGS CORP, et al.** ) | Case No.  1:15-cv-1586 |
| ) | |
| **Plaintiffs,** ) | (Judge Christopher A. Boyko) |
| ) | |
| vs. ) | REPLY BRIEF IN SUPPORT OF MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE TRAIL BRIEFS |
| ) | |
| **AIR TOOL SERVICE COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Plaintiffs offer a few brief comments in support of their reply brief for a two-business-day extension.

Defendants, in their response, do not contend they will be prejudiced in some specific regard by the extension. They say only the schedule would be affected. With a very modest request and no claim of prejudice, Plaintiffs request the motion be granted. As for Plaintiffs' reasons for the request, attorneys routinely seek very short extensions because of unforeseen demands on their time and this is just such a case. Rare is it that such requests are opposed and also rare that opposing counsel demand details in filings; the representation of counsel is typically sufficient. If it is not here, Plaintiffs are happy to discuss with the Court and counsel. Finally, Plaintiffs did not mean to suggest they seek a one-way extension and, of course, do not oppose Defendants filing their brief on Monday.

As noted in the motion, Plaintiffs request, if possible, to discuss the matter with the Court should the Court have questions or concerns.

Respectfully submitted,

*/s/ Brian P. Muething*
Brian P. Muething (0076315)
Jacob D. Rhode (0089636)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel:  (513) 579-3814
Fax:  (513) 579-6457
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Plaintiffs,*
*ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Brian P. Muething*
Brian P. Muething

7751906.1