# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ATSCO HOLDINGS CORP, et al.** ) | Case No.  1:15-cv-1586 |
| ) | |
| **Plaintiffs,** ) | (Judge Christopher A. Boyko) |
| ) | |
| vs. ) | **MOTION FOR ONE WEEK** |
| ) | **EXTENSION OF TIME** |
| **AIR TOOL SERVICE COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Plaintiffs respectfully move for a one week extension of time - from August 18 to August 25 - to file their Memorandum with respect to certain issues raised by Defendants. The requested extension is modest and will address unexpected scheduling issues for Plaintiffs and their counsel. Defendants would then file their brief on September 1 or as requested by them. No other dates are pending in this matter and thus the requested extension will not affect any other date.

A proposed order granting the relief is attached hereto.

                                                                             Respectfully submitted,

                                                                             */s/ Brian P. Muething*
                                                                             Brian P. Muething (0076315)
                                                                             Jacob D. Rhode (0089636)
                                                                             Keating Muething & Klekamp, PLL
                                                                             One East Fourth Street, Suite 1400
                                                                             Cincinnati, Ohio 45202
                                                                             Tel:  (513) 579-3814
                                                                             Fax:  (513) 579-6457
                                                                             bmuething@kmklaw.com
                                                                             jrhode@kmklaw.com

                                                                             *Attorneys  for Plaintiffs,*
                                                                             *ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      */s/ Brian P. Muething*
                                      Brian P. Muething

7816555.1