# EXHIBIT B



### Hy-Tech Machine, Inc. and ATSCO Holdings Corp.



**Dailey, Paige N.**
10/24/2014 at 03:56 PM
**To:** 'rsabath@quantarus.com'   Details

Display Images   ⚠ For your security, images are not being displayed. Consider this before displaying them.

📎 1 Attachment(s) Total 35.6 KB   View

Mr. Sabath,

Attached please find correspondence on behalf of Brian Muething.

If you have any issues with this attachment, please feel free to contact me.

Thank you,

Paige Dailey

Assistant to Brian P. Muething



**KMK** | Keating Muething & Klekamp PLL
ATTORNEYS AT LAW

**BRIAN P. MUETHING**
DIRECT DIAL: (513) 639-3814
FACSIMILE: (513) 579-6457
E-MAIL: BMUETHING@KMKLAW.COM

October 24, 2014

**VIA EMAIL**

Rick Sabath (rsabath@quantarus.com)

Dear Mr. Sabath:

    Along with SilvermanAcampora LLP, our firm represents ATSCO Holdings Corp. and Hy-Tech Machine, Inc. with respect to that certain Asset Purchase Agreement entered into among those companies, Air Tool Service Company and you on or about August 13, 2014.

    On October 16, 2014, Joseph Molino sent you a letter, along with supporting documentation, identifying deficient inventory and other issues that have been discovered post-closing. Mr. Molino's letter, along with a subsequent email message and voice message, asked you to contact him to discuss these matters. To this date you have failed to respond.

    Mr. Molino's letter presents serious issues that must be addressed. While we feel that these matters are best discussed by businesspeople and outside of litigation, if you continue to be unresponsive, we will have no choice but to pursue our contractual and common law remedies.

    We look forward to hearing from you in the near-term.

    Sincerely,

    KEATING MUETHING & KLEKAMP PLL

    By: _____
               Brian P. Muething

BPM:pnd
cc:    Joseph A. Molino, Jr.
       Tad Cook (tad@cooksadorf.com)

5745477.2