# EXHIBIT F



223 East Blvd.
Charlotte, NC 28203
tad@cooksadorf.com

February 6, 2015

**VIA EMAIL AND OVERNIGHT COURIER**

Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Attn: Brian P. Muething

American Arbitration Association
1101 Laurel Oak Road
Suite 100
Voorhees, NJ 08043

Re: Request for Submission to Dispute Resolution made by Hy-Tech Machine, Inc. to ATSCO Holdings, Corp. ("Request for Submission")

Dear Sir and Madam:

I am in receipt of the above referenced Request for Submission. In the section "NATURE OF DISPUTE" you write:

> The Asset Purchase Agreement between the parties - attached hereto - requires in section 2.3.3 that disputes regarding post-closing matters be submitted to an Independent Accountant for review and for AAA to designate an Independent Accountant in the circumstances that the parties cannot agree to an accountant which they cannot.

My client cannot participate in the submission to AAA as my client is unaware of any dispute between the parties for which arbitration is required. That is to say, what you have said in past correspondences is that issues existed with resect to your physical count of the inventory. Pursuant to the terms of the Asset Purchase Agreement, "(n)ot later than twenty (20) days after the Closing Date, a physical count of the Inventory (the "Inventory Count") will be taken" by you, the Purchaser. However, the Inventory Count was not taken by you until well after the 20 day deadline (months). My client will not waive the bargained for twenty (20) day limitation period agreed to by all the parties. Furthermore, as you are aware a disagreement over the timing of the physical count is not contemplated by 2.3.3 as an Arbitratable dispute. Therefore my client rejects the aforementioned request for submission to Dispute Resolution at this time. If a dispute does arise that falls within the spirit of section 2.3.3 we would address that issue once it occurs.

Sincerely,

Cook & Sadorf, PLLC

Tad Cook

cc: Rick Sabath
Mark DiCello, DiCello Law Firm

223 East Blvd.          COOK & SADORF, PL       1744 North Belcher St.
Suite 3                 www.cooksadorf.com      Suite 150
Charlotte, NC 28203                             Clearwater, FL 33765