# EXHIBIT G

# FW: 01 15 0002 3775 ATSCO Holdings Corp v Hy-Tech Machine Inc- reply by March 31 please



**AAA Barbara Cook** &lt;barbaracook@adr.org&gt;
03/26/2015 at 12:24 PM

| | |
|---|---|
| **From:** | AAA Barbara Cook &lt;barbaracook@adr.org&gt; |
| **Sent:** | 03/26/2015 at 12:24 PM |
| **To:** | Muething, Brian P. &lt;bmuething@KMKLAW.com&gt; |
| **Cc:** | tad@cooksadorf.com |

Mr. Muething:

I sent this yesterday to the wrong email address.

Thanks

**AAA Barbara Cook**
**Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** AAA Barbara Cook
**Sent:** Wednesday, March 25, 2015 4:38 PM
**To:** 'bmuething@kkmklaw.com'; 'tad@cooksadorf.com'
**Subject:** 01 15 0002 3775 ATSCO Holdings Corp v Hy-Tech Machine Inc- reply by March 31 please

Dear Counsel,

I have read your various email exchanges and responded accordingly, additionally I have attempted to convene conference calls to discuss how to proceed. However, inasmuch as neither of these has proven productive this communication is necessary. Should either party care to call me directly or should you agree to a conference call, I am happy to discuss alternative case administration scenarios. Some examples are mediation, agreement to full administration arbitration, Judicial Settlement.

A response as to your desire to discuss alternative case administration scenarios is appreciated by March 31, 2015.

Otherwise, based on the clause submitted with the initial submission, the AAA has a limited role in this matter and that is to administratively appoint an Independent Accountant.

Cordially,
Barbara Cook