UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., *et al.* | ) | CASE NO. 1:15-CV-1586 |
| | ) | |
| *Plaintiffs*, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AIR TOOL SERVICE COMPANY, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### NOTICE WITH RESPECT TO PLAINTIFF'S TRIAL BRIEF

Plaintiffs hereby incorporate by reference their previously filed trial brief (Doc. 54) except as inconsistent with Court rulings regarding evidentiary issues.

Respectfully submitted,

*/s/ Brian P. Muething*
Brian P. Muething (0076315)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-3814
Fax: (513) 579-6457
bmuething@kmklaw.com
*Attorney for Plaintiffs,*
*ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of April 2018, I served a true and correct copy of the foregoing to all counsel of record.

                                                */s/ Brian P. Muething*
                                                Brian P. Muething

8360972.1