UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., *et al.* | ) | CASE NO. 1:15-CV-1586 |
| | ) | |
| *Plaintiffs*, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AIR TOOL SERVICE COMPANY, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

### MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND FOR CLIENT REPRESENTATIVE TO APPEAR BY PHONE

Plaintiffs move to continue the pre-trial conference scheduled for May 2. As the Court knows, the conference was originally scheduled for April 30 and then continued by the Court to May 2. Plaintiffs' counsel has been scheduled for approximately 30 days for the continuation of a hearing on a preliminary injunction in a Massachusetts District Court for May 2. Plaintiffs' counsel was hopeful the matter would resolve but it has not. Plaintiffs' counsel can be in Cleveland the week of May 7 for a conference with the Court.

Plaintiffs also move for their client representative to appear at the conference by phone based on their need to travel from New York and the fluidity with respect to the date and time.

Plaintiffs' counsel can be available by phone today to discuss with the Court or counsel.

Respectfully submitted,

*/s/ Brian P. Muething*
Brian P. Muething (0076315)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-3814
Fax: (513) 579-6457
bmuething@kmklaw.com
*Attorneys for Plaintiffs,*
*ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2018, I served a true and correct copy of the foregoing to all counsel of record.

*/s/ Brian P. Muething*
Brian P. Muething

8380654.1