UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., et al., | ) | CASE NO. 1:15CV1586 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE BOYKO |
| v. | ) | |
| | ) | |
| | ) | |
| AIR TOOL SERVICE CO., et al., | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its opinion and order in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                              s/ Christopher A. Boyko
                                              CHRISTOPHER A. BOYKO
                                              UNITED STATES DISTRICT JUDGE

DATED: September 5, 2018