UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 18-3959

Filed: January 23, 2020

ATSCO HOLDINGS CORPORATION; HY-TECH MACHINE, INCORPORATED

    Plaintiffs - Appellants

1:15cv1586 - CAB

v.

AIR TOOL SERVICE COMPANY, nka X5432, Incorporated; RICK J. SABATH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/31/2019 the mandate for this case hereby issues today. Vacated in part, Reversed in part and Remanded.

COSTS: None