# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ATSCO HOLDINGS CORP. ET AL.,** | ) | **CASE NO. 1:15CV1586** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **AIR TOOL SERVICE CO. ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

In light of the Sixth Circuit Mandate reversing this Court's dismissal of a number of Plaintiff's alleged damages, the Court orders the parties to confer and submit to the Court, no later than March 24, 2020, a proposed schedule to include agreed upon dates for a settlement conference and trial.  Should the parties desire to mediate the remaining claims with a Magistrate Judge the parties should include this in the proposed schedule.

    IT IS SO ORDERED.


     s/Christopher A. Boyko
    CHRISTOPHER A. BOYKO
    Senior United States District Judge