UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., *et al.* | ) | CASE NO. 1:15-CV-1586 |
| | ) | |
| *Plaintiffs*, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AIR TOOL SERVICE COMPANY, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND TIME TO PROVIDE TRIAL AVAILABILITY**

The Court directed the parties on March 10, 2020 to provide trial availability in this matter. The Court's order predates orders from public health officials to limit travel, non-essential business, and other activities and also the Court limiting certain operations, all due to the coronavirus outbreak. Given these conditions, the parties believe that additional time would aid the parties and potentially the Court in assessing future scheduling and availability. Therefore the parties jointly request that they have until May 1, 2020 to provide possible trial availability.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian P. Muething | /s/ Tim L. Collins |
| Brian P. Muething (0076315) | Tim L. Collins (0033116) |
| Keating Muething & Klekamp, PLL | Thrasher Dinsmore & Dolan |
| One East Fourth Street, Suite 1400 | 1111 Superior Avenue, Suite 412 |
| Cincinnati, Ohio 45202 | Cleveland, OH 44114 |
| Tel:  (513) 579-3814 | Tel: (216) 255-5431 |
| Fax:  (513) 579-6457 | Fax: (216) 255-5450 |
| bmuething@kmklaw.com | TCollins@tddlaw.com |
| *Attorneys  for Plaintiffs,* | *Counsel for Defendants,* |
| *ATSCO Holdings Corp. and HY-TECH Machine, Inc.* | *Air Tool Service Company and Rick J. Sabath* |

## CERTIFICATE OF SERVICE

      I certify I filed the attached with the Court's filing system that will provide notice to all parties registered for notice.

                                          /s/ Brian P. Muething
                                          Brian P. Muething

9877890.1