**INVOICE GROUPINGS TO TIE TO GL - FOR MACTURN RELATED EXPENSES FOR MOVE AND REPAIR**

| SEQ. | VENDOR | INVOICE NO | INVOICE AMOUNT | MACTURN PORTION | CREDIT | CK NO | DATE OF CK | SERVICE DATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| NO 1 | RAMSEY MACHINE RIGGING | 992 | $ 1,900.00 | $ 1,900.00 | | 42632 | 10/3/2014 | 9/24/2014 | RIGGING-REARRANGE SHOP FOR MACTURN |
| NO 2 | MORRIS GREAT LAKES | 44036355 | $ 1,371.66 | $ 1,371.66 | | 43815 | 12/9/2014 | 11/21/2014 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 3 | MORRIS GREAT LAKES | 44036355 | $ 5,192.88 | $ 5,192.88 | | 44176 | 1/7/2015 | 12/4/2014 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 4 | RAMSEY MACHINE RIGGING | 1129 | $ 6,800.00 | $ 2,300.00 | | 45098 | 3/4/2015 | 1/30/2015 | RIGGING -TO MOVE OKUMA MACTURN |
| NO 5 | MORRIS GREAT LAKES | 44037657 | $ (368.52) | $ (368.52) | CREDIT | 45396 | 3/26/2015 | 3/6/2015 | REPAIR - CREDIT FOR INCORRECT PARTS |
| NO 6 | MORRIS GREAT LAKES | 44038002 | $ 2,561.88 | $ 2,561.88 | | 45819 | 4/23/2016 | 3/27/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 7 | RAMSEY MACHINE RIGGING | 1184 | $ 1,335.60 | $ 1,335.60 | | 45526 | 4/1/2015 | 3/10/2015 | RIGGING - FOR STORAGE OF MACTURN RELATED ITEMS |
| NO 8 | M&S PLUMBING | 14377 | $ 4,100.00 | $ 3,075.00 | | 45690 | 4/16/2016 | 4/3/2015 | INSTALL - AIR LINES AND TEST STATION FOR MAC TURN |
| NO 9 | WULFF ELECTRIC | 2014216 | $ 6,352.75 | $ 4,764.56 | | 45819 | 4/23/2016 | 4/9/2015 | INSTALL - LABOR AND MATERIAL TO WIRE THE MAC TURN. |
| NO 10 | LL MACHINE TOOL REBLD | 4686ATSCO | $ 18,910.90 | $ 7,564.00 | | 45396 | 3/26/2015 | 2/1/2016 | LABOR TO PREPARE MACHINES TO MOVE FR CLEVELAND. |
| NO 10A | LL MACHINE TOOL REBLD | 4687ATSCO | $ 9,754.85 | $ 4,877.43 | | 45396 | 3/26/2015 | 2/1/2016 | LABOR TO PREPARE MACHINES TO MOVE FR CLEVELAND. |
| NO 11 | MORRIS GREAT LAKES | 44039519 | $ 17,341.91 | $ 17,341.91 | | 47260 | 8/6/2015 | 7/14/2016 | REPAIR - SPINDLE CARTRIDGE |
| NO 11 | MORRIS GREAT LAKES | 44039860 | $ 1,414.27 | $ 1,414.27 | | 47260 | 8/6/2015 | 7/14/2016 | REPAIR - SLEEVE |
| NO 12 | RAMSEY MACHINE RIGGING | 1156 | $ 9,480.00 | $ 3,156.84 | | 45302 | 3/20/2015 | 1/27/2015 | RIGGING - MORE PARTS AND MACHINERY - MACTURN. |
| NO 13 | MORRIS GREAT LAKES | SER/2745 | $ 19,114.42 | $ 19,114.42 | | 47675 | 9/3/2016 | 7/17/2015 | REPAIR - FIELD SERVICE LABOR |
| NO 14 | LL MACHINE TOOL REBLD | 4623ATSCO | $ 3,170.00 | $ 3,170.00 | | 44160 | 1/7/2015 | 11/18/2014 | REPAIR - TROUBLESHOOT TOOLCHANGER |
| NO 14 | MORRIS GREAT LAKES | 44036520 | $ 2,581.38 | $ 2,581.38 | | 44176 | 1/7/2015 | 12/12/2014 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 14 | MORRIS GREAT LAKES | 44036612 | $ 9,669.00 | $ 9,669.00 | | 44176 | 1/7/2015 | 12/12/2014 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 14 | MORRIS GREAT LAKES | 44036666 | $ 171.66 | $ 171.66 | | 44176 | 1/7/2015 | 12/12/2014 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44037064 | $ 41.54 | $ 41.54 | | 44769 | 2/11/2015 | 1/23/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44037042 | $ 121.44 | $ 121.44 | | 44769 | 2/11/2015 | 1/21/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44036883 | $ 182.27 | $ 182.27 | | 44769 | 2/11/2015 | 1/9/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44037442 | $ 1,055.40 | $ 1,055.40 | | 45509 | 4/1/2015 | 2/20/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44037386 | $ 368.52 | $ 368.52 | | 45509 | 4/1/2015 | 2/12/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038439 | $ 22.69 | $ 22.69 | | 46015 | 5/7/2015 | 2/12/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038113 | $ 372.96 | $ 372.96 | | 45789 | 4/23/2015 | 3/30/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038768 | $ 134.52 | $ 134.52 | | 46403 | 6/3/2015 | 5/18/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038709 | $ 3,341.07 | $ 3,341.07 | | 46385 | 5/28/2015 | 5/15/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038685 | $ 494.65 | $ 494.65 | | 46215 | 5/20/2015 | 5/14/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038359 | $ 372.96 | $ 372.96 | | 45509 | 4/1/2015 | 4/17/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | MORRIS GREAT LAKES | 44038479 | $ (317.02) | $ (317.02) | | 46403 | 6/3/2015 | 4/28/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 15 | LL MACHINE TOOL REBLD | 4707ht | $ 394.54 | $ 394.54 | | 46103 | 5/13/2015 | 3/10/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 16 | MORRIS GREAT LAKES | 44039528 | $ 1,667.85 | $ 1,667.85 | | 47068 | 7/23/2015 | 7/14/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 16 | MORRIS GREAT LAKES | 44039506 | $ 1,568.43 | $ 1,568.43 | | 47260 | 7/23/2015 | 7/10/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| NO 17 | SERVICE STEEL | 28-411092 | $ 3,906.80 | $ 3,906.80 | | 42448 | 9/19/2014 | 9/19/2014 | TESTING OF MACTURN-RAW MATL SAMPLE TO RUN TESTS ON MACTURN |
| NO 17 | SERVICE STEEL | 28-411086 | $ 11,569.94 | $ 11,569.94 | | 42447 | 9/19/2014 | 9/19/2014 | TESTING OF MACTURN-RAW MATL SAMPLE TO RUN TESTS ON MACTURN |
| NO 18 | HY-TECH | SHOP ORDERS | $ 731.36 | $ 731.36 | | | VARIOUS | VARIOUS | REPAIR- INDIRECT LABOR BY HY-TECH PERSONNEL TO REPAIR MACTURN. |
| NO 18 | HY-TECH | SHOP ORDERS | $ 8,252.08 | $ 8,252.08 | | | VARIOUS | VARIOUS | REPAIR- INDIRECT LABOR BY HY-TECH PERSONNEL TO REPAIR MACTURN. |
| NO 19 | RAMSEY MACHINE RIGGING | | $ 1,700.00 | $ 413.13 | | | | 12/31/2015 | RIGGING - ALLOCATED RIGGING EXP FOR MAC TURN |
| NO 19 | RAMSEY MACHINE RIGGING | | $ 1,500.00 | $ 213.13 | | | | 12/31/2015 | RIGGING - ALLOCATED RIGGING EXP FOR MAC TURN |
| NO 20 | MORRIS GREAT LAKES | | $ 166.75 | $ 166.75 | | | | 3/31/2015 | REPAIR - PARTS FOR REPAIR OF MACTURN |
| | GENERAL LEDGER AMOUNT | | $ 151,428.74 | | | | | | |
| | MACTURN ALLOCATED AMOUNT | | | $ 126,288.97 | | | | | |

HY0001

1800-0010-3

| | DESCRIPTION | NO | DR | CR | STATUS |
|---|---|---|---|---|---|
| /26/2015 | MACHINE NO 128 | 128 | | $ 4,515.00 | |
| 2/9/2015 | MORRIS GREAT LAKES NO 128 | 128 | $ 8,500.00 | | |
| | | | $ 3,985.00 | | |
| | | | | | |
| 2/17/2015 | ELLISON TECHOLOGIES REBLD 2 LIVE HEADS NO 141 | 141 | $ 2,573.75 | | INVOICE |
| 12/31/2014 | RAMSEY RIGGING | 143 | $ 1,900.00 | | |
| 12/31/2014 | MORRIS GREAT LAKE NO 143 | 143 | $ 1,371.66 | | |
| 12/31/2014 | MORRIS GREAT LAKE NO 143 | 143 | $ 5,192.88 | | |
| 12/31/2014 | RAMSEY RIGGING NO 143 | 143 | $ 1,700.00 | | |
| 12/31/2014 | RAMSEY RIGGING NO 143 | 143 | $ 1,500.00 | | |
| 12/31/2014 | MACTURN 143 CIP | 143 | $ 15,592.04 | | |
| 1/30/2015 | NICK RUSSELL | 143 | $ 142.08 | $ 142.08 | |
| 2/28/2015 | RAMSEY RIGGING NO 143 | 143 | $ 6,800.00 | | |
| 2/28/2015 | SPECIAL PROJECTS NO 143 NON-PROD | 143 | $ 731.36 | | |
| 2/28/2015 | NON-PROD NO 143 SPECIAL PROJECTS | 143 | $ 8,252.08 | | |
| 3/31/2015 | MORRIS GREAT LAKES | 143 | $ 166.75 | | |
| 3/31/2015 | MORRIS GREAT LAKES | 143 | | $ 368.52 | |
| 3/31/2015 | MORRIS GREAT LAKES CIP NO 143 | 143 | $ 2,561.88 | | |
| 3/31/2015 | RAMSEY RIGGING NO 143 | 143 | $ 1,335.60 | | |
| 3/23/2015 | LL MACHINE NO 143 RELOCATION COST | 143 | $ 18,910.00 | | INVOICE |
| 3/23/2015 | LL MACHINE NO 143 RELOCATION COST | 143 | $ 9,754.85 | | INVOICE |
| 4/20/2015 | WULFF ELECTRIC - NO 143 HOOK-UP | 143 | $ 6,352.75 | | INVOICE |
| 4/14/2015 | MS PLUMBING - NO 143 HOOK-UP | 143 | $ 4,100.00 | | INVOICE |
| 5/31/2015 | MORRIS LL MACH CIP NO 143 | 143 | $ 6,585.54 | | |
| 7/31/2015 | MACHINE NO 143 RECL TO CIP | 143 | $ 3,236.28 | | |
| 8/31/2015 | 143 MACTURN TO CIP | 143 | $ 18,756.18 | | INVOICE |
| 12/31/2015 | MORRIS GREAT LAKES CREDIT FOR NO 143 | 143 | | $ 4,500.00 | |
| 12/31/2015 | TOOLING FOR MACTURN NO 143 | 143 | $ 15,476.74 | | |
| 12/31/2015 | MORRIS GREAT LAKES NO 143 SETUP | 143 | $ 19,114.42 | | INVOICE |
| 12/31/2015 | RAMSEY RIGGING NO 143 | 143 | $ 5,480.00 | | INVOICE |
| 2/26/2015 | ADJ PO S PD BY CREDIT CARD | 143 | | $ 2,573.75 | |
| | | | $ 159,013.09 | $ 7,584.35 | |
| | | | $ 151,428.74 | | |
| | | | | | |
| 2/24/2015 | MITUTOYO MACHINE | | $ 766.00 | | INVOICE |
| 2/24/2015 | MITUTOYO MACHINE | | $ 2,657.53 | | INVOICE |
| | | | $ 3,423.53 | | |
| | | | | | |
| 9/30/2015 | RITTER ENGINEERING RECL TO CIP | | $ 23.65 | | |
| 9/30/2015 | RITTER ENGINEERING RECL TO CIP | | $ 918.90 | | |
| | | | $ 942.55 | | |
| | | | | | |
| 9/30/2015 | TOOLHOLDERS FOR NEW MACHINE | | $ 11,815.94 | | |
| | **TOTAL FOR CIP ACCT 1800-0010-3 RECLASS** | | **$ 174,169.51** | | |

# Ramsey Machine LLC

# Invoice

1392 Darlington Road
Ligonier, PA 15658

Shop# 724-238-9362
Fax# 724-238-9467
Office# 724-689-6835
RamseyMachine@Gmail.com

| Date | Invoice # |
|------|-----------|
| 9/25/2014 | 992 |

**Bill To**
Hy-Tech Machine Inc.

| P.O. No. | Terms | Due Date | Account # | Project |
|----------|-------|----------|-----------|---------|
| 'ATSCO PROJECT' | Net 30 | 10/25/2014 | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| rearranging of the shop ( 'ATSCO PROJECT') 9/24/14 | 1 | 1,900.00 | 1,900.00 |
| Sales Tax | | 6.00% | 0.00 |

1800-0015
BR 3

SEP 25 2014
Hy-Tech Machine Inc.

| | |
|--|--|
| Total | $1,900.00 |
| Payments/Credits | $0.00 |
| Balance Due | $1,900.00 |

HY0003

A823

**HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066**   RANSEY MACHINE   Check Day 10/03/14   42632

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|---|-------------|---|---|---|---|----------------|----------|------------|
| 09/25/14 | 992 | 1800-00015 | 000 | --- | 000 | 0003 | 1900.00 | 0.00 | 1900.00 |

ATSCO is now a subsidiary of HY-TECH MACHINE.
Therefore, we are processing the above
ATSCO invoices.

| TOTALS | | | | | | | 1900.00 | 0.00 | 1900.00 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broad Hollow Road
Melville, NY 11747

No. 042632

50-791
214

| | Date | PAY THIS AMOUNT |
|--|------|-----------------|
| | 10/03/14 | 1900.00 |

PAY
To The
Order
Of

ONE THOUSAND NINE HUNDRED AND 00/100 DOLLARS

RANSEY MACHINE
1392 DARLINGTON ROAD
LIGONIER PA 15658

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑆042632⑆ ⑉021407912⑉704  75⑈5295  2⑆

HY0004



5073
HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066

NORRIS GREAT LAKES

Check Date 12/09/14    43815

| Date | Description | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|
| 11/21/14  4A038355    1888-88888  890  ----  890  8883 | | 1371.66 | 0.00 | 1371.66 |

TOTALS                                          1371.66      0.00      1371.66

DETACH THIS STUB BEFORE DEPOSITING CHECK

HY TECH
HY-TECH MACHINE INC.
Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 043815
50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 12/09/14 | 1371.66 |

PAY      ONE THOUSAND THREE HUNDRED SEVENTY-ONE AND 66/100 DOLLARS

To The
Order     NORRIS GREAT LAKES
Of        NW 7968-10
          P.O. BOX 1450
          MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈043815⑈ ⑆021407912⑈704 75⑈5295 2⑈

HY0005

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:    877-373-8906
Fax:    855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No | Page |
|---|---|
| 44036355 | 1 |

| Invoice date |
|---|
| 11/21/2014 |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

AIR TOOL SERVICE
7722 METRIC DRIVE
PO# 141029 (HYTECH)
MENTOR OH 44060
US

| Order number | Sales order date | Account number | Loc | Account manager | |
|---|---|---|---|---|---|
| 33319 | 11/19/2014 | 217820 | MPD | 951117 Joann Hine | |
| | PO number | Job No | | Ship via | PPD/COL |
| | 141029 | | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| C6110-000P10 O-RING (P10) | 2.00 | 2.00 | 0.09 | EA | 0.18 |
| C6110-0000P8 O-RING (P8) | 2.00 | 2.00 | 1.11 | EA | 2.22 |
| 586-0380-33-01 DOG | 1.00 | 1.00 | 979.02 | EA | 979.02 |
| F100-240-01230 O-RING | 1.00 | 1.00 | 5.90 | EA | 5.90 |
| 586-0380-23-01 COLLAR | 1.00 | 1.00 | 372.96 | EA | 372.96 |
| C5036-006061 SET SCREW / 6X6MM | 3.00 | 3.00 | 0.21 | EA | 0.63 |
| C6110-000P10 O-RING (P10) | 3.00 | 3.00 | 0.09 | EA | 0.27 |
| C6110-0000P8 O-RING (P8) | 1.00 | 1.00 | 1.11 | EA | 1.11 |
| C6110-000P22 O-RING (P22) | 1.00 | 1.00 | 0.77 | EA | 0.77 |
| C6110-000P40 O-RING (P40) | 1.00 | 1.00 | 6.66 | EA | 6.66 |

(C)2003 Exact Software

HY0006

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:   877-373-8906
Fax:   855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44036355 | 2 |
| Invoice date | |
| 11/21/2014 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

AIR TOOL SERVICE
7722 METRIC DRIVE
PO# 141029 (HYTECH)
MENTOR OH 44060
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33319 | 11/19/2014 | 217820 | MPD | 951117 Joann Hine |

| PO number | Job No | Ship Via | PPD/COL |
|---|---|---|---|
| 141029 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total Price |
|---|---|---|---|---|---|
| F100-150-01150 O-RING (S12) | 1.00 | 1.00 | 1.94 | EA | 1.94 |
| M109-0022-66 SPRING | 1.00 | 0.00 1.00 | 5,192.88 | EA | 0.00 |

NOV 24 2014

| Comments: | INV# 77084026 | | |
|---|---|---|---|
| | MACTURN 250W S# 105940 | Sales amount: | 1,371.66 |
| | | Miscellaneous amount: | 0.00 |
| | | Freight: | 0.00 |
| | | Sales tax: | 0.00 |
| | | Subtotal: | 1,371.66 |
| | | Amount Received: | 0.00 |
| **Payment terms:** NET 30 DAYS | | **Total amount due:** | 1,371.66 |

(C)2003 Exact Software

HY0007



**Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021**

P U R C H A S E   O R D E R .
-----------------------------

PAGE:       1
DATE:  11/19/14
PO #:    141029

```
            5320
   TO: MORRIS GREAT LAKES              SHIP TO: AIR TOOL SERVICE COMPANY
       9151 MARSHALL ROAD                       7722 METRIC DRIVE
       CRANBERRY TWP     PA16066               MENTOR, OH 44060
```

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 1.00 | PARTS TO REPAIR OKUMA MACTURN | 1.00 | 5192.8800 | 5192.88 |
| | | | 250W SN:105940 | | | |
| | | | PER QUOTE DATED 11-18-14 ATTACHED | | | |
| | | | Promise Delivery Date: 11/30/14 | | | |
| 2 | | 1.00 EA | PARTS FOR REPAIR | 1.00 EA | 1371.6600 | 1371.66 |
| | | | MACTURN 250W | | | |
| | | | Promise Delivery Date: 12/08/14 | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------

                                            AIR TOOL SERVICE COMPANY

                                       BY _____

HY0008

#2

**PACKING SLIP**

Original

Morris Parts Depot
350 Electronics Blvd.
Huntsville
AL 35824

Delivery Address
AIR TOOL SERVICE
7722 METRIC DRIVE
MENTOR
OH 44060

Note No:     562520

Customer : 0882
Forw.Agent: UPS Red 10:00 AM Collect

Date     : 11-19-14
Note No : 562520

| Pos. | Item | Cont. | Ordered | Delivered Qty | Unit | Back Order |
|------|------|-------|---------|---------------|------|------------|
| | | | | | | Sales Order : 967835 |
| | | | | | | Order Date : 11-19-2014 |
| | | | | | | Cust. Ref. : 141029 (HYTECH) |
| | | | | | | Dist. Ref. : MG/51104/92776/47943 |
| 10 | C6110-000P10 | | 2.0000 | 2.0000 | ea | |
| 20 | C6110-0000P8 | O-RING P10 | 2.0000 | 2.0000 | ea | |
| 30 | 586-0380-33-01 | O-RING | 1.0000 | 1.0000 | ea | |
| 40 | F100-240-01230 | DOG | 1.0000 | 1.0000 | ea | |
| 50 | 586-0380-23-01 | O-RING  P12.5  (HEADSTOCK) | 1.0000 | 1.0000 | ea | |
| 60 | C5036-006061 | COLLAR | 3.0000 | 3.0000 | ea | |
| 70 | C6110-000P10 | SCREW, SET 6X6 | 3.0000 | 3.0000 | ea | |
| 80 | C6110-0000P8 | O-RING P10 | 1.0000 | 1.0000 | ea | |
| 90 | C6110-000P22 | O-RING | 1.0000 | 1.0000 | ea | |
| 100 | C6110-000P40 | O-RING | 1.0000 | 1.0000 | ea | |
| 110 | F100-150-01150 | O-RING P40 | 1.0000 | 1.0000 | ea | |
| | | O-RING, S12 | | | | |

Rob
11-20-14

1800   0000

Delivery    :

INSPECTION :

HY0009

5073
HY-TECH MACHINE INC. - CRANBERRY TWP., PA 16066    NORRIS GREAT LAKES    #3    Check Date 7/07/15    44176

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|---|---|---|---|---|---|---|---|---|
| 12/04/14 | 44036426 | 1800-00010 | 000 | --- | 000 | 0003 | 5192.88 | 0.00 | 5192.88 |
| 12/12/14 | 44036528 | 1800-00010 | 000 | --- | 000 | 0003 | 2581.38 | 0.00 | 2581.38 |
| 12/12/14 | 44036612 | 1800-00010 | 000 | --- | 000 | 0003 | 9669.00 | 0.00 | 9669.00 |
| 12/19/14 | 44036649 | 5510-00104 | 000 | --- | 000 | 0002 | 89.49 | 0.00 | 89.49 |
| 12/19/14 | 44036666 | 5510-00143 | 000 | --- | 000 | 0003 | 171.66 | 0.00 | 171.66 |

| TOTALS | | | | | | | 17704.41 | 0.00 | 17704.41 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

**HY-TECH MACHINE INC.**

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **044176**

50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 01/07/15 | 17704.41 |

PAY
To The
Order
Of

SEVENTEEN THOUSAND SEVEN HUNDRED FOUR AND 41/100 DOLLARS

NORRIS GREAT LAKES
NW 7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈044176⑈ ⑆021407912⑉704 75⑈5295 2⑈

HY0010

**Morris Great Lakes**
6181 Marshall Road
Cranberry Township, PA 16066
US

Tel:    877-373-8906
Fax:   855-882-5615

**INVOICE**

#3



REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968



Invoice No.        Page
44036426              1

Invoice date
12/4/2014

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

AIR TOOL SERVICE
7722 METRIC DRIVE
PO# 141029 (HYTECH)
MENTOR OH 44060
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33319 | 11/19/2014 | 217820 | MPD | 951117 Joann Hinc |

| PO number | Job No. | Ship via | PPD/COL |
|---|---|---|---|
| 141029 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item Price Discount % | U/M Extended Total price |
|---|---|---|---|---|
| M109-0022-56 SPRING | 1.00 | 1.00 | 5,192.88 | EA  5,192.88 |

1800-0010 (3)

**RECEIVED**
DEC - 9 2014
Hy-Tech Machine, Inc.

Comments:       INV# 77084269
                MACTURN 250W S# 105940

| | |
|---|---|
| Sales amount: | 5,192.88 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 5,192.88 |
| Amount Received: | 0.00 |
| Total amount due: | 5,192.88 |

Payment terms: NET ON MAINT

(C)2001 Coad Software

HY0011





Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021

P U R C H A S E   O R D E R
--------------------------------

PAGE:          1
DATE:   11/19/14
PO #:    141029

5320

TO: MORRIS GREAT LAKES
    9151 MARSHALL ROAD
    CRANBERRY TWP      PA16066

SHIP TO: AIR TOOL SERVICE COMPANY
         7722 METRIC DRIVE
         MENTOR, OH  44060

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 1.00 | PARTS TO REPAIR OKUMA MACTURN | 1.00 | 5192.8800 | 5192.88 |
| | | | 250W SN:105940 | | | |
| | | | PER QUOTE DATED 11-18-14 ATTACHED | | | |
| | | | Promise Delivery Date: 11/30/14 | | | |
| 2 | | 1.00 EA | PARTS FOR REPAIR | 1.00 EA | 1371.6600 | 1371.66 |
| | | | MACTURN 250W | | | |
| | | | Promise Delivery Date: 12/08/14 | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

------------------------------------------------------------------------

------------------------------------------------------------------------

                                    AIR TOOL SERVICE COMPANY

                                 BY

HY0012

PURCHASE ORDER RECEIVING REPORT -UPDATE

O #:  141029

| PO #IT PART | VENDOR # | VENDOR NAMEDESC | ICPN # | JOB # | DATE | SHIP TO ADDRESSQ ORD | Q RCV | QR NOW | ACQ COST | LAST DA | COST | VALUE C F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141029 1.00 | 5320 | MORRIS GREAT LAKESPARTS TO R 6804250W SN:105940 | | | 111914 | 25 LEONBURG ROAD1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 5192.8800 | 0.00 U O |

PER QUOTE DATED 11-18-14 ATTACHED

HY0013

PURCHASE ORDER RECEIVING REPORT –UPDATE

O #:  141029                                                                                                    PAGE:     1
    PO #   VENDOR #  VENDOR NAME                DATE SHIP TO ADDRESS                       DATE:123014
IT PART                DESC    ICPN #  JOB #       Q ORD   Q RCV  QR NOW   AC  Q COST  LAST PR    COST   VALUE C P

   141029    5320  MORRIS GREAT LAKES       111914  25 LEONBURG ROAD
1.00               PARTS TO R 6804         1.00   1.00   0.00    1.00   0.00   5192.8800   5192.88 Y O
          250W SN:105940
URCHASE ORDER  141029   FILLED          PER QUOTE DATED 11-18-14 ATTACHED

| O Type | Cost Amount Update | COGS |
|--------|--------------------|------|
| ther   | 5192.88            |      |
| rand Total | 5192.88         |      |

HY0014

PURCHASE ORDER RECEIVE PRINT/UPDATE PROGRAM

| | | | AP Batch #: 415 | | | | Page No: 2 |
| ompany: 0 | | | Department: 0 | | | | 12/30/14 |
| P Vendor: 5073  MORRIS GREAT LAKES | | | Invoice: 44036426 | AP Batch Date: | Branch: 3 | 12/04/14  Check Acct: 1 | 10:11:17 |
| | | | | | | | Activity: 0 |

| Item | Invoice | GL Accnts | Description | Disc Due Dt | Disc Amt | Disc Inv Amt | Due Dt | Inv Amt | Slm |
|------|---------|-----------|-------------|-------------|----------|--------------|--------|---------|-----|
| 1 | 44036426 | 1800-0000 | FA-MACHINERY  EQT | 12/04/14 | 0.00 | 5192.88 | 12/09/14 | 5192.88 | |
| | Total | | | | 0.00 | 5192.88 | | 5192.88 | |

Invoice Totals
800-0000:      5192.88

o. of data file errors        0

|  Type | GRAND TOTALS  Cost Amount Update | COGS |
|-------|-----------------------------------|------|
| anufacture | 40.25 | |
| her | 15033.54 | |
| and Total | 15073.79 | |

HY0015

HY-TECH MACHINE INC. - CRANBERRY TWP., PA 16066

RANSEY MACHINE

03/04/15    45098

| Date | | Description | | | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/15 | 1129 | 1800-00000 | 000 | --- | 000 | 0003 | | 6800.00 | 0.00 | 6800.00 |

ALLOCATION LESS: CREDIT

(4,500.00)

2,300.00

TOTALS                                                          6800.00        0.00        6800.00

DETACH THIS STUB BEFORE DEPOSITING CHECK

---

**HY-TECH MACHINE INC.**

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045098**

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 03/04/15 | 6800.00 |

PAY
To The
Order
Or

SIX THOUSAND EIGHT HUNDRED AND 00/100 Dollars

RANSEY MACHINE
1392 DARLINGTON ROAD
LIGONIER PA 15658

HY-TECH MACHINE INC.

*James Ale*

**NON-NEGOTIABLE**

⑆045098⑆ ⑈021407912⑈704 75⑈5295 2⑆

# Ramsey Machine LLC

1392 Darlington Road
Ligonier, PA 15658

Shop# 724-238-9362
Fax# 724-238-9467
Office# 724-689-6835
RamseyMachine@Gmail.com

Bill To
Hy-Tech Machine Inc.
25 Leonberg Road
Cranberry Township, PA 16066

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/2015 | 1129 |

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| 1090 | Net 30 | 3/1/2015 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Moving of Okuma Lathe 1/13 & 1/14 | 1 | 6,800.00 | 6,800.00 |
| Sales Tax | | 6.00% | 0.00 |

ALLOCATE-
2300 not to
Maximum

RECEIVED
FEB 5 – 2015
Hy-Tech Machine, Inc.

OK
OLO
2/24/15

| | |
|---|---|
| **Total** | $6,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,800.00 |

HY0017

PURCHASE ORDER

PAGE:      1
DATE: 01/15/15
PO #:     1090

4823
TO: RAMSEY MACHINE
1392 DARLINGTON ROAD
LIGONIER        PA15658

SHIP TO: AIR TOOL SERVICE COMPANY
25 LEDBERG ROAD
MASHUDA INDUSTRIAL PARK
CRANBERRY TOWNSHIP, PA 16066

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | | 1.00 | PREPARE MACHINERY FOR REMOVAL | 1.00 | 0.0001 | |
| | | | AT ATSCO. REINSTALL SAME AT HY-TECH FACILITY | | | |
| | | | JANUARY 12-16, 2015. (ATSCO P.O. # 1091) | | | |
| | | | TAG TOM O. | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

AIR TOOL SERVICE COMPANY

BY

HY0018

PURCHASE ORDER RECEIVING REPORT -UPDATE                                    PAGE:    1
                                                                          DATE: 22615

O #:   1090
     PO #    VENDOR #  VENDOR NAME                    DATE  SHIP TO ADDRESS              AC
  IT PART              DESC      ICPN #   JOB #             Q ORD   Q RCV  QR NOW  Q COST  LAST PR      COST    VALUE C F
--------------------------------------------------------------------------------------------------------

      1090    4823  RAMSEY MACHINE              11515  25 LEONBURG ROAD             DT
1.00                PREPARE MA 6804                     1.00    0.00   1.00    0.00    0.00     0.0001     0.00 U O
            AT ATSCO REINSTALL SAME AT HY-TECH FACILITY    JANUARY 12-16, 2015 (ATSCO P.O. # 1091)
            TAG TOM O.

HY0019

```
PO #:   1090                PURCHASE ORDER RECEIVING REPORT -UPDATE                    PAGE:    1
                                                                                       DATE: 22615
        PO #   VENDOR #  VENDOR NAME              DATE  SHIP TO ADDRESS           AC
   IT PART                DESC       ICPN #  JOB #      Q ORD   Q RCV  QR NOW  Q CUST  LAST PR      COST    VALUE C F

      1090    4823  RAMSEY MACHINE            11515  25 LEDMBURG ROAD        DT
 1.00               PREPARE MA 6804                   1.00   1.00   0.00   1.00    0.00  6800.0000  6800.00 Y D
                    AT ATSCO REINSTALL SAME AT HY-TECH FACILITY     JANUARY 12-16, 2015 (ATSCO P.O. # 1091)
                    TAG TDM D.
 PURCHASE ORDER   1090    FILLED


 PO Type           Cost Amount Update        COGS
 ----------------------------------------------------
 Other                 6800.00
 ----------------------------------------------------
 Grand Total           6800.00
```

HY0020

# Credit Memo

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44037657 | 1 |

| Invoice date |
|---|
| 3/6/2015 |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 141882
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34421 | 3/6/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 141882 | | BEST WAY | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| E3028-397-024 CONNECTOR, XS2P-D422-2 SERVICE TECH ORDERED INCORRECT PARTS | 6.00 | 6.00 CR | 61.42 | EA | -368.52 |

5010-0143

(5073)

Lpd 3.11.15

RECEIVED
MAR 10 2015
Hy-Tech Machine, Inc.

Comments:

| | |
|---|---|
| Sales amount: | 368.52 CR |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | -368.52 CR |
| Amount Received: | 0.00 |
| Total credit amount: | -368.52 CR |

Payment terms:  UPON RECEIPT

(C)2001 Exact Software

HY0021



HY-TECH MACHINE INC. CRANBERRY TWP., PA 16066

| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|------|---|-------------|---|---|---|----------------|----------|------------|
| 02/11/15 | 44037322 | 1800-00010 | 000 | --- | 000 | 0001 | 4500.00 | 0.00 | 4500.00 |
| 02/11/15 | 44037339 | 5510-00170 | 000 | --- | 000 | 0001 | 78.22 | 0.00 | 78.22 |
| 02/12/15 | 44037379 | 5610-00143 | 000 | --- | 000 | 0001 | 368.52 | 0.00 | 368.52 |
| 02/11/15 | 44037386 | 5510-00170 | 000 | --- | 000 | 0001 | 365.96 | 0.00 | 365.96 |
| 02/19/15 | 44037423 | 5510-00202 | 000 | --- | 000 | 0001 | 438.76 | 0.00 | 438.76 |
| 02/19/15 | 44037423 | 5510-00170 | 000 | --- | 000 | 0001 | 611.25 | 0.00 | 611.25 |
| 02/20/15 | 44037442 | 5510-00143 | 000 | --- | 000 | 0001 | 1055.40 | 0.00 | 1055.40 |
| 03/06/15 | 44037657 | 5510-00143 | 000 | --- | 000 | 0001 | 368.52 | 0.00 | 368.52 |
| 03/06/15 | 44037672 | 5510-00246 | 000 | --- | 000 | 0001 | 448.44 | 0.00 | 448.44 |
| 03/13/15 | 44037791 | 5510-00127 | 000 | --- | 000 | 0001 | 243.70 | 0.00 | 243.70 |
| 03/27/15 | 44038002 | 5510-00143 | 000 | --- | 000 | 0001 | 2561.88 | 0.00 | 2561.88 |
| TOTALS | | | | | | 1303.60 | 0.00 | 1303.60 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

HY-TECH MACHINE INC.

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 045509

50-791
214

Mashuda Industrial Park
23 Leonburg Road.
Cranberry Twp., PA 16066

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 04/01/15 | 1303.60 |

PAY  ONE THOUSAND THREE HUNDRED THREE AND 60/100 DOLLARS

To The Order Of

MORRIS GREAT LAKES
NW-7969-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑃045509⑃ ⑃021407912⑃704 75⑃5295 2⑃

HY0022

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:   877-373-8906
Fax:  855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44038002 | 1 |

**Invoice date**
3/27/2015

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 142951
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc. | Account manager |
|---|---|---|---|---|
| 34699 | 3/26/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 142951 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| H0019-0005-13 ROTARY JOINT | 1.00 | 1.00 | 2,561.88 | EA | 2,561.88 |
| 586-0380-23-01 COLLAR | 1.00 | 0.00 1.00 | 372.96 | EA | 0.00 |

RECEIVED

MAR 30 2015

Hy-Tech Machine, Inc.

Comments:    INV# 77089418
MACTURN 250-W S# 105940

| | |
|---|---|
| Sales amount: | 2,561.88 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 2,561.88 |
| Amount Received: | 0.00 |
| Total amount due: | 2,561.88 |

Payment terms: NET 30 DAYS

(C)2003 Exact Software

HY0023



Mashuda Industrial Park
25 Leonberg
Cranberry Twp., PA 16066
(724) 776-6800
Fax (724) 776-6811

**HY-TECH MACHINE INC.**

P U R C H A S E   O R D E R

PAGE:      1
DATE: 03/27/15
PO #:   142951

6329
TO: MORRIS GREAT LAKES
9151 MARSHALL ROAD
CRANBERRY TWP      PA16066

SHIP TO: HY-TECH MACHINE INC.
25 LEONBURG ROAD
MASHUDA INDUSTRIAL PARK
CRANBERRY TOWNSHIP, PA  16066-3601

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|-----------|--------|
| 1 | | 1.00 | H0019-0005-13 ROTARY JOINT | 1.00 R | 2561.8800 | 2561.88 |
| | | | SHIP UPS RED LABEL ON OUR #185-108 | | | |
| | | | TAG TOM O. | | | |
| | | | Promise Delivery Date: 03/31/15 | | | |
| 2 | | 1.00 | 586-0380-23-01 COLLAR | R 1.00 | 372.9600 | 372.96 |
| | | | SHIP UPS RED LABEL ON OUR #185-108 | | | |
| | | | TAG TOM O. | | | |
| | | | Promise Delivery Date: 03/31/15 | | | |



CONFIRMING ORDER: PLEASE DO NOT DUPLICATE.

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

HY-TECH MACHINE INC.
BY

HY0024

# PACKING LIST

**Morris Parts Depot**
a Division of Morris Group Inc
350 Electronics Boulevard
Huntsville, AL 35824
Tel:   256-461-8111
Fax:   256-461-8943

| Order No | Date | Page No |
|---|---|---|
| 97260 | 3/26/2015 | 1 |

| Customer P/O Number |
|---|
| 142951 |

Bill To

MORRIS GREAT LAKES
9151 Marshall Road

CRANBERRY TOWNSHIP, PA 16066
US

Shipped To

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 142951

CRANBERRY TOWNSHIP, PA 16066
US

| Customer No | Ship Date |
|---|---|
| 6 | A.S.A.P. |

| Shipping Instructions |
|---|
| 584.105940 - COLLECT# 185108 |
| 3005900 |
| MORRIS PTS DEPO |

Ship via:   UPS Red Collect

| Qty Ordered | Qty to Ship | Item No/Description | UOM | UOM | Qty Packed |
|---|---|---|---|---|---|
| | | REQ# 54.926 | | | |
| | | PO# 50317 | | | |
| | | BAAN# 974761 | | | |
| 1.00 | 1.00 | H0019-0005-13 | EA | HD1-15 | |
| | | ROTARY JOINT | | | |

| Total Qty Ordered | 1.00 | Total Qty Packed | 1.00 | HY0025 |
|---|---|---|---|---|



HY-TECH MACHINE INC., CRANBERRY TWP., PA 16066

| Date | Description | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|
| 04/01/15 | 010115  5510-00273  000  ---  000  0001 | 570.00 | 0.00 | 570.00 |
| 03/10/15 | 1104  5531-00068  000  ---  000  0003 | 1335.60 | 0.00 | 1335.60 |
| 03/10/15 | 1105  5515-00000  000  ---  000  0003 | 1045.00 | 0.00 | 1045.00 |
| TOTALS | | 1810.60 | 0.00 | 1810.60 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA. 16066
HY-TECH MACHINE INC.

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 045526

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 04/01/15 | 1810.60 |

PAY   ONE THOUSAND EIGHT HUNDRED TEN AND 60/100 DOLLARS

To The
Order
Of
RAMSEY MACHINE
1392 DARLINGTON ROAD
LIGONIER PA 15658

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈045526⑈ ⑆021407912⑆704 75⑈5295 2⑈

HY0026

# Ramsey Machine LLC

**#7**

# Invoice

1392 Darlington Road
Ligonier, PA 15658

Shop# 724-238-9362
Fax# 724-238-9467
Office# 724-689-6835
RamseyMachine@Gmail.com

| Date | Invoice # |
|------|-----------|
| 3/10/2015 | 1184 |

Bill To
Hy-Tech Machine Inc.
25 Leonberg Road
Cranberry Township, PA 16066

| P.O. No. | Terms | Due Date | Account # | Project |
|----------|-------|----------|-----------|---------|
|  | Net 30 | 4/9/2015 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Rental of Storage trailer 1/20/15-2/20/15 | 1 | 630.00 | 630.00T |
| Rental of Storage Trailer 2/20/15-3/20/15 | 1 | 630.00 | 630.00T |
| Sales Tax |  | 6.00% | 75.60 |

*TO STORE MALTURN PIECES TO PUT TOGETHER LATER* ②

5531-0000-3

4823

RECEIVED
MAR 23 2015
Hy-Tech Machine, Inc.

| | |
|---|---|
| **Total** | $1,335.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,335.60 |

2173
**HY-TECH MACHINE INC.** - CRANBERRY TWP., PA 16066
N & S PLUMBING & EXCAVATING
Check Date 4/16/15    45090

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|--|-------------|--|--|--|--|---------------|----------|------------|
| 02/06/15 | 14373 | 5585-00001 | 000 | --- | 000 | 0001 | 150.00 | 0.00 | 150.00 |
| 02/12/15 | 14374 | 5585-00001 | 000 | --- | 000 | 0001 | 150.00 | 0.00 | 150.00 |
| 02/26/15 | 14375 | 5585-00001 | 000 | --- | 000 | 0001 | 126.00 | 0.00 | 126.00 |
| 03/10/15 | 14376 | 5585-00001 | 000 | --- | 000 | 0001 | 165.22 | 0.00 | 165.22 |
| 04/03/15 | 14377 | 1800-00010 | 000 | --- | 000 | 0003 | 4100.00 | 0.00 | 4100.00 |
| | | | | | | | | | |
| **TOTALS** | | | | | | | 4692.02 | 0.00 | 4692.02 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066
HY-TECH MACHINE INC.

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045690**
50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 04/16/15 | 4692.02 |

PAY      FOUR THOUSAND SIX HUNDRED NINETY-TWO AND 02/100 DOLLARS
To The
Order
Of      N & S PLUMBING & EXCAVATING
        7173 FRANKLIN ROAD
        CRANBERRY TWP, PA 16066

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑆045690⑆ ⑆021407912⑈704 75⑈5295 2⑆

**INVOICE NO. 14377**

**M & S PLUMBING & EXCAVATING**
7173 Franklin Road
Cranberry Township, PA 16066-3909
PA Lic. #PA028614
(724) 776-1219

JOB PHONE | DATE OF ORDER
JOB NAME / LOCATION
PHONE
ORDER TAKEN BY

TO: HY-TECH
25 Leonberg DR
Cranberry Twp., PA 16066

V2173

#9

TERMS:

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| Installed air lines for test | |
| station and machines from | |
| Cleveland | |
| | 4100 00 |

1-800-00010-3

RECEIVED APR 13 2015
Hy-Tech Machine, Inc.

4513.15

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Steve | | | |
| Dan | | | |

| | |
|---|---|
| TOTAL MATERIAL | |
| TOTAL LABOR | |
| TAX | |
| PAY THIS AMOUNT → | 4100 00 |

*Thank You!*

WORK ORDERED BY
DATE COMPLETED 4-3-15

MAC TURNE-75

HY0029



HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066    WULFF ELECTRIC, INC.

Check Date 04/23/15    45819

| Date | | | Description | | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/15 | 2014216 | | 1800-00010 | 000 | --- | 000 | 0003 | 6352.75 | 0.00 | 6352.75 |

#9

| TOTALS | | 6352.75 | 0.00 --- | 6352.75 |
|---|---|---|---|---|

DETACH THIS STUB BEFORE DEPOSITING CHECK

HY-TECH MACHINE INC.

Meshuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045819**

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 04/23/15 | 6352.75 |

PAY
To The
Order
Of

SIX THOUSAND THREE HUNDRED FIFTY-TWO AND 75/100 DOLLARS

WULFF ELECTRIC, INC.
112 FAREO DRIVE
BUTLER PA 16001

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑆045819⑆ ⑈021407912⑇704 75⑈5295 2⑈

HY0030

# Invoice

Wulff Electric Inc.
112 Fared Drive
Butler, PA 16001

| Phone # | Fax # | Date | Invoice # |
|---|---|---|---|
| 724-287-4570 | 724-287-8605 | 4/9/2015 | 2014216 |

| Bill To |
|---|
| HY TECH MACHINE<br>25 Leonburg Rd<br>Cranberry PA 16066 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Description | Serviced | Amount |
|---|---|---|
| Labor and materials to wire machines. | 2/27/2015 | 6,352.75 |

*Maitun - .75*

*1800 - 0010 - 3*

*4.20.15*

RECEVED

APR 16 2015

Hy-Tech Machine, Inc.

*348le*

| | | Total | $6,352.75 |
|---|---|---|---|

HY0031

3571
HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066     L & L MACHINE TOOL REBUILDING     Check Date 03/26/15    45396

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|---|------------|---|---|---|---|---------------|----------|-----------|
| 01/20/15 | 4585HT | 5510-00210 | 000 | --- | 000 | 0001 | 52.00 | 0.00 | 52.00 |
| 01/20/15 | 4585HT | 5510-00347 | 000 | --- | 000 | 0001 | 468.00 | 0.00 | 468.00 |
| 01/20/15 | 4585HT | 5510-00000 | 000 | --- | 000 | 0001 | 235.66 | 0.00 | 235.66 |
| 01/27/15 | 4586ATSCO | 1800-00610 | 000 | --- | 000 | 0003 | 9754.85 | 0.00 | #10 9754.85 |
| 02/12/15 | 4587ATSCO | 1800-00610 | 000 | --- | 000 | 0003 | 18910.00 | 0.00 | #10A 18910.00 |



| TOTALS | | | | | | | 34180.51 | 0.00 | 34180.51 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

---

**HY-TECH MACHINE INC.**

Mashuda Industrial Park
25 Leonburg Road
Cranbury Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045396**

50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 03/26/15 | 34180.51 |

PAY    THIRTY-FOUR THOUSAND ONE HUNDRED EIGHTY AND 51/100 DOLLARS
To The
Order
Of    L & L MACHINE TOOL REBUILDING
100 INDUSTRIAL WAY
SCOTTDALE PA 15683

HY-TECH MACHINE INC.

NON-NEG

⑆045396⑆ ⑈021407912⑈704 75⑆5295 20⑆

HY0032



3577
**HY-TECH MACHINE INC.**- CRANBERRY TWP., PA 16066     L & L MACHINE TOOL REBUILDING     Check Date 03/26/15     45395

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|------|------|------|------|------|------|------|------|------|
| 12/16/14 | 4683HT | 5518-00289 | 000 | --- | 000 | 0001 | 131.43 | 0.00 | 131.43 |
| 12/16/14 | 4683HT | 5518-08247 | 000 | --- | 000 | 0001 | 131.43 | 0.00 | 131.43 |
| 12/16/14 | 4683HT | 5518-00113 | 000 | --- | 000 | 0001 | 1751.43 | 0.00 | 1751.43 |
| 12/16/14 | 4683HT | 5518-00251 | 000 | --- | 000 | 0001 | 245.71 | 0.00 | 245.71 |
| 12/16/14 | 4683HT | 5518-00250 | 000 | --- | 000 | 0001 | 100.00 | 0.00 | 100.00 |
| 12/16/14 | 4683HT | 5518-00252 | 000 | --- | 000 | 0001 | 100.00 | 0.00 | 100.00 |
| 12/16/14 | 4683HT | 5518-00153 | 000 | --- | 000 | 0001 | 100.00 | 0.00 | 100.00 |
| 12/16/14 | 4683HT | 5518-00154 | 000 | --- | 000 | 0001 | 100.00 | 0.00 | 100.00 |
| 01/20/15 | 4685HT | 5518-00162 | 000 | --- | 000 | 0001 | 550.00 | 0.00 | 550.00 |
| 01/20/15 | 4685HT | 5518-00153 | 000 | --- | 000 | 0001 | 110.00 | 0.00 | 110.00 |
| 01/20/15 | 4685HT | 5518-00154 | 000 | --- | 000 | 0001 | 104.00 | 0.00 | 104.00 |
| 01/20/15 | 4685HT | 5518-00247 | 000 | --- | 000 | 0001 | 676.00 | 0.00 | 676.00 |
| 01/20/15 | 4685HT | 5518-00245 | 000 | --- | 000 | 0001 | 340.00 | 0.00 | 340.00 |
| **TOTALS** | | | | | | | **4760.00** | **0.00** | **4760.00** |

DETACH THIS STUB BEFORE DEPOSITING CHECK

---

**HY-TECH MACHINE INC.**
Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045395**

50-791
214

| Date | PAY THIS AMOUNT |
|------|------|
| 03/26/15 | VOID VOID |

PAY
To The
Order
Of

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

L & L MACHINE TOOL REBUILDING
100 INDUSTRIAL WAY
SCOTTDALE PA 15683

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑈045395⑈ ⑉021407912⑈704 75⑈5295 2⑈

HY0033

RECEIVED
MAR 2 3 2015
Hy-Tech Machine, Inc.

**L&L MACHINE TOOL REBUILDING INC.**
**100 INDUSTRIAL WAY**
**SCOTTDALE, PA  15683**
**724-887-0851**
**FAX – 724-887-0841**

#10

| TO: | Hy Tech Machine | INVOICE: | 4687ATSCO |
|---|---|---|---|
| | Mashuda Industrial Park | PO#: | ATSCO141996 |
| | 25 Leonberg Road | Net 30 Days | |
| | Cranberry Twp, PA  16066 3601 | DATE: | February 12, 2015 |

**DESCRIPTION:**          **ATSCO PROJECT**

**Dates of Service 1-26 to 2-12-2015:**

**January 26, 2015:**

Prepared machines and shipped back from Cleveland.

1800-0010-3
3577

       12 ½ Hours Labor Tim / 3 Hours Travel
       10 ½ Hours Labor Kevin / 3 Hours Travel
        8 ½ Hours Labor Mike / 3 Hours Travel ( Overnight)
        8 ½ Hours Labor Jerad / 3 Hours Travel ( Overnight)
        8 ½ Hours Labor Tom / 3 Hours Travel ( Overnight)
        8 ½ Hours Labor Dan / 3 Hours Travel ( Overnight)

**January 27, 2015**

Prepared machines and  shipped back from Cleveland.

MFG TWRN @ .40

        7 Hours Labor Tim / 3 Hours Travel
        8 ½ Hours Labor Kevin / 3 Hours Travel
        7 ½ Hours Labor Mike / 3 Hours Travel
        7 ½ Hours Labor Dan / 3 Hours Travel
        4 Hours Labor Tom / 3 Hours Travel
        4 Hours Labor Jerad / 3 Hours Travel

**January 28, 2015**

Leveled Machines

        5 ½ Hours Labor Tim / 3 Hours Travel
        5 ½ Hours Labor Mike / 3 Hours Travel

RECEIVED
MAR 2 3 2015
Hy-Tech Machine, Inc.

HY0034

PAGE 2       L&L MACHINE TOOL REBUILDING INC        INVOICE 4687ATSCO
February 4, 2015

Leveled Machines

      7 Hours Labor Tim / 3 Hours Travel
      7 Hours Labor Mike / 3 Hours Travel

February 5, 2015

Leveled Machines

      7 Hours Labor Tim / 3 Hours Travel
      7 Hours Labor Mike / 3 Hours Travel

February 9, 2015

Leveled Machines

      5 ½  Hours Labor Tim / 3 Hours Travel

Hi Cell --       Troubleshot E stop condition

      5 ½ Hours Labor Dan / 3 Hours Travel

February 10, 2015

Hi Cell --       Troubleshot E Stop

      7 Hours Labor Dan

Haas VF4       Removed tool probe

      ½ Hour Labor Dan / 3 Hours Travel

February 11, 2015

Leveled Machines

      6 ½  Hours Labor Tim / 3 Hours Travel

Hi Cell --       Barfeeder alignment

      6 ½ Hours Labor Dan / 3 Hours Travel

February 12, 2015

Hi Cell --       Troubleshot and repaired chip conveyor

      2 ½ Hours Labor Dan / 1 ½ Hours Travel

HY0035

PAGE 3    L&L MACHINE TOOL REBUILDING INC    INVOICE 4687ATSCO

| TOTAL LABOR: | DAN | 38 Hours | $3040.00 |
|---|---|---|---|
| | TOM | 12.5 Hours | $1000.00 |
| | TIM | 51 Hours | $4080.00 |
| | JERAD | 12.5 Hours | $1000.00 |
| | MIKE | 35.5 Hours | $2840.00 |
| | KEVIN | 19 Hours | $1520.00 |
| TOTAL TRAVEL: | DAN | 16.5 Hours | $ 990.00 |
| | TOM | 6 Hours | $ 360.00 |
| | TIM | 21 Hours | $1260.00 |
| | JERAD | 6 Hours | $ 360.00 |
| | MIKE | 15 Hours | $ 900.00 |
| | KEVIN | 6 Hours | $ 360.00 |
| (4) Person Overnight $300 Each | | | $1200.00 |

TOTAL DUE:            $18910.00

*40 is MACTURN*

**L&L MACHINE TOOL REBUILDING INC.**
**100 INDUSTRIAL WAY**
**SCOTTDALE, PA  15683**
**724-887-0851**
**FAX – 724-887-0841**

TO:   Hy Tech Machine
      Mashuda Industrial Park
      25 Leonberg Road
      Cranberry Twp, PA  16066 3601

INVOICE:   4686ATSCO
PO#:       ATSCO1091
Net 30 Days
DATE:              January 27, 2015

DESCRIPTION:        ATSCO PROJECT

**1-12-2015**

Macturn 250          Disassembled for shipping

                     4 Hours Labor Dan
                     4 Hours Labor Tom

Technidrill          Disassembled for shipping

                     4 Hours Labor Dan/ 3 Hours Travel  ( Overnight )
                     4 Hours Labor Tom/ 3 Hours Travel  ( Overnight )

**1-13-2015**

Macturn 250          Disassembled and shipped

                     4 Hours Labor Dan
                     4 Hours Labor Tom

Technidrill          Disassembled and shipped

                     4 Hours Labor Dan/ 3 Hours Travel
                     4 Hours Labor Tom/ 3 Hours Travel

**1-14-2015**

Macturn 250          Installation

                     7 Hours Labor Dan/ 3 Hours Travel
                     7 Hours Labor Tim/ 3 Hours Travel

RECEIVED
MAR 23 2015
Hy-Tech Machine, Inc.

HY0037

**1-15-2015**

Macturn 250          Installation

                     7 Hours Labor Dan/ 3 Hours Travel
                     7 Hours Labor Tim/ 3 Hours Travel


**1-16-2015**

Macturn and Drill    Installation

                     6 ½ Hours Labor Dan/ 3 Hours Travel
                     7 ½ Hours Labor Tim/ 3 Hours Travel

**1-19-2015**

Macturn and Drill    Installation

                     4 ½ Hours Labor Dan / 3 Hours Travel

TechniDrill          Set up bar feeder and filled with oil

                     4 ½ Hours Labor Tim / 3 Hours Travel

| | | | |
|---|---|---|---|
| **TOTAL LABOR:** | **DAN** | **41 Hours** | $3280.00 |
| | **TOM** | **16 Hours** | $1280.00 |
| | **TIM** | **26 Hours** | $2080.00 |
| **TOTAL TRAVEL:** | **DAN** | **18 Hours** | $1080.00 |
| | **TOM** | **6 Hours** | $ 360.00 |
| | **TIM** | **12 Hours** | $ 720.00 |
| **(2) Person Overnight** | **$300 Each** | | $ 600.00 |
| **Salt and Premelt** | | | $ 51.35 |
| **Absorbent Pads** | | | $ 303.50 |

             **TOTAL DUE:**        **$9754.85**

HY0038



HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066        NORRIS GREAT LAKES

| Date | | Description | | | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/15 | 40039506 | 5510-00143 | 000 | --- | 000 | 0001 | | 1568.43 | 0.00 | 1568.43 |
| 07/14/15 | 40039519 | 5510-00143 | 000 | --- | 000 | 0001 | | 17341.91 | 0.00 | 17341.91 |

#11

+1414.27
18,756.18

1800.0010

| TOTALS | | | | | | | | 18910.34 | 0.00 | 18910.34 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY TECH
HY-TECH MACHINE INC.
Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 047260
50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 08/06/15 | 18910.34 |

PAY                EIGHTEEN THOUSAND NINE HUNDRED TEN AND 34/100 DOLLARS
To The
Order
Of        NORRIS GREAT LAKES
          NW 7960-10
          P.O. BOX 1450
          MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈047260⑈ ⑆021407912⑆704 75⑈5295 20⑈

HY0039

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44039519 | 1 |
| **Invoice date** | |
| 7/14/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 144120
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 35423 | 6/8/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No. | Ship via | PPD/COL |
|---|---|---|---|
| 144120 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| KU0400-584-001R SPINDLE CARTRIDGE | 1.00 | 1.00 | 15,200.00 | EA | 15,200.00 |

RECEIVED

JUL 17 2015

Hy-Tech Machine, Inc.

ok
fho

(800-0010-3

| Comments: | INV# 77093578 | | |
|---|---|---|---|
| | MACTURN 250 S# 105940 | Sales amount: | 15,200.00 |
| | | Miscellaneous amount: | 0.00 |
| | | Freight: | 2,141.91 |
| | | Sales tax: | 0.00 |
| | | Subtotal: | 17,341.91 |
| | | Amount Received: | 0.00 |
| **Payment terms:** NET 30 DAYS | | **Total amount due:** | **17,341.91** |

(C)2003 Exact Software

HY0040





Mashuda Industrial Park
25 Leonberg
Cranberry Twp., PA 16066
(724) 776-6800
Fax (724) 776-6811

---

**HY-TECH MACHINE INC.**         P U R C H A S E   O R D E R

PAGE:      1
DATE:   06/08/15
PO #:    144120

```
              5320
TO: MORRIS GREAT LAKES            SHIP TO: HY-TECH MACHINE INC.
    9151 MARSHALL ROAD                     25 LEONBURG ROAD
    CRANBERRY TWP.   PA16066               MASHUDA INDUSTRIAL PARK
                                           CRANBERRY TOWNSHIP, PA  16066-3601
```

---

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|-----------|--------|
| 1 |  | 1.00 | KU0408-584-001R SPINDLE | 1.00 R | 13200.0000 | 13200.00 |
|  |  |  | REBUILD | 6/30 |  |  |
|  |  |  | PER QUOTE dated June 8,2015 |  |  |  |
|  |  |  | Promise Delivery Date: 06/22/15 |  |  |  |

*ATTN: BRAYLA SHIREY*



---

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

---

HY-TECH MACHINE INC.

BY _____

HY0041

# MATERIAL  SERVICE REQUISITION

Requisitioned by:  Tom          Customer:                    ☐ RUSH

Requisition Date:  6/8/2015

Shop Order #:                  Part Number:

☐ Employee Taxable
☐ General use FOR :     143         EMP#         ☐ Pick Up
☒ Machine  Parts & Service        Machine Number

Problem:                    NNA      L&L

| ACCOUNT CODE | | Must Check Applicable Category | | | | |
|---|---|---|---|---|---|---|
| x | 5510- | 143 | MACHINE PARTS & MAINT. | | 5520- | 0007 | WELDING SUPPLIES |
| | 5518- | 0000 | SAMPLE PARTS | | 5520- | 0008 | MATERIAL HANDLING |
| | 5518- | 0010 | RESEARCH & DEVELOPMENT | | 5520- | 0012 | QUALITY |
| | 5519- | 0000 | FIXTURES & PATTERNS  Under $1000 | | 5520- | 0013 | CONTRACT SERVICES |
| | 5520- | 0000 | SHOP SUPPLIES | | 5520- | 0014 | HARDWARE(NUTS-BOLTS) |
| | 5520- | 0001 | SHARPENING | | 5520- | 0015 | ABRASIVES- BELTS/DISCS |
| | 5520- | 0002 | COOLANTS/ LUBRICANT & REMOVAL | | 5520- | 0025 | HARDWARE MAINTENANCE |
| | 5520- | 0003 | CUTTING TOOLS Drills, end mills etc. | | 5585- | 0000 | BUILDING MAINT Light bulbs etc |
| | 5520- | 0004 | TOOL HOLDERS/ CHUCKS | | 6520- | 0000 | SHIPPING SUPPLIES |
| | 5520- | 0005 | JANITORIAL SUPPLIES | | | OTHER-EXPLAIN: |

| QTY. | MATERIAL | EACH | EXT. |
|---|---|---|---|
| 1 | KU0400-584-0001R SPINDLE REBUILD | $13,200.00 | $13,200.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | TOTAL | $13,200.00 |

Recommended Sources

MORRIS GREAT LAKES

TOOL BIN LOCATION:              NEW BIN:

                               Deliver to:  Tom

Reviewed by:                   Approved by:

HY0042



9151 MARSHALL ROAD · CRANBERRY TOWNSHIP, PA 16066 · Main: 877-373-8906 · Direct: 724-716-4410 · Fax: 855-882-5615

# PART QUOTE

#11

| | |
|---|---|
| Date: | June 8, 2015 |
| Contact: | **TOM OBER** |
| Customer: | HY-TECH MACHINE |

Fax/Email: TOBER@HY-TECHINC.COM
Machine: MACTURN 250 S# 105940 MC# 584.105940
OSP E100L CONTROL     INSTALL DATE 3/31/2005

| Quantity | Part Number | Description | Price per Unit | Total Price | Delivery |
|---|---|---|---|---|---|
| 1 | :KU0400-584-001R | SPINDLE REBUILD | $13,200.00 | $13,200.00 | 2-3 WKS |
| | | | **Total Amount:** | **$13,200.00** | |

**Shipping:** To guarantee next day shipments, orders should be received by 3:00pm today. Standard Okuma ship method is FedEx. UPS collect account to be provided to ship UPS. If excess of 150lbs, it will be shipped bestway and charged to you at invoicing. Please state ship method otherwise order will be shipped ground. Expedited down machine orders must ship RED. All Chevalier orders will include a $7.95 handling fee.

Q24: Down Machine Orders, 24 hour shipment from Japan or Germany warehouse through Okuma. Customer will need to agree to pay expedited FedEx Freight and must provide their FedEx account number to be charged. Freight will be at a higher cost as this is a direct shipment from warehouse to customer location. Q24 is only offered through FedEx.

Items coming from Japan or Germany have a normal lead time around 2-3 weeks. Okuma normal lead time for items not showing in stock will be around 4-6 weeks depending on location of the item.

**Returns:** All returns must be pre-approved where a 15% restocking fee may apply. Min. restock fee: $25.00 There are no returns after 30 days of receipt, no return on electrical, electronic, or special items. Model and serial number must be provided or items are nonreturnable. Special items include items from overseas or made local.

**Exchange:** Credit for defective returns must be shipped to Okuma within 30 days of receipt. If not, a $500.00 fee will be invoiced.

**TERMS OF PAYMENT:**     Net 30 Days
· Remit to: Morris Great Lakes NW7968-10 PO Box 1450-Minneapolis, MN 55485-7968

NOTES:  Please fax (855-882-5615) or email (greatlakes-parts@morriseprinc.com) the required hard copy PO.
Each purchase requires a hardcopy PO including part numbers, pricing, Net 30 terms and shipping method
Verbal purchase orders will not be accepted.  ALL PRICES QUOTED ARE VALID FOR FIFTEEN (15) DAYS.

Thank you... Brayla Shirey

### Morris Group, Inc.

*Quality Machine Tools & Engineered Solutions*

```
                    PURCHASE ORDER RECEIVING REPORT -UPDATE                          PAGE:     1
 PO #:  144120                                                                       DATE: 80415
      PO #      VENDOR # VENDOR NAME          DATE  SHIP TO ADDRESS      AC
    IT PART              DESC    ICP# #  JOB #      Q ORD   Q RCV   QR NOW  Q COST  LAST PR    COST    VALUE C F

    144120     5320  MORRIS GREAT LAKES      60815  25 LEOMBURG ROAD      DI
   1.00              XUO400-584 0                   1.00    1.00    0.00    1.00   0.00  17341.9100  17341.91 Y D
             REBUILD                                PER QUOTE dated june 8,2015
 PURCHASE ORDER  144120    FILLED


 PO Type          Cost Amount Update       COGS
 ----------------------------------------------
 Other              17341.91
 ----------------------------------------------
 Grand Total        17341.91
```

| Item | Invoice | GL Accnts | Description | Disc Due Dt | Disc Amt | Disc Inv Amt | Due Dt | Inv Amt | Stk |
|------|---------|-----------|-------------|-------------|----------|--------------|--------|---------|-----|
| 1 | 44039519 | 5510-0143 | MACHINE REPAIR-143 ATSCD | 07/14/15 | 0.00 | 17341.91 | 07/19/15 | 17341.91 | |
| | Total | | | | 0.00 | 17341.91 | | 17341.91 | |

Invoice Totals
5510-0143:        17341.91

No. of data file errors        0

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#11

| Invoice No. | Page |
|---|---|
| 44039860 | 1 |
| Invoice date | |
| 8/14/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

1800-0010

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 144619
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 35758 | 7/9/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship Via | PPD/COL |
|---|---|---|---|
| 144619 | | UPS GROUND COLLECT | |

| Item No. Description | Quantity ordered Quantity on back order | Qty. Shipped/Returned | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 584-0380-53-04 SLEEVE | 1.00 | 1.00 | 1,414.27 | EA | 1,414.27 |

OK
RO
8/28/15

MACC# 143
MACTURN

RECEIVED
AUG 17 2015
Hy-Tech Machine, Inc.

**Comments:**  INV# 77095649
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 1,414.27 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 1,414.27 |
| Amount Received: | 0.00 |
| Total amount due: | 1,414.27 |

**Payment terms:**  NET 30 DAYS

HY0046



Mashuda Industrial Park
25 Leonberg
Cranberry Twp., PA 16066
(724) 776-6800
Fax (724) 776-6811



| HY-TECH MACHINE INC. | P U R C H A S E   O R D E R | PAGE:        1 |
|---|---|---|

DATE: 07/09/15
PO #:   144619

```
                 5320
      TO: MORRIS GREAT LAKES                    SHIP TO: HY-TECH MACHINE INC.
          9151 MARSHALL ROAD                             25 LEONBURG ROAD
          CRANBERRY TWP.   PA16066                       MASHUDA INDUSTRIAL PARK
                                                         CRANBERRY TOWNSHIP, PA  16066-3601
```

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | | 1.00 | 584-0380-53-04 SLEEVE → rec'd on system only | 7/14  1.00 R | 1414.2700 | 1414.27 |
| | | | Promise Delivery Date: 07/10/15 | mm | | |
| 2 | | 1.00 | 584-0380-52-03 SHAFT | 1.00 R | 1667.6500 | 1667.65 |
| | | | TAG TOX | 7/14 | | |
| | | | Promise Delivery Date: 07/10/15 | | | |



CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

HY-TECH MACHINE INC.

BY

HY0047

#11

Q24

# MATERIAL SERVICE REQUISITION

| Requisitioned by: | Tom | Customer: | | XXXX | RUSH |
|---|---|---|---|---|---|

Requisition Date:  7/9/2015

Shop Order #:                              Part Number:

| | Employee Taxable | | | | |
|---|---|---|---|---|---|
| | General use FOR : | | EMP# | | Pick Up |
| X | Machine  Parts & Service | | Machine Number  143 | | |

Problem:                              NNA        L&L

### ACCOUNT CODE        Must Check Applicable Category

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | 5510- | 143 | MACHINE PARTS & MAINT. | | 5520- | 0007 | WELDING SUPPLIES |
| | 5518- | 0000 | SAMPLE PARTS | | 5520- | 0008 | MATERIAL HANDLING |
| | 5518- | 0010 | RESEARCH & DEVELOPMENT | | 5520- | 0012 | QUALITY |
| | 5519- | 0000 | FIXTURES & PATTERNS  Under $1000 | | 5520- | 0013 | CONTRACT SERVICES |
| | 5520- | 0000 | SHOP SUPPLIES | | 5520- | 0014 | HARDWARE(NUTS-BOLTS) |
| | 5520- | 0001 | SHARPENING | | 5520- | 0015 | ABRASIVES- BELTS/DISCS |
| | 5520- | 0002 | COOLANTS/ LUBRICANT & REMOVAL | | 5520- | 0025 | HARDWARE MAINTENANCE |
| | 5520- | 0003 | CUTTING TOOLS Drills, end mills etc. | | 5585- | 0000 | BUILDING MAINT Light bulbs etc |
| | 5520- | 0004 | TOOL HOLDERS/ CHUCKS | | 6520- | 0000 | SHIPPING SUPPLIES |
| | 5520- | 0005 | JANITORIAL SUPPLIES | | OTHER-EXPLAIN: | | |

| QTY. | MATERIAL | EACH | EXT. |
|---|---|---|---|
| 1 | 584-0380-53-04 SLEEVE | $1,414.27 | $1,414.27 |
| 1 | 584-0380-52-03 SHAFT | $1,667.85 | $1,667.85 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | TOTAL | $3,082.12 |

MORRIS GREAT LAKES                Recommended Sources

TOOL BIN LOCATION:                              NEW BIN:

                                    Deliver to:    Tom

Reviewed by:                              Approved by:

GB



*Great Lakes*

9151 MARSHALL ROAD · CRANBERRY TOWNSHIP, PA 16066 · Main: 877-373-8906 · Direct: 724-716-4410 · Fax: 855-882-5615

# PART QUOTE

Date: July 9, 2015

Contact: **TOM OBER**

Customer: **HY-TECH MACHINE**

Fax/Email: TOBER@HY-TECHINC.COM

Machine: MACTURN 250 S# 105940 MC# 584.105940

| Quantity | Part Number | Description | Price per Unit | Total Price | Delivery |
|---|---|---|---|---|---|
| 1 | 584-0380-53-04 | SLEEVE | $1,414.27 | $1,414.27 | GER. STOCK |
| 1 | 584-0380-52-03 | SHAFT | $1,667.85 | $1,667.85 | OAC STOCK |
| | | | **Total Amount:** | **$3,082.12** | |

**Shipping:** To guarantee next day shipments, orders should be received by 3:00pm today. Standard Okuma ship method is FedEx. UPS collect account to be provided to ship UPS. If excess of 150lbs, it will be shipped bestway and charged to you at invoicing. Please state ship method otherwise order will be shipped ground. Expedited down machine orders must ship RED. All Chevalier orders will include a $7.95 handling fee.

Q24: Down Machine Orders, 24 hour shipment from Japan or Germany warehouse through Okuma. Customer will need to agree to pay expedited FedEx Freight and must provide their FedEx account number to be charged. Freight will be at a higher cost as this is a direct shipment from warehouse to customer location. Q24 is only offered through FedEx.

Items coming from Japan or Germany have a normal lead time around 2-3 weeks. Okuma normal lead time for items not showing in stock will be around 4-6 weeks depending on location of the item.

**Returns:** All returns must be pre-approved where a 15% restocking fee may apply. Min.restock fee: $25.00 There are no returns after 30 days of receipt, no return on electrical, electronic, or special items. Model and serial number must be provided or items are nonreturnable. Special Items include items from overseas or made local.

**Exchange:** Credit for defective returns must be shipped to Okuma within 30 days of receipt. If not, a $500.00 fee will be Invoiced.

**TERMS OF PAYMENT:** Net 30 Days

Remit to: Morris Great Lakes NW7968-10 PO Box 1450-Minneapolis, MN 55485-7968

NOTES: Please fax (855-882-5615) or email greatlakes-parts@morrisgrpinc.com the required hard copy PO. Each purchase requires a hard copy PO including part number(s), pricing, Net 30 terms and shipping method. Verbal purchase orders will not be accepted. ALL PRICES QUOTED ARE VALID FOR FIFTEEN (15) DAYS.

Thank you... Brayla Shirey

*Morris Group, Inc.*

**Quality Machine Tools & Engineered Solutions**

HY0049

PURCHASE ORDER RECEIVING REPORT UPDATE

PAGE: 1
PO #: 144619
DATE: 82815

| PO # | VENDOR # | VENDOR NAME | ICPN # | JOB # | DATE | SHIP TO ADDRESS | | | AC | | | | | |
|------|----------|-------------|--------|-------|------|-----------------|--|--|----|--|--|--|--|--|
| IT-PART | | DESC | | | | Q ORD | Q RCV | QR NOW | Q COST | LAST PR | COST | VALUE C F |

| 144619 | 5320 | MORRIS GREAT LAKES | | | 70915 | 25 LEONBURG ROAD | | | DT | | | | |
| 1.00 | | 584-0380-5 0 | | | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1414.2700 | 1414.27 Y D |
| PURCHASE ORDER | 144619 | FILLED | | | | | | | | | | |

| PO Type | Cost Amount Update | CDGS |
|---------|--------------------|------|
| Other | 1414.27 | |
| Grand Total | 1414.27 | |

HY0050

| Item | Invoice | GL Acct # | Description | Disc Due Dt | Disc Amt | Disc Inv Amt | Due Dt | Inv Amt |
|------|---------|-----------|-------------|-------------|----------|--------------|--------|---------|
| 1 | 44039860 | 5510-0143 | MACHINE REPAIR-143 ATSCO | 08/14/15 | 0.00 | 1414.27 | 08/19/15 | 1414.27 |
| | Total | | | | 0.00 | 1414.27 | | 1414.27 |

Invoice Totals
5510-0143:       1414.27

No. of data file errors       0

#11

HY-TECH MACHINE INC.-CRANBERRY TWP., PA 16066    RAMSEY MACHINE    Check Date 2/24/15    45302

| Date | | | Description | | | | Invoice Amount | Discount | Net Amount |
|------|--|--|-------------|--|--|--|----------------|----------|------------|
| 02/24/15 | 1156 | | 1000-00010 | 000 | --- | 000 | 0003 | 9480.00 | 0.00 | 9480.00 |



#12

| TOTALS | | | | | | | | 9480.00 | 0.00 | 9480.00 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

---

**HY-TECH MACHINE INC.**

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **045302**

50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 03/20/15 | 9480.00 |

PAY
To The
Order
Of

NINE THOUSAND FOUR HUNDRED EIGHTY AND 00/100 DOLLARS

RAMSEY MACHINE
1392 DARLINGTON ROAD
LIGONIER PA 15658

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈045302⑈ ⑈021407912⑈704 75⑈5295 2⑈

HY0052

# Ramsey Machine LLC

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/24/2015 | 1156 |

1392 Darlington Road
Ligonier, PA 15658

Shop# 724-238-9362
Fax# 724-238-9467
Office# 724-689-6835
RamseyMachine@Gmail.com

Bill To
Hy-Tech Machine Inc.
25 Leonberg Road
Cranberry Township, PA 16066

| P.O. No. | Terms | Due Date | Account # | Project |
|----------|-------|----------|-----------|---------|
| | Net 30 | 3/26/2015 | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Rigging and Trucking of Atsco to Hy-tech 1/27/15 | 1 | 9,480.00 | 9,480.00 |
| Sales Tax | | 6.00% | 0.00 |

*1800-0010-3*

*RECEIVED MAR 3 2015 Hy-Tech Machine, Inc.*

| | |
|---|---|
| Total | $9,480.00 |
| Payments/Credits | $0.00 |
| Balance Due | $9,480.00 |

HY0053

```
                    P U R C H A S E   O R D E R                          PAGE:      1
                    -------------------------                            DATE: 01/29/15
                                                                         PO #:  141997
```

```
            4823
TO: RAMSEY MACHINE                              SHIP TO: HY-TECH MACHINE INC.
    1392 DARLINGTON ROAD                                 25 LEONBURG ROAD
    LIGONIER        PA15658                               MASHUDA INDUSTRIAL PARK
                                                          CRANBERRY TOWNSHIP, PA 16066-3601
```

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 1.00 | RIG EQUIPMENT OUT OF ATSCO FACILITY HAUL TO HY-TECH FACILITY AND RIG INTO BUILDING | 1.00 | 0.0001 | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

---

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

---

                                        HY-TECH MACHINE INC.

                                        BY_____

HY0054



Mashuda Industrial Park
25 Leonberg
Cranberry Twp., PA 16066
(724) 776-6800
Fax (724) 776-6811

#12

HY-TECH MACHINE INC.

P U R C H A S E   O R D E R
-----------------------------------

PAGE:        1
DATE:  01/29/15
PO #:  141997

TO: RAMSEY MACHINE
    1392 DARLINGTON ROAD
    LIGONIER          PA15658

4825

SHIP TO: HY-TECH MACHINE INC.
         25 LEONBURG ROAD
         MASHUDA INDUSTRIAL PARK
         CRANBERRY TOWNSHIP, PA  16066-3681

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 |  | 1.00 | RIG EQUIPMENT OUT OF ATSCO FACILITY HAUL TO HY-TECH FACILITY AND RIG INTO BUILDING | 1.00 | 0.0001 |  |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

-------------------------------------------------------------------------

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

-------------------------------------------------------------------------

HY-TECH MACHINE INC.

BY

HY0055

141997

# MATERIAL  SERVICE REQUISITION #12

| | | | |
|---|---|---|---|
| Requisitioned by: | Tom | Customer: | ☐ RUSH |
| Requisition Date: | 1/28/2015 | | |
| Shop Order #: | | Part Number: | |

☐ Employee Taxable
☐ General use FOR :          EMP# _____
☐ Machine  Parts & Service     Machine Number _____     ☐ Pick Up

Problem: _____     NNA _____  L&L _____

| ACCOUNT CODE | | **Must Check Applicable Category** | | | | |
|---|---|---|---|---|---|---|
| ☐ | 5510- | | MACHINE PARTS & MAINT. | ☐ | 5520- | 0007 | WELDING SUPPLIES |
| ☐ | 5518- | 0000 | SAMPLE PARTS | ☐ | 5520- | 0008 | MATERIAL HANDLING |
| ☐ | 5518- | 0010 | RESEARCH & DEVELOPMENT | ☐ | 5520- | 0012 | QUALITY |
| ☐ | 5519- | 0000 | FIXTURES & PATTERNS  Under $1000 | ☐ | 5520- | 0013 | CONTRACT SERVICES |
| ☐ | 5520- | 0000 | SHOP SUPPLIES | ☐ | 5520- | 0014 | HARDWARE(NUTS-BOLTS) |
| ☐ | 5520- | 0001 | SHARPENING | ☐ | 5520- | 0015 | ABRASIVES- BELTS/DISCS |
| ☐ | 5520- | 0002 | COOLANTS/ LUBRICANT & REMOVAL | ☐ | 5520- | 0025 | HARDWARE MAINTENANCE |
| ☐ | 5520- | 0003 | CUTTING TOOLS Drills, end mills etc. | ☐ | 5585- | 0000 | BUILDING MAINT Light bulbs etc |
| ☐ | 5520- | 0004 | TOOL HOLDERS/ CHUCKS | ☐ | 6520- | 0000 | SHIPPING SUPPLIES |
| ☐ | 5520- | 0005 | JANITORIAL SUPPLIES | ✓ | | OTHER-EXPLAIN: | 1 800-0010-3 |

| QTY. | MATERIAL | EACH | EXT. |
|---|---|---|---|
| ____ | RIG EQUIPMENT OUT OF ATSCO FACILITY | | $0.00 |
| ____ | HAUL TO HY-TECH FACILITY AND RIG INTO BUILDING | | $0.00 |
| ____ | | | $0.00 |
| ____ | | | $0.00 |
| ____ | | | $0.00 |
| ____ | | | $0.00 |
| ____ | | | $0.00 |
| ____ | | | $0.00 |
| | | TOTAL | $0.00 |

RAMSEY MACHINE   4823          Recommended Sources

TOOL BIN LOCATION: _____     NEW BIN: _____

                                        Deliver to:  Tom

Reviewed by: _____            Approved by: _____

PURCHASE ORDER RECEIVING REPORT -UPDATE-

PO #: 141997                                                                          CASE:    1
                                                                                     DATE: 92915

      PO #   -VENDOR #  VENDOR NAME            DATE  SHIP TO ADDRESS         AC
      IT PART              DESC    ICPN #  JOB #   Q ORD   Q RCV  QR NOW  Q COST LAST PF    CRST    VALUE C F

      141997    4823  RAMSEY MACHINE      12915  25 LEIMBURG ROAD         D1
1.00                    RIG EQUIPM O               1.00   1.00   0.00   1 00   0.00  9480 0000   9480.00 Y b
                     FACILITY                            HAUL TO HY-TECH FACILITY AND RIG INTO BUILDING
PURCHASE ORDER  141997      FILLED

| PO Type | Cost Amount Update | CDES |
|---------|--------------------|------|
| Other   | 9480.00            |      |
| Grand Total | 9480.00        |      |

HY0057

| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|------|--|-------------|--|--|--|----------------|----------|------------|
| 07/24/15 | 44039683 | 1800-00000 | 000 | --- | 000 | 0001 | 225609.01 | 0.00 | 225609.01 |
| 07/31/15 | 44039746 | 5510-00251 | 000 | --- | 000 | 0001 | 638.54 | 0.00 | 638.54 |
| 08/14/15 | 44039860 | 5510-00143 | 000 | --- | 000 | 0001 | 1414.27 | 0.00 | 1414.27 |
| 08/21/15 | 44039998 | 5510-00104 | 000 | --- | 000 | 0002 | 1956.38 | 0.00 | 1956.38 |
| 08/24/15 | 44040023 | 5510-00104 | 000 | --- | 000 | 0002 | 4296.43 | 0.00 | 4296.43 |
| 07/17/15 | SCR/ 2745 | 1800-00010 | 000 | --- | 000 | 0001 | 19114.42 | 0.00 | 19114.42 |

#13

| TOTALS | | | | | | | 253029.05 | 0.00 | 253029.05 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC.

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 047675
50-791
214

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 09/03/15 | 253029.05 |

PAY  TWO HUNDRED FIFTY-THREE THOUSAND TWENTY-NINE AND 05/100 DOLLARS

To The
Order
Of

MORRIS GREAT LAKES
MW 7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈047675⑈ ⑇021407912⑇704 75⑈5295 2⑈

OKURA AMERICA CORPORATION
11900 Westhall Drive
Charlotte, NC 28278
Tel. 704-588-7000

Page     1

INVOICE                                          Original

Morris Great Lakes              Delivery Address
9151 Marshall Road              HYTECH MACHINE
Cranberry Township              25 LEGSBURG ROAD
PA 16066                        CRANBERRY TWSP
                                PA 16066

*#13*

| Customer: | 0208 | | | Invoice : SER/ 2745 | | | Date: 07-17-2015 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Del. Qty. | Unit Item | Price | Unit Tax Discount | | Order Qty. | BO Qty. | Del.Date | Amount |

Sales Order   : 481552
Order Date    : 06-04-2015
Cust PO/Name  : TBD
              MORRIS GREAT LAKES

Purchase Order :   0     *145368*
Serial Number  :

Machine MACTURN 250MSW  SN:105940

OKURA TO COME AND INSTALL THE H1 TURRET AFTER REBUILD AT OKURA IS COMPLETED.
MORRIS GREAT LAKES TO HAVE A TECHNICIAN AVAILABLE TO ASSIST.

Order Approved by ddavis on 07-17-2015 10:12

| Del. Qty. | Unit Item | Price | | Unit Tax Discount | | Order Qty. | BO Qty. | Del.Date | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 64.0000hrs | FSRR | 150.00 | hrs | N | | 64.0000 | 0.00 | 07-17-15 | 9600.00 |
| | Field Service Regular Hours | | | | | | | | |
| 16.0000hrs | FSROT | 225.00 | hrs | N | | 16.0000 | 0.00 | 07-17-15 | 3600.00 |
| | Field Service OverTime Hours | | | | | | | | |
| 16.0000hrs | FSRTR | 95.00 | hrs | N | | 16.0000 | 0.00 | 07-17-15 | 1520.00 |
| | Field Service Travel Hours | | | | | | | | |
| 1.0000ea | FSHT | 1124.88 | ea | N | | 1.0000 | 0.00 | 07-17-15 | 1124.88 |
| | Field Service Hotel Expense | | | | | | | | |
| 1.0000ea | FSAF | 2566.44 | ea | N | | 1.0000 | 0.00 | 07-17-15 | 2566.44 |
| | Field Service AirFare Expense | | | | | | | | |
| 1.0000ea | FSCR | 293.10 | ea | N | | 1.0000 | 0.00 | 07-17-15 | 293.10 |
| | Field Service Car Rental Exp | | | | | | | | |
| 1.0000ea | FSME | 360.00 | ea | N | | 1.0000 | 0.00 | 07-17-15 | 360.00 |
| | Field Service Meals Expense | | | | | | | | |
| 1.0000ea | FSEX | 50.00 | ea | N | | 1.0000 | 0.00 | 07-17-15 | 50.00 |
| | Field Service Misc. Expense | | | | | | | | |

3550:
Dawn Davis 10:12 AM 7/17/2015
Labor & Expenses

| Goods | Costs | | Total USD |
| --- | --- | --- | --- |
| 14720.00 | 4394.42 | | 19114.42 |

Delivery : Must Specify
Payment  : D - Net 30 Days
Please state with your payment   : SER/   2745

HY0059

Mashuda Industrial Park
25 Leonberg
Cranberry Twp., PA 16066
(724) 776-6800
Fax (724) 776-6811

**HY-TECH MACHINE INC.**

**P U R C H A S E   O R D E R**

\#13

PAGE: 1
DATE: 08/25/15
PO #: 145368

```
          5320
TO: MORRIS GREAT LAKES          SHIP TO: HY-TECH MACHINE INC.
   9151 MARSHALL ROAD                    25 LEONBURG ROAD
   CRANBERRY TWP    PA16066              MASHUDA INDUSTRIAL PARK
                                         CRANBERRY TOWNSHIP, PA  16066-3601
```

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 64.00 | FIELD SERVICE REGULAR HOURS | 64.00 R | 150.0000 | 9600.00 |
| 2 | | 16.00 | FIELD SERVICE OVERTIME HOURS | 16.00 R | 225.0000 | 3600.00 |
| 3 | | 16.00 | FILED SERVICE TRAVEL HOURS | 16.00 R | 95.0000 | 1520.00 |
| 4 | | 1.00 | FIELD SERVICE HOTEL EXPENSE | 1.00 R | 1124.8800 | 1124.88 |
| 5 | | 1.00 | FIELD SERVICE AIRFARE EXPENSE | 1.00 R | 2566.4400 | 2566.44 |
| 6 | | 1.00 | FIELD SERVICE CAR RENTAL EXPENSE | 1.00 R | 293.1000 | 293.10 |
| 7 | | 1.00 | FIELD SERVICE MEAL EXPENSE | 1.00 R | 360.0000 | 360.00 |
| 8 | | 1.00 | FIELD SERVICE MISC EXPENSE | 1.00 R | 50.0000 | 50.00 |
| | | | MACHINE # 143 | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

Visit our web site http://www.hy-techinc.com or e-mail info@hy-techinc.com

HY-TECH MACHINE INC.

BY

# MATERIAL SERVICE REQUISITION

| | | | |
|---|---|---|---|
| Requisitioned by: | Tom | Customer: | RUSH |
| Requisition Date: | 8/25/2015 | | |
| Shop Order #: | | Part Number: | |

| | | |
|---|---|---|
| | Employee Taxable | EMP# |
| | General use FOR : | |
| X | Machine Parts & Service | Machine Number  143 |
| | | Pick Up |

Problem: _____ NNA _____ L&L _____

| ACCOUNT CODE | | Must Check Applicable Category | | | | |
|---|---|---|---|---|---|---|
| X | 5510- | 143 | MACHINE PARTS & MAINT. | 5520- | 0007 | WELDING SUPPLIES |
| | 5518- | 0000 | SAMPLE PARTS | 5520- | 0008 | MATERIAL HANDLING |
| | 5518- | 0010 | RESEARCH & DEVELOPMENT | 5520- | 0012 | QUALITY |
| | 5519- | 0000 | FIXTURES & PATTERNS Under $1000 | 5520- | 0013 | CONTRACT SERVICES |
| | 5520- | 0000 | SHOP SUPPLIES | 5520- | 0014 | HARDWARE(NUTS-BOLTS) |
| | 5520- | 0001 | SHARPENING | 5520- | 0015 | ABRASIVES- BELTS/DISCS |
| | 5520- | 0002 | COOLANTS/ LUBRICANT & REMOVAL | 5520- | 0025 | HARDWARE MAINTENANCE |
| | 5520- | 0003 | CUTTING TOOLS Drills, end mills etc. | 5585- | 0000 | BUILDING MAINT Light bulbs etc |
| | 5520- | 0004 | TOOL HOLDERS/ CHUCKS | 6520- | 0000 | SHIPPING SUPPLIES |
| | 5520- | 0005 | JANITORIAL SUPPLIES | OTHER-EXPLAIN: | | |

| QTY. | MATERIAL | EACH | EXT. |
|---|---|---|---|
| 64 | FIELD SERVICE, REGULAR HOURS | $150.00 | $9,600.00 |
| 16 | FIELD SERVICE, OVERTIME HOURS | $225.00 | $3,600.00 |
| 16 | FIELD SERVICE, TRAVER HOURS | $95.00 | $1,520.00 |
| 1 | FIELD SERVICE, HOTEL EXPENSE | $1,124.88 | $1,124.88 |
| 1 | FIELD SERVICE, AIRFARE EXPENSE | $2,566.44 | $2,566.44 |
| 1 | FIELD SERVICE, CAR RENTAL EXPENSE | $293.10 | $293.10 |
| 1 | FIELD SERVICE, MEAL EXPENSE | $360.00 | $360.00 |
| 1 | FIELD SERVICE MISC. EXPENSE | $50.00 | $50.00 |
| | | TOTAL | $19,114.42 |

Recommended Sources

MORRIS GREAT LAKES

TOOL BIN LOCATION: _____

NEW BIN:

Deliver to: Tom

Reviewed by: _____

Approved by: _____

| IT PART | DESC | ICFN # | JOB # | Q ORD | Q ADV | QR NOW | Q CUST | LAST PR | COST | VALUE C F |
|---------|------|--------|-------|-------|-------|--------|--------|---------|------|-----------|
| 145368 | 5320 | MORRIS GREAT LAKES | 82515 | 25 LEONBURG ROAD | | | DT | | | |
| 1.00 | | FIELD SERV 0 | | 64.00 | 64.00 | 0.00 | 64.00 | 0.00 | 150.0000 | 9600.00 Y D |
| 2.00 | | FIELD SERV 0 | | 16.00 | 16.00 | 0.00 | 16.00 | 0.00 | 225.0000 | 3600.00 Y D |
| 3.00 | | FILED SERV 0 | | 16.00 | 16.00 | 0.00 | 16.00 | 0.00 | 95.0000 | 1520.00 Y D |
| 4.00 | | FIELD SERV 0 | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 1124.8800 | 1124.88 Y D |
| 5.00 | | FIELD SERV 0 | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 2566.4400 | 2566.44 Y D |
| 6.00 | | FIELD SERV 0 | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 293.1000 | 293.10 Y D |
| | EXPENSE | | | | | | | | | |
| 7.00 | | FIELD SERV 0 | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 360.0000 | 360.00 Y D |
| 8.00 | | FIELD SERV 0 | | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 50.0000 | 50.00 Y D |
| | | | | | MACHINE # 143 | | | | | |

PURCHASE ORDER  145368      FILLED

| PO Type | Cost Amount Update | CDGS |
|---------|--------------------|------|
| Other | 19114.42 | |
| Grand Total | 19114.42 | |

#13

HY0062

Company:     0                    Department:                        06/25/15
AP Vendor:   5073   MORRIS GREAT LAKES      Invoice: SER/ 2745      Branch:    1         15:58:35
Item   Invoice        GL Accnts  Description       Disc Due Dt    07/17/15  Check Acct: 1   Activity: 0
                                                                Disc Amt  Disc Inv Amt   Due Dt    Inv Amt    St*

  1  SER/ 2745      1800-0010  PROJECT TOOLING     07/17/15       0.00    19114.42  07/22/15   19114.42

     Total                                                        0.00    19114.42            19114.42

Invoice Totals
1800-0010:        19114.42

No. of data file errors        0

                      GRAND TOTALS
PO Type          Cost Amount Update        COGS

Other                  19114.42

Grand Total            19114.42

 ## Service Work Order  OKUMA

| Distributor Name | Distributor Technician | Machine Model | Machine Serial Number | Purchase Order # |
|---|---|---|---|---|
| Morris Great Lakes | Gary Barrett | MacTurn 250-W | 103940 | 481552 |

### Customer Contact Information

| Company Name | Primary Contact | Telephone Number | E-mail Address |
|---|---|---|---|
| Hy-Tech Machine | Tom Ober | 724-776-6800 | tober@hy-techinc.com |

| Street | 25 Leonburg Road | | | |
|---|---|---|---|---|
| City | Cranberry Township | State | PA | Zip Code | 16066 |

### Description of Problem and Explanation of Request

Install the M-spindle in the H1 after it was rebuilt at Okuma.

| CRM Case Number: | Base Service Order Number: | Type of Service: |
|---|---|---|

### Description of Work Performed                    (Continued on Page 2)

Spindle was installed and run in Tuesday night with no problem, and upon performing the accuracies, we were unable to achieve tolerances at T100 in the YZ plane (.070mm) and in T200 in the XZ plane (.022mm). Also, we placed the M-Spindle Orientation tool in the H1 Turret and got a reading of .045mm. Kai came to the conclusion that to fix all of these issues, we would need to reschedule a service trip at Hy-Tech to check linear rails (X, Y, Z), the liners under B-axis, and possible disassembly of the B-axis unit in order to properly correct accuracies. (Cont. Page 2)

### Field Service Expenses

| | | | | Customer Review | |
|---|---|---|---|---|---|
| Hotel (FSHT) | 1129.59 | Reg. Work Hours (FSHR) | 64.0 | Service Engineer Completed Machine Inspection: | Yes |
| Air Fare (FSAF) | 2500.41 | O.T. Hours (FSHROT) | 30.0 | True Blue Preventative Maintenance Program Discussed: | No |
| Car Rental (FSCR) | 293.10 | Travel Hours (FSHRTR) | 16.0 | Customer Name (Print) | |
| Meals (FSME) | 360.00 | | | Tom Ober | |
| Misc (FSEX) | 50.00 | | | Customer Sign and Date | |
| Service Engineer | | Date of Service | | | |
| Kai Fujikawa / Zack Brower | | 7/09 - 7/09 2015 | | Tom Ober  07/09/15 | |
| Work Completed | Yes ☑ | No ☐ | | | |



Okuma America Corporation, P.O. Box 7866, Charlotte, NC 28241-7866
Telephone (704) 588-7000 · FAX (704) 504-6484

HY0064

**Description of Work Performed – Continued**

We ran the machine also with coolant and found there was a leak coming from the back side of the M-spindle.  After tracing the leak we found it came from the shaft and sleeve on the top of the M-spindle and coolant was leaking in the airline, causing it to leak out the back of the M-spindle.  These parts were ordered and both should be here Monday (July 13, 2015).  Also, we reset the XY axis between the main spindle and the H1 turret.  We also checked the ATC and did tool changes to make sure that was all good as well.  Morris had Bill Powell from applications come out to assist with their program.

Okuma America Corporation, P.O. Box 7888, Charlotte, NC 28241-7888
Telephone (704) 588-7000  FAX (704) 504-6484

FM-76-031                                   Rev 07                                   07/08/2010

HY0065

HY-TECH MACHINE INC., CRANBERRY TWP., PA 16066



| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12/04/14 | 44036426 | 1800-00010 | 000 | --- | 000 | 0003 | 5192.08 | 0.00 | 5192.08 |
| 12/12/14 | 44036528 | 1800-00010 | 000 | --- | 000 | 0003 | 2581.38 | 0.00 | 2581.38 #14 |
| 12/12/14 | 44036612 | 1800-00010 | 000 | --- | 000 | 0003 | 9669.00 | 0.00 | 9669.00 |
| 12/17/14 | 44036649 | 5510-00104 | 000 | --- | 000 | 0002 | 89.49 | 0.00 | 89.49 |
| 12/19/14 | 44036666 | 5510-00143 | 000 | --- | 000 | 0003 | 171.66 | 0.00 | 171.66 |

#14

| TOTALS | | | | | | 17704.41 | 0.00 | 17704.41 |

DETACH THIS STUB BEFORE DEPOSITING CHECK


HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 044176

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 01/07/15 | 17704.41 |

PAY
To The
Order
Of

SEVENTEEN THOUSAND SEVEN HUNDRED FOUR AND 41/100 DOLLARS

NORRIS GREAT LAKES
NW 7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈044176⑈ ⑆0214079⑈2⑈704 75⑈5295 2⑈

HY0066

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel: 877-373-8906
Fax: 855-892-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No: | Page: |
|---|---|
| 44036520 | 1 |

Invoice date
12/12/2014

#14

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
(ATSCO) ATTN: JOSH RUSSELL
7722 METRIC DRIVE
PO# 1004
MENTOR, OH 44060
US

| Order number | Sales order date | Account number | Loc: | Account manager |
|---|---|---|---|---|
| 33493 | 12/10/2014 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No: | Ship Via: | PPD/COL |
|---|---|---|---|
| 1004 | | UPS RED COLLECT | |

| Item No: Description | Quantity ordered | Qty Shipped/Returned Quantity on backorder | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| H0019-0005-13 ROTARY JOINT | 1.00 | 1.00 | 2,561.88 | EA | 2,561.88 |
| C6110-00G170 O-RING (G170) | 1.00 | 1.00 | 8.58 | EA | 8.58 |
| C6110-00G135 O-RING (G135) | 2.00 | 2.00 | 5.46 | EA | 10.92 |

(3)

1800-0040

RECEIVED
DEC 15 2014
Hy-Tech Machine, Inc.

Comments:   INV# 77084862
MACTURN 250BBW S# 105940

| | |
|---|---|
| Sales amount: | 2,581.38 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 2,581.38 |
| Amount Received: | 0.00 |
| Total amount due: | 2,581.38 |

Payment terms: NET 30 DAYS

(C)2003 Data Software

HY0067



**Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021**

PURCHASE ORDER
-------------------------

PAGE: 1
DATE: 12/12/14
PO #: 1004

5320
TO: MORRIS GREAT LAKES
9151 MARSHALL ROAD
CRANBERRY TWP    PA16066

SHIP TO: AIR TOOL SERVICE COMPANY
7722 METRIC DRIVE
MENTOR, OH  44060

#14

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 1.00 | H0019-0005-13 ROTARY JOINT | 1.00 | 2561.8800 | 2561.88 |
| | | | Promise Delivery Date: 12/31/14 | | | |
| 2 | | 1.00 | C6110-00G170 O RING | 1.00 | 8.5800 | 8.58 |
| | | | Promise Delivery Date: 12/31/14 | | | |
| 3 | | 1.00 | C6110-00G135 O RING | 1.00 | 5.4600 | 5.46 |
| | | | TAG ALL ABOVE ITEMS TOM OBER | | | |
| | | | Promise Delivery Date: 12/31/14 | | | |

NROB
12-11-14

CONFIRMING ORDER. PLEASE DO NOT DUPLICATE.

AIR TOOL SERVICE COMPANY

BY

HY0068

# PACKING LIST

**Morris Parts Depot**
a Division of Morris Group Inc
350 Electronics Boulevard
Huntsville, AL 35824
Tel:  256-461-8111
Fax:  256-461-8943

| Order No | Date | Page No |
|----------|------|---------|
| 93437 | 12/10/2014 | 1 |

| Customer P/O Number |
|---------------------|
| 1004 |

Bill To

MORRIS GREAT LAKES
9151 Marshall Road


CRANBERRY TOWNSHIP, PA 16066
US

Shipped To

HY-TECH MACHINE, INC.
(ATSCO) ATTN: JOSH RUSSELL
7722 METRIC DRIVE
PO# 1004
MENTOR, OH 44060
US

#14

| Customer No | Ship Date | Shipping Instructions |
|-------------|-----------|----------------------|
| 6 | A.S.A.P. | 584.105940 - COLLECT# 185108 |
| | | 2884800 |
| | | MORRIS PTS DEPO |

| Ship Via | |
|----------|--|
| UPS Red Collect | |

| Qty Ordered | Qty to Ship | Item No/Description | UOM | UOM | Qty Packed |
|-------------|-------------|---------------------|-----|-----|------------|
| | | PARTS REQUEST 51.646 | | | |
| 1.00 | 1.00 | H0019-0005-13 ROTARY JOINT | EA | HD1-15 | |
| 1.00 | 1.00 | C6110-00G170 O-RING (G170) | EA | | |
| 2.00 | 2.00 | C6110-00G135 O-RING (G135) | EA | | |

Rob
12-11-14

| Total Qty Ordered | 4.00 | Total Qty Packed | 4.00 |
|-------------------|------|------------------|------|

HY0069

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel: 877-373-8906
Fax: 855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

Invoice No. Page
44036612 1
Invoice date
12/12/2014

RECEIVED
DEC 15 2014
Hy-Tech Machine, Inc.

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

#74
MACTURN

Ship To:

HY-TECH MACHINE, INC.
(ATSCO) ATTN: JOSH RUSSELL
7722 METRIC DRIVE
PO# 141261
MENTOR, OH 44060
US

| Order number | Sales order date | Account number | Loc. | Account manager |
|---|---|---|---|---|
| 33467 | 12/9/2014 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No. | Ship Via | PPD/COL. |
|---|---|---|---|
| 141261 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on backorder | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| DEFECTIVE UNIT MUST BE RETURNED TO OKUMA WITHIN 30 DAYS OR FULL PRICE WILL BE INVOICED. | | | | | |
| E1004-288-069R MOTOR MB5.5/3.7-11/60-A | 1.00 | 1.00 | 5,154.00 | EA | 5,154.00 |
| CORE CREDIT CORE CHARGE CREDIT FOR / EXCHANGE | 1.00 | 1.00 | 4,515.00 | EA | 4,515.00 |

1800 - 0770 (3)

RECEIVED
DEC 16 2014
Hy-Tech Machine, Inc.

Comments: INV# 77084819
MACTURN 250BBW S# 105940

| | |
|---|---|
| Sales amount: | 9,669.00 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 9,669.00 |
| Amount Received: | 0.00 |
| Total amount due: | |

Payment terms: NET 30 Days

**PACKING SLIP**                                                    Original

Morris Parts Depot                    Delivery Address
350 Electronics Blvd.                 HY TECH MACHINE
Huntsville                            ATSCO
AL 35824                              7722 METRIC DR...
                                      MENTOR
                                      OH 44060

Customer   : 0882                     Note No:                    Date    : 12-09-14
Forw.Agent: UPS Red 10:00 AM Collect            564965            Note No : 564965

| Pos. | Item | Cont. | Ordered | Delivered Qty | Unit | Back Order |
|------|------|-------|---------|---------------|------|------------|

                                      Sales Order  :   774510
                                      Order Date   : 12-09-2014
JOSH RUSSELL 814-319-6170 AND TOM OBER 724-776-6800   Cust. Ref. : 141261/JOSH OR TOM
                                      Dist. Ref. : MG/51594/93383/48259

CUSTOMER NEEDS TO RECEIVE TOMORROW AM 12/10
 10    EJ00A-288-D698                    1.0000    1.0000   ea
        AC MOTOR VAC-MB5.5/3.7-11/66-A


Delivery    :                                   INSPECTION :

HY0071

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US

Tel:  877-373-8906
Fax:  855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44036666 | 1 |

**Invoice date**
12/19/2014

**Bill To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

#14

**Ship To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
po# 1047
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc. | Account manager |
|---|---|---|---|---|
| 33579 | 12/16/2014 | 217820 | MPD | 951117 Joann Hine |

| PO number | Job No. | Ship via | PPD/COL |
|---|---|---|---|
| 1047 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| F109-0002-76 O-RING (S195) | 2.00 | 2.00 | 46.62 | EA | 93.24 |
| F109-0005-28 ORING | 1.00 | 1.00 | 11.79 | EA | 11.79 |
| F109-0004-31 O-RING | 1.00 | 1.00 | 61.42 | EA | 61.42 |
| C6110-D000P8 O-RING (P8) | 4.00 | 4.00 | 1.11 | EA | 4.44 |
| C6110-000P22 O-RING (P22) | 1.00 | 1.00 | 0.77 | EA | 0.77 |

**RECEIVED**
DEC 23 2014
Hy-Tech Machine, Inc.

**Comments:**   INV# 77085142
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 171.66 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 171.66 |
| Amount Received: | 0.00 |

**Payment terms:**  UPON RECEIPT



#14

**Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021**

P U R C H A S E   O R D E R

------------------------------

PAGE:      1
DATE: 12/18/14
PO #:      1047

```
            5320
TO: MORRIS GREAT LAKES                    SHIP TO: AIR TOOL SERVICE COMPANY
    9151 MARSHALL ROAD                             7722 METRIC DRIVE
    CRANBERRY TWP    PA16066                        MENTOR, OH  44060
```

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 2.00 | F109-0002-76 O-RING | 2.00 | 46.6200 | 93.24 |
| | | | Promise Delivery Date: 12/19/14 | | | |
| 2 | | 1.00 | F109-0005-26 O-RING | 1.00 | 11.7900 | 11.79 |
| | | | Promise Delivery Date: 12/19/14 | | | |
| 3 | | 1.00 | F109-0004-31 O-RING | 1.00 | 61.4200 | 61.42 |
| | | | Promise Delivery Date: 12/19/14 | | | |
| 4 | | 4.00 | C6110-0000PS O-RING | 4.00 | 1.1100 | 4.44 |
| | | | Promise Delivery Date: 12/19/14 | | | |
| 5 | | 1.00 | C6110-000P22 O-RING | 1.00 | 0.7700 | 0.77 |
| | | | SHIP TO ATSCO | | | |
| | | | Promise Delivery Date: 12/19/14 | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

------------------------------------------------------------------------

------------------------------------------------------------------------

                                          AIR TOOL SERVICE COMPANY

                                    BY _____

HY0073



```
/07/15  HY-TECH MACHINE INC.        GENERAL LEDGER - THROUGH 14/12
/E 3                                        DETAIL FROM 14/12
COUNT: 5510-0122   MACHINE REPAIR - 122
CT  SUB  DP BR PR JOUR   DATE   DESCRIPTION              DEBITS      CREDITS
```

#14   3577

```
                                    ENDING  14/12     26.43*

                        0/ 1

:10  0123        1  MACHINE REPAIR - 123   - BALANCE 14/12   1,434.09*
                1412 AP66  12/22/14   L   L MACHINE TO        26.43
                                    ENDING  14/12   1,460.52*

                        0/ 1

:10  0126        1  MACHINE REPAIR - 126   - BALANCE 14/12   6,704.23*
                1412 AP66  12/22/14   L   L MACHINE TO      1,210.00
                1412 AP66  12/22/14   L   L MACHINE TO        161.54
                1412 AP66  12/22/14   L   L MACHINE TO        422.86
                                    ENDING  14/12   8,498.63*
```

Okuma? waiting on spindle
Need to CIP
Inv# 462H5T-1

```
                        0/ 1

:10  0127        1  MACHINE REPAIR - 127   - BALANCE 14/12     206.44*
                                    ENDING  14/12     206.44*

                        0/ 1

10  0128         1  MACHINE REPAIR - 128   - BALANCE 14/12     364.28*
                1412 AP66  12/22/14   L   L MACHINE TO        667.60
                                    ENDING  14/12   1,031.88*

                        0/ 1

10  0129         1  MACHINE REPAIR - 129   - BALANCE 14/12   1,409.53*
                1412 AP66  12/22/14   L   L MACHINE TO        209.71
                                    ENDING  14/12   1,619.24*

                        0/ 3

10  0143         3  MACHINE REPAIR-143 ATSCO  - BALANCE 14/12
                1412 AP66  12/29/14      NORRIS GREAT LAK       171.66
                1412 AP66  12/29/14      NORRIS GREAT LAK     9,669.00
                1412 AP66  12/23/14      NORRIS GREAT LAK     2,581.38
                1412 AP66  12/30/14   L  L MACHINE TO        3,170.00
                                    ENDING  14/12   15,592.04*
```

RETURN    15,592.04   #14   ATSCO
4623 ATSCO - $3,170.00

```
                        0/ 1

10  0150         1  MACHINE REPAIR - 150   - BALANCE 14/12   1,576.96*
                1412 AP66  12/12/14      METHODS MACHINE        238.80
                1412 AP66  12/05/14      WORN NEFFIELD          152.31
                                    ENDING  14/12   1,968.07*

                        0/ 1

10  0151         1  MACHINE REPAIR - 151   - BALANCE 14/12     309.05*
                                    ENDING  14/12     309.05*
```

HY0074

Case: 1:15-cv-01863-GPG   Doc #: 127-1   Filed: 02/19/21   75 of 113.   PageID #: 1398

                            0/  3

5510  0143         3  MACHINE REPAIR-143 ATSCO   - BALANCE 14/01            #14
              1412 0116   12/31/14    LL MACH  143 ATSCO MACTU                        3,170.00
              1412 0116   12/31/14    MORRIS  143 ATSCO                               2,581.38
              1412 0116   12/31/14    MORRIS  143 ATSCO                               9,669.00     15,592.04
              1412 0116   12/31/14    MORRIS  143 ATSCO                                 171.66
              1412 AP66   12/29/14    MORRIS GREAT LAK         171.66
              1412 AP66   12/29/14    MORRIS GREAT LAK       9,669.00
              1412 AP66   12/23/14    MORRIS GREAT LAK       2,581.38
              1412 AP66   12/30/14    L   L MACHINE TO       3,170.00
                                   ENDING  14/12

HY0075



HY-TECH MACHINE INC. - CRANBERRY TWP., PA 16066 - T L L MACHINE TOOL REBUILDING

Check Date 01/07/15

| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12/15/14 | 462006 | 5510-00109 | 000 | --- | 000 | 0002 | 170.00 | 0.00 | 170.00 |
| 12/15/14 | 462006 | 5510-00231 | 000 | --- | 000 | 0002 | 170.00 | 0.00 | 170.00 |
| 12/15/14 | 462100 | 5510-00231 | 000 | --- | 000 | 0002 | 300.00 | 0.00 | 300.00 |
| 12/15/14 | 462108 | 5510-00241 | 000 | --- | 000 | 0002 | 220.00 | 0.00 | 220.00 |
| 12/15/14 | 462106 | 5510-00236 | 000 | --- | 000 | 0002 | 140.00 | 0.00 | 140.00 |
| 11/18/14 | 4623AISC0 | 5510-00143 | 000 | --- | 000 | 0003 | 3170.00 | 0.00 | 3170.00 |
| 01/02/15 | 4654NIT | 5520-00000 | 000 | --- | 000 | 0001 | 460.00 | 0.00 | 460.00 |

TOTALS 4630.00 0.00 4630.00

DETACH THIS STUB BEFORE DEPOSITING CHECK

No. 044160
50-791
/214

Date 01/07/15   PAY THIS AMOUNT 4630.00

HY-TECH MACHINE INC.

NEGOTIABLE

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

HY-TECH MACHINE INC.
Mastrodo Industrial Park
350 Leonberg Road
Cranberry Twp., PA 16066

PAY FOUR THOUSAND SIX HUNDRED THIRTY AND 00/100 DOLLARS

To The
Order
Of   T L L MACHINE TOOL REBUILDING
300 INDUSTRIAL WAY
SCOTTDALE PA 15683

"044160" ⑆021407916⑆ 75"5295 2"



# L&L MACHINE TOOL REBUILDING INC.
## 100 INDUSTRIAL WAY
## SCOTTDALE, PA  15683
### 724-887-0851
### FAX – 724-887-0841

**TO:**  Hy Tech Machine
Mashuda Industrial Park
25 Leonberg Road
Cranberry Twp, PA  16066 3601

**INVOICE:** 4623AISCO
**PO#:** 55398
**Net 30 Days**
**DATE:** November 18, 2014

**DESCRIPTION:**   AISCO PROJECT

**10-30-2014**

MAC-TURN OKUMA CATHE #143

Short in 24V circuit.  Found proximity switch assembly in head shorted. Tested. Okay.

5 Hours Labor / 6 Hours Travel Dan

**11-11-2014**

Mactum 250 mach #143

Troubleshot and reset tool changer

6 Hour Labor / 6 Hours Travel Dan

**11-12-2014**

Mactum 250 mach #143

Troubleshot toolchanger

6 Hours Labor / 3 Hours Travel Dan

**11-13-14**

Troubleshot toolchanger

6 Hours Labor / 3 Hours Travel Dan

RECEIVED
DEC 19 2014
Hy-Tech Machine, Inc.

**TOTAL LABOR:**   23 Hours   $1840.00
**TOTAL TRAVEL:**  18 Hours   $1080.00
**Overnight Charge 11/12 to 11/13**   $ 250.00

**TOTAL DUE:**   $3170.00

5570 - 0143 - 3

3577

ya 12.22

HY0077

DEBITS          CREDITS

#15



O/ 1

5510  0143      1  MACHINE REPAIR-143 ATSCO   - BALANCE 15/01

| ACCT | SUB | JOUR | DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|---|---|---|
| 1501 | AP66 | 01/27/15 | | MORRIS GREAT LAK | 41.54 | |
| 1501 | AP66 | 01/26/15 | | MORRIS GREAT LAK | 121.44 | |
| 1501 | AP66 | 01/20/15 | | MORRIS GREAT LAK | 182.27 | |
| 1502 | AP66 | 02/27/15 | | MORRIS GREAT LAK | 1,055.40 | |
| 1502 | AP66 | 02/24/15 | | MORRIS GREAT LAK | 368.52 | |
| 1503 | 0117 | 03/31/15 | | MORRIS GR LAKES CIP 143 | | 166.75 |
| 1503 | 0117 | 03/31/15 | | MORRIS GR LAKES CIP 143 | 368.52 | |
| 1503 | 0117 | 03/31/15 | | MORRIS GREAT LAKE CIP 14 | | 2,561.88 |
| 1503 | AP66 | 03/30/15 | | MORRIS GREAT LAK | 2,561.88 | |
| 1503 | AP66 | 03/11/15 | | MORRIS GREAT LAK | | 368.52 |
| 1503 | AP66 | 03/30/15 | | MC MASTERS-CARR | 166.75 | |
| 1504 | AP66 | 04/29/15 | | MORRIS GREAT LAK | 22.69 | |
| 1504 | AP66 | 04/15/15 | | MORRIS GREAT LAK | 372.96 | |
| 1505 | 0114 | 05/31/15 | | MORRIS LLAMCH CIP MACH14 | | 6,585.54 |
| 1505 | AP66 | 05/26/15 | | MORRIS GREAT LAK | 134.52 | |
| 1505 | AP66 | 05/27/15 | | MORRIS GREAT LAK | | 2,561.88 |
| 1505 | AP66 | 05/20/15 | | MORRIS GREAT LAK | 3,341.07 | |
| 1505 | AP66 | 05/18/15 | | MORRIS GREAT LAK | 494.65 | |
| 1505 | AP66 | 05/27/15 | | MORRIS GREAT LAK | | 317.02 |
| 1505 | AP66 | 05/27/15 | | MORRIS GREAT LAK | 372.96 | |
| 1505 | AP66 | 05/27/15 | | MORRIS GREAT LAK | 2,561.88 | |
| 1505 | AP66 | 05/07/15 | | L  L MACHINE TO | 394.54 | |
| 1507 | 0120 | 07/31/15 | | MACH 143 RECLASS TO CIP | 3,236.28 | |
| 1507 | AP66 | 07/17/15 | | MORRIS GREAT LAK | 1,667.85 | |
| 1507 | AP66 | 07/28/15 | | MORRIS GREAT LAK | 1,568.43 | |
| 1508 | 0115 | 08/31/15 | | MORRIS GR LKS CAPITAL143 | | 17,341.91 |
| 1508 | 0115 | 08/31/15 | | MORRIS GR LKS CAPITAL143 | | 1,414.27 |
| 1508 | AP66 | 08/27/15 | | MORRIS GREAT LAK | 1,414.27 | |
| 1508 | AP66 | 08/03/15 | | MORRIS GREAT LAK | 17,341.91 | |
| 1510 | AP66 | 10/06/15 | | L  L MACHINE TO | 169.29 | |
| 1511 | AP66 | 11/16/15 | | L  L MACHINE TO | 235.00 | |
| 1511 | AP66 | 11/10/15 | | L  L MACHINE TO | 235.00 | |
| 1512 | AP66 | 12/30/15 | | MORRIS GREAT LAK | 380.18 | |

ENDING  15/12      1,019.47*

#15

6,585.54

3,236.28

HY0078

HY-TECH MACHINE INC. - CRANBERRY TWP., PA 16066

| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 01/09/15 | 44036883 | 5510-00143 | 000 | --- | 000 | 0001 | 182.27 | 0.00 #15 | 182.27 |
| 01/12/15 | 44036913 | 5510-00245 | 000 | --- | 000 | 0001 | 1678.62 | 0.00 | 1678.62 |
| 01/13/15 | 44036920CM | 1800-00010 | 000 | --- | 000 | 0003 | - 4515.00 | 0.00 | - 4515.00 |
| 01/21/15 | 44037042 | 5510-00143 | 000 | --- | 000 | 0001 | 121.44 | 0.00 #15 | 121.44 |
| 01/23/15 | 44037064 | 5510-00143 | 000 | --- | 000 | 0001 | 41.54 | 0.00 #15 | 41.54 |
| 02/06/15 | 44037279 | 1800-00010 | 000 | --- | 000 | 0003 | 8500.00 | 0.00 | 8500.00 MACK15 |
| TOTALS | | | | | | 6008.77 | 0.00 | 6008.77 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY0079

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44037064 | 1 |
| Invoice date | |
| 1/23/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 141882  ATTN: TOM OBER TAG: 5510-143
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33942 | 1/21/2015 | 217820 | MPD | 951529 Brayla Eyth |
| | PO number | Job No. | Ship Via | PPD/COL. |
| | 141882 | | UPS GROUND COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| E3043-008-001 Thermo Overload, 60 Degree OAC STOCK | 1.00 | 1.00 | 41.54 | EA | 41.54 |
| E3028-397-024 CONNECTOR, XS2P-D422-2 OCJ STOCK | 6.00 | 0.00 6.00 | 61.42 | EA | 0.00 |

**RECEIVED**

JAN 2 7 2015

Hy-Tech Machine, Inc.

**Comments:**  INV# 77086532
MACTURN S# 105940

| | |
|---|---|
| Sales amount: | 41.54 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 41.54 |
| Amount Received: | 0.00 |
| Total amount due: | 41.54 |

**Payment terms:**  NET 30 DAYS

(C)2003 Exact Software

HY0080

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:    877-373-8906
Fax:    855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#15

| Invoice No. | Page |
|---|---|
| 44037042 | 1 |
| Invoice date | |
| 1/21/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 141869   ATTN: TOM OBER
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33913 | 1/19/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 141869 | | UPS RED COLLECT | |

| Item No. / Description | Quantity ordered | Qty Shipped/Returned / Quantity on back order | Item price / Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| ALL MPD STOCK | | | | | |
| C6110-0000P8 O-RING (P8) | 4.00 | 4.00 | 1.11 | EA | 4.44 |
| C6110-00G130 O-RING (G130) | 1.00 | 1.00 | 3.50 | EA | 3.50 |
| C6110-00G135 O-RING (G135) | 1.00 | 1.00 | 5.46 | EA | 5.46 |
| F109-0002-77 O-RING (S175) | 1.00 | 1.00 | 61.42 | EA | 61.42 |
| F109-0002-76 O-RING (S195) | 1.00 | 1.00 | 46.62 | EA | 46.62 |

RECEIVED
JAN 26 2015
Hy-Tech Machine, Inc.

Comments:    INV# 77086389
             MACTURN 250BBW-2S/100 S# 105940

| | |
|---|---|
| Sales amount: | 121.44 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 121.44 |
| Amount Received: | 0.00 |
| Total amount due: | 121.44 |

Payment terms:  NET 30 DAYS

(C)2003 Exact Software

HY0081

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel: 877-373-8906
Fax: 855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#15

**RECEIVED**

JAN 1 4 2015

Hy-Tech Machine, Inc.

| Invoice No. | Page |
|---|---|
| 44036883 | 1 |
| Invoice date | |
| 1/9/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US.

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 141651  ATTN: TOM OBER
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33761 | 12/31/2014 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No. | Ship Via | PPD/COL |
|---|---|---|---|
| 141651 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered Quantity on back order | Qty Shipped/Returned | Item price Discount % | UOM | Extended Total Price |
|---|---|---|---|---|---|
| C6110-000P16 O-RING (P16) MPD STOCK | 18.00 | 18.00 | 0.46 | EA | 8.28 |
| C6110-0000P5 O-RING (P5) MPD STOCK | 6.00 | 6.00 | 0.18 | EA | 1.08 |
| C6110-0000P8 O-RING (P8) MPD STOCK | 4.00 | 4.00 | 1.11 | EA | 4.44 |
| F109-0002-76 O-RING (S195) MPD STOCK | 1.00 | 1.00 | 46.62 | EA | 46.62 |
| E5503-490-012 BATTERY MPD STOCK | 1.00 | 1.00 | 121.85 | EA | 121.85 |

**Comments:** INV# 77085798
MACTURN 250BBW-2S/100 S# 105940

| | |
|---|---|
| Sales amount: | 182.27 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 182.27 |
| Amount Received: | 0.00 |
| Total amount due: | 182.27 |

**Payment terms:** NET 30 DAYS

(C)2003 Exact Software

HY0082

HY-TECH MACHINE INC.- CRANBERRY TWP. PA 16066

| Date | | Description | | | | | | Invoice Amount | Discount | Net Amount |
|------|--|-------------|--|--|--|--|--|---------------|----------|------------|
| 02/11/15 | 44037322 | 1818-88818 | 888 | --- | 888 | 8881 | | - 4588.88 | 8.88 | - 4588.88 |
| 02/11/15 | 44037339 | 5518-88178 | 888 | --- | 888 | 8881 | | 78.22 | 8.88 | 78.22 |
| 02/12/15 | 44037379 | 5518-88143 | 888 | --- | 888 | 8881 | | 368.52 | 8.88 | 368.52 |
| 02/11/15 | 44037386 | 5518-88178 | 888 | --- | 888 | 8881 | | 365.96 | 8.88 | 365.96 |
| 02/19/15 | 44037423 | 5518-88282 | 888 | --- | 888 | 8881 | | 438.76 | 8.88 | 438.76 |
| 02/19/15 | 44037423 | 5518-88178 | 888 | --- | 888 | 8881 | | 611.25 | 8.88 | 611.25 |
| 02/28/15 | 44037442 | 5518-88143 | 888 | --- | 888 | 8881 | | 1855.48 | 8.88 | 1855.48 |
| 03/86/15 | 44037657 | 5518-88143 | 888 | --- | 888 | 8881 | | - 368.52 | 8.88 | - 368.52 |
| 03/86/15 | 44037672 | 5518-88246 | 888 | --- | 888 | 8881 | | 448.44 | 8.88 | 448.44 |
| 03/13/15 | 44037791 | 5518-88127 | 888 | --- | 888 | 8881 | | 243.78 | 8.88 | 243.78 |
| 03/27/15 | 44038882 | 5518-88143 | 888 | --- | 888 | 8881 | | 2561.88 | 8.88 | 2561.88 |
| **TOTALS** | | | | | | | | 1383.68 | 8.88 | 1383.68 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

NON-NEGOTIABLE

HY0083

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44037442 | 1 |
| **Invoice date** | |
| 2/20/2015 | |

**Bill To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

**Ship To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 142342
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34175 | 2/12/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 142342 | | UPS RED COLLECT | |

| Item No. / Description | Quantity ordered | Qty Shipped/Returned / Quantity on back order | Item price / Discount % | UOM | Extended Total Price |
|---|---|---|---|---|---|
| E3020-891-095 PROX SWITCH | 6.00 | 6.00 | 175.90 | EA | 1,055.40 |

RECEIVED

FEB 23 2015

Hy-Tech Machine, Inc.

**Comments:** INV# 77087533 & 77087534
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 1,055.40 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 1,055.40 |
| Amount Received: | 0.00 |
| **Total amount due:** | **1,055.40** |

**Payment terms:** UPON RECEIPT

[C]2003 Exact Software

HY0084

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US

Tel:  877-373-8906
Fax:  855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44037379 | 1 |

| Invoice date |
|---|
| 2/12/2015 |

**Bill To:**

HY-TECH MACHINE, INC.

25 LEONBURG ROAD

CRANBERRY TOWNSHIP, PA 16066

US

**Ship To:**

HY-TECH MACHINE, INC.

25 LEONBURG ROAD

PO# 141882  ATTN: TOM OBER TAG: 5510-143

CRANBERRY TOWNSHIP, PA 16066

US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 33942 | 1/21/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 141882 | 1 | UPS GROUND COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total Price |
|---|---|---|---|---|---|
| E3028-397-024 CONNECTOR XS2P-D422-2 OCJ STOCK | 6.00 | 6.00 | 61.42 | EA | 368.52 |

**RECEIVED**

**FEB 1 7 2015**

Hy-Tech Machine, Inc.

| Comments: | INV# 77087471 | | |
|---|---|---|---|
| | MACTURN 250BBW-2S/100 S# 105940 | **Sales amount:** | 368.52 |
| | | **Miscellaneous amount:** | 0.00 |
| | | **Freight:** | 0.00 |
| | | **Sales tax:** | 0.00 |
| | | **Subtotal:** | 368.52 |
| | | **Amount Received:** | 0.00 |
| **Payment terms:** NET 30 DAYS | | **Total amount due** | 368.52 |

(C)2003 Exact Software

HY0085



| Date | Description | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|
| 04/24/15 | 44038439    5510-00143   000   ---   000   0001 | 22.69 | 0.00 #75 | 22.69 |
| TOTALS | | 22.69 | 0.00 | 22.69 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 046015

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 05/07/15 | 22.69 |

PAY
To The
Order
Of

TWENTY-TWO AND 69/100 DOLLARS

MORRIS, GREAT LAKES
NW-7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈046015⑈ ⑆021407912⑈ 704 75⑈5295 2⑈

HY0086

# Invoice

**Morris Great Lakes**

9151 Marshall Road
Cranberry Township, PA 16066
US

Tel:   877-373-8906
Fax:   855-882-5615

REMIT TO:

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#15

| Invoice No | Page |
|---|---|
| 44038439 | 1 |

Invoice date
4/24/2015

Bill To:

HY-TECH MACHINE, INC.

25 LEONBURG ROAD

CRANBERRY TOWNSHIP, PA 16066

US

Ship To:

HY-TECH MACHINE, INC.

25 LEONBURG ROAD
PO# 143390

CRANBERRY TOWNSHIP, PA 16066

US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34953 | 4/22/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 143390 | | UPS GROUND | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 586-0380-06-01 COLLAR | 1.00 | 0.00 1.00 | 116.82 | EA | 0.00 |
| 585-0382-14 COLLAR | 1.00 | 0.00 1.00 | 331.40 | EA | 0.00 |
| H1005-0002-46 BEARING NUTS | 1.00 | 0.00 1.00 | 516.12 | EA | 0.00 |
| 585-0382-14 COLLAR | 1.00 | 0.00 1.00 | 331.40 | EA | 0.00 |
| 586-0380-17 PLUG | 3.00 | 0.00 3.00 | 27.78 | EA | 0.00 |
| 586-0380-04-01 SHAFT | 1.00 | 0.00 1.00 | 1,967.86 | EA | 0.00 |
| 586-0380-10-01 COLLAR | 1.00 | 0.00 1.00 | 494.65 | EA | 0.00 |
| C5901-000400 STEEL BALL | 3.00 | 0.00 3.00 | 5.90 | EA | 0.00 |
| C6110-000P22 O-RING (P22) | 1.00 | 1.00 | 0.77 | EA | 0.77 |
| C6110-000P40 O-RING (P40) | 1.00 | 1.00 | 6.66 | EA | 6.66 |
| M101-03040-01410 SPRING | 3.00 | 3.00 | 4.44 | EA | 13.32 |
| F100-150-01150 O-RING (S12) | 1.00 | 1.00 | 1.94 | EA | 1.94 |
| 586-0380-33-01 DOG | 1.00 | 0.00 1.00 | 110.95 | EA | 0.00 |

| Comments: | INV# 77090641 | | |
|---|---|---|---|
| | MACTURN 250 S# 105940 | Sales amount: | 22.69 |
| | | Miscellaneous amount: | 0.00 |
| | | Freight: | 0.00 |
| | | Sales tax: | 0.00 |
| | | Subtotal: | 22.69 |
| | | Amount Received: | 0.00 |
| **Payment terms:** | NET 30 DAYS | | |
| | | **Total amount due:** | **22.69** |

(C)1003 Exact Software

HY0087

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|--|-------------|--|--|--|--|---------------|----------|-----------|
| 01/29/15 | 44037029 | 5510-00170 | 000 | --- | 000 | 0001 | 2007.50 | 0.00 | 2007.50 |
| 03/30/15 | 44038113 | 5510-00143 | 000 | --- | 000 | 0001 | 372.96 | 0.00 | 372.96 |
| | | | | | | | | | |
| TOTALS | | | | | | | 2380.46 | 0.00 | 2380.46 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

HY-TECH MACHINE INC.

Mashude Industrial Park
25 Leonburg Road
Cranberry Twp., PA 18066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 045789

50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 06/23/15 | 2380.46 |

PAY    TWO THOUSAND THREE HUNDRED EIGHTY AND 46/100 DOLLARS
To The
Order    MORRIS GREAT LAKES
Of       NW-7968-10
         P.O. BOX 1450
         MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈045789⑈ ⑆021407912⑇704 75⑈5295 2⑈

REC 3/30

# Invoice

## Morris Great Lakes
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:   877-373-8906
Fax:   855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No. | Page |
|---|---|
| 44038113 | 1 |

| Invoice date |
|---|
| 3/30/2015 |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 142951
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34699 | 3/26/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship Via | PPD/COL |
|---|---|---|---|
| 142951 | | UPS RED COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount% | UOM | Extended Total price |
|---|---|---|---|---|---|
| 586-0380-23-01 COLLAR | 1.00 | 1.00 | 372.96 | EA | 372.96 |

RECEIVED
APR - 2 2015
Hy-Tech Machine, Inc.

**Comments:**   INV# 77089460
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 372.96 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 372.96 |
| Amount Received: | 0.00 |
| Total amount due: | 372.96 |

**Payment terms:** NET 30 DAYS

(C)2003 Exact Software

HY0089

MORRIS GREAT LAKES
CHECK DATE 06/03/15    046403

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/15 | 41038318 | 5510-00143 | 000 | --- | 000 | 0001 | 2561.88 | 0.00 | 2561.88 |
| 04/17/15 | 41038359 | 5510-00143 | 000 | --- | 000 | 0001 | 372.96 | 0.00 | 372.96 |
| 04/28/15 | 41038479 | 5510-00143 | 000 | --- | 000 | 0001 | - 317.02 | 0.00 | - 317.02 |
| 05/18/15 | 41038766 | 5510-00143 | 000 | --- | 000 | 0001 | - 2561.88 | 0.00 | - 2561.88 |
| 05/18/15 | 41038768 | 5510-00143 | 000 | --- | 000 | 0001 | 134.52 | 0.00 | 134.52 |
| | | | | | | | | | |
| TOTALS | | | | | | | 190.46 | 0.00 | 190.46 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 046403

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 06/03/15 | 190.46 |

PAY     ONE HUNDRED NINETY AND 46/100 DOLLARS

To The
Order     MORRIS GREAT LAKES
Of     NW 7968-10
     P.O. BOX 1450
     MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈046403⑈ ⑈021407912⑈704 75⑈5295 2⑈

HY0090

5973                          NORRIS GREAT LAKES          #415                Check Date /28/15       #6306

| Date | | Description | | | | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 05/15/16 | 44038709 | 5510-00143 | 000 | --- | 000 | 0001 | 3341.07 | 0.00 | 3341.07 |
| 05/15/16 | 44038727 | 5510-00128 | 000 | --- | 000 | 0001 | 259.45 | 0.00 | 259.45 |
| 05/15/16 | 44038753 | 5510-00128 | 000 | --- | 000 | 0001 | 16.59 | 0.00 | 16.59 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | 3617.11 | 0.00 | 3617.11 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

No. 0463

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

50-791
214

HY-TECH MACHINE INC.
Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

| Date | PAY THIS AMOU |
|---|---|
| 05/28/15 | 3617.11 |

PAY
To The
Order
Of

THREE THOUSAND SIX HUNDRED SEVENTEEN AND 11/100 DOLLARS

NORRIS GREAT LAKES
NW 7968-10
P.O. BOX 1450
MINNEAPOLIS, MN 55485

HY-TECH MACHINE INC

NON NEGOTIABLE

⑅046305⑅ ⑆021407912⑉704 75⑊5295 2⑅

HY0091

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:  877-373-8906
Fax:  855-882-5615

**REMIT TO:**

Morris Great Lakes
NW7968-10
PO Box 1450
Minneapolis, MN  55485-7968

| Invoice No | Page |
|---|---|
| 44038709 | 1 |
| **Invoice date** | |
| 5/15/2015 | |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 143390
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc. | Account manager |
|---|---|---|---|---|
| 34953 | 4/22/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 143390 | | UPS GROUND COLLECT | |

| Item No. / Description | Quantity ordered | Qty Shipped/Returned / Quantity on back order | Item price / Discount % | UOM | Extended Total Price |
|---|---|---|---|---|---|
| 586-0380-06-01<br>COLLAR | 1.00 | 0.00<br>1.00 | 116.82 | EA | 0.00 |
| 585-0382-14<br>COLLAR | 1.00 | 1.00 | 331.40 | EA | 331.40 |
| H1005-0002-46<br>BEARING NUTS | 1.00 | 1.00 | 516.12 | EA | 516.12 |
| 585-0382-14<br>COLLAR | 1.00 | 1.00 | 331.40 | EA | 331.40 |
| 586-0380-17<br>PLUG | 3.00 | 3.00 | 27.78 | EA | 83.34 |
| 586-0380-04-01<br>SHAFT | 1.00 | 1.00 | 1,967.86 | EA | 1,967.86 |
| C5901-000400<br>STEEL BALL | 3.00 | 0.00<br>3.00 | 5.90 | EA | 0.00 |
| 586-0380-33-01<br>DOG | 1.00 | 1.00 | 110.95 | EA | 110.95 |

**Comments:**  INV# 77091533
MACTURN S# 105940

| | |
|---|---|
| Sales amount: | 3,341.07 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 3,341.07 |
| Amount Received: | 0.00 |
| **Total amount due:** | 3,341.07 |

RECEIVED
MAY 20 2015
Hy-Tech Machine, Inc.

**Payment terms:**  NET 30 DAYS

(C)2003 Exact Software

| Date | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|-------------|---|---|---|---|----------------|----------|------------|
| 05/14/15 | 0038685 | SS10-00143 | 000 | --- | 000 | 0001 | 494.65 | 0.00 | #75 | 494.65 |

| TOTALS | | 494.65 | 0.00 | 494.65 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 046215

50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 05/20/15 | 494.65 |

FOUR HUNDRED NINETY-FOUR AND 65/100 DOLLARS

PAY
To The
Order
Of

NORRIS GREAT LAKES
NW 7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈046215⑈ ⑆021407912⑆704 75⑈5295 2⑈

HY0093

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel: 877-373-8906
Fax: 855-882-5615

**REMIT TO:**

Morris Great Lakes
NW7968-10
PO Box 1450
Minneapolis, MN  55485-7968



| Invoice No. | Page |
|---|---|
| 44038685 | 1 |

**Invoice date**
5/14/2015

**Bill To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

**Ship To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 143390
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34953 | 4/22/2015 | 217820 | MPD | 9S1529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 143390 | | UPS GROUND COLLECT | |

| Item No. Description | Quantity ordered Quantity on back order | Qty Shipped/Returned | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 586-0380-06-01 COLLAR | 1.00 1.00 | 0.00 | 116.82 | EA | 0.00 |
| 585-0382-14 COLLAR | 1.00 1.00 | 0.00 | 331.40 | EA | 0.00 |
| H1005-0002-46 BEARING NUTS | 1.00 1.00 | 0.00 | 516.12 | EA | 0.00 |
| 585-0382-14 COLLAR | 1.00 1.00 | 0.00 | 331.40 | EA | 0.00 |
| 586-0380-17 PLUG | 3.00 3.00 | 0.00 | 27.78 | EA | 0.00 |
| 586-0380-04-01 SHAFT | 1.00 1.00 | 0.00 | 1,967.86 | EA | 0.00 |
| 586-0380-10-01 COLLAR | 1.00 | 1.00 | 494.65 | EA | 494.65 |
| C5901-000400 STEEL BALL | 3.00 3.00 | 0.00 | 5.90 | EA | 0.00 |
| 586-0380-33-01 DOG | 1.00 1.00 | 0.00 | 110.95 | EA | 0.00 |

*mch 143*

RECEIVED

MAY 18 2015

Hy-Tech Machine, Inc.

HY0094

# Invoice

## Morris Great Lakes
9151 Marshall Road
Cranberry Township, PA 16066
US

Tel:  877-373-8906
Fax:  855-882-5615

REMIT TO:

Morris Great Lakes
NW7968-10
PO Box 1450
Minneapolis, MN  55485-7968

#75

| Invoice No. | Page |
|---|---|
| 44038685 | 2 |

| Invoice date |
|---|
| 5/14/2015 |

Bill To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

Ship To:

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 143390
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 34953 | 4/22/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No. | Ship via | PPD/COL |
|---|---|---|---|
| 143390 | | UPS GROUND COLLECT | |

| Item No. Description | Quantity ordered Quantity on back order | Qty. Shipped/Returned | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|

Comments:   INV# 77091045
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 494.65 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 494.65 |
| Amount Received: | 0.00 |

Payment terms:  NET 30 DAYS

| Total amount due | 494.65 |
|---|---|

(C)2003 Exact Software

HY0095

# Credit Memo

**Morris Great Lakes**

9151 Marshall Road
Cranberry Township, PA 16066
US

Tel:     877-373-8906
Fax:    855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

| Invoice No | Page |
|---|---|
| 44038479 | 1 |
| **Invoice data** | |
| 4/28/2015 | |

**Bill To:**

HY-TECH MACHINE, INC.

25 LEONBURG ROAD

CRANBERRY TOWNSHIP, PA 16066

US

**Ship To:**

HY-TECH MACHINE, INC.

25 LEONBURG ROAD

PO# 142951

CRANBERRY TOWNSHIP, PA 16066

US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 35000 | 4/28/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship Via | PPD/COL |
|---|---|---|---|
| 142951 | | BEST WAY | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 586-0380-23-01 COLLAR CREDIT AGAINST INV# 44038359 DATED 4/17/15 15% RESTOCKING FEE | 1.00 | 1.00 CR | 317.02 | EA | -317.02 |

| Comments: | INV# 77090732 MACTURN 250 S# 105940 | | |
|---|---|---|---|
| | | Sales amount: | 317.02 CR |
| | | Miscellaneous amount: | 0.00 |
| | | Freight: | 0.00 |
| | | Sales tax: | 0.00 |
| | | Subtotal: | -317.02 CR |
| | | Amount Received: | 0.00 |
| **Payment terms:** | UPON RECEIPT | **Total credit amount:** | **317.02 CR** |

(C)2003 Exact Software

HY0096

**HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066**

| Date | | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|---|-------------|---|---|---|---|---------------|----------|-----------|
| 03/10/15 | 4707HT | 5510-00143 | 000 | --- | 000 | 0001 | 394.50 | 0.00 | 394.50 |
| 03/10/15 | 4707HT | 5510-00431 | 000 | --- | 000 | 0001 | 130.00 | 0.00 | 130.00 |
| 03/10/15 | 4707HT | 5510-00432 | 000 | --- | 000 | 0001 | 130.00 | 0.00 | 130.00 |
| 03/10/15 | 4707HT | 5510-00431 | 000 | --- | 000 | 0001 | 220.00 | 0.00 | 220.00 |
| 03/10/15 | 4707HT | 5510-00000 | 000 | --- | 000 | 0001 | 110.00 | 0.00 | 110.00 |
| 03/10/15 | 4707HT | 5510-00159 | 000 | --- | 000 | 0001 | 165.00 | 0.00 | 165.00 |
| 03/10/15 | 4707HT | 5510-00432 | 000 | --- | 000 | 0001 | 165.00 | 0.00 | 165.00 |
| TOTALS | | | | | | | 12727.06 | 0.00 | 12727.06 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

No. **046103**

50-791
214

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

**HY-TECH MACHINE INC.**
Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 05/13/15 | 12727.06 |

TWELVE THOUSAND SEVEN HUNDRED TWENTY-SEVEN AND 06/100 DOLLARS

PAY
To The
Order
Of:

L & L MACHINE TOOL REBUILDING
100 INDUSTRIAL WAY
SCOTTDALE PA 15683

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑆046103⑆ ⑉021407912⑈704 75⑆5295 2⑈

HY0097

**L&L MACHINE TOOL REBUILDING INC.**
**100 INDUSTRIAL WAY**
**SCOTTDALE, PA  15683**
**724-887-0851**
**FAX – 724-887-0841**

TO:  **Hy Tech Machine**          **INVOICE:**   **4707HT**
     **Mashuda Industrial Park**   **PO#:**        **55398**
     **25 Leonberg Road**          **Net 30 Days**
     **Cranberry Twp, PA  16066 3601**   **DATE:**   **March 10, 2015**

**DESCRIPTION:**

Date of Service March 2 through March 6, 2015:

**Date of Service March 2, 2015:**

#245 Okuma          Removed and ordered fan for spindle motor        5510-0245    110.00

                    1 Hour Labor    80

#431 Kasto          Removed hydraulic pump and motor.  Took motor to electric shop.
                    Ordered new motor.

                    3 ½ Hours Labor    280          5510-0431    385.00

#273 Haas           Installed Y axis way covers         5510-0273

                    1 ½ Hours Labor    120                        165.00

                    **TOTAL LABOR    3-2-2015    Dan    6 Hours**
                    **TOTAL TRAVEL              Dan    3 Hours**

**Date of Service March 3, 2015:**

#159 WSC 6          Troubleshot power up failure/spindle drive

                    1 Hour Labor    80              5510-0159    112.73

#250 Matsuura       Chip conveyor need rebuild

                    1 Hour Labor    80              5510-0250    112.73

#143 MacTurn        Realign bar feeder

                    3 ½ Hours Labor    280          5510-0143    394.54

                    **TOTAL LABOR    3-3-2015    Dan    5.5 Hours**
                    **TOTAL TRAVEL              Dan    3 Hours**

RECEIVED
MAY 5 2015
Hy-Tech Machine, Inc.

3577

```
PAGE  1                          GENERAL LEDGER - THROUGH 15/12
ACCOUNT: 5510-0143 -  MACHINE REPAIR-143 ATSCO
ACCT  SUB  DP BR PR JOUR    DATE    DESCRIPTION              DEBITS      CREDITS

                        0/ 1

5510  0143        1 MACHINE REPAIR-143 ATSCO  - BALANCE 15/01
            1501 AP66   01/27/15   MORRIS GREAT LAK                 41.54
            1501 AP66   01/26/15   MORRIS GREAT LAK                121.44
            1501 AP66   01/20/15   MORRIS GREAT LAK                182.27
            1502 AP66   02/27/15   MORRIS GREAT LAK              1,055.40
            1502 AP66   02/24/15   MORRIS GREAT LAK                368.52
            1503 0117   03/31/15   MORRIS GR LAKES CIP 143                    166.75
            1503 0117   03/31/15   MORRIS GR LAKES CIP 143           368.52
            1503 0117   03/31/15   MORRIS GREAT LAKE CIP 14                  2,561.88
            1503 AP66   03/30/15   MORRIS GREAT LAK               2,561.88
            1503 AP66   03/11/15   MORRIS GREAT LAK                           368.52
            1503 AP66   03/30/15   MC MASTERS-CARR                 166.75
            1504 AP66   04/29/15   MORRIS GREAT LAK                 22.69
            1504 AP66   04/15/15   MORRIS GREAT LAK                372.96
            1505 0114   05/31/15   MORRIS LLANCH CIP MACH14                  6,585.54
            1505 AP66   05/26/15   MORRIS GREAT LAK                134.52
            1505 AP66   05/27/15   MORRIS GREAT LAK                          2,561.88
            1505 AP66   05/20/15   MORRIS GREAT LAK               3,341.07
            1505 AP66   05/18/15   MORRIS GREAT LAK                494.65
            1505 AP66   05/27/15   MORRIS GREAT LAK                           317.02
            1505 AP66   05/27/15   MORRIS GREAT LAK                372.96
            1505 AP66   05/27/15   MORRIS GREAT LAK               2,561.88
            1505 AP66   05/07/15   L   L MACHINE TO               394.54
            1507 0120   07/31/15   MACH 143 RECLASS TO CIP                   3,236.28
            1507 AP66   07/17/15   MORRIS GREAT LAK               1,667.85
            1507 AP66   07/28/15   MORRIS GREAT LAK               1,568.43
            1508 0115   08/31/15   MORRIS GR LKS CAPITAL143                  17,341.91
            1508 0115   08/31/15   MORRIS GR LKS CAPITAL143                   1,414.27
            1508 AP66   08/27/15   MORRIS GREAT LAK               1,414.27
            1508 AP66   08/03/15   MORRIS GREAT LAK              17,341.91
            1510 AP66   10/06/15   L   L MACHINE TO                169.29
            1511 AP66   11/16/15   L   L MACHINE TO                235.00
            1511 AP66   11/10/15   L   L MACHINE TO                235.00
            1512 AP66   12/30/15   MORRIS GREAT LAK                380.18
                                   ENDING  15/12                 1,019.47*
```

6,585.54

3,236.28

#16

HY-TECH MACHINE INC.- CRANBERRY TWP., PA 16066

| Date | Description | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|
| 07/14/15 | 41039528    5516~06143    000    ---   000    0001 | 1667.85 | 0.00 #6 | 1667.85 |
| TOTALS | | 1667.85 | 0.00 | 1667.85 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA  16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 047068

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 07/23/15 | 1667.85 |

PAY   ONE THOUSAND SIX HUNDRED SIXTY-SEVEN AND 85/100 DOLLARS

To The
Order
Of

MORRIS GREAT LAKES
NW 7968-10
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈047068⑈ ⑆021407912⑈704 75⑈5295 2⑈

HY0100

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:   877-373-8906
Fax:   855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#16

| Invoice No | Page |
|---|---|
| 44039528 | 1 |

**Invoice date**
7/14/2015

**Bill To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

**Ship To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO# 144619
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 35758 | 7/9/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 144619 | | UPS GROUND | |
| | | COLLECT | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 584-0380-53-04 SLEEVE | 1.00 | 0.00 1.00 | 1,414.27 | EA | 0.00 |
| 584-0380-52-03 SHAFT | 1.00 | 1.00 | 1,667.85 | EA | 1,667.85 |

RECEIVED
JUL 17 2015
Hy-Tech Machine, Inc.

| Comments: | INV# 77094290 | | Sales amount: | 1,667.85 |
|---|---|---|---|---|
| | MACTURN 250 S# 105940 | | Miscellaneous amount: | 0.00 |
| | | | Freight: | 0.00 |
| | | | Sales tax: | 0.00 |
| | | | Subtotal: | 1,667.85 |
| | | | Amount Received: | 0.00 |
| **Payment terms:** | NET 30 DAYS | | **Total amount due:** | 1,667.85 |

(C)2003 Exact Software

HY0101

HY-TECH MACHINE INC.- CRANBERRY TWP, PA 16066

| Date | | | Description | | | | | Invoice Amount | Discount | | Net Amount |
|------|---|---|-------------|---|---|---|---|----------------|----------|---|------------|
| 07/10/15 | 44039506 | | 5510-00143 | 000 | --- | 000 | 0001 | 1568.43 | 0.00 | #16 | 1568.43 |
| 07/14/15 | 44039519 | | 5510-00143 | 000 | --- | 000 | 0001 | 17341.91 | 0.00 | | 17341.91 |

| TOTALS | | | | | | | | 18910.34 | 0.00 | | 18910.34 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



HY-TECH MACHINE INC.

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 047260
50-791
214

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 08/06/15 | 18910.34 |

PAY
To The
Order
Of

EIGHTEEN THOUSAND NINE HUNDRED TEN AND 34/100 DOLLARS

MORRIS GREAT LAKES
NW 7968-IN
P.O. BOX 1450
MINNEAPOLIS MN 55485

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑆047260⑆ ⑈021079123⑈704 75⑆5295 2⑆

HY0102

# Invoice

**Morris Great Lakes**
9151 Marshall Road
Cranberry Township, PA 16066
US
Tel:   877-373-8906
Fax:   855-882-5615

**REMIT TO:**

MORRIS GREAT LAKES
NW7968-10
PO BOX 1450
MINNEAPOLIS, MN 55485-7968

#16

| Invoice No | Page |
|---|---|
| 44039506 | 1 |

**Invoice date**
7/10/2015

**Bill To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
CRANBERRY TOWNSHIP, PA 16066
US

**Ship To:**

HY-TECH MACHINE, INC.
25 LEONBURG ROAD
PO#  VERBAL TOM OBER
CRANBERRY TOWNSHIP, PA 16066
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 35747 | 7/8/2015 | 217820 | MPD | 951529 Brayla Eyth |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| VERBAL TOM OBER | | UPS EARLY RED AM | PO # 144604 |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| H0031-0021-84-1 ROD SEAL | 7.00 | 7.00 | 149.85 | EA | 1,048.95 |
| H0031-0021-83 ROD SEAL | 9.00 | 9.00 | 57.72 | EA | 519.48 |

RECEIVED

JUL 1 4 2015

Hy-Tech Machine, Inc.

**Comments:**   INV# 77094169
MACTURN 250 S# 105940

| | |
|---|---|
| Sales amount: | 1,568.43 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 1,568.43 |
| Amount Received: | 0.00 |
| Total amount due: | 1,568.43 |

**Payment terms:** NET 30 DAYS

(C)2003 Exact Software

HY0103



t 1800-0010-3

#14, #15, #16, #17
#18- Labor coded to MACTURN During setup by our Productive Employees

| DESCRIPTION | NO | DR | CR | STATUS |
|---|---|---|---|---|
| /26/2015 MACHINE NO 128 | 128 | | $ 4,515.00 | |
| 2/9/2015 MORRIS GREAT LAKES NO 128 | 128 | $ 8,500.00 | | |
| | | $ 3,985.00 | | |
| 2/17/2015 ELLISON TECHOLOGIES REBLD 2 LIVE HEADS NO 141 | 141 | $ 2,573.75 | | INVOICE |
| #1 12/31/2014 RAMSEY RIGGING | 143 | $ 1,900.00 | | |
| #2 12/31/2014 MORRIS GREAT LAKE NO 143 | 143 | $ 1,371.66 | | |
| #3 12/31/2014 MORRIS GREAT LAKE NO 143 | 143 | $ 5,192.88 | | |
| 12/31/2014 RAMSEY RIGGING NO 143 | 143 | $ 1,700.00 | | |
| 12/31/2014 RAMSEY RIGGING NO 143 | 143 | $ 1,500.00 | | |
| #14 12/31/2014 MACTURN 143 CIP | 143 | $ 15,592.04 | | |
| 1/30/2015 NICK RUSSELL | 143 | $ 142.08 | | $ 142.08 |
| #4 2/28/2015 RAMSEY RIGGING NO 143 | 143 | $ 6,800.00 | | |
| 2/28/2015 SPECIAL PROJECTS NO 143 NON-PROD | 143 | $ 731.36 | | #18 |
| 2/28/2015 NON-PROD NO 143 SPECIAL PROJECTS | 143 | $ 8,252.08 | | NON-PROD LABOR TO FIX MACHINE |
| 3/31/2015 MORRIS GREAT LAKES | 143 | $ 166.75 | | |
| 3/31/2015 MORRIS GREAT LAKES | 143 | | $ 368.52 #5 | |
| #6 3/31/2015 MORRIS GREAT LAKES CIP NO 143 | 143 | $ 2,561.88 | | INVOICE |
| 3/31/2015 MORRIS GREAT LAKES | 143 | $ 1,335.60 | | |
| #10 3/23/2015 LL MACHINE NO 143 RELOCATION COST | 143 | $ 18,910.00 | | INVOICE |
| #10A 3/23/2015 LL MACHINE NO 143 RELOCATION COST | 143 | $ 9,754.85 | | INVOICE |
| #9 4/20/2015 WULEE ELECTRIC - NO 143 HOOK-UP | 143 | $ 6,352.75 | | INVOICE |
| #8 4/14/2015 MS PLUMBING - NO 143 HOOK-UP | 143 | $ 4,100.00 | | INVOICE |
| #15 5/31/2015 MORRIS LL MACH CIP NO 143 | 143 | $ 6,585.54 | | |
| 7/31/2015 MACHINE NO 143 RECL TO CIP | 143 | $ 3,236.28 | | |
| #11 8/31/2015 143 MACTURN TO CIP | 143 | $ 18,756.18 | | INVOICE |
| #4 12/31/2015 MORRIS GREAT LAKES CREDIT FOR NO 143 | 143 | | $ 4,500.00 | |
| 12/31/2015 TOOLING FOR MACTURN NO 143 | 143 | $ 15,476.74 | | INVOICE |
| #13 12/31/2015 MORRIS GREAT LAKES NO 143 SETUP | 143 | $ 19,114.42 | | INVOICE |
| #12 12/31/2015 RAMSEY RIGGING NO 143 | 143 | $ 9,480.00 | | INVOICE |
| 2/26/2015 ADJ PO S PD BY CREDIT CARD | 143 | | $ 2,573.75 | |
| | | $ 159,013.09 | $ 7,584.35 | |
| | | $ 151,428.74 | | |
| 2/24/2015 MITUTOYO MACHINE | | $ 766.00 | | INVOICE |
| 2/24/2015 MITUTOYO MACHINE | | $ 2,657.53 | | INVOICE |
| | | $ 3,423.53 | | |
| 9/30/2015 RITTER ENGINEERING RECL TO CIP | | $ 23.65 | | |
| 9/30/2015 RITTER ENGINEERING RECL TO CIP | | $ 918.90 | | |
| | | $ 942.55 | | |
| 9/30/2015 TOOLHOLDERS FOR NEW MACHINE | | $ 11,815.94 | | |
| **TOTAL FOR CIP ACCT 1800-0010-3 RECLASS** | | **$ 174,169.51** | | |

HY0104

HY-TECH MACHINE INC. - CRANBERRY TWP. PA 16066

| Date | Description | | | | | Invoice Amount | Discount | Net Amount |
|------|-------------|---|---|---|---|----------------|----------|------------|
| 09/19/14 | PROFORMA82 | 1600-000C3 | 960 | 000 | 0003 | 3906.80 | 0.00 | 3906.80 |

# 17

Raw matl used for
Testing of MACTURN
During setup

| TOTALS | | | | | | 3906.80 | 0.00 | 3906.80 |

DETACH THIS STUB BEFORE DEPOSITING CHECK

---


HY-TECH MACHINE INC

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp. PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. 042448
50-791
213

| Date | PAY THIS AMOUNT |
|------|-----------------|
| 09/19/14 | 3906.80 |

PAY To The Order Of

THREE THOUSAND NINE HUNDRED SIX AND 80/100 DOLLARS

SERVICE STEEL AEROSPACE
175 WETMORE AVENUE
MASSILLON OH 44646

HY-TECH MACHINE INC.

NON-NEGOTIABLE

⑈042448⑈ ⑇021407912⑇704 75⑆5295 2⑈

HY0105



## SERVICE STEEL AEROSPACE

175 WETMORE AVE. SE
MASSILLON, OH 44646

Phone: 800-822-6358
Fax: 330-833-5815



## PROFORMA INVOICE

DATE: September 19, 2014
BILL OF LADING#: 28-411092
CUSTOMER PO#: 10995JH

SHIPPER:
SERVICE STEEL AEROSPACE
175 WETMORE AVENUE SE
MASSILLON, OH 44646

SSA FID#: 22-2998678

CONSIGNEE:
HY-TECH MACHINE INC.
25 LEONBERG ROAD
CRABERRY TWP, PA 16066

| COUNTRY OF EXPORT | COUNTRY OF ORIGIN | SCHEDULE B NUMBER | CURRENCY OF SETTLEMENT | | | |
|---|---|---|---|---|---|---|
| U.S.A. | U.S.A. | 7228.50.50.00 | U.S. DOLLARS (FUNDS) | | | |

| NO. OF PKGS. | SIZE/GRADE | DESCRIPTION | NET WT LBS | GR WT LBS | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|---|---|
| 2 | VARIOUS SIZES | 4340M(300M) (19PCS) | | | $3,906.80 | $3,906.80 |
| | (AMS6417 AMS6419) | ($205.621/EACH PC) | | 840 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BILL TO: SAME AS CONSIGNEE

SHIP TO: SAME AS CONSIGNEE

| | TOTAL | $3,906.80 |
|---|---|---|

I DECLARE ALL THE INFORMATION OUTLINED IN THIS
INVOICE TO BE TRUE AND CORRECT.

SIGNATURE: _Stephanie Fritag_

DATE: _9/19/14_

HY0106

**Elizabeth Smail**

| | |
|---|---|
| **From:** | Stephanie Freitag <sfreitag@ssa-corp.com> |
| **Sent:** | Friday, September 19, 2014 11:47 AM |
| **To:** | esmail@hy-techinc.com |
| **Cc:** | Katrina Posedel; Bernard Grabowski |
| **Subject:** | PROFORMA FOR SO #28-979064 HY-TECH - PO #139975 |
| **Attachments:** | Scan.pdf |

Attached you will find a PROFORMA invoice for your PO #139975.  Your order will ship as soon as payment has been received & the order has been released from our credit department to ship.  Thanks.

*Stephanie Freitag*
*Logistics Coordinator*



Service Steel Aerospace Corp.
175 Wetmore Ave. SE
Massillon, OH 44646
Phone: 330-833-5500
Fax: 330-833-5515
sfreitag@ssa-corp.com

1

HY0107

HY-TECH MACHINE INC. - CRANBERRY TWP., PA 16066

| Date | Description | Invoice Amount | Discount | Net Amount |
|---|---|---|---|---|
| 09/19/14 | PROFORMA100 1500-07000 000 --- 000 0003 | 11569.94 | 0.00 | 11569.94 |
| | | | | |
| TOTALS | | 11569.94 | 0.00 | 11569.94 |

DETACH THIS STUB BEFORE DEPOSITING CHECK



#17

Raw math used
for testing
of machine

**HY-TECH MACHINE INC.**

Mashuda Industrial Park
25 Leonburg Road
Cranberry Twp., PA 16066

Capital One Bank
265 Broadhollow Road
Melville, NY 11747

No. **042447**

50-791
214

| Date | PAY THIS AMOUNT |
|---|---|
| 09/19/14 | 11569.94 |

PAY ELEVEN THOUSAND FIVE HUNDRED SIXTY-NINE AND 94/100 DOLLARS

To The Order Of
SERVICE STEEL AEROSPACE
176 WETMORE AVENUE
MASSILLON OH 44646

HY-TECH MACHINE INC.

**NON-NEGOTIABLE**

⑆042447⑆ ⑆021407912⑉ 704 75⑆5295 2⑈

HY0108



Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021

P U R C H A S E   O R D E R

-------------------------------

PAGE:      1
DATE:  12/12/14
PO #:   141261

5320

TO: MORRIS GREAT LAKES
    9151 MARSHALL ROAD
    CRANBERRY TWP     PA16066

SHIP TO: AIR TOOL SERVICE COMPANY
         7722 METRIC DRIVE
         MENTOR, OH  44060

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|------------|--------|
| 1 | | 1.00 | K1004-288-069R AC MOTOR | 1.00 | 9669.0000 | 9669.00 |
| | | | Promise Delivery Date: 12/31/14 | | | |
| 2 | | 1.00 | EXCHANGE CREDIT UPON RETURN | 1.00 | 4515.0000 | 4515.00 |
| | | | OF OLD UNIT | | | |
| | | | TAG TOM OBER | | | |
| | | | Promise Delivery Date: 12/31/14 | | | |

CONFIRMING ORDER.  PLEASE DO NOT DUPLICATE.

-------------------------------------------------------------------------

-------------------------------------------------------------------------

AIR TOOL SERVICE COMPANY

BY _____



## SERVICE STEEL AEROSPACE

175 WETMORE AVE. SE
MASSILLON, OH  44646

Phone:  800-822-6358
Fax:  330-833-5815

#17

## *PROFORMA INVOICE*

DATE:  September 19, 2014
BILL OF LADING#:  28-411086
CUSTOMER PO#:  100

3505

SHIPPER:

SERVICE STEEL AEROSPACE
175 WETMORE AVENUE SE
MASSILLON, OH  44646

SSA FID#: 22-2998678

CONSIGNEE:

ATSCO
7722 METRIC DRIVE
MENTOR, OH 44060

| COUNTRY OF EXPORT | COUNTRY OF ORIGIN | SCHEDULE B NUMBER | CURRENCY OF SETTLEMENT | |
|---|---|---|---|---|
| U.S.A. | U.S.A. | 7228.50.50.00 | U.S. DOLLARS (FUNDS) | |

| NO. OF PKGS. | SIZE/GRADE | DESCRIPTION | NET WT LBS | GR WT LBS | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|---|---|
| 4 | VARIOUS SIZES | 4340M–300M (20PCS) | | 2778 | $11,569.94 | $11,569.94 |
| | (AMS6417 AMS6419) | ($578.497/EACH PC) | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BILL TO: ATSCO HOLDINGS
25 LEONBERG RD.
CRANBERRY TWP, PA 16066

SHIP TO: SAME AS CONSIGNEE

1600 - 0000   (3)

| | TOTAL | $11,569.94 |
|---|---|---|

I DECLARE ALL THE INFORMATION OUTLINED IN THIS
INVOICE TO BE TRUE AND CORRECT.

SIGNATURE  *Stephanie Fratog*

DATE:  9/19/14

HY0110



**Air Tool Service Company * 7722 Metric Drive * Mentor, OH 44060 * 440-701-1021**

PURCHASE ORDER

#17

PAGE: 1
DATE: 09/16/14
PO #: 100

3505

TO: SERVICE STEEL AEROSPACE
175 WETMORE AVENUE
MASSILLON        OH44646

SHIP TO: AIR TOOL SERVICE COMPANY
7722 METRIC DRIVE
MENTOR, OH 44060

| Item | Control # | Quantity | Description | Billing Qty | Unit Price | Amount |
|------|-----------|----------|-------------|-------------|-----------|--------|
| 1 | I00232-1-0 -0.50 | 40.00 FT | 3" DIA.300M/ | 961.00 LB | 3.9700 | 3815.17 |
|  |  |  | / AISE E4340 MOD |  |  |  |
|  |  |  | (AMS 6417 / AMS 6419) |  |  |  |
|  |  |  | TAG I00232-1 |  |  |  |
|  |  |  | Promise Delivery Date: 09/17/14 |  |  |  |
| 2 | I00236-1-0 -0.50 | 36.00 FT | 2-1/2" DIA. 300M | 601.00 LB | 4.3100 | 2590.31 |
|  |  |  | / AISE E4340 MOD |  |  |  |
|  |  |  | (AMS 6417 / AMS 6419) |  |  |  |
|  |  |  | TAG I00236-1 |  |  |  |
|  |  |  | Promise Delivery Date: 09/17/14 |  |  |  |
| 3 | I00237-1-0 -0.50 | 36.00 FT | 2-1/2" DIA. 300M / | 601.00 LB | 4.3100 | 2590.31 |
|  |  |  | AISE E4340 MOD |  |  |  |
|  |  |  | (AMS 6417 / AMS 6419) |  |  |  |
|  |  |  | TAG I00237-1 |  |  |  |
|  |  |  | Promise Delivery Date: 09/17/14 |  |  |  |
| 4 | I00225-1-0 -0.50 | 24.00 FT | 2-1/4" DIA. 300M / | 324.00 LB | 4.3100 | 1396.44 |
|  |  |  | AISE E4340 MOD |  |  |  |
|  |  |  | (AMS 6417 / AMS 6419) |  |  |  |
|  |  |  | TAG I00225-1 |  |  |  |
|  |  |  | Promise Delivery Date: 09/17/14 |  |  |  |

AIR TOOL SERVICE COMPANY

BY_____

HY0111

Sold By:

SERVICE STEEL AEROSPACE CORP.
UNITED ALLOYS AM/DYNAMIC METALS INT
175 WETMORE AVE SE
MASSILLON, OH 44646
   Tel: 800-822-6358 Fax: 330 833-5815

Remit To:
SERVICE STEEL AEROSPACE CORP.
UNITED ALLOYS AM/DYNAMIC METALS INT
14735 COLLECTIONS CENTER DRIVE
CHICAGO, IL
800-426-9794  60693

Sold To:     (Cus# 7896)
   ATSCO HOLDINGS
   25 LEONBERG RD
   CRANBERRY TWP 16066
   UNITED STATES & CANADA

Shipped To: (          1)
   ATSCO
   7722 METRIC DRIVE
   MENTOR, OH 44060         #17

Shp Dt 22Sep14     Ord Dt 18Sep14     SC-No CD-979059 B/L 28  411086
Trm PAID IN ADVANCE                PO/Rel 100
Frt OUR TRUCK                      Via OUR TRUCK       FOB DELIVERED
Slp KATRINA POSEDEL /BRIAN LUSK                        Pbl

1 4340M RD (300M) AMS 6417, AMS 6419              4 PCS
  3" DIA. X 144.0000"RL
NEEDS 40' MIN                                                        1,186 LBS
REF TAG# I00232-1
MATERIAL
  Heat Number              1,186 LBS @       3.9700 LBS         4,708.42
  H0118-1        656698              PCS Weight
                                         4     1186

  Tag No        Physical Analysis
  656698        SPEC=<BMS 7-26P>

2 4340M RD (300M) AMS 6417, AMS 6419              4 PCS
  2-1/4" DIA. X 76.00"RL
NEEDS 24' MIN                                                        335 LBS
REF TAG# I00225-1
MATERIAL
  Heat Number              335 LBS @        4.3100 LBS         1,443.85
  D9538-1        656692A             PCS Weight
                                         4     335

  Tag No        Physical Analysis
  656692A       SPEC=<BMS 7-26N>

3 4340M RD (300M) AMS 6417, AMS 6419              6 PCS
  2-1/2" DIA. X 72.0000"RL
NEEDS 36' MIN                                                        628 LBS
REF TAG# I00236-1
MATERIAL
  Heat Number              628 LBS @        4.3100 LBS         2,706.68
  H0150-1        656693A             PCS Weight
                                         6     628

  Tag No        Physical Analysis
  656693A       SPEC=<BMS 7-26N>

SEP 2 0 2014

Hy-Tech Machine

HY0112

I N V O I C E                                    No: 28  IV-278315
                                                         Date:22Sep14
                                                         Due:22Sep14
Sold By:                          Remit to:    SERVICE STEEL AEROSPACE CORP.

SERVICE STEEL AEROSPACE CORP.     UNITED ALLOYS AM/DYNAMIC METALS INT
UNITED ALLOYS AM/DYNAMIC METALS INT    14735 COLLECTIONS CENTER DRIVE
175 WETMORE AVE SE                CHICAGO, IL
MASSILLON, OH 44646               800-426-9794  60693
   Tel: 800-822-6358 Fax: 330 833-5815

                                                                 #17

Sold To:      (Cus#  7896)        Shipped To:  (          1)
   ATSCO HOLDINGS                    ATSCO

==========================================================================

   4 4340M RD.(300M) AMS 6417, AMS 6419        6 PCS
     2-1/2" DIA. X 72.0000"RL                              629 LBS      601
NEEDS 36' MIN                                                           28
REF TAG# I00237-1
MATERIAL                  629 LBS @      4.3100 LBS         2,710.99
   Heat Number     Tag No            PCS Weight
   H0150-1         656695            6    629

   Tag No    Physical Analysis
   656695    SPEC=<BMS 7-26N>

   ----------------------------------------------------------------

        Total Shipped:      20 PCS              2,778        LBS
   *Visit our website WWW.SSA-CORP.COM*

****************************************************************************
      Material    Processing    Freight    Other    Taxes    TOTAL DUE
      11,569.94                                                11,569.94 $
****************************************************************************

Page:      2 .... Last