HY-TECH MACH Machine U      12/28/2016
Use 09/01/14 - 12/28/16     10:37:35

| Date | Employee # | Sequence | Job | Machine | Complete | Scrap | Setup | Complete | Company | Operation | Machine Time | Real Time | Overtime | Shift Diff | Straight Pay | Overtime P | Shift Diff P | Labor | Overhead | Time Card |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/2015 | 406 | 1 | I00326-1-0 -1.00 | 143 | 31 | | | | S | 50 | 3.6 | 3.6 | 2.3 | | 59.4 | 18.98 | | 78.38 | 270 | |
| 3/7/2015 | 406 | | I00326-1-0 -1.00 | | 31 | | | | | | 3.6 | 3.6 | 2.3 | | 59.4 | 18.98 | | 78.38 | 270 | 3.6 |
| 3/18/2015 | 155 | 2 | I07655-1-0 -1.00 | 143 | 32 | | | | H | 50 | 8 | 5 | | | 140.6 | | | 140.6 | 600 | |
| 3/18/2015 | 155 | | I07655-1-0 -1.00 | | 32 | | | | | | 8 | 5 | | | 140.6 | | | 140.6 | 600 | 10 |
| 3/19/2015 | 155 | 2 | I07655-1-0 -1.00 | 143 | 24 | | | | H | 50 | 5.4 | 3 | | | 84.36 | | | 84.36 | 405 | |
| 3/19/2015 | 155 | | I07655-1-0 -1.00 | | 24 | | | | | | 5.4 | 3 | | | 84.36 | | | 84.36 | 405 | 9.1 |
| 3/21/2015 | 155 | 2 | I07390-1-0 -1.00 | 143 | | | Y | | H | 50 | 4.2 | 4.3 | 4.3 | | 120.92 | 60.46 | | 181.38 | 315 | |
| 3/21/2015 | 155 | | I07390-1-0 -1.00 | | | | | | | | 4.2 | 4.3 | 4.3 | | 120.92 | 60.46 | | 181.38 | 315 | 7 |
| 3/23/2015 | 155 | 1 | I07390-1-0 -1.00 | 143 | 17 | | | | H | 50 | 6.6 | 6.6 | | | 185.59 | | | 185.59 | 495 | |
| 3/23/2015 | 155 | | I07390-1-0 -1.00 | | 17 | | | | | | 6.6 | 6.6 | | | 185.59 | | | 185.59 | 495 | 10.1 |
| 3/24/2015 | 155 | 1 | I07390-1-0 -1.00 | 143 | 29 | | | | H | 50 | 9.3 | 8.4 | 0.4 | | 236.21 | 5.62 | | 241.83 | 697.5 | |
| 3/24/2015 | 155 | | I07390-1-0 -1.00 | | 29 | | | | | | 9.3 | 8.4 | 0.4 | | 236.21 | 5.62 | | 241.83 | 697.5 | 9.3 |
| 3/25/2015 | 155 | 2 | I07390-1-0 -1.00 | 143 | 23 | | | | H | 50 | 8.7 | 4.3 | 1.9 | | 120.92 | 26.71 | | 147.63 | 652.5 | |
| 3/25/2015 | 155 | | I07390-1-0 -1.00 | | 23 | | | | | | 8.7 | 4.3 | 1.9 | | 120.92 | 26.71 | | 147.63 | 652.5 | 9.9 |
| 7/15/2015 | 155 | 3 | I07390-1-0 -1.00 | 143 | 23 | | | | H | 50 | 5.1 | 2.5 | | | 73.83 | | | 73.83 | 382.5 | |
| 7/15/2015 | 155 | | I07390-1-0 -1.00 | | 23 | | | | | | 5.1 | 2.5 | | | 73.83 | | | 73.83 | 382.5 | 10.1 |
| 7/16/2015 | 155 | 3 | I07390-1-0 -1.00 | 143 | 26 | | | | H | 50 | 7.1 | 2.8 | | | 82.68 | | | 82.68 | 532.5 | |
| 7/16/2015 | 155 | | I07390-1-0 -1.00 | | 26 | | | | | | 7.1 | 2.8 | | | 82.68 | | | 82.68 | 532.5 | 9 |
| 7/17/2015 | 155 | 2 | I07390-1-0 -1.00 | 143 | 34 | | | | H | 50 | 9.6 | 4.8 | | | 141.74 | | | 141.74 | 720 | |
| 7/17/2015 | 155 | | I07390-1-0 -1.00 | | 34 | | | | | | 9.6 | 4.8 | | | 141.74 | | | 141.74 | 720 | 9.9 |
| 7/20/2015 | 155 | 3 | I07390-1-0 -1.00 | 143 | 13 | | | | H | 50 | 3.2 | 2.1 | 0.9 | | 62.01 | 13.29 | | 75.3 | 240 | |
| 7/20/2015 | 155 | | I07390-1-0 -1.00 | | 13 | | | | | | 3.2 | 2.1 | 0.9 | | 62.01 | 13.29 | | 75.3 | 240 | 10 |
| 7/21/2015 | 155 | 3 | I07390-1-0 -1.00 | 143 | 11 | | Y | | H | 50 | 5.9 | 3 | | | 88.59 | | | 88.59 | 442.5 | |
| 7/21/2015 | 155 | | I07390-1-0 -1.00 | | 11 | | | | | | 5.9 | 3 | | | 88.59 | | | 88.59 | 442.5 | 10 |
| 7/22/2015 | 155 | 3 | I07391-1-0 -1.00 | 143 | | | Y | | H | 50 | 4.8 | 2.4 | | | 70.87 | | | 70.87 | 360 | |
| 7/22/2015 | 155 | | I07391-1-0 -1.00 | | | | | | | | 4.8 | 2.4 | | | 70.87 | | | 70.87 | 360 | 9.8 |
| 7/23/2015 | 155 | 1 | I07391-1-0 -1.00 | 143 | 4 | | | | H | 50 | 2.7 | 1.3 | | | 38.39 | | | 38.39 | 202.5 | |
| 7/23/2015 | 155 | | I07391-1-0 -1.00 | | 4 | | | | | | 2.7 | 1.3 | | | 38.39 | | | 38.39 | 202.5 | 8.9 |
| 7/28/2015 | 116 | 6 | I07391-1-0 -1.00 | 143 | 8 | | | | H | 50 | 8.3 | 2.5 | | | 68.85 | | | 68.85 | 622.5 | |
| 7/28/2015 | 116 | | I07391-1-0 -1.00 | | 8 | | | | | | 8.3 | 2.5 | | | 68.85 | | | 68.85 | 622.5 | 9.4 |
| 7/29/2015 | 112 | 1 | I07391-1-0 -1.00 | 143 | 18 | 2 | | | H | 50 | 8.8 | 4.2 | | | 95.26 | | | 95.26 | 660 | |
| 7/29/2015 | 112 | | I07391-1-0 -1.00 | | 18 | 2 | | | | | 8.8 | 4.2 | | | 95.26 | | | 95.26 | 660 | 10 |
| 7/30/2015 | 116 | 3 | I07391-1-0 -1.00 | 143 | 19 | | | | H | 50 | 8.5 | 4.3 | 1.1 | | 118.42 | 15.15 | | 133.57 | 637.5 | |
| 7/30/2015 | 116 | | I07391-1-0 -1.00 | | 19 | | | | | | 8.5 | 4.3 | 1.1 | | 118.42 | 15.15 | | 133.57 | 637.5 | 9.1 |
| 7/31/2015 | 116 | 2 | I07391-1-0 -1.00 | 143 | 12 | | | | H | 50 | 6.4 | 3.2 | 1.1 | | 88.12 | 15.15 | | 103.27 | 480 | |
| 7/31/2015 | 116 | | I07391-1-0 -1.00 | | 12 | | | | | | 6.4 | 3.2 | 1.1 | | 88.12 | 15.15 | | 103.27 | 480 | 9.1 |
| 8/4/2015 | 116 | 1 | I07391-1-0 -1.00 | 143 | 22 | 3 | | | H | 50 | 9.8 | 4.9 | | | 134.95 | | | 134.95 | 735 | |
| 8/4/2015 | 116 | | I07391-1-0 -1.00 | | 22 | 3 | | | | | 9.8 | 4.9 | | | 134.95 | | | 134.95 | 735 | 10 |
| 8/12/2015 | 112 | 1 | I07391-1-0 -1.00 | 143 | 24 | 2 | | | H | 50 | 7.6 | 3.8 | | | 86.18 | | | 86.18 | 570 | |
| 8/12/2015 | 112 | | I07391-1-0 -1.00 | | 24 | 2 | | | | | 7.6 | 3.8 | | | 86.18 | | | 86.18 | 570 | 10 |
| 8/13/2015 | 155 | 1 | I07391-1-0 -1.00 | 143 | 20 | | | | H | 50 | 8.4 | 2.8 | | | 82.68 | | | 82.68 | 630 | |
| 8/13/2015 | 155 | | I07391-1-0 -1.00 | | 20 | | | | | | 8.4 | 2.8 | | | 82.68 | | | 82.68 | 630 | 9.8 |

| Date | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2015 | 155 | 4 | I07391-1-0 -1.00 | 143 | 11 | | | H | 50 | 5.1 | 1.9 | | 56.11 | | 56.11 | 382.5 | |
| 8/14/2015 | 155 | | I07391-1-0 -1.00 | | 11 | | | | | 5.1 | 1.9 | | 56.11 | | 56.11 | 382.5 | 8 |
| 8/17/2015 | 155 | 3 | I07391-1-0 -1.00 | 143 | 1 | | Y | H | 50 | 1.1 | 0.6 | | 17.72 | | 17.72 | 82.5 | |
| 8/17/2015 | 155 | | I07391-1-0 -1.00 | | 1 | | | | | 1.1 | 0.6 | | 17.72 | | 17.72 | 82.5 | 9.9 |
| 8/19/2015 | 155 | 2 | I07978-1-0 -1.00 | 143 | | Y | | H | 50 | 3.5 | 1.8 | | 53.15 | | 53.15 | 262.5 | |
| 8/19/2015 | 155 | | I07978-1-0 -1.00 | | | | | | | 3.5 | 1.8 | | 53.15 | | 53.15 | 262.5 | 9.9 |
| 8/21/2015 | 155 | 4 | I07978-1-0 -1.00 | 143 | 6 | | | H | 50 | 3.4 | 1.7 | | 50.2 | | 50.2 | 255 | |
| 8/21/2015 | 155 | | I07978-1-0 -1.00 | | 6 | | | | | 3.4 | 1.7 | | 50.2 | | 50.2 | 255 | 9.7 |
| 8/22/2015 | 155 | 5 | I07978-1-0 -1.00 | 143 | 1 | | | H | 50 | 0.7 | 0.2 | 0.2 | 5.91 | 2.95 | 8.86 | 52.5 | |
| 8/22/2015 | 155 | | I07978-1-0 -1.00 | | 1 | | | | | 0.7 | 0.2 | 0.2 | 5.91 | 2.95 | 8.86 | 52.5 | 5 |
| 8/26/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 12 | 2 | | H | 50 | 7.2 | 2.9 | | 85.64 | | 85.64 | 540 | |
| 8/26/2015 | 155 | | I07978-1-0 -1.00 | | 12 | 2 | | | | 7.2 | 2.9 | | 85.64 | | 85.64 | 540 | 9.2 |
| 8/27/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 16 | | | H | 50 | 7.3 | 2.4 | | 70.87 | | 70.87 | 547.5 | |
| 8/27/2015 | 155 | | I07978-1-0 -1.00 | | 16 | | | | | 7.3 | 2.4 | | 70.87 | | 70.87 | 547.5 | 10 |
| 8/28/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 16 | 1 | | H | 50 | 8.6 | 3 | | 88.59 | | 88.59 | 645 | |
| 8/28/2015 | 155 | | I07978-1-0 -1.00 | | 16 | 1 | | | | 8.6 | 3 | | 88.59 | | 88.59 | 645 | 9.9 |
| 8/29/2015 | 155 | 3 | I07978-1-0 -1.00 | 143 | 8 | 1 | | H | 50 | 3.5 | 1.2 | 1.2 | 35.44 | 17.72 | 53.16 | 262.5 | |
| 8/29/2015 | 155 | | I07978-1-0 -1.00 | | 8 | 1 | | | | 3.5 | 1.2 | 1.2 | 35.44 | 17.72 | 53.16 | 262.5 | 4.4 |
| 8/31/2015 | 155 | 2 | I07978-1-0 -1.00 | 143 | 17 | 1 | | H | 50 | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 | |
| 8/31/2015 | 155 | | I07978-1-0 -1.00 | | 17 | 1 | | | | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 | 10 |
| 9/1/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 16 | | | H | 50 | 8.9 | 3.3 | | 97.45 | | 97.45 | 667.5 | |
| 9/1/2015 | 155 | | I07978-1-0 -1.00 | | 16 | | | | | 8.9 | 3.3 | | 97.45 | | 97.45 | 667.5 | 10 |
| 9/2/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 13 | | | H | 50 | 5.3 | 1.8 | | 53.15 | | 53.15 | 397.5 | |
| 9/2/2015 | 155 | | I07978-1-0 -1.00 | | 13 | | | | | 5.3 | 1.8 | | 53.15 | | 53.15 | 397.5 | 10.1 |
| 9/3/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 23 | | | H | 50 | 9.8 | 4.9 | | 144.7 | | 144.7 | 735 | |
| 9/3/2015 | 155 | | I07978-1-0 -1.00 | | 23 | | | | | 9.8 | 4.9 | | 144.7 | | 144.7 | 735 | 9.9 |
| 9/4/2015 | 155 | 2 | I07978-1-0 -1.00 | 143 | 15 | | | H | 50 | 9.8 | 4.9 | | 144.7 | | 144.7 | 735 | |
| 9/4/2015 | 155 | | I07978-1-0 -1.00 | | 15 | | | | | 9.8 | 4.9 | | 144.7 | | 144.7 | 735 | 9.8 |
| 9/8/2015 | 155 | 4 | I07978-1-0 -1.00 | 143 | 1 | | | H | 50 | 1.6 | 0.8 | | 23.62 | | 23.62 | 120 | |
| 9/8/2015 | 155 | | I07978-1-0 -1.00 | | 1 | | | | | 1.6 | 0.8 | | 23.62 | | 23.62 | 120 | 9.9 |
| 9/16/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 5 | | | H | 50 | 2.4 | 0.8 | | 23.62 | | 23.62 | 180 | |
| 9/16/2015 | 155 | | I07978-1-0 -1.00 | | 5 | | | | | 2.4 | 0.8 | | 23.62 | | 23.62 | 180 | 9.8 |
| 9/17/2015 | 155 | 1 | I07978-1-0 -1.00 | 143 | 16 | | | H | 50 | 9.2 | 3.1 | | 91.54 | | 91.54 | 690 | |
| 9/17/2015 | 155 | | I07978-1-0 -1.00 | | 16 | | | | | 9.2 | 3.1 | | 91.54 | | 91.54 | 690 | 9.9 |
| 9/21/2015 | 155 | 1 | I07838-1-0 -1.00 | 143 | | Y | | H | 50 | 5 | 5 | | 147.65 | | 147.65 | 375 | |
| 9/21/2015 | 155 | | I07838-1-0 -1.00 | | | | | | | 5 | 5 | | 147.65 | | 147.65 | 375 | 8 |
| 9/22/2015 | 155 | 2 | I07838-1-0 -1.00 | 143 | 7 | | | H | 50 | 4.8 | 2.4 | | 70.87 | | 70.87 | 360 | |
| 9/22/2015 | 155 | | I07838-1-0 -1.00 | | 7 | | | | | 4.8 | 2.4 | | 70.87 | | 70.87 | 360 | 9.6 |
| 9/23/2015 | 155 | 3 | I07838-1-0 -1.00 | 143 | 13 | | | H | 50 | 9.9 | 3.4 | | 100.4 | | 100.4 | 742.5 | |
| 9/23/2015 | 155 | | I07838-1-0 -1.00 | | 13 | | | | | 9.9 | 3.4 | | 100.4 | | 100.4 | 742.5 | 9.9 |
| 9/24/2015 | 155 | 2 | I07838-1-0 -1.00 | 143 | 13 | | | H | 50 | 9.9 | 4 | | 118.12 | | 118.12 | 742.5 | |
| 9/24/2015 | 155 | | I07838-1-0 -1.00 | | 13 | | | | | 9.9 | 4 | | 118.12 | | 118.12 | 742.5 | 9.9 |
| 9/25/2015 | 155 | 2 | I07838-1-0 -1.00 | 143 | 13 | | | H | 50 | 9.9 | 3.9 | | 115.17 | | 115.17 | 742.5 | |
| 9/25/2015 | 155 | | I07838-1-0 -1.00 | | 13 | | | | | 9.9 | 3.9 | | 115.17 | | 115.17 | 742.5 | 10 |
| 9/28/2015 | 111 | 1 | I07838-1-0 -1.00 | 143 | 10 | | | H | 50 | 7.2 | 3 | | 79.29 | | 79.29 | 540 | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 | Col15 | Col16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2015 | 111 | I07838-1-0 -1.00 | | 10 | | | | | 7.2 | 3 | | 79.29 | | 79.29 | 540 | 10 |
| 9/28/2015 | 155 | 2 I07838-1-0 -1.00 | 143 | 14 | | | H | 50 | 10 | 5 | 2 | 147.65 | 29.53 | 177.18 | 750 | |
| 9/28/2015 | 155 | I07838-1-0 -1.00 | | 14 | | | | | 10 | 5 | 2 | 147.65 | 29.53 | 177.18 | 750 | 10 |
| 9/29/2015 | 111 | 1 I07838-1-0 -1.00 | 143 | 8 | 3 | | H | 50 | 5.3 | 2.4 | | 63.43 | | 63.43 | 397.5 | |
| 9/29/2015 | 111 | I07838-1-0 -1.00 | | 8 | 3 | | | | 5.3 | 2.4 | | 63.43 | | 63.43 | 397.5 | 10 |
| 9/29/2015 | 155 | 2 I07838-1-0 -1.00 | 143 | 13 | | | H | 50 | 10 | 5 | | 147.65 | | 147.65 | 750 | |
| 9/29/2015 | 155 | I07838-1-0 -1.00 | | 13 | | | | | 10 | 5 | | 147.65 | | 147.65 | 750 | 10 |
| 9/30/2015 | 111 | 1 I07838-1-0 -1.00 | 143 | 8 | 2 | | H | 50 | 5.2 | 2.6 | | 68.72 | | 68.72 | 390 | |
| 9/30/2015 | 111 | I07838-1-0 -1.00 | | 8 | 2 | | | | 5.2 | 2.6 | | 68.72 | | 68.72 | 390 | 10 |
| 9/30/2015 | 155 | 2 I07838-1-0 -1.00 | 143 | 11 | | | H | 50 | 10 | 5 | | 147.65 | | 147.65 | 750 | |
| 9/30/2015 | 155 | I07838-1-0 -1.00 | | 11 | | | | | 10 | 5 | | 147.65 | | 147.65 | 750 | 10 |
| 10/1/2015 | 111 | 1 I07838-1-0 -1.00 | 143 | 11 | | | H | 50 | 8.9 | 3.2 | | 84.58 | | 84.58 | 667.5 | |
| 10/1/2015 | 111 | I07838-1-0 -1.00 | | 11 | | | | | 8.9 | 3.2 | | 84.58 | | 84.58 | 667.5 | 9.7 |
| 10/1/2015 | 155 | 2 I07838-1-0 -1.00 | 143 | 11 | | | H | 50 | 8.4 | 4.2 | | 124.03 | | 124.03 | 630 | |
| 10/1/2015 | 155 | I07838-1-0 -1.00 | | 11 | | | | | 8.4 | 4.2 | | 124.03 | | 124.03 | 630 | 9.9 |
| 10/2/2015 | 155 | 2 I07838-1-0 -1.00 | 143 | 7 | | | H | 50 | 7.1 | 3.5 | | 103.36 | | 103.36 | 532.5 | |
| 10/2/2015 | 155 | I07838-1-0 -1.00 | | 7 | | | | | 7.1 | 3.5 | | 103.36 | | 103.36 | 532.5 | 9.8 |
| 10/3/2015 | 155 | 1 I07838-1-0 -1.00 | 143 | 6 | | | H | 50 | 4.5 | 1.5 | 1.5 | 44.3 | 22.15 | 66.45 | 337.5 | |
| 10/3/2015 | 155 | I07838-1-0 -1.00 | | 6 | | | | | 4.5 | 1.5 | 1.5 | 44.3 | 22.15 | 66.45 | 337.5 | 4.5 |
| 10/5/2015 | 155 | 3 I07838-1-0 -1.00 | 143 | 4 | 1 | Y | H | 50 | 7.7 | 3.8 | | 112.21 | | 112.21 | 577.5 | |
| 10/5/2015 | 155 | I07838-1-0 -1.00 | | 4 | 1 | | | | 7.7 | 3.8 | | 112.21 | | 112.21 | 577.5 | 9.8 |
| 10/6/2015 | 155 | 2 I07677-1-0 -1.00 | 143 | | Y | | H | 50 | 2.3 | 1.1 | | 32.48 | | 32.48 | 172.5 | |
| 10/6/2015 | 155 | I07677-1-0 -1.00 | | | | | | | 2.3 | 1.1 | | 32.48 | | 32.48 | 172.5 | 9.8 |
| 10/7/2015 | 111 | 7 I07838-1-0 -1.00 | 143 | 10 | | | H | 50 | 7.2 | 1.2 | | 31.72 | | 31.72 | 540 | |
| 10/7/2015 | 111 | 8 I07838-1-0 -1.00 | 143 | 10 | | | H | 50 | 7.2 | 1.2 | 0.1 | 31.72 | 1.32 | 33.04 | 540 | |
| 10/7/2015 | 111 | 9 I07838-1-0 -1.00 | 143 | 10 | | | H | 50 | 7.2 | 1.2 | 1.2 | 31.72 | 15.86 | 47.58 | 540 | |
| 10/7/2015 | 111 | I07838-1-0 -1.00 | | 30 | | | | | 21.6 | 3.6 | 1.3 | 95.16 | 17.18 | 112.34 | 1620 | 10 |
| 10/8/2015 | 111 | 3 I07826-1-0 -1.00 | 143 | 40 | | | H | 50 | 4.8 | 1 | | 26.43 | | 26.43 | 360 | |
| 10/8/2015 | 111 | I07826-1-0 -1.00 | | 40 | | | | | 4.8 | 1 | | 26.43 | | 26.43 | 360 | 10 |
| 10/8/2015 | 155 | 2 I07677-1-0 -1.00 | 143 | 43 | | | H | 50 | 10 | 3.5 | | 103.36 | | 103.36 | 750 | |
| 10/8/2015 | 155 | I07677-1-0 -1.00 | | 43 | | | | | 10 | 3.5 | | 103.36 | | 103.36 | 750 | 10 |
| 10/9/2015 | 155 | 5 I07677-1-0 -1.00 | 143 | 38 | | | H | 50 | 8.7 | 3.4 | | 100.4 | | 100.4 | 652.5 | |
| 10/9/2015 | 155 | I07677-1-0 -1.00 | | 38 | | | | | 8.7 | 3.4 | | 100.4 | | 100.4 | 652.5 | 9.9 |
| 10/10/2015 | 155 | 2 I07677-1-0 -1.00 | 143 | 16 | | | H | 50 | 3.8 | 1.3 | 1.3 | 38.39 | 19.19 | 57.58 | 285 | |
| 10/10/2015 | 155 | I07677-1-0 -1.00 | | 16 | | | | | 3.8 | 1.3 | 1.3 | 38.39 | 19.19 | 57.58 | 285 | 5.2 |
| 10/12/2015 | 155 | 2 I07677-1-0 -1.00 | 143 | 4 | | Y | H | 50 | 1.4 | 0.5 | | 14.77 | | 14.77 | 105 | |
| 10/12/2015 | 155 | 3 I07799-1-0 -1.00 | 143 | 1 | | | H | 50 | 0.5 | 0.2 | | 5.91 | | 5.91 | 37.5 | |
| 10/12/2015 | 155 | I07799-1-0 -1.00 | | 5 | | | | | 1.9 | 0.7 | | 20.68 | | 20.68 | 142.5 | 10 |
| 10/13/2015 | 111 | 3 I07799-1-0 -1.00 | 143 | 17 | | | H | 50 | 5.7 | 2.1 | 2 | 55.5 | 26.43 | 81.93 | 427.5 | |
| 10/13/2015 | 111 | I07799-1-0 -1.00 | | 17 | | | | | 5.7 | 2.1 | 2 | 55.5 | 26.43 | 81.93 | 427.5 | 10 |
| 10/13/2015 | 155 | 4 I07799-1-0 -1.00 | 143 | 35 | | | H | 50 | 8.4 | 3 | | 88.59 | | 88.59 | 630 | |
| 10/13/2015 | 155 | I07799-1-0 -1.00 | | 35 | | | | | 8.4 | 3 | | 88.59 | | 88.59 | 630 | 10 |
| 10/14/2015 | 111 | 2 I07799-1-0 -1.00 | 143 | 41 | | | H | 50 | 10 | 2.5 | | 66.08 | | 66.08 | 750 | |
| 10/14/2015 | 111 | I07799-1-0 -1.00 | | 41 | | | | | 10 | 2.5 | | 66.08 | | 66.08 | 750 | 10 |
| 10/14/2015 | 155 | 4 I07799-1-0 -1.00 | 143 | 40 | | | H | 50 | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 | |

| Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2015 | 155 | | I07799-1-0 -1.00 | | 40 | | | | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 | 9.9 |
| 10/15/2015 | 111 | 4 | I07677-1-0 -1.00 | 143 | 40 | | H | 50 | 4.8 | 2.3 | 1.3 | 60.79 | 17.18 | 77.97 | 360 |
| 10/15/2015 | 111 | | I07677-1-0 -1.00 | | 40 | | | | 4.8 | 2.3 | 1.3 | 60.79 | 17.18 | 77.97 | 360 | 10 |
| 10/15/2015 | 155 | 3 | I07799-1-0 -1.00 | 143 | 9 | Y | H | 50 | 2.4 | 0.8 | | 23.62 | | 23.62 | 180 |
| 10/15/2015 | 155 | | I07799-1-0 -1.00 | | 9 | | | | 2.4 | 0.8 | | 23.62 | | 23.62 | 180 | 10 |
| 10/16/2015 | 111 | 4 | I07978-1-0 -1.00 | 143 | 10 | | H | 50 | 5.3 | 2 | 2 | 52.86 | 26.43 | 79.29 | 397.5 |
| 10/16/2015 | 111 | | I07978-1-0 -1.00 | | 10 | | | | 5.3 | 2 | 2 | 52.86 | 26.43 | 79.29 | 397.5 | 10 |
| 10/16/2015 | 155 | 3 | I07976-1-0 -1.00 | 143 | | Y | H | 50 | 1.6 | 0.7 | | 20.67 | | 20.67 | 120 |
| 10/16/2015 | 155 | 5 | I07976-1-0 -1.00 | 143 | 43 | | H | 50 | 6.4 | 2.2 | | 64.97 | | 64.97 | 480 |
| 10/16/2015 | 155 | | I07976-1-0 -1.00 | | 43 | | | | 8 | 2.9 | | 85.64 | | 85.64 | 600 | 9.8 |
| 10/18/2015 | 155 | 1 | I07976-1-0 -1.00 | 143 | 20 | | H | 50 | 5.2 | 2.6 | 2.6 | 76.78 | 38.39 | 115.17 | 390 |
| 10/18/2015 | 155 | | I07976-1-0 -1.00 | | 20 | | | | 5.2 | 2.6 | 2.6 | 76.78 | 38.39 | 115.17 | 390 | 5.2 |
| 10/19/2015 | 111 | 4 | I07976-1-0 -1.00 | 143 | 50 | | H | 50 | 6 | 1.9 | | 50.22 | | 50.22 | 450 |
| 10/19/2015 | 111 | | I07976-1-0 -1.00 | | 50 | | | | 6 | 1.9 | | 50.22 | | 50.22 | 450 | 10 |
| 10/19/2015 | 155 | 1 | I07976-1-0 -1.00 | 143 | 52 | | H | 50 | 10 | 3.3 | | 97.45 | | 97.45 | 750 |
| 10/19/2015 | 155 | | I07976-1-0 -1.00 | | 52 | | | | 10 | 3.3 | | 97.45 | | 97.45 | 750 | 10 |
| 10/20/2015 | 155 | 4 | I07976-1-0 -1.00 | 143 | 3 | Y | H | 50 | 1.1 | 0.4 | 0.4 | 11.81 | 5.91 | 17.72 | 82.5 |
| 10/20/2015 | 155 | | I07976-1-0 -1.00 | | 3 | | | | 1.1 | 0.4 | 0.4 | 11.81 | 5.91 | 17.72 | 82.5 | 10 |
| 10/27/2015 | 111 | 1 | I07978-1-0 -1.00 | 143 | 5 | | H | 50 | 2.4 | 0.8 | | 21.14 | | 21.14 | 180 |
| 10/27/2015 | 111 | | I07978-1-0 -1.00 | | 5 | | | | 2.4 | 0.8 | | 21.14 | | 21.14 | 180 | 10.1 |
| 11/4/2015 | 367 | 3 | I08247-1-0 -1.00 | 143 | 162 | | H | 50 | 7.4 | 3.7 | | 94.16 | | 94.16 | 555 |
| 11/4/2015 | 367 | | I08247-1-0 -1.00 | | 162 | | | | 7.4 | 3.7 | | 94.16 | | 94.16 | 555 | 8 |
| 11/5/2015 | 155 | 1 | I07824-1-0 -1.00 | 143 | 7 | | H | 50 | 2.8 | 0.9 | | 26.58 | | 26.58 | 210 |
| 11/5/2015 | 155 | | I07824-1-0 -1.00 | | 7 | | | | 2.8 | 0.9 | | 26.58 | | 26.58 | 210 | 10.1 |
| 11/6/2015 | 155 | 3 | I07824-1-0 -1.00 | 143 | 23 | | H | 50 | 5.7 | 1.9 | | 56.11 | | 56.11 | 427.5 |
| 11/6/2015 | 155 | | I07824-1-0 -1.00 | | 23 | | | | 5.7 | 1.9 | | 56.11 | | 56.11 | 427.5 | 9.9 |
| 11/8/2015 | 155 | 4 | I07824-1-0 -1.00 | 143 | 20 | | H | 50 | 3.8 | 1.3 | 1.3 | 38.39 | 19.19 | 57.58 | 285 |
| 11/8/2015 | 155 | | I07824-1-0 -1.00 | | 20 | | | | 3.8 | 1.3 | 1.3 | 38.39 | 19.19 | 57.58 | 285 | 5.2 |
| 11/9/2015 | 111 | 1 | I07824-1-0 -1.00 | 143 | 32 | | H | 50 | 6.4 | 3.2 | | 84.58 | | 84.58 | 480 |
| 11/9/2015 | 111 | | I07824-1-0 -1.00 | | 32 | | | | 6.4 | 3.2 | | 84.58 | | 84.58 | 480 | 10 |
| 11/9/2015 | 155 | 3 | I07824-1-0 -1.00 | 143 | 30 | | H | 50 | 7.3 | 2.4 | | 70.87 | | 70.87 | 547.5 |
| 11/9/2015 | 155 | | I07824-1-0 -1.00 | | 30 | | | | 7.3 | 2.4 | | 70.87 | | 70.87 | 547.5 | 8 |
| 11/10/2015 | 111 | 3 | I07824-1-0 -1.00 | 143 | 28 | | H | 50 | 5.6 | 2.5 | 2 | 66.07 | 26.43 | 92.5 | 420 |
| 11/10/2015 | 111 | | I07824-1-0 -1.00 | | 28 | | | | 5.6 | 2.5 | 2 | 66.07 | 26.43 | 92.5 | 420 | 10 |
| 11/10/2015 | 155 | 3 | I07824-1-0 -1.00 | 143 | 36 | | H | 50 | 9.9 | 3.3 | 1.9 | 97.45 | 28.05 | 125.5 | 742.5 |
| 11/10/2015 | 155 | | I07824-1-0 -1.00 | | 36 | | | | 9.9 | 3.3 | 1.9 | 97.45 | 28.05 | 125.5 | 742.5 | 9.9 |
| 11/11/2015 | 111 | 1 | I07824-1-0 -1.00 | 143 | 28 | Y | H | 50 | 7 | 2 | | 52.86 | | 52.86 | 525 |
| 11/11/2015 | 111 | | I07824-1-0 -1.00 | | 28 | | | | 7 | 2 | | 52.86 | | 52.86 | 525 | 10 |
| 11/11/2015 | 155 | 1 | I07824-1-0 -1.00 | 143 | 36 | | H | 50 | 9.9 | 3.3 | | 97.45 | | 97.45 | 742.5 |
| 11/11/2015 | 155 | | I07824-1-0 -1.00 | | 36 | | | | 9.9 | 3.3 | | 97.45 | | 97.45 | 742.5 | 9.9 |
| 11/13/2015 | 155 | 1 | I08317-1-0 -1.00 | 143 | | Y | H | 50 | 1.9 | 1.9 | | 56.11 | | 56.11 | 142.5 |
| 11/13/2015 | 155 | | I08317-1-0 -1.00 | | | | | | 1.9 | 1.9 | | 56.11 | | 56.11 | 142.5 | 9.8 |
| 11/16/2015 | 155 | 2 | I08317-1-0 -1.00 | 143 | 18 | | H | 50 | 6.3 | 3.1 | | 91.54 | | 91.54 | 472.5 |
| 11/16/2015 | 155 | | I08317-1-0 -1.00 | | 18 | | | | 6.3 | 3.1 | | 91.54 | | 91.54 | 472.5 | 9.7 |
| 11/17/2015 | 111 | 1 | I08317-1-0 -1.00 | 143 | 22 | | H | 50 | 7.3 | 2.6 | | 68.72 | | 68.72 | 547.5 |

| Date | Col2 | Col3 | Item | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 | Col15 | Col16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2015 | 111 | | I08317-1-0 -1.00 | | 22 | | | | 7.3 | 2.6 | | 68.72 | | 68.72 | 547.5 | 9 |
| 11/17/2015 | 155 | 1 | I08317-1-0 -1.00 | 143 | 13 | | | H | 50 | 3.2 | 1.1 | | 32.48 | | 32.48 | 240 |
| 11/17/2015 | 155 | | I08317-1-0 -1.00 | | 13 | | | | | 3.2 | 1.1 | | 32.48 | | 32.48 | 240 | 9.8 |
| 11/18/2015 | 111 | 1 | I08317-1-0 -1.00 | 143 | 20 | | | H | 50 | 6.7 | 2.4 | | 63.43 | | 63.43 | 502.5 |
| 11/18/2015 | 111 | | I08317-1-0 -1.00 | | 20 | | | | | 6.7 | 2.4 | | 63.43 | | 63.43 | 502.5 | 9.6 |
| 11/18/2015 | 155 | 2 | I08317-1-0 -1.00 | 143 | 21 | | | H | 50 | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 |
| 11/18/2015 | 155 | | I08317-1-0 -1.00 | | 21 | | | | | 8.7 | 2.9 | | 85.64 | | 85.64 | 652.5 | 9.8 |
| 11/19/2015 | 111 | 1 | I08317-1-0 -1.00 | 143 | 16 | | | H | 50 | 5.3 | 2 | | 52.86 | | 52.86 | 397.5 |
| 11/19/2015 | 111 | | I08317-1-0 -1.00 | | 16 | | | | | 5.3 | 2 | | 52.86 | | 52.86 | 397.5 | 9 |
| 11/19/2015 | 155 | 3 | I08317-1-0 -1.00 | 143 | 23 | | | H | 50 | 8.8 | 2.9 | | 85.64 | | 85.64 | 660 |
| 11/19/2015 | 155 | | I08317-1-0 -1.00 | | 23 | | | | | 8.8 | 2.9 | | 85.64 | | 85.64 | 660 | 9.8 |
| 11/20/2015 | 155 | 1 | I08317-1-0 -1.00 | 143 | 26 | | | H | 50 | 9.4 | 4.7 | | 138.79 | | 138.79 | 705 |
| 11/20/2015 | 155 | | I08317-1-0 -1.00 | | 26 | | | | | 9.4 | 4.7 | | 138.79 | | 138.79 | 705 | 9.8 |
| 11/23/2015 | 111 | 1 | I08317-1-0 -1.00 | 143 | 12 | | | H | 50 | 4 | 2 | | 52.86 | | 52.86 | 300 |
| 11/23/2015 | 111 | | I08317-1-0 -1.00 | | 12 | | | | | 4 | 2 | | 52.86 | | 52.86 | 300 | 9 |
| 11/23/2015 | 155 | 2 | I08317-1-0 -1.00 | 143 | 22 | | | H | 50 | 9.3 | 3.1 | | 91.54 | | 91.54 | 697.5 |
| 11/23/2015 | 155 | | I08317-1-0 -1.00 | | 22 | | | | | 9.3 | 3.1 | | 91.54 | | 91.54 | 697.5 | 9.9 |
| 11/24/2015 | 155 | 4 | I08317-1-0 -1.00 | 143 | 2 | | | H | 50 | 1.3 | 0.5 | | 14.77 | | 14.77 | 97.5 |
| 11/24/2015 | 155 | | I08317-1-0 -1.00 | | 2 | | | | | 1.3 | 0.5 | | 14.77 | | 14.77 | 97.5 | 9.8 |
| 12/3/2015 | 155 | 1 | I08317-1-0 -1.00 | 143 | 4 | | | H | 50 | 1 | 1 | | 29.53 | | 29.53 | 75 |
| 12/3/2015 | 155 | | I08317-1-0 -1.00 | | 4 | | | | | 1 | 1 | | 29.53 | | 29.53 | 75 | 9.9 |
| 12/4/2015 | 155 | 2 | I08317-1-0 -1.00 | 143 | 21 | | | H | 50 | 8 | 3.7 | | 109.26 | | 109.26 | 600 |
| 12/4/2015 | 155 | | I08317-1-0 -1.00 | | 21 | | | | | 8 | 3.7 | | 109.26 | | 109.26 | 600 | 8 |
| 12/9/2015 | 155 | 2 | I08317-1-0 -1.00 | 143 | 11 | | Y | H | 50 | 6.8 | 3.4 | | 100.4 | | 100.4 | 510 |
| 12/9/2015 | 155 | | I08317-1-0 -1.00 | | 11 | | | | | 6.8 | 3.4 | | 100.4 | | 100.4 | 510 | 10 |
| 12/10/2015 | 155 | 3 | I08232-1-0 -1.00 | 143 | | Y | | H | 50 | 1 | 1 | | 29.53 | | 29.53 | 75 |
| 12/10/2015 | 155 | | I08232-1-0 -1.00 | | | | | | | 1 | 1 | | 29.53 | | 29.53 | 75 | 10 |
| 12/16/2015 | 155 | 1 | I08232-1-0 -1.00 | 143 | | Y | | H | 50 | 3.4 | 3.4 | | 100.4 | | 100.4 | 255 |
| 12/16/2015 | 155 | | I08232-1-0 -1.00 | | | | | | | 3.4 | 3.4 | | 100.4 | | 100.4 | 255 | 10 |
| 12/17/2015 | 155 | 1 | I08232-1-0 -1.00 | 143 | 8 | | | H | 50 | 0.9 | 0.9 | | 26.58 | | 26.58 | 67.5 |
| 12/17/2015 | 155 | | I08232-1-0 -1.00 | | 8 | | | | | 0.9 | 0.9 | | 26.58 | | 26.58 | 67.5 | 10.1 |
| 12/18/2015 | 155 | 1 | I08232-1-0 -1.00 | 143 | | | | H | 50 | 0.7 | 0.3 | | 8.86 | | 8.86 | 52.5 |
| 12/18/2015 | 155 | | I08232-1-0 -1.00 | | | | | | | 0.7 | 0.3 | | 8.86 | | 8.86 | 52.5 | 10 |
| 12/22/2015 | 155 | 2 | I08232-1-0 -1.00 | 143 | 38 | | | H | 50 | 7.6 | 3.8 | 3.8 | 112.21 | 56.11 | 168.32 | 570 |
| 12/22/2015 | 155 | | I08232-1-0 -1.00 | | 38 | | | | | 7.6 | 3.8 | 3.8 | 112.21 | 56.11 | 168.32 | 570 | 12 |
| 12/23/2015 | 155 | 6 | I08232-1-0 -1.00 | 143 | 8 | | | H | 50 | 2.1 | 1 | 1 | 29.53 | 14.76 | 44.29 | 157.5 |
| 12/23/2015 | 155 | | I08232-1-0 -1.00 | | 8 | | | | | 2.1 | 1 | 1 | 29.53 | 14.76 | 44.29 | 157.5 | 9.3 |
| 12/24/2015 | 155 | 2 | I08232-1-0 -1.00 | 143 | 10 | | | H | 50 | 2.1 | 1 | | 29.53 | | 29.53 | 157.5 |
| 12/24/2015 | 155 | | I08232-1-0 -1.00 | | 10 | | | | | 2.1 | 1 | | 29.53 | | 29.53 | 157.5 | 8 |
| 12/29/2015 | 155 | 2 | I08232-1-0 -1.00 | 143 | 36 | | Y | H | 50 | 10 | 5.2 | | 153.56 | | 153.56 | 750 |
| 12/29/2015 | 155 | | I08232-1-0 -1.00 | | 36 | | | | | 10 | 5.2 | | 153.56 | | 153.56 | 750 | 10 |
| 1/5/2016 | 155 | 1 | I07839-1-0 -1.00 | 143 | 20 | 3 | | H | 50 | 4.4 | 2.2 | | 64.97 | | 64.97 | 330 |
| 1/5/2016 | 155 | 3 | I07839-1-0 -1.00 | 143 | | Y | | H | 50 | 3.5 | 3.5 | 2.1 | 103.35 | 31.01 | 134.36 | 262.5 |
| 1/5/2016 | 155 | | I07839-1-0 -1.00 | | 20 | 3 | | | | 7.9 | 5.7 | 2.1 | 168.32 | 31.01 | 199.33 | 592.5 | 10.1 |
| 1/6/2016 | 155 | 1 | I07839-1-0 -1.00 | 143 | 34 | | | H | 50 | 8.4 | 4.2 | | 124.03 | | 124.03 | 693 |

| Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/2016 | 155 | | I07839-1-0 -1.00 | | 34 | | | | | 8.4 | 4.2 | | 124.03 | | 124.03 | 693 | 10.1 |
| 1/7/2016 | 155 | 2 | I07839-1-0 -1.00 | 143 | 40 | | | H | 50 | 10.1 | 5 | | 147.65 | | 147.65 | 833.25 | |
| 1/7/2016 | 155 | | I07839-1-0 -1.00 | | 40 | | | | | 10.1 | 5 | | 147.65 | | 147.65 | 833.25 | 10.1 |
| 1/8/2016 | 155 | 2 | I07839-1-0 -1.00 | 143 | 29 | | | H | 50 | 8 | 4 | | 118.12 | | 118.12 | 660 | |
| 1/8/2016 | 155 | | I07839-1-0 -1.00 | | 29 | | | | | 8 | 4 | | 118.12 | | 118.12 | 660 | 8 |
| 1/18/2016 | 155 | 2 | I07839-1-0 -1.00 | 143 | 36 | 3 | | H | 50 | 10 | 5 | 2 | 147.65 | 29.53 | 177.18 | 825 | |
| 1/18/2016 | 155 | | I07839-1-0 -1.00 | | 36 | 3 | | | | 10 | 5 | 2 | 147.65 | 29.53 | 177.18 | 825 | 10 |
| 1/19/2016 | 155 | 1 | I07839-1-0 -1.00 | 143 | 40 | | | H | 50 | 10.2 | 4.2 | | 124.03 | | 124.03 | 841.5 | |
| 1/19/2016 | 155 | | I07839-1-0 -1.00 | | 40 | | | | | 10.2 | 4.2 | | 124.03 | | 124.03 | 841.5 | 10.2 |
| 1/20/2016 | 155 | 2 | I07839-1-0 -1.00 | 143 | 18 | | Y | H | 50 | 5.8 | 2.1 | | 62.01 | | 62.01 | 478.5 | |
| 1/20/2016 | 155 | 6 | I08324-1-0 -1.00 | 143 | | Y | | H | 50 | 1.8 | 0.9 | | 26.58 | | 26.58 | 148.5 | |
| 1/20/2016 | 155 | | I08324-1-0 -1.00 | | 18 | | | | | 7.6 | 3 | | 88.59 | | 88.59 | 627 | 10 |
| 1/21/2016 | 155 | 2 | I08324-1-0 -1.00 | 143 | 50 | | | H | 50 | 6.8 | 2.3 | | 67.92 | | 67.92 | 561 | |
| 1/21/2016 | 155 | 4 | I08324-1-0 -1.00 | 143 | | Y | | H | 50 | 2.4 | 1.2 | | 35.44 | | 35.44 | 198 | |
| 1/21/2016 | 155 | | I08324-1-0 -1.00 | | 50 | | | | | 9.2 | 3.5 | | 103.36 | | 103.36 | 759 | 10 |
| 1/22/2016 | 155 | 3 | I08324-1-0 -1.00 | 143 | 58 | 2 | | H | 50 | 8.8 | 2.9 | | 85.64 | | 85.64 | 726 | |
| 1/22/2016 | 155 | | I08324-1-0 -1.00 | | 58 | 2 | | | | 8.8 | 2.9 | | 85.64 | | 85.64 | 726 | 9.6 |
| 1/23/2016 | 155 | 3 | I08324-1-0 -1.00 | 143 | 28 | | | H | 50 | 4.3 | 1.4 | 1.4 | 41.34 | 20.67 | 62.01 | 354.75 | |
| 1/23/2016 | 155 | | I08324-1-0 -1.00 | | 28 | | | | | 4.3 | 1.4 | 1.4 | 41.34 | 20.67 | 62.01 | 354.75 | 5.2 |
| 1/25/2016 | 155 | 1 | I08324-1-0 -1.00 | 143 | 54 | | | H | 50 | 9.9 | 4.1 | | 121.07 | | 121.07 | 816.75 | |
| 1/25/2016 | 155 | | I08324-1-0 -1.00 | | 54 | | | | | 9.9 | 4.1 | | 121.07 | | 121.07 | 816.75 | 9.9 |
| 1/26/2016 | 155 | 4 | I08324-1-0 -1.00 | 143 | 49 | 6 | | H | 50 | 10 | 3.9 | | 115.17 | | 115.17 | 825 | |
| 1/26/2016 | 155 | | I08324-1-0 -1.00 | | 49 | 6 | | | | 10 | 3.9 | | 115.17 | | 115.17 | 825 | 10 |
| 1/27/2016 | 155 | 3 | I08324-1-0 -1.00 | 143 | 19 | | Y | H | 50 | 3 | 1.5 | | 44.3 | | 44.3 | 247.5 | |
| 1/27/2016 | 155 | | I08324-1-0 -1.00 | | 19 | | | | | 3 | 1.5 | | 44.3 | | 44.3 | 247.5 | 10.1 |
| 1/29/2016 | 155 | 3 | I08233-1-0 -1.00 | 143 | | Y | | H | 50 | 6.8 | 3.4 | | 100.4 | | 100.4 | 561 | |
| 1/29/2016 | 155 | | I08233-1-0 -1.00 | | | | | | | 6.8 | 3.4 | | 100.4 | | 100.4 | 561 | 9 |
| 2/3/2016 | 155 | 2 | I08233-1-0 -1.00 | 143 | 12 | | | H | 50 | 2.8 | 1.4 | | 41.34 | | 41.34 | 231 | |
| 2/3/2016 | 155 | | I08233-1-0 -1.00 | | 12 | | | | | 2.8 | 1.4 | | 41.34 | | 41.34 | 231 | 10 |
| 2/4/2016 | 155 | 1 | I08233-1-0 -1.00 | 143 | 35 | | | H | 50 | 10 | 5 | | 147.65 | | 147.65 | 825 | |
| 2/4/2016 | 155 | | I08233-1-0 -1.00 | | 35 | | | | | 10 | 5 | | 147.65 | | 147.65 | 825 | 10 |
| 2/5/2016 | 155 | 2 | I08233-1-0 -1.00 | 143 | 35 | | | H | 50 | 9.3 | 4.6 | | 135.84 | | 135.84 | 767.25 | |
| 2/5/2016 | 155 | | I08233-1-0 -1.00 | | 35 | | | | | 9.3 | 4.6 | | 135.84 | | 135.84 | 767.25 | 9.3 |
| 2/8/2016 | 155 | 3 | I08233-1-0 -1.00 | 143 | 9 | | Y | H | 50 | 2.7 | 1.4 | | 41.34 | | 41.34 | 222.75 | |
| 2/8/2016 | 155 | | I08233-1-0 -1.00 | | 9 | | | | | 2.7 | 1.4 | | 41.34 | | 41.34 | 222.75 | 10 |
| 2/10/2016 | 155 | 1 | I07825-1-0 -1.00 | 143 | 11 | | | H | 50 | 2.5 | 1.3 | | 38.39 | | 38.39 | 206.25 | |
| 2/10/2016 | 155 | 3 | I07825-1-0 -1.00 | 143 | | Y | | H | 50 | 4.9 | 2.5 | | 73.83 | | 73.83 | 404.25 | |
| 2/10/2016 | 155 | | I07825-1-0 -1.00 | | 11 | | | | | 7.4 | 3.8 | | 112.22 | | 112.22 | 610.5 | 9.7 |
| 2/11/2016 | 155 | 2 | I07825-1-0 -1.00 | 143 | 30 | | | H | 50 | 8.8 | 2.9 | | 85.64 | | 85.64 | 726 | |
| 2/11/2016 | 155 | | I07825-1-0 -1.00 | | 30 | | | | | 8.8 | 2.9 | | 85.64 | | 85.64 | 726 | 8.8 |
| 2/12/2016 | 155 | 1 | I07825-1-0 -1.00 | 143 | 33 | | | H | 50 | 8.8 | 3.2 | | 94.5 | | 94.5 | 726 | |
| 2/12/2016 | 155 | | I07825-1-0 -1.00 | | 33 | | | | | 8.8 | 3.2 | | 94.5 | | 94.5 | 726 | 8.8 |
| 2/15/2016 | 155 | 2 | I07825-1-0 -1.00 | 143 | 30 | | | H | 50 | 9.8 | 3.3 | | 97.45 | | 97.45 | 808.5 | |
| 2/15/2016 | 155 | | I07825-1-0 -1.00 | | 30 | | | | | 9.8 | 3.3 | | 97.45 | | 97.45 | 808.5 | 9.9 |
| 2/16/2016 | 155 | 2 | I07825-1-0 -1.00 | 143 | 23 | | | H | 50 | 9.2 | 3 | | 88.59 | | 88.59 | 759 | |

| Date | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/2016 | 155 | I07825-1-0 -1.00 | | 23 | | | | | 9.2 | 3 | | 88.59 | | 88.59 | 759 | 9.2 |
| 2/17/2016 | 155 | 2 I07825-1-0 -1.00 | 143 | 29 | | | H | 50 | 9.9 | 3.3 | | 97.45 | | 97.45 | 816.75 | |
| 2/17/2016 | 155 | I07825-1-0 -1.00 | | 29 | | | | | 9.9 | 3.3 | | 97.45 | | 97.45 | 816.75 | 9.9 |
| 2/18/2016 | 155 | 2 I08420-1-0 -1.00 | 143 | | Y | | H | 50 | 2.4 | 1.2 | | 35.44 | | 35.44 | 198 | |
| 2/18/2016 | 155 | 3 I07825-1-0 -1.00 | 143 | 25 | 5 | Y | H | 50 | 7.5 | 2.5 | | 73.83 | | 73.83 | 618.75 | |
| 2/18/2016 | 155 | I07825-1-0 -1.00 | | 25 | 5 | | | | 9.9 | 3.7 | | 109.27 | | 109.27 | 816.75 | 9.9 |
| 3/8/2016 | 155 | 3 I08420-1-0 -1.00 | 143 | | Y | | H | 50 | 2.8 | 1.4 | 0.5 | 41.34 | 7.38 | 48.72 | 231 | |
| 3/8/2016 | 155 | I08420-1-0 -1.00 | | | | | | | 2.8 | 1.4 | 0.5 | 41.34 | 7.38 | 48.72 | 231 | 8.5 |
| 3/16/2016 | 155 | 1 I08420-1-0 -1.00 | 143 | 34 | 2 | | H | 50 | 6.5 | 3 | | 88.59 | | 88.59 | 536.25 | |
| 3/16/2016 | 155 | I08420-1-0 -1.00 | | 34 | 2 | | | | 6.5 | 3 | | 88.59 | | 88.59 | 536.25 | 10.1 |
| 3/17/2016 | 155 | 3 I08420-1-0 -1.00 | 143 | 32 | 3 | | H | 50 | 10.1 | 3.4 | | 100.4 | | 100.4 | 833.25 | |
| 3/17/2016 | 155 | I08420-1-0 -1.00 | | 32 | 3 | | | | 10.1 | 3.4 | | 100.4 | | 100.4 | 833.25 | 10.1 |
| 3/18/2016 | 155 | 1 I08420-1-0 -1.00 | 143 | 43 | 3 | | H | 50 | 7.9 | 2.6 | | 76.78 | | 76.78 | 651.75 | |
| 3/18/2016 | 155 | I08420-1-0 -1.00 | | 43 | 3 | | | | 7.9 | 2.6 | | 76.78 | | 76.78 | 651.75 | 9.1 |
| 3/21/2016 | 155 | 7 I08420-1-0 -1.00 | 143 | 16 | 2 | Y | H | 50 | 4 | 1.3 | | 38.39 | | 38.39 | 330 | |
| 3/21/2016 | 155 | I08420-1-0 -1.00 | | 16 | 2 | | | | 4 | 1.3 | | 38.39 | | 38.39 | 330 | 9.1 |
| 3/22/2016 | 155 | 2 I08207-1-0 -1.00 | 143 | | Y | | H | 50 | 0.5 | 0.2 | | 5.91 | | 5.91 | 41.25 | |
| 3/22/2016 | 155 | I08207-1-0 -1.00 | | | | | | | 0.5 | 0.2 | | 5.91 | | 5.91 | 41.25 | 9.6 |
| 3/23/2016 | 155 | 3 I08207-1-0 -1.00 | 143 | 51 | | | H | 50 | 7.6 | 2.9 | | 85.64 | | 85.64 | 627 | |
| 3/23/2016 | 155 | I08207-1-0 -1.00 | | 51 | | | | | 7.6 | 2.9 | | 85.64 | | 85.64 | 627 | 8.4 |
| 3/24/2016 | 155 | 2 I08207-1-0 -1.00 | 143 | 89 | | Y | H | 50 | 8 | 2.9 | | 85.64 | | 85.64 | 660 | |
| 3/24/2016 | 155 | I08207-1-0 -1.00 | | 89 | | | | | 8 | 2.9 | | 85.64 | | 85.64 | 660 | 8 |
| 5/16/2016 | 155 | 5 I08597-1-0 -1.00 | 143 | | Y | | H | 50 | 1.5 | 0.5 | | 14.77 | | 14.77 | 123.75 | |
| 5/16/2016 | 155 | 6 I08597-1-0 -1.00 | 143 | 36 | | | H | 50 | 2.2 | 0.7 | | 20.67 | | 20.67 | 181.5 | |
| 5/16/2016 | 155 | I08597-1-0 -1.00 | | 36 | | | | | 3.7 | 1.2 | | 35.44 | | 35.44 | 305.25 | 8 |
| 5/17/2016 | 155 | 1 I08597-1-0 -1.00 | 143 | 77 | 8 | | H | 50 | 5.4 | 1.9 | | 56.11 | | 56.11 | 445.5 | |
| 5/17/2016 | 155 | 2 I08634-1-0 -1.00 | 143 | 51 | | | H | 50 | 2.6 | 0.9 | | 26.57 | | 26.57 | 214.5 | |
| 5/17/2016 | 155 | I08634-1-0 -1.00 | | 128 | 8 | | | | 8 | 2.8 | | 82.68 | | 82.68 | 660 | 8 |
| 5/18/2016 | 155 | 3 I08634-1-0 -1.00 | 143 | 141 | | | H | 50 | 7.4 | 2.5 | | 73.83 | | 73.83 | 610.5 | |
| 5/18/2016 | 155 | I08634-1-0 -1.00 | | 141 | | | | | 7.4 | 2.5 | | 73.83 | | 73.83 | 610.5 | 8 |
| 5/19/2016 | 155 | 2 I08634-1-0 -1.00 | 143 | 133 | | | H | 50 | 7.1 | 2.4 | | 70.87 | | 70.87 | 585.75 | |
| 5/19/2016 | 155 | I08634-1-0 -1.00 | | 133 | | | | | 7.1 | 2.4 | | 70.87 | | 70.87 | 585.75 | 8 |
| 5/20/2016 | 155 | 2 I08634-1-0 -1.00 | 143 | 141 | | | H | 50 | 7.3 | 2.4 | | 70.87 | | 70.87 | 602.25 | |
| 5/20/2016 | 155 | I08634-1-0 -1.00 | | 141 | | | | | 7.3 | 2.4 | | 70.87 | | 70.87 | 602.25 | 8 |
| 5/23/2016 | 155 | 3 I08634-1-0 -1.00 | 143 | 144 | | | H | 50 | 7.3 | 2.4 | | 70.87 | | 70.87 | 602.25 | |
| 5/23/2016 | 155 | I08634-1-0 -1.00 | | 144 | | | | | 7.3 | 2.4 | | 70.87 | | 70.87 | 602.25 | 8 |
| 5/24/2016 | 155 | 3 I08634-1-0 -1.00 | 143 | 102 | | | H | 50 | 4.7 | 2.2 | | 64.97 | | 64.97 | 387.75 | |
| 5/24/2016 | 155 | I08634-1-0 -1.00 | | 102 | | | | | 4.7 | 2.2 | | 64.97 | | 64.97 | 387.75 | 8 |
| 5/25/2016 | 155 | 4 I08634-1-0 -1.00 | 143 | 78 | | | H | 50 | 3.3 | 1.1 | | 32.48 | | 32.48 | 272.25 | |
| 5/25/2016 | 155 | I08634-1-0 -1.00 | | 78 | | | | | 3.3 | 1.1 | | 32.48 | | 32.48 | 272.25 | 8 |
| 5/26/2016 | 155 | 3 I08634-1-0 -1.00 | 143 | 149 | | | H | 50 | 7 | 2.3 | | 67.92 | | 67.92 | 577.5 | |
| 5/26/2016 | 155 | I08634-1-0 -1.00 | | 149 | | | | | 7 | 2.3 | | 67.92 | | 67.92 | 577.5 | 8 |
| 5/27/2016 | 155 | 3 I08634-1-0 -1.00 | 143 | 150 | | | H | 50 | 6.7 | 2.2 | | 64.97 | | 64.97 | 552.75 | |
| 5/27/2016 | 155 | I08634-1-0 -1.00 | | 150 | | | | | 6.7 | 2.2 | | 64.97 | | 64.97 | 552.75 | 8 |
| 5/31/2016 | 155 | 1 I08634-1-0 -1.00 | 143 | 136 | | | H | 50 | 7.1 | 2.4 | | 70.87 | | 70.87 | 585.75 | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Col14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2016 | 155 | | I08634-1-0 -1.00 | | 136 | | | | 7.1 | 2.4 | 70.87 | 70.87 | 585.75 | 8 |
| 6/1/2016 | 155 | 3 | I08634-1-0 -1.00 | 143 | 152 | | H | 50 | 8 | 2.7 | 79.73 | 79.73 | 660 | |
| 6/1/2016 | 155 | | I08634-1-0 -1.00 | | 152 | | | | 8 | 2.7 | 79.73 | 79.73 | 660 | 8 |
| 6/2/2016 | 155 | 4 | I08634-1-0 -1.00 | 143 | 149 | | H | 50 | 6.9 | 2.3 | 67.92 | 67.92 | 569.25 | |
| 6/2/2016 | 155 | | I08634-1-0 -1.00 | | 149 | | | | 6.9 | 2.3 | 67.92 | 67.92 | 569.25 | 8 |
| 6/3/2016 | 155 | 2 | I08634-1-0 -1.00 | 143 | 17 | Y | H | 50 | 1.1 | 0.4 | 11.81 | 11.81 | 90.75 | |
| 6/3/2016 | 155 | | I08634-1-0 -1.00 | | 17 | | | | 1.1 | 0.4 | 11.81 | 11.81 | 90.75 | 8 |
| 6/6/2016 | 368 | 2 | I08654-1-0 -1.00 | 143 | 152 | | H | 50 | 8 | 4 | 101.6 | 101.6 | 660 | |
| 6/6/2016 | 368 | | I08654-1-0 -1.00 | | 152 | | | | 8 | 4 | 101.6 | 101.6 | 660 | 8 |
| 6/7/2016 | 368 | 1 | I08654-1-0 -1.00 | 143 | 134 | | H | 50 | 7 | 3.5 | 88.9 | 88.9 | 577.5 | |
| 6/7/2016 | 368 | | I08654-1-0 -1.00 | | 134 | | | | 7 | 3.5 | 88.9 | 88.9 | 577.5 | 8 |
| 6/8/2016 | 368 | 2 | I08654-1-0 -1.00 | 143 | 121 | | H | 50 | 8 | 4.3 | 109.22 | 109.22 | 660 | |
| 6/8/2016 | 368 | | I08654-1-0 -1.00 | | 121 | | | | 8 | 4.3 | 109.22 | 109.22 | 660 | 8 |
| 6/9/2016 | 368 | 2 | I08654-1-0 -1.00 | 143 | 50 | | H | 50 | 3.9 | 2.2 | 55.88 | 55.88 | 321.75 | |
| 6/9/2016 | 368 | | I08654-1-0 -1.00 | | 50 | | | | 3.9 | 2.2 | 55.88 | 55.88 | 321.75 | 8 |
| 6/10/2016 | 368 | 1 | I08603-1-0 -1.00 | 143 | 82 | | H | 50 | 4.5 | 2.3 | 58.42 | 58.42 | 371.25 | |
| 6/10/2016 | 368 | 3 | I08654-1-0 -1.00 | 143 | 61 | Y | H | 50 | 3.5 | 1.7 | 43.18 | 43.18 | 288.75 | |
| 6/10/2016 | 368 | | I08654-1-0 -1.00 | | 143 | | | | 8 | 4 | 101.6 | 101.6 | 660 | 8 |
| 6/13/2016 | 155 | 1 | I08603-1-0 -1.00 | 143 | 144 | | H | 50 | 7.2 | 3.6 | 106.31 | 106.31 | 594 | |
| 6/13/2016 | 155 | | I08603-1-0 -1.00 | | 144 | | | | 7.2 | 3.6 | 106.31 | 106.31 | 594 | 8 |
| 6/14/2016 | 368 | 3 | I08603-1-0 -1.00 | 143 | 159 | | H | 50 | 8 | 4 | 101.6 | 101.6 | 660 | |
| 6/14/2016 | 368 | | I08603-1-0 -1.00 | | 159 | | | | 8 | 4 | 101.6 | 101.6 | 660 | 8 |
| 6/15/2016 | 368 | 1 | I08603-1-0 -1.00 | 143 | 150 | | H | 50 | 8 | 4 | 101.6 | 101.6 | 660 | |
| 6/15/2016 | 368 | | I08603-1-0 -1.00 | | 150 | | | | 8 | 4 | 101.6 | 101.6 | 660 | 8 |
| 6/16/2016 | 368 | 2 | I08603-1-0 -1.00 | 143 | 157 | | H | 50 | 8 | 4.7 | 119.38 | 119.38 | 660 | |
| 6/16/2016 | 368 | | I08603-1-0 -1.00 | | 157 | | | | 8 | 4.7 | 119.38 | 119.38 | 660 | 8 |
| 6/17/2016 | 368 | 1 | I08603-1-0 -1.00 | 143 | 65 | Y | H | 50 | 3.6 | 3.5 | 88.9 | 88.9 | 297 | |
| 6/17/2016 | 368 | | I08603-1-0 -1.00 | | 65 | | | | 3.6 | 3.5 | 88.9 | 88.9 | 297 | 8 |
| | | | | | | | | | 2160.2 | | 26737.76 | 27960.86 | 167979 | |