1

2                UNITED STATES DISTRICT COURT

3                NORTHERN DISTRICT OF OHIO

4                    EASTERN DIVISION

5

6    ATSCO HOLDINGS CORP, et al.,      )
                                       )
7                   Plaintiffs,        ) Case No. 1:15-CV-1586
                                       )
8        v.                            ) Judge: Christopher A.
                                       )               Boyko
9    AIR TOOL SERVICE COMPANY, et al.,)
                                       )
10                  Defendants.        )
     _____ )
11

12

13

14

15                REMOTE DEPOSITION OF

16              WILLIAM PATRICK CURRY

17            WEDNESDAY, NOVEMBER 4, 2020

18

19

20

21

22

23

24
          Reported by: MIRANDA L. PEREZ, CSR No. 14352
25                     Job No.: 186136

Page 2

```
 1
 2              UNITED STATES DISTRICT COURT
 3              NORTHERN DISTRICT OF OHIO
 4                   EASTERN DIVISION
 5
 6   ATSCO HOLDINGS CORP, et al.,     )
                                      )
 7            Plaintiffs,    ) Case No. 1:15-CV-1586
                                      )
 8      v.                   ) Judge: Christopher A.
                                      )            Boyko
 9   AIR TOOL SERVICE COMPANY, et al.,)
                                      )
10            Defendants.    )
     _____)
11
12
13
14
15        REMOTE DEPOSITION of WILLIAM PATRICK CURRY,
16     held via Zoom, commencing at 10:05 a.m. and
17     terminating at 1:05 p.m. on Wednesday, November 4,
18     2020, before Miranda L. Perez, Certified Shorthand
19     Reporter No. 14352, in and for the State of
20     California, pursuant to Notice.
21
22
23
24
25
```

Page 3

```
 1
 2
 3              A P P E A R A N C E S
 4
 5   For the Plaintiffs:
 6        BY: BRIAN MUETHING
          KEATING MUETHING & KLEKAMP
 7        1 East Fourth Street
          Cincinnati, Ohio 45202
 8
 9
          BY: RICHARD GOODMAN
10        ATTORNEY AT LAW
          720 Youngstown Warren Road
11        Niles, Ohio 44446
12
13   For the Defendants:
14        BY: TIM COLLINS
          THRASHER, DINSMORE & DOLAN
15        1111 Superior Avenue
          Cleveland, Ohio 44114
16
17
18   Also Present:
19        Trisha Von Lanken, Videographer
          TSG Reporting, Inc.
20
21
22
23
24
25
```

Page 4

```
 1                  - CURRY -
 2               I N D E X
 3                   WITNESS
 4            WILLIAM PATRICK CURRY
 5
 6   BY:           Direct   Cross   Redirect   Recross
 7   MR. MUETHING     7                91
 8   MR. COLLINS              57                 93
 9
10
11               E X H I B I T S
12                    Marked for         Received in
     PLAINTIFF'S:     Identification       Evidence
13
14   Exhibit 14                              25
15   Exhibit PX15                            40
16   Exhibit PX26                            54
17
18           Information Requested:
19                    (None)
20       Portions Marked at Request of Counsel:
21                    (None)
22       Witness Instructed Not to Answer:
23                    (None)
24
25
```

Page 5

```
 1                  - CURRY -
 2            Wednesday, November 4, 2020
 3              10:05 a.m. - 1:05 p.m.
 4
 5        THE VIDEOGRAPHER:  Good morning, Counsel.  My
 6   name is Trisha Von Lanken.  I'm a certified legal
 7   videographer in association with TSG Reporting,
 8   Incorporated.
 9            Due to the severity of COVID-19 and the
10   following practice of social distancing, I will not be
11   in the same room with the witness.  Instead I will take
12   the deposition remotely.
13            The Court Reporter, Miranda Perez, also will
14   not be in the same room, and will swear in the witness
15   remotely.
16            Do all parties stipulate to the validity of
17   this video recording and remote swearing?  And it will
18   be admissible in a courtroom as if it was taken
19   following Rule 30 of the Federal rules of Civil
20   Procedures, and the State rules where this case is
21   pending.
22            Do all agree?
23            MR. MUETHING:  Yes.
24            MR. COLLINS:  Yes.
25            MR. GOODMAN:  Yes.
```

Page 6

- CURRY -

1
2      THE VIDEOGRAPHER: Thank you. This is the
3  start of Media Label No. 1 in the video recorded
4  deposition of William Patrick Curry in the matter of
5  Atsco Holdings Corporate, et al. versus Air Tool
6  Services Company, et al. in the United States District
7  Court Northern District of Ohio, Eastern Division,
8  Case Number 1:15-CV-1586.
9      This deposition is being held remotely on
10  Wednesday, November 4th, 2020, at approximately
11  10:06 a.m.
12      Counsel, please introduce yourselves and the
13  parties you represent.
14      MR. MUETHING: Good morning, this is Brian
15  Muething, Keating & Klekamp on behalf of the Plaintiffs
16  that you've identified.
17      MR. COLLINS: Tim Collins, Thrasher Dinsmore,
18  Dolan, Cleveland, Ohio. I represent the Defendants in
19  this case.
20      THE COURT REPORTER: Mr. Curry, will you
21  please raise your right hand?
22
23
24
25  ///

Page 7

- CURRY -

1
2      WILLIAM PATRICK CURRY,
3  Called as a witness by and on behalf of the Plaintiffs,
4  and having been first duly sworn by the Court Reporter,
5  was examined and testified as follows:
6      THE WITNESS: I do.
7      THE COURT REPORTER: Thank you.
8
9      DIRECT EXAMINATION
10
11  BY MR. MUETHING:
12      Q   Good morning, Mr. Curry, as you've heard, my
13  name is Brian Muething. Could you state your full name
14  for the record, please?
15      A   William Patrick Curry.
16      Q   I know from having talked to you before that
17  you tend to go by your middle name; is that correct?
18      A   Correct.
19      Q   So if I call you Patrick or Mr. Curry today,
20  will either one of those be okay?
21      A   Absolutely.
22      Q   Patrick, can you tell the Court where it is
23  that you are employed?
24      A   I work for Hy-Tech Machine, Incorporated in
25  Cranberry Township, Pennsylvania.

Page 8

- CURRY -

1
2      Q   Thank you. And what does Hy-Tech do as a
3  business?
4      A   Hy-Tech is a manufacturer of air tools and air
5  tool parts.
6      Q   What is an air tool? Can you explain that to
7  the Court?
8      A   An air tool is a device. It can be a wrench,
9  it can be an air motor, it can be a grinder that
10  actually operates off of compressed air.
11      Q   Okay. Can you give us an example of how that
12  works in practice or a specific use for a tool like
13  that?
14      A   Well, a lot of -- probably most common would
15  probably be an impact wrench. An impact wrench is
16  used to loosen or tighten bolts or nuts in a variety of
17  applications. It could be to take lug nuts off of a car
18  or a truck. It could be to tighten bolts that are used
19  to assemble a bridge for that matter.
20      So it's a variety of different applications
21  for loosening and tightening bolts, an impact wrench.
22  If it's a grinder, pneumatic grinder, it could be for
23  grinding steel, aluminum, things of that nature.
24      So we make a variety of different pneumatic
25  air tools.

Page 9

- CURRY -

1
2      Q   What is your current position at Hy-Tech?
3      A   My current position is vice president general
4  manager of power transmission group, which is a division
5  of Hy-Tech Machine. Formally, I was the operations
6  manager at Hy-Tech Machine.
7      Q   And approximately when, in terms of years,
8  were you the operations manager?
9      A   I was the operations manager from June of 2012
10  until approximately December of 2019.
11      Q   Okay. And it's primarily that role and your
12  service in that role that I would like to discuss with
13  you today.
14      Can you tell us what some of your
15  responsibilities were as the operations manager?
16      A   As the operation manager at Hy-Tech, I was
17  responsible for all the manufacturing responsibilities,
18  day-to-day manufacture of parts that went through the
19  manufacturing plant. I was responsible for quality
20  control. I was responsible for the shipping and
21  receiving for Hy-Tech and also over product development,
22  engineering and product development.
23      Q   You mentioned you were responsible for
24  manufacturing functions. Can you tell us a little bit
25  more about what your day-to-day duties would have been?

- CURRY -

1
2    A    Well, Hy-Tech is a manufacturing plant that
3   made all the parts for the air tools that we
4   manufacture. We had 53 CNC machining centers, and a
5   variety of different types of machine centers from
6   lathes to mills and so forth.
7          So we actually took raw material, raw bar
8   stock and machine that bar stock into a variety of
9   different parts that went into all the different air
10  tools that we manufacture.
11   Q    Just for someone who is not familiar with that
12  process, I mean, tell me, say, take raw materials and
13  you fashion them in some point.
14          Can you just explain that at very basic
15  levels?
16   A    Yeah. You can purchase raw material, all
17  different types of materials: Steel, brass, bronze,
18  aluminum-type materials in a raw form, which usually
19  comes in a round bar, 18 to 20 foot long.  It can come
20  in a hex form, square, rectangular form.
21          So we take that raw material that we purchase,
22  we usually saw it to a certain length, and we take that
23  part and put it into a CNC lath or CNC milling machine.
24  And then actually form that part by machining it to a
25  certain specification on a drawing that we had created,

- CURRY -

1
2   our engineering group had created in order to make that
3   part. And that engineering drawing would have all the
4   tolerant specifications needed to manufacture a machine
5   in that part.
6    Q    Okay.  You mentioned something, a term that
7   I'm not familiar with or maybe the -- certainly the
8   Court may not be familiar with, CNC? What were you
9   referring to there?
10   A    CNC stands for computer numerically control
11  machine. So it could be a milling machine or a lathe
12  that actually is operated by a computer, it has a
13  computer inside the machine, so you can actually program
14  the machine to do the machining of the parts.
15   Q    And you're using the term "the machining of
16  the parts."  At a very basic level, what does that mean?
17   A    What that means is it's a machine that you can
18  actually put a tool holder in. It has -- actually, the
19  machine has a spindle, whether it's a horizontal or
20  vertical orientated spindle that rotates. And you can
21  either rotate the raw material, or you can rotate the
22  cutter that you put in the machine to cut the material.
23          So you're either rotating -- if it's lathe,
24  you're actually rotating the raw material. If it's a
25  mill, you're actually rotating the cutter to do the

- CURRY -

1
2   cutting of the raw material.
3          So when we refer to "machining," we're really
4   talking about cutting the raw material, whether you're
5   rotating the raw material or you're rotating the cutter
6   to do that.
7    Q    And eventually turning it into a tool that you
8   can then sell in the marketplace?
9    A    Yeah. Turning it into a part that ultimately
10  will go into a tool with the multitude of parts that you
11  can sell the tool in the marketplace, correct.
12   Q    Thank you.  That's very helpful.
13          You mentioned, I believe, that you were
14  responsible for quality control in your role as the
15  operations manager.
16          Can you tell us what that function entails?
17   A    Well, in the Hy-Tech environment, we do
18  quality control inspection of everything from raw
19  material that comes in in a raw state, and we do quality
20  inspection on the parts as they are being machined.
21          So there may be six different operations on
22  this particular part.  We will do a quality inspection
23  on each individual operation as the parts are being
24  manufactured in the machine.
25          So we do a first piece inspection.  We will

- CURRY -

1
2   set up on the first operation. Let's say there's six
3   operations in this particular part.  We'll set up on the
4   first operation, we'll run one piece, stop and inspect
5   that piece to make sure that it is to the drawing and
6   made correctly to all the tolerance and specifications
7   on the engineering drawing. Then the QC inspector will
8   release that part to be made -- and let's say we're
9   making 50 of these parts. Then the other 49 pieces can
10  be made.
11          And the operator that is actually operating
12  the milling machine or the lathe would actually do the
13  QC inspection on the rest of the parts.
14          When that operation is done, it would go to
15  the second operation, and the same thing starts over
16  again. We do a first piece inspection on that part,
17  once the first piece comes off, making sure that it is
18  to the drawing, to the engineering drawing, and then it
19  gets signed off on and goes to the third operation and
20  so forth, all the way through the sixth operation that
21  it takes to make this part.
22          When it is completed, the QC inspector would
23  actually sign-off on that part saying that it has been
24  made to the engineering drawing in the correct
25  specifications.

Page 14

- CURRY -

1
2    Q    And, Patrick, perhaps it goes without saying,
3  but what is the importance of being able to design these
4  parts to the drawings and to the specifications? Why is
5  that important?
6    A    Well, first of all, if you're going to make
7  this -- make a multitude of different parts that go into
8  one tool, let's say we're making an impact wrench. That
9  impact wrench may have 30 to 40 different parts in it.
10        If you do not make the part to the drawing
11  correctly, when you go to assemble the final product,
12  you're going to have problems with the assembly, you may
13  have problems with the tool performing. And the tool
14  will not function properly.
15    Q    Okay.  Thank you.
16        Do you have any other functions or
17  responsibilities that we haven't discussed in your
18  role -- in your prior role as the operations managers?
19    A    Not anything that I haven't mentioned, no.
20    Q    Okay. Are you the person that is most
21  familiar with, kind of, the operations of the facility
22  at Hy-Tech at this time?
23    A    Yes.
24    Q    Thank you.  With respect to the -- strike
25  that.

Page 15

- CURRY -

1
2        Are you familiar with the Air Tools Service
3  Company transaction that occurred in approximately 2014?
4    A    Yes.
5    Q    Just in your own words, not holding you to the
6  legal terms or anything, what is your understanding of
7  what that transaction did?
8    A    Well, just to give you a little bit of
9  background, Atsco was its own company manufacturing
10  similar parts that we manufactured in air tool parts and
11  air tool products. From what I understand, we purchased
12  the Atsco Company and their products into the Hy-Tech
13  operation.
14        So we moved manufacturing equipment from Atsco
15  to Hy-Tech. We moved inventory to Hy-Tech.  And
16  basically got into manufacturing their parts and
17  components and complete tools.
18    Q    Okay.  Thank you.  And in big picture, can you
19  describe if that integration was run smoothly or if it
20  had challenges?
21        MR. COLLINS: Can I interject for a second? I
22  meant to object but I was muted.  My fault.
23        A lot of leading questions, Brian. I'm
24  suggesting that you not lead since this is your one
25  opportunity to take this deposition.  I object.

Page 16

- CURRY -

1
2        MR. MUETHING:  Okay.  Thank you.  So you're
3  objecting to that question?
4        Thank you.
5  BY MR. MUETHING:
6    Q    Mr. Curry, can you describe for the Court, the
7  integration process and -- well, strike that.
8        Can you describe for the Court the process
9  that you referred to where you integrated assets into
10  the operation at Hy-Tech?
11    A    Integrating and doing an acquisition of a
12  company and integrating it into Hy-Tech was a variety of
13  different things.  Everything from moving all other data
14  that was in their computer system into our system, which
15  would include all of their individual part numbers, the
16  material, the costs, things of that nature. All the
17  financials and so forth in their computer systems was
18  moved over.
19        Then the other aspect would be all the
20  machinery that we moved from Atsco to Hy-Tech, variety
21  of different milling machines and lathes and things of
22  that nature, all things with machines.
23        And then I think there wasn't really any
24  people that we brought over, personnel that came over.
25  So it was primary that all their inventory got moved

Page 17

- CURRY -

1
2  that they had in stock got moved over.
3        So it was a whole integration of all those
4  things into the Hy-Tech system and location.
5    Q    Thank you.  Did you encounter any challenges
6  through that process?
7    A    Yeah, several challenges.  One was there was a
8  machine that, a MacTurn machine that they had that
9  did -- it was a multifunction machine that made several
10  other major components that went into their product.
11  That machine had a lot of problems after we had
12  relocated and tried to get it up and running.
13        And a lot of their documentation, such as
14  their engineering drawings, were not up to date.  So we
15  had a lot of problems with their engineering drawings
16  not matching the parts that were to be made.
17    Q    Thank you. And we'll cover each of those in
18  turn.  I appreciate that.
19        Before we do, I wanted to ask: From an
20  operations manager's standpoint, were you excited about
21  the prospect of adding the assets that would come with
22  this transaction?
23    A    Oh, absolutely.  I was excited about the Atsco
24  move from a standpoint of being able to integrate their
25  products into our product portfolio and having the

Page 18

- CURRY -

1  additional sales. That was probably the most exciting
2  thing. It's always exciting to make an acquisition and
3  hopefully grow the company.
4      Q   You mentioned the MacTurn.  Tell the Court, if
5  you could, what a MacTurn machine is?
6      A   MacTurn is a machine that's actually a
7  manufactured by a company named Okuma, and it is what
8  you refer to as a multifunctional CNC machine.  And what
9  I mean by that is that it will do lathe turning, and it
10  will also do milling.
11         So it's like taking a CNC milling machine and
12  a CNC lathe machine and combining them into one machine.
13  So you can do the same functions of turning and milling
14  in one machine, whereas instead of having to have two
15  separate machines.
16         So the productivity of the machine should be
17  much better, so you're actually being able to eliminate
18  process steps by being able to do multiple steps in one
19  machine.
20      Q   Okay.  How would having that machine have
21  added to the Hy-Tech operations or business?
22      A   Well, I'm not sure if I understand what you
23  mean "added to."
24         MR. COLLINS:  Objection.
25

Page 19

- CURRY -

1         MR. MUETHING:  Go ahead, Tim.
2         MR. COLLINS:  I'm done.  I just objected,
3  Brian.
4         MR. MUETHING:  Sorry.  It was on mute.  I knew
5  you were saying something.  But I didn't know what.
6         MR. COLLINS:  Struggling with the technology.
7  I'm not in the office, so I'm at a little bit of a
8  disadvantage.
9         MR. MUETHING:  Okay.
10  BY MR. MUETHING:
11      Q   Mr. Curry, was it your view that the addition
12  of the MacTurn machine would benefit the Hy-Tech
13  business in some respect?
14      A   Yes, it would have. Adding the MacTurn
15  machine to Hy-Tech would allow Hy-Tech to produce the
16  parts for some of the Atsco products more efficiently,
17  allow us to be more productive and save time.
18      Q   Can you give the Court just a general
19  magnitude of either the size and scope or the dollar
20  amount of a MacTurn machine?  I just want to give some
21  background as it relates to just what kind of machine
22  this is.
23      A   If you were -- I'm going to base that on if I
24  purchased a new similar machine.
25

Page 20

- CURRY -

1         From my experience, a machine similar to that
2  today, if you purchased it today, it's going to be
3  somewhere approximately $300,000 to $400,000.
4      Q   Before we talked -- well, let's strike that
5  for a second.
6         Have you had experience incorporating machines
7  that they required elsewhere into Hy-Tech's business
8  other than this particular transaction?
9      A   Absolutely.  We'd make several acquisitions at
10  Hy-Tech when I was there.  And even before I was at
11  Hy-Tech, I'd make acquisitions with other companies
12  doing the same thing as I mentioned before that, at
13  Atsco, relocating all of their assets, all their
14  inventory, and all of their data into our computer
15  systems.  So we have done it many times in the past.
16      Q   And can you give the Court a general
17  description of how it's been successful otherwise?
18      A   Well, we just completed one that -- sorry?
19         MR. COLLINS:  I'm going to object now again.
20         It's for the record, it's not to stop you from
21  talking.  So go right ahead.
22         THE WITNESS:  Oh, okay.
23         We actually made several acquisitions.  We
24  made an acquisition at Hy-Tech with a company by the
25

Page 21

- CURRY -

1  name of Pneumatics in Dayton, Ohio. We moved those
2  guys.  We purchased them and moved all their inventory,
3  all their products, and then got into manufacturing all
4  their parts and products.
5         This was probably two years ago. When we
6  didn't have any real problems in that acquisition or
7  relocation of any parts.
8         We just recently, this past October, purchased
9  two companies in Chicago and relocated those companies
10  February of this year in our Punxsutawney location,
11  Punxsutawney, Pennsylvania location.
12         We moved over 100 machines to that location
13  successfully and didn't really have any major problems
14  with moving the machines, setting them back up, getting
15  them into production, moving the inventory, and so
16  forth.
17         We're now making those products and those
18  parts in our Punxsutawney, Pennsylvania location pretty
19  successfully.
20      Q   Okay.  How would you -- or can you describe
21  the performance of the MacTurn machine post-transaction,
22  post the Atsco transaction?
23         MR. COLLINS:  Objection.
24         THE WITNESS:  Once we had it relocated to the

Page 22

- CURRY -

1   - CURRY -
2   Hy-Tech facility, we had a rigger actually move that
3   into the facility, got the machine set up and started
4   operating the machine.
5           Within a few days to a week, we immediately
6   started having problems with the machine. And those
7   problems continued for several months, and it was a
8   variety of different problems.
9           It was the controller not working properly on
10  the machine. It was internal components that didn't --
11  that failed that we had to replace.  The main spindle on
12  the machine had to be completely rebuilt. Just a
13  variety of different problems on the machine that we had
14  to fix.
15          And we actually had our -- we have an outside
16  maintenance group that actually comes in when we do
17  repairs, that actually would come in each time to do the
18  repair on the machine.
19  Q    How --
20  A    So we never really had a consistent production
21  out of that machine over six to eight months.
22  Q    I'm sorry. I was coughing.
23          Can you tell me -- I didn't hear the last
24  part. Can you say that again?
25  A    You know, from the time we had the machine,

Page 23

1   - CURRY -
2   over the next six to eight months we never really had
3   true production where the machine ran for three or four
4   or five months without any problems.
5           Every two weeks, you know, a week to two weeks
6   to three weeks, somewhere in there, we'd always have
7   some issue. With the machine going down that we had to
8   do a repair, maintenance, replace parts, a variety of
9   different things.
10  Q    Would these issues that you're describing,
11  would they affect whether the machine could be used to
12  make parts?
13  A    Well, of course, if a machine doesn't run for
14  whatever the maintenance issue may be, the machine is
15  down. It doesn't run, you can't make parts, and so
16  you're losing, you know, productive hours.
17  Q    Okay. I'm going to upload a document and see
18  if this works for everyone. We tried this yesterday.
19  Hold on one second.
20      MR. MUETHING: Tim and Patrick, do you have
21  access to the document that I've uploaded?
22      THE WITNESS: Yes, I have.
23      MR. COLLINS: Well, I see a directory, Brian.
24      MR. MUETHING: Can we go off record for one
25  moment, please?

Page 24

1   - CURRY -
2       THE VIDEOGRAPHER: Yes, we can.
3       MR. MUETHING: Thank you.
4       THE VIDEOGRAPHER: The time is now 10:30 a.m.,
5   and we are now off the record.
6               (Off the record.)
7       THE VIDEOGRAPHER: The time is now 10:32 a.m.,
8   and we are now back on the record.
9   BY MR. MUETHING:
10  Q    Patrick, I've provided you a document that
11  we've previously marked PX-14.
12          Do you have that document there?
13  A    Yes.
14  Q    Have you seen that document before?  Do you
15  recognize it?
16  A    Yes.
17  Q    What is that document?
18  A    This, the first page here is a listing of all
19  the different vendors that we've used to purchase parts
20  or repairs or rigging, moving of the machine, for the
21  MacTurn.
22  Q    And -- excuse me.
23          Is this a document that, to your knowledge, is
24  kept in the ordinary course of business at Hy-Tech?
25  A    Yes, it is.

Page 25

1   - CURRY -
2   Q    Okay.
3       MR. MUETHING:  We move to admit Plaintiff's
4   Exhibit 14.
5           (Plaintiff's Exhibit 14 admitted into
6           evidence.)
7       MR. COLLINS:  I'll reserve my objections for
8   later.
9       MR. MUETHING:  Thank you, Mr. Collins.
10  BY MR. MUETHING:
11  Q    Mr. Curry, you began to describe what is here
12  in this document. Can you describe in more detail what
13  we're looking at here?
14  A    Yeah. What you're looking at is -- just to
15  get a little more specific here. Under the column
16  "Vendor," you see Ramsey Machine and rigging. Ramsey
17  Machine and rigging was the rigging company we used to
18  move the machine, the MacTurn machine.
19          Morris Great Lakes, a vendor that actually
20  sells those types of machines, and they sell replacement
21  parts. So we had purchased the replacement parts from
22  Morris Great Lakes.
23          I won't go through all of them here, but
24  you'll see an L&L Machine. They are the maintenance
25  group, the outside third-party maintenance group that we

Page 26

- CURRY -

1  - CURRY -
2  use to work on machines.
3        So this whole list is just showing where we
4  had purchased parts or maintenance from an outside third
5  party or rigging to work to move machine in or around
6  the building.
7    Q   And why did you purchase these parts?
8    A   These parts were all purchased based on the
9  problems that we had with the MacTurn machine. The
10  multitude of different problems that happened with the
11  machine, that the machine kept going down, not being
12  able to run, this is where we purchased the parts.
13        We would actually purchase the parts, and then
14  we would actually hire an L&L Machine Company to
15  actually do the maintenance or the service to the
16  machine to get it back up and running.
17    Q   Earlier this morning, Mr. Curry, you talked
18  about a spindle that was defective, or you said was
19  defective on the MacTurn machine?
20    A   Yeah.
21    Q   What else do you recall about that spindle?
22    A   The spindle is one of the main parts of any
23  CNC machine, whether it's a vertical or horizontal
24  machine.
25        In this case, this spindle is a horizontal

Page 27

1  - CURRY -
2  spindle that actually rotates in the machine, and you
3  actually feed the raw bar stock material through that
4  spindle. And then the machine actually clamps to the
5  raw material so that you can start to do the cutting of
6  the material, the machining of the material.
7        And if that spindle is not running true, if
8  it's not operating properly, then you're not going to
9  get accurate machine parts, you cannot hold a tolerance
10  to those parts.
11        So it was found to be on this machine that
12  that spindle was not running true and to be completely
13  replaced on the machine. So one of the items that you
14  see on this list was a spindle cartridge, and that was
15  one of the items that we had to replace on the machine
16  that was expensive.
17    Q   And which, specifically which item for the
18  benefit of --
19    A   If you come down to I think what's No. 11.
20  It's the first No. 11.  There's two on there.  It's the
21  first No. 11.
22    Q   And what are the --
23    A   And it -- go ahead.  Sorry.
24    Q   No, keep going.  Keep going.
25    A   I was going to say it references invoice

Page 28

1  - CURRY -
2  No. 44039860.
3    Q   And to your knowledge, are those -- the
4  spindle, the invoice there and supporting documents, are
5  they contained here in this exhibit?
6    A Yes. There should be an invoice for that
7  later on down into this -- hang on one second here.
8  I'd have to find it here.
9        And actually, it's an invoice for that spindle
10  that is -- I'm having problems with the document. Hang
11  on one second.  Bring it back up here.
12        If you -- where is it at here?  If you look in
13  the second page of this document, and if you go down to
14  what is listed as No. 11 on this document dated
15  August 31st, 2015, you'll see 143 MacTurn 2CIP --
16    Q   Can you slow down for a second?
17    A   Okay.
18    Q   Do you see, you know, the numbers on the
19  actual PDF or the numbers on the bottom right corner
20  that start with "HY"?  Can you look at that?
21    A   Oh, okay, yeah.
22    Q   For the record and for everyone, tell us what
23  page you're on?
24    A   I'm on HY0002.
25    Q   Okay.

Page 29

1  - CURRY -
2    A   Okay.  Let me see.  There's yeah.
3        If you look at what is handwritten to the
4  left-hand side that's about two-thirds of the way down,
5  it has No. 11.
6    Q   Yeah.
7    A   And you will see there that that is the
8  spindle cartridge that we're talking about there.
9    Q   Okay.  And are the invoices themselves for
10  this spindle? Are they reflected anywhere in this
11  document?
12    A   Yeah, I'm sure they are.  Let me see here.
13  And if you go down to -- it's actually a check that we,
14  Hy-Tech, paid to -- it's HY0039 -- to Morris Great
15  Lakes. You can see the check that it was written for
16  for that amount.
17    Q   Are there other documents that relate to this
18  spindle?
19    A   Yeah. If you go to the next page, which is
20  HY0040, there is the spindle cartridge there, the
21  invoice for that.  And this is for Morris Great Lakes.
22    Q   Are there any others?
23    A   Back to the second page, you mean?
24        This second page here, you know, lists almost
25  all of the major things that we purchased for the

Page 30

- CURRY -

1  machine. And if you scroll through the next pages, you
2  will mostly see invoices and copies of checks that we
3  had written to pay for most of this.
4      Q    You say scroll through the next pages, what do
5  you mean by that?
6      A    Well, what I'm saying is if you go to
7  Page HY002, that is a listing of parts. It's the dollar
8  amount we spent for rigging or replacement parts for
9  L&L Machine to do the maintenance.
10         So that gives you kind of a general synopsis
11 of what we spent for this machine. If you go past
12 Page HY002, you will see invoices and check stubs for
13 most all those items that you see there, where we
14 actually paid for each one of those items.
15     Q    When you testified a moment ago, you referred
16 to HY0039. Okay? Can you go back to that for a second,
17 please, Mr. Curry?
18     A    Yeah.
19     Q    There's a No. 11 on there in the middle. Do
20 you see that?
21     A    Hang on there one second. Yeah, HY0039.
22     Q    Yes, sir.
23     A    Yeah.
24     Q    There's a No. 11 written in the middle of that

Page 31

- CURRY -

1  document. Do you see that?
2      A    Correct. Yeah.
3      Q    What does that refer to?
4      A    That No. 11 refers back to the Page HY0002
5  showing the item that was purchased, that the -- HY0002
6  is a list of all the items and parts or services that we
7  purchased. Page HY0039 actually shows you the check
8  that was written to the supplier for that amount.
9      Q    So can you go back to HY001 for me, please?
10     A    Okay.
11     Q    And where does the -- where on that document
12 am I pointed to, for example, No. 11 that we just looked
13 at?
14     A    If you come down to look at the sequence
15 number, the first No. 11. That's Morris Great Lakes
16 there. It should be that particular transaction there
17 for that spindle.
18     Q    Okay. So without going through every document
19 and deficiency on this list, can you describe generally
20 how this compilation of records is -- how it, you know,
21 what it shows?
22     A    It just shows a history of all of the parts,
23 repairs, and rigging that we actually spent on this
24 MacTurn machine once we received it and set it back up

Page 32

- CURRY -

1  in the Hy-Tech facility.
2         It's all the things we had to spend, all the
3  money and parts and repair service we had to do on this
4  machine to try to keep it up and running.
5      Q    Mr. Curry, at some point, were these repairs
6  sufficient to bring the MacTurn up to a place where it
7  was performing to the way that it was expected to by
8  you?
9      MR. COLLINS:  Objection.
10     MR. MUETHING:  Let me withdraw.
11     Patrick, Mr. Collins was right. That was a
12 poorly asked question.
13 BY MR. MUETHING:
14     Q    Were the repairs that you needed, were they
15 sufficient to replace the MacTurn where it was
16 performing to specifications?
17     MR. COLLINS:  Objection.
18     THE WITNESS:  The issue we had with the
19 machine was that it was constantly breaking down. All
20 the repairs, all the parts, everything you see on this
21 Page 1, this HY001, after those parts were installed or
22 our maintenance, our maintenance third-party came in and
23 did the repair, the machine would come back up to
24 operation, but then fail again, whether it was within a

Page 33

- CURRY -

1  day were or week, or three weeks.
2         So it was constant. Even though we repaired
3  it, got it to what we thought would work, it was
4  constantly failing time, and time, and time again to the
5  point where we finally just gave in and said, you know
6  what, we've spent too much money trying to keep the
7  thing running. We're better off to just stop using it.
8  And that's what we did.
9  BY MR. MUETHING:
10     Q    In your experience as operations manager, is
11 it typical to have a machine that's coming offline to
12 this degree?
13     A    Not normally. As I said before at Hy-Tech, we
14 have 53 CNC machining centers in some form or fashion,
15 and we have to do regular maintenance on those machines.
16 And from time to time we have machines that do go down,
17 and we repair them.
18         But I've never seen a machine in my 20-year
19 career in this field that has had this many problems
20 constantly. So you know, it's just not something that
21 I've seen in my past with this, you know, for a machine
22 to this, you know, a machine that has this many problems
23 consistently.
24     Q    You, in connection with this transaction

- CURRY -

1
2  Hy-Tech purchased, one, how many -- strike that.
3          How many Hy-Tech machines did Hy-Tech purchase
4  in connection with the Atsco transaction?
5      A    You know, I'm not familiar with any machine
6  except for this one. There could have been others, but
7  my involvement was only with this machine.
8      Q    You mentioned at one point, you stopped then
9  using the machine.
10         What happened next at Hy-Tech?  What decisions
11  were made?
12     A    Well, this machine was a critical part of what
13  we would hope to use to make parts for the Atsco product
14  line.
15         So we decided, as a company, to purchase a
16  similar machine but a brand new machine, so that we
17  could meet our production goals and requirements.
18     Q    Why was that necessary to do?
19     A    The nature of the parts that we were making
20  for Atsco and several other products were very -- the
21  difficult parts to make, they were parts that required a
22  very high tolerance when machining them. And we didn't
23  have a machine at Hy-Tech that really could do the job
24  needed to hold the tolerance. And also do it in a
25  productive manner.

- CURRY -

1
2          There was a possibility that we could run
3  these parts in other parts of the business, but it was
4  going to take a lot more time to run them, and it
5  wouldn't be as near as productive as running on a
6  multifaceted machine like a MacTurn-type machine.
7      Q    Okay.  So I want to pick up on that last
8  point.
9          There were jobs -- were there jobs that you
10  then had to transfer to other parts of the business?
11     A    Yes. We did move parts off of the MacTurn
12  machine to other machines that we already had at Hy-Tech
13  so that we could try to produce them to make the product
14  for Atsco. It did take longer. It was not as
15  productive, but we did it to be able to make the
16  product.
17     Q    You said it would be longer.  What do you mean
18  by that?
19     A    Well, with your MacTurn being a multifaceted
20  machine --
21         MR. COLLINS: Can you let the dog out.  Can
22  you let the dog out?
23         MR. MUETHING: Tim, you're on.
24         MR. COLLINS:  Yeah.  I'm aware.  I'm about to
25  have a bigger problem than that.

- CURRY -

1
2          Go ahead.
3          THE WITNESS:  Yeah.
4          MR. MUETHING: Want to go off the record then?
5  Actually, let's go off the record. I would like to use
6  the restroom.  I'm sorry.
7          MR. COLLINS:  Okay.  Great.  Thank you.
8          MR. MUETHING: It looks like I'm not the only
9  one.  So let's go off the record.
10         THE VIDEOGRAPHER:  Okay.
11         MR. MUETHING:  Thank you.
12         THE VIDEOGRAPHER:  We're now off the record.
13  The time is now 10:52 a.m.
14                  (Off the record.)
15         THE VIDEOGRAPHER:  The time is now 10:59 a.m.,
16  and we are now back on the record.
17  BY MR. MUETHING:
18     Q    Mr. Curry, before we broke, you were talking
19  about doing projects elsewhere that maybe you would have
20  otherwise done on the MacTurn.
21         Do you recall that testimony?
22     A    Yes.
23     Q    And I believe you stated that doing it
24  elsewhere may be a longer process.  Did I hear that
25  right?

- CURRY -

1
2      A    Correct.
3      Q    Okay.  Just so that gets us back to where we
4  were.
5          Can you describe why it would take longer?
6      A Well, first of all when you're machining parts
7  and manufacturing on a machine like this, all your costs
8  is associated with the time it takes to make the parts.
9          So this MacTurn-type machine being
10  multifunctional can produce the parts or machine the
11  parts quicker, because you can do multiple operations in
12  one process.
13         Once you move that off of that type of machine
14  over to a CNC milling machine or a CNC lathe machine,
15  you cannot do a multiple-type process. You have to do a
16  milling operation or a turning operation, whereas the
17  MacTurn, you can do potentially both operations at one
18  time.
19         So because of that, when you move it over to
20  another machine, it's going to take a longer time to
21  machine that part than it would if you were running on
22  the MacTurn machine.
23     Q    Okay.  Thank you.
24         Would those machines have been sitting idle,
25  or would they have been doing something else?

Page 38

- CURRY -

1

2    A    No.  They were typically doing other parts for

3  the Hy-Tech business.

4    Q    And you mentioned, I believe, doing this work

5  elsewhere would not be as productive.

6         Can you describe what you meant by that?

7    A    Well, what I meant by productive is, again,

8  it's going to take longer. When you use a multifunction

9  machine like the MacTurn machine, you can program that

10  machine to do -- while the machine is set up, you can do

11  two or three different operations in one program on that

12  same machine.

13        So that when that part is done, you've done

14  two, three, maybe even four operations on that machine,

15  whereas if I move that part over to just a CNC lathe, I

16  could only do CNC turning on that.

17        If I have a milling operation, I have to take

18  it over to another machine and set up, which would take

19  longer to set up and run to make that part, because it's

20  a separate machine that only does milling. I've got a

21  machine here that only does turning.

22        So you have a turning and the milling machine,

23  whereas on the multifaceted machine, as the MacTurn,

24  I've got one set up to do that part.

25        So that's why it's more productive to do it on

Page 39

- CURRY -

1

2  a multifaceted MacTurn-type machine than it is to do on

3  two separate machines.

4    Q    Okay.  Thank you.

5         You mentioned eventually there was a decision

6  to purchase another MacTurn. I'm going to talk about

7  that for a second.

8         I've uploaded another PX15.  Can you and

9  Mr. Collins see if you can access that, please?

10    A    Okay.  Okay, I have it.

11    Q    Have you seen document PX -- a document that's

12  previously been identified as PX15.

13        Have you seen that document before?

14    A    Yes.

15    Q    Can you identify it for the record, please?

16    A    Yeah.  This is a -- do you want me to explain

17  what the document entails?  Is that what you're asking?

18    Q    Sure.  Well, let me back up for a second.

19        Just in an introductory manner, Patrick, have

20  you seen this document before?

21    A    Yes.

22    Q    And can you give us not, page by page, but as a

23  summary, just describe for a second what this document

24  is?

25    A    What this shows is the new multifunction

Page 40

- CURRY -

1

2  similar to a MacTurn machine that we purchased to

3  replace the MacTurn machine.  It shows the process of

4  the machine and accessories that we purchased to go with

5  that machine such as the bar feeder, tool holders and

6  tooling, and all the costs associated with buying this

7  new machine.

8    Q    Thank you. Are these records that are or were

9  kept in the ordinary course of the business of Hy-Tech?

10    A    Yes.

11    MR. MUETHING: We seek to move to admit the

12  document that was previously identified as PX15.

13        (Plaintiff's Exhibit PX15 admitted into

14        evidence.)

15    MR. COLLINS:  I'll reserve my objections.

16    MR. MUETHING:  Thank you.

17  BY MR. MUETHING:

18    Q  And now, Patrick, I want to now pick up where

19  you started to go and discuss where each of these pages

20  kind of generally are.

21        Can you first turn to page -- it's marked on

22  the bottom corner HY117?

23    A    Okay.

24    Q    Do you know what that document is?

25    A    Yeah.  This is a quote from Morris Great

Page 41

- CURRY -

1

2  Lakes, our supplier, that we actually -- the distributor

3  that we actually purchased the new machine from.

4         And this is a quote showing the cost of the

5  machine and all the accessories and so forth you get

6  with the machine when you purchase it.

7    Q    Is this the machine that you ended up

8  purchasing at Hy-Tech?

9    A    Yes.

10    Q    And going back to Page Hy-Tech -- or excuse

11  me -- HY116, the page before.  What is that document?

12    A    HY116 is the invoice from Morris Great Lakes,

13  invoicing us for the purchase of the machine.

14    Q    And then going back a page earlier to HY11- --

15  I think this was a page earlier, HY115.

16        Do you see that there?

17    A    Yes.

18    Q    Do you know what that is?

19    A    That is a check for the machine, it looks to

20  be.  I'm not sure why the $45,000 was deducted.

21        Normally what we do is we pay them a

22  percentage to purchase the machine. When the machine is

23  delivered, set up, and operating, we pay the balance.

24        So not one hundred percent sure, but more than

25  likely that's where we paid some of the cost of the

- CURRY -

1  machine, so that would order it and actually get it
2  delivered.
3
4        Q    Okay.  That's helpful.  Excuse me.
5             Going back to HY114.
6        A    Okay.
7        Q    There is an entry for a machine, but there's
8  other entries there as well.
9             Can you describe for us and for the Court what
10 those other entries are?
11       A    Yeah. The first one is the machine itself.
12 The second one is what is called a bar feeder. A bar
13 feeder is a device that is attached to the end of the
14 main CNC machining center to feed the raw material into
15 the machine. You have to have that to be able to
16 operate this machine.
17            There's two listed, two holders. Those are
18 just as what it says; it's a device that you actually
19 put in the machine to hold the cutting tools that you're
20 going to use.
21            There's a freight expense there for shipping
22 the machine to Hy-Tech. There's a rigger expense for
23 the rigger that actually moves the machine into the
24 building and sets it down.
25            There's several tooling expenses.  And these

- CURRY -

1  would be things like drills, end mills, inserts that are
2  the cutters that we're going to use to cut the raw
3  material or parts. There's another tool holder there
4  that's required for one of those.
5
6             So that's pretty much the list there. It's
7  all things necessary that you need to go with the new
8  machine to be able to manufacture and machine a part.
9        Q    And are the invoices for the additional needed
10 components reflected on PX15?
11       A    You know, if you look at Page HY0119, that is
12 the bar feeder that we purchased and the installation
13 for it.
14            So the original page, the original page number
15 HY0114, was an estimate that we put together, originally
16 as what we thought it was going to cost based on verbal
17 discussions with the supplier or the distributor.
18            But then when we actually came down to
19 purchasing the machine, the price changed slightly, we
20 negotiated the price slightly.
21            So when you go down and look at all these
22 invoices, if you don't see a price that matches exactly,
23 it's because we negotiated, you know, the price down
24 slightly.
25            But yes, HY0119 would be the invoice for the

- CURRY -

1  bar feeder with installation. If you scroll down to
2  HY0121, that is a Sandvik supplier, which supplies tool
3  holders.  They supply cutting tools and so forth.
4
5             And that's an invoice for some of those items.
6        Q    Well, let's stop there for a second.
7        A    Okay.
8        Q    You mention a Sandvik invoice, excuse me.
9             That's Invoice 699237 that you referred to on
10 HY121.
11       A    Okay.
12       Q    Do you see that?
13       A    Yes.
14       Q    Is that the document that you're referring to?
15       A    Yes.
16       Q    And then if you go back to HY114, do you see
17 that invoice reflected on this summary document?
18       A    I'm going to have to add these up here, but
19 there's a --
20       Q    I'm sorry, Patrick, hold on for one second.
21 Just listen to the question that I may have said
22 unartfully.
23       A    Okay.
24       Q    On HY121, it's Invoice 699237.  Do you see
25 that on HY121?

- CURRY -

1
2        A    Yes, yes.
3        Q    Is that invoice shown here on the summary on
4  page -- on the front page, HY114?
5        A    Yes.
6        Q    Okay.  Where, for the Court and for the
7  record?
8        A    It is one, two, three, four items down from
9  the top of the list of parts, list of items.
10       Q    And now, you may have said this, but I may
11 have interrupted you.
12            What was the purpose of the purchase of HY121
13 and forward?
14       A    When you purchase a new machine center,
15 regardless what type, typically the manufacture of that
16 machine center, it has certain tool holders or tools
17 that will work on that machine or will not work on that
18 machine.
19            So when you purchase a new machine, you
20 typically have to purchase new tool holders and tools
21 that will work for that machine.  And that's what this
22 purchase is here and what these invoices are for.
23       Q    Okay. And then on Page HY126, there's an
24 invoice from Morris Great Lakes for about fifteen --
25 $1,390.

- CURRY -

1
2      Do you see that there?
3   A   Yes.
4   Q   Is that invoice reflected on the summary on
5  Page HY114?
6   A   Yes.  That is a freight charge.  It's the item
7  under Description that says "Freight."
8   Q   Okay.  Thank you.
9          And then the documents that follow at HY137
10  and on forward, are those the tools that are reflected
11  also on the summary sheet, the other line items there on
12  HY114?
13   A   Are you talking about on Page HY0136?
14   Q   What I really meant was -- okay. Let's talk
15  about HY136.  That's helpful.
16          This is an invoice from what company?  Are you
17  aware?
18   A   No. I don't see that on there, what company
19  it's from.  No.
20          Yeah, I'm not sure who that's from.
21   Q   What's the product there?
22   A   It's a coolant tube set. So it's the hoses
23  that are required to go from a coolant tank to the main
24  CNC machine.  That's what it's for.
25   Q   What's the total cost in this one --

- CURRY -

1
2   A   The total cost is $955.20.
3   Q   And this is for the new machine that you
4  brought?
5   A   Correct.
6   Q   And let's go back up to Page HY114.  Is that
7  also reflected on this $955 on the summary sheet?
8   A   Yeah. Yes, it is. It's under -- it's the
9  second from the last item there.  It looks like we must
10  have purchased those through Sandvik. It's the same
11  supplier, but it doesn't say their name, otherwise.
12   Q   Okay.  Excuse me.  Leaving that document aside
13  for a second, Mr. Curry.
14          What was the effect on Hy-Tech's business from
15  the purchase of this new machine?
16          MR. COLLINS:  Objection.
17          THE WITNESS:  What was the effect of the
18  business by purchasing this new machine?
19  BY MR. MUETHING:
20   Q   Yeah, the affect of the business.
21   A   Well, the main affect was once the machine was
22  installed and up and running, we were able to produce
23  the Atsco parts efficiently and cost effectively and in
24  a timely manner and not have the constant breakdown that
25  we did with the MacTurn machine.

- CURRY -

1
2   Q   I want to talk about -- shift gears here for a
3  second and talk about plans and drawings.
4          Was it your understanding that there were
5  plans and drawing that were purchased in connection with
6  the Atsco transaction?
7   A   Yes.
8   Q   What's your -- how do plans and drawings --
9          MR. COLLINS: Hey, Brian, you abandoned that
10  claim in your discovery. I don't know why you're going
11  to spend time on it.  Objected.
12          I mean, you answered in the interrogatory the
13  claim was abandoned. So, you know, it's your record,
14  you're going to pay the professionals that are taking
15  this all down, but it's not an issue in the case
16  anymore.  We had that conversation with the Court.
17          MR. MUETHING: I mean, Tim, I think that
18  that's a different issue.  But why don't we just -- I
19  don't think it's going to take very long. We'll make
20  the record, and then we can talk, if you like.
21          MR. COLLINS:  Yep.  Very good.
22  BY MR. MUETHING:
23   Q   The -- sorry, lost my train of thought for a
24  second.
25          How do plans and drawings factor into the

- CURRY -

1
2  business that goes on at Hy-Tech and that was acquired
3  from Atsco?
4   A   Well, any part or product that we make, we
5  manufacture and sell to a customer. We have to create
6  engineering drawings for each individual part. And
7  those drawings are done by an engineer usually on a CAD
8  system.
9          And each drawing has all the dimensions and
10  tolerancing (sic) required in order to make the part,
11  the type of material, if you need heat treat
12  specifications, plating or painting, anything like that.
13  All the requirements needed to manufacture that part.
14          So when we made the Atsco acquisition, we had
15  looked, you know, to make sure they did have engineering
16  drawings on all of their parts, and they did.
17          But what we did not know was once we received
18  the drawings when we made the acquisition, almost all of
19  the drawings that we had, quite a few of them were not
20  up to date, which means the parts that they were
21  manufacturing at the CNC machining centers, once you
22  produced that part, it did not match the drawings that
23  were provided to us.
24          There were dimensions that were incorrect on
25  the drawing based on the parts that you were making.

Page 50

- CURRY -

1     - CURRY -
2   The tolerances were not updated.
3        And typically in the engineering and
4   manufacturing environment, when you make engineering
5   drawings, you have to -- over time, there's going to be
6   changes to those drawings. You're going to update the
7   drawings. You're going to change tolerances or
8   materials or whatever it may be that you're going to
9   change on the part.
10       And there is a pretty normal process. We call
11  it our DCO process, which stands for "drawing change
12  order." That's what it stood for. Other companies call
13  it an "engineering change notice."
14       But basically what that process is is that
15  when you need to make a change to the drawing, you go
16  through a formal process that an engineer will review
17  the drawing, make the changes, usually fill out a form
18  to show what changes were made and why, and that also is
19  noted on the drawing.
20       And typically, in a title block on a drawing.
21  You will have a revision number. It could be a number
22  or a letter. It depends on the company's process.
23       So you can see a history of all of the changes
24  that may have been made over the years for that part.
25  What we found with Atsco is that they did not keep up

Page 51

1     - CURRY -
2   with that process. They had a process, but they did not
3   keep up with that process.
4        So almost all their drawings had not been
5   updated to the parts that they were currently making.
6   Q    What happens if the drawing is not updated for
7   the part that they're making?
8   A    Well, first of all, you're not one hundred
9   percent sure if the part that you're producing at the
10  machine is correct.  So that is -- that's a big problem.
11       The second problem is when your quality
12  control group or inspector could be checking the parts
13  that are coming off the machine to an inaccurate
14  drawing, so he may think the parts are wrong.  It could
15  be the parts are wrong, could be the drawing's wrong,
16  we're not sure.
17       Also, if you go ahead and produce that part
18  and the part's wrong to the drawing, when you go to use
19  that part to produce a complete product -- it may be a
20  impact wrench or a grinder, whatever it may be -- you
21  may have a problem in the assembly of that or the
22  performance of that product.
23  Q    Okay.  You mentioned this earlier, but to
24  establish this for the record, what steps did you take
25  to address the deficiencies that you just spoke to?

Page 52

1     - CURRY -
2   A    So once we started producing a few parts, we
3   realized that there was a lot of drawings that were not
4   updated correctly. So we implemented a process where we
5   would take the CNC program, this is the program that had
6   been put into the CNC, the machine center, and we would
7   produce one part.  We would take that part second to the
8   drawing.
9        If we found any inconsistencies between the
10  drawing and the part, then we would have to go back,
11  engineering would have to go back to figure out what is
12  the problem?  Is it the parts that's wrong that we just
13  produced?  Or is it the drawing that's wrong?
14       And maybe even go back further to a complete
15  tool and find an existing tool that we may have in
16  stock, or maybe parts that we had inherited from Atsco,
17  check those to drawing and the part we just made in
18  order to find out and figure out what is right or what's
19  wrong.
20       A lot of cases, the drawings were the
21  problems. The parts that were being produced at a CNC
22  machine, in most cases, in a lot of case, were correct.
23  But the drawings were not updated.
24       That's mainly what we found. We kept a record
25  of all of those changes that we had to make.  We

Page 53

1     - CURRY -
2   actually just implemented it into our normal drawing
3   change note, drawing change order process at Hy-Tech.
4   Q    Okay. You say you kept a record. Can you
5   open up the documents that I uploaded to the system at
6   PX26?  It's a spreadsheet.
7   A    Okay.
8        MR. MUETHING:  Do you have it available, Tim?
9        THE WITNESS: I have it in front of me, yes.
10       MR. MUETHING:  Tim?
11       MR. COLLINS:  Got it.
12       MR. MUETHING:  Okay.
13  BY MR. MUETHING:
14  Q    Mr. Curry, have you seen this document before?
15  A    Yes.
16  Q    Could you tell the Court what that document
17  is?
18  A    This document is our file that we kept to
19  record all the changes that we made to the Atsco
20  drawings as we found a problem.
21       So the first column is your --
22  Q    Let me stop you there for a second. I'm
23  sorry, not to cut you off. I just have to do some
24  housekeeping on our end here for the record.  Excuse me.
25       Is this a document that was kept in the

Page 54

- CURRY -

1  ordinary course of business at Hy-Tech?
2
3      A    Yes.
4          MR. MUETHING: Plaintiff seek to admit
5  documents that has been previously identified as PX26.
6          (Plaintiff's Exhibit PX26 admitted into
7          evidence.)
8          MR. COLLINS:  You already have my objection,
9  but I'll reserve other objections as to this document.
10         MR. MUETHING:  Okay.
11 BY MR. MUETHING:
12     Q    Mr. Curry, you began to describe what is
13 reflected on this document.  Can you do -- sorry to have
14 cut you off.  Go ahead.
15     A    No problem.
16         This is a list of all the parts and drawings
17 that we inherited from Atsco that we were manufacturing
18 at Hy-Tech. And these were a listing of all the parts
19 that we had to make changes to.
20         So when you look at this document, the first
21 column says, "part drawing." That's the part number.
22 Part number and drawing number are the same number. And
23 then a part name or description, the date in which we
24 made this change, description of the change that we
25 made, number of changes since the September 1, '14, we

Page 55

- CURRY -

1  had actually made four different changes to this
2  drawing.
3
4          And the reason for the four different changes
5  is that as we go through to make this part, there's
6  multiple processes on this part.  There could be six to
7  eight machining processes. And as we go through every
8  process, we may find on the first process, when we
9  complete that process on the part of machining it, it
10 doesn't match the drawing.
11         We go to the next process, produce that
12 process on that part, it may not match the drawing.  So
13 we changed it, in this particular case, four times.
14         We put a drawing change order number. This is
15 how we designate the revision level of this drawing.
16         So the part number is 1-RP3KD3.  We put a "-H"
17 beside it because we're going by the alphabet, A, B, C,
18 D, E, F, G, which A would have been the very first
19 revision or change to this part. We're now at revision
20 H.
21         Now, when I say that, revision A could have
22 been done at Atsco years prior.  We were at revision --
23 we picked up where they left off, and the latest
24 revision was H. There's a status column of where the
25 changes is at.  How many hours did it take to make this

Page 56

- CURRY -

1  change on the drawing and so forth.  We have an
2  engineering rate on here, total cost.
3
4          And then shop order is the document that
5  actually goes through the shop for that part to be
6  manufactured, and it shows all the manufacturing steps
7  the part has to go through in order to get it completed.
8          So this whole document is just a listing of
9  all the changes that we made to Atsco drawings from the
10 time we inherited it until we basically got through
11 making all the parts.
12     Q    And were the changes necessary for the
13 business?
14     A    Absolutely.  We had to make sure that the
15 drawings matched the parts that we were making.
16     Q    Mr. Curry, you mention the engineer hourly
17 rate that's shown there is $200?
18     A    Uh-huh.
19     Q    Can you -- was that a -- did you have occasion
20 to charge engineer rates in the marketplace, for
21 example, September of 2015 or at other points?
22         MR. COLLINS:  Objection.
23         THE WITNESS:  Yes.
24         From time to time, depending on what projects
25 we may be doing for our customers.  If we had to do, you

Page 57

- CURRY -

1  know, some engineering time developing a new product or
2  a new part for a customer that was to their
3  specification, then we would normally charge them an
4  engineering fee to do that, and that was the hourly rate
5  in which we would charge them.
6  BY MR. MUETHING:
7      Q    It was $200 you're saying?
8      A    Yes, yes.
9          MR. MUETHING: Let's go off the record for a
10 little bit. We may be winding down with Mr. Curry on
11 direct.  And then let me check my notes, and we can then
12 move forward.
13         So let's go off the record.
14         THE VIDEOGRAPHER:  The time is now 11:29 a.m.,
15 and we're now off the record.
16         (Off the record.)
17         THE VIDEOGRAPHER:  The time is 12:05 p.m.  And
18 we are now back on the record.
19         MR. COLLINS:  Thank you.
20
21
22              CROSS-EXAMINATION
23
24 BY MR. COLLINS:
25     Q    Mr. Curry, Tim Collins is my name.  Thanks for

Page 58

- CURRY -

1   - CURRY -
2   your patience here this morning, and thanks for your
3   willingness to answer the questions that were put into
4   you.
5       A   No problem.
6       Q   Great. So let me ask you a couple questions
7   about the background of the transaction between Air
8   Tool, which is my client and Hy-Tech, which is your
9   employer.
10          Is that fair?
11      A   Yes.
12      Q   All right. So did you know that the document
13  between the parties that governed the transaction is
14  called an asset purchase agreement?
15      A   Not necessarily.
16      Q   Okay.  Did you see the document, the asset
17  purchase agreement?
18      A   No.
19      Q   Have you read any of the attachments that were
20  included in the asset purchase agreement?
21      A   No, not that I can remember.  No.
22      Q   Okay. Did anybody ask you to evaluate any of
23  the terms that are included in the asset purchase
24  agreement?
25      A   No.

Page 59

1   - CURRY -
2       Q   Did you know that there was a list of assets
3   being purchased attached to the asset purchase
4   agreement?
5       A   I don't know of a list of assets.  I
6   probably -- I may have seen a list of assets, you know,
7   years ago, but it wasn't anything formal from what I can
8   remember.
9       Q   Did you know that your employer did what we
10  call due diligence before this contract was signed?
11      A   I'm aware of them talking about doing due
12  diligence, but I was not involved in it.
13      Q   Okay. Do you know if there were any documents
14  that were created in the course of the due diligence
15  that --
16      A   No, no.
17      Q   Okay. So you don't know if there was one, for
18  instance, or two Okuma MacTurns that were being talked
19  about before this asset purchase agreement was signed,
20  do you?
21      A   No.  I'm not aware of it, no.
22      Q   And let me ask you:  Did you ever make a trip
23  to Air Tool in Mentor, Ohio before this transaction?
24      A   Yes.
25      Q   Before the transaction?

Page 60

1   - CURRY -
2       A   Oh, not before the transaction. No.
3           It was after the transaction, yes.
4       Q   Do you know when the transaction occurred?
5       A   No.  I don't know the official date, no.
6       Q   Okay. Well, I'm looking at a signed copy of
7   the asset purchase agreement, and on the first line it
8   says August 13, 2014.
9           Does that date mean anything to you?
10      A   Not necessarily, no.
11      Q   Okay. Do you know anything about Air Tool
12  conducting its business prior to the closing of this
13  transaction?
14          MR. MUETHING: Objection. Vague.
15  BY MR. COLLINS:
16      Q   You can answer.
17      A   No.
18      Q   Did you talk to anybody prior to the closing
19  of the transaction from Air Tool?
20          MR. MUETHING: Objection. Vague.
21          THE WITNESS:  Did I talk to any -- repeat the
22  question again.
23  BY MR. COLLINS:
24      Q   Yeah. Sure.
25          It's a very simple question:  Did you talk

Page 61

1   - CURRY -
2   with anyone from Air Tool prior to August 13, 2014?
3       A   Not that I remember.
4       Q   And then did you attempt to understand how Air
5   Tool did business after the transaction closed?
6       A   Can you be more specific when you say how did
7   they do business? I wasn't involved in any of their
8   business as far as their customers or who they sold to,
9   anything like that.  Not aware of that.
10      Q   Did you gather any information from anyone
11  from Air Tool as to how they manufacture parts?
12      A   After the transaction, yes.
13      Q   From who and when?
14      A   Nick Russel.  I don't remember the exact date.
15  It would have been after it was over. I don't remember
16  the date.
17      Q   All right. I think you said that no one from
18  Air Tool became an employee at Hy-Tech.  So was Nick an
19  employee?
20      A   Nick was a -- I don't know if he was a real
21  employee, but he did actually help us out.  I'm not sure
22  if he was part-time or what, but he did help us out
23  after the transaction.
24      Q   Okay.  Was there anyone else from Air Tool
25  that you interacted with as to how Air Tool manufactured

- CURRY -

1   - CURRY -
2   its parts?
3       A    Not directly, no.
4       Q    Okay. Would you agree with me that Air Tool
5   was in a better position than Hy-Tech to know if the
6   Okuma was maintained consistent with standards generally
7   following the industry before the transaction took
8   place?
9           MR. MUETHING: Hey, Tim, I'm sorry, but you
10  broke up a few times for me during that question, and
11  maybe for the witness too, so he can't answer.
12          MR. COLLINS: Yeah.  Sure.  I'll ask it again.
13  BY MR. COLLINS:
14      Q    Would you agree that Air Tool was in a better
15  position than Hy-Tech to know if the Okuma MacTurn was
16  maintained with standards generally followed in the
17  industry before the sale to Hy-Tech?
18      A    No, I wouldn't agree with you on that.
19      Q    You think somebody else was in a better
20  position before the sale to Hy-Tech to know whether that
21  Okuma was being maintained consistent with industry
22  standards?
23      A    I don't know if it was -- I don't know if it
24  was being maintained, that's why I can't say I can't
25  agree with you.  I don't know if it was being maintained

1   - CURRY -
2   or not.  I have no idea.
3       Q    Well, who would be in a better position before
4   this transaction? The folks at Air Tool, or the folks
5   at Hy-Tech if you had to pick, prior to the transaction?
6       A    Yeah. You know, I'm not going to pick,
7   because I don't know the people that were at Air Tool
8   that would have evaluated or known.
9           So I don't know if they had anyone there that
10  knew enough about the machine to evaluate. So I don't
11  know.
12      Q    Okay. So you don't know, and you can't pick,
13  and you would not be in a position to favor Hy-Tech in
14  that conversation; is that right?
15      A    I wouldn't favor anyone because at the time
16  before the transaction, we weren't involved with the
17  machine.
18      Q    Right.  So you don't have any information to
19  offer on that question is what you're telling me?
20          MR. MUETHING:  Objection.  Vague.
21          THE WITNESS:  I don't have any information to
22  offer what the status of the machine was before Hy-Tech
23  made the purchase and before we received the machine.
24  BY MR. COLLINS:
25      Q    Okay.  All right.  And similarly, you don't

1   - CURRY -
2   have any information to offer with regard to the nature,
3   quality, or upkeep of inventory that Air Tool had prior
4   to the transaction, do you?
5       A   Not prior to the transaction, no.
6       Q   Now, you've mentioned a company called L&L,
7   which is apparently the service provider that Hy-Tech
8   uses for the Okuma-type machines; is that right?
9       A   That's correct.  They deal with all the
10  third-party maintenance companies.
11      Q   So in other words, there's no one at Hy-Tech
12  who repairs Okuma MacTurn pieces of equipment; is that
13  right?
14      A   That is correct.
15      Q   Is it fair to say that an Okuma MacTurn, it's
16  a multifunctional piece of equipment; correct?
17      A   It does multi-type of machining, yes.
18      Q   And it's run by some kind of computer program;
19  correct?
20      A   It is run by -- I mean, to make a particular
21  part, you have to create a CNC program and put it in the
22  machine for it to operate properly.
23      Q   So you've got both a software and then a
24  significantly sized piece of hardware that have to
25  interact together to create the end result; correct?

1   - CURRY -
2       A    Correct. Yes.
3       Q    And so that interface of software and hardware
4   is a complicated relationship; is that correct?
5       A    I don't know what you mean, specific to say
6   "it's complicated."  You have to have experienced people
7   to operate the machine. And if you've got experienced
8   people, it's not that complicated.
9       Q    And so there's operating, but then there's
10  also if there's a problem with a piece of equipment,
11  somebody has to diagnose that problem; correct?
12      A    Yes.
13      Q    And you have L&L that you utilize to diagnose
14  problems with pieces of equipment like an Okuma MacTurn;
15  correct?
16      A    Yes.
17      Q    You don't try to diagnose it internally, you
18  notice it's not working, and then you bring in L&L;
19  isn't that correct?
20      A    Correct. Yes.
21      Q    Is there another company by the name of
22  Gossinger, G-O-S-S-I-N-G-E-R, that you work with?
23      A    I vaguely remember that name. Not one
24  hundred percent sure who they are, but it sounds
25  familiar.

Page 66

- CURRY -

1
2    Q    Okay.  If I told you that they do the same
3  kind of work on Okuma MacTurns as L&L, would that
4  refresh your recollection?
5    A    Not one hundred percent.  I've got a faint
6  memory of that name in the past of maybe -- I just don't
7  remember what they do.
8    Q    Okay. So in addition to diagnosing the
9  problem with an Okuma MacTurn, you also -- you let L&L
10  do the repairs themselves to those pieces of equipment;
11  correct?
12    A    To get specific, they actually would come in,
13  diagnose the problem, let us know, Hy-Tech know what the
14  problem is, what they found to be the problem, and what
15  needed to be done to fix it and --
16    Q    So you have nobody in-house that you could sub
17  in to do the work that L&L was doing; is that correct?
18    A    That is correct.
19    Q    So I think you told us that you had 53 CNC
20  machines? That doesn't mean you have 53 Okuma MacTurns;
21  is that right?
22    A    No, no.  53 different types of CNC machine
23  centers.
24    Q    And how many Okuma MacTurns does Hy-Tech
25  have -- or did it have prior to the Atsco transaction?

Page 67

- CURRY -

1
2    A    Up to that point, we did not have that type of
3  machine, a MacTurn-type machine.
4    Q    Okay.  Did you have other Okuma machines?
5    A    Yes. We had a wide variety of different Okuma
6  branded CNC machines.
7    Q    Your direct supervisor during the time of the
8  acquisition of Atsco, was that Mr. Ober?
9    A    Yes.
10    Q    Was there anybody else that was your
11  supervisor?
12    A    No.
13    Q    What was his job at Hy-Tech?
14    A    He was the president of Hy-Tech.
15    Q    And what did he do as the president of
16  Hy-Tech?
17    A    He'd run the day-to-day business. He was
18  involved in a multitude of different things from, you
19  know -- he was involved in manufacturing to some degree
20  with me.  He was involved with sales to some degree.
21    I mean, just being of normal duties of a
22  president of a company.
23    Q    So as the planning was taking place for this
24  acquisition, I think you described it as something that
25  was exciting to you.

Page 68

- CURRY -

1
2    Do you recall that testimony?
3    A    Yes.
4    Q    Okay. Were you informed by Mr. Ober or any
5  other persons at the company that all of the
6  manufacturing at the Atsco plant in Mentor, Ohio was
7  going to be transferred to -- I think you said
8  Cranberry, but the Pittsburgh area in no more than six
9  to nine months after the transaction?
10    Were you informed of that?
11    A    I don't remember the exact number of months,
12  but I was informed it would be moved to a Hy-Tech
13  location.
14    Q    And I think the Okuma MacTurn piece of
15  equipment, when we were looking at Exhibit 14 earlier,
16  you showed us an invoice dated September 24, 2014.
17    That was when the Okuma was moved; correct?
18    A    I don't remember the exact day it was moved.
19    Q    Well, if I told you that on Exhibit 14, the
20  referenced date of the service was September 24,2014
21  you're not going to disagree with me on that date, are
22  you?
23    A    No, no.  Not if it's on that invoice, no.
24    Q    And if this transaction closed on August
25  the 14th, 2014, we're talking about 40 days from closing

Page 69

- CURRY -

1
2  the transaction to picking up the Okuma and relocating
3  it to the Cranberry office of Hy-Tech.
4    Does that seem correct to you?
5    A    It seems correct.  But -- well, go ahead.
6    Q    When a computer-controlled piece of equipment.
7    Actually, let me get you to describe it for
8  the Judge.  How big is this Okuma MacTurn?
9    A    The total length of the machine is probably
10  approximately six to eight foot long. It's about
11  approximately four-foot wide and approximately five to
12  six-foot tall.
13    Q    And it's made out of what kind of material?
14    A    A variety of material.  It's made out of the
15  -- there's castings in it, there's regular steel, sheet
16  metal steel.  It's a variety of different materials.
17    Plastics and, you know, computer hardware for
18  the controller.  I mean, it's all types of materials.
19    Q    And it's going to take pieces of steel that --
20  what are the typical diameter dimensions of those pieces
21  of raw materials that --
22    A    I think the biggest diameter of raw material
23  that you can put in the machine to make a part was about
24  three inches in diameter or thereabouts. I don't
25  remember exactly but somewhere around three inches or

Page 70

- CURRY -

1   - CURRY -
2   so.
3       Q    Okay.  And what shape?  And some of them are
4   circle shaped, I think that's how you described it?
5       A    Most all the raw material put in the machine
6   was round or round-shaped.
7       Q    And it's being shaped, meaning it's being cut
8   through the process that it's programmed to do in the
9   Okuma MacTurn; correct?
10      A    Yes.
11      Q    Okay.  So it's probably at a fairly high rate
12  of speed; correct?
13      A    The rotation of the work piece would be at a
14  high rate of speed, yes.
15      Q    And some cutting device is being applied
16  against the steel to cut it?
17      A    Yes.
18      Q    And shape it?
19      A    Yes.
20      Q    So there's some friction involved here, and
21  there's some impacts that are occurring between the
22  steel as it's rotating and the cutting device as it's
23  entering and shaping of that particular piece of steel;
24  correct?
25      A    There's no impacting, no.  There's a cutter

Page 71

1   - CURRY -
2   that touches the material and there's a force applied to
3   that cutter that goes across the material to do the
4   cutting.  But there's no impacting.
5       Q    So I apologize for misusing term.  You know,
6   I'm a lawyer. My dad was an engineer, but I guess it
7   didn't rub off.
8       A    It's all right.
9       Q    So when you say "cutting," the raw steel is
10  turning, and then the cutter is being directed toward
11  the steel and then applied against the steel, so as to
12  cut it and shape it; correct?
13      A    Yes, yes.
14      Q    Okay.  Now, this piece of equipment weighs how
15  much?
16      A    I don't know.  I really don't know.  I mean,
17  it's a few thousand pounds.  I don't know exactly.
18      Q    So tons, in other words?
19      A    Maybe.  I don't know exactly.  But it's a
20  heavy piece of equipment.
21      Q    And when it was -- when the riggers came to
22  get it, how did they pick it up from where it was, and
23  what did they do with it at that point?
24      A    I wasn't at the location when they picked it
25  up at Atsco.  So I couldn't tell you that.

Page 72

1   - CURRY -
2       If you're asking me what a rigger would
3   normally do, I can answer that.
4       Q    Sure.
5       A    A rigger normally either uses one of two
6   things to lift a piece of equipment.  They use a
7   heavy-duty forklift that can withstand the weight of the
8   machine, and they actually pick it up and then strap it
9   to the forklift, so it can't fall off the forklift, and
10  then actually move it around with the forklift.
11      Or they use a crane to come in and lift it up
12  with a crane and block and tackle and strap it to that
13  and then move it, and set it back down.
14      Q    And --
15      A    It depends on the weight of the machine as to
16  whether you use a forklift or a crane.
17      Q    And when they pick it up, they are going to be
18  placing it on the bed of a truck; correct?
19      A    That is correct.
20      Q    And it's probably a trailer, open trailer that
21  can withstand the weight of the piece equipment;
22  correct?
23      A    Typically, that's correct.
24      Q    And then how far is it from Mentor, Ohio to
25  Cranberry, Pennsylvania?

Page 73

1   - CURRY -
2       A    Approximately -- it's approximately a two and
3   a half hour ride. So it's what, 60 miles, 70 miles,
4   maybe. I don't know.  Something like that.
5       Q    Is the road surface -- or was the road surface
6   in September of 2014, smooth as glass from Mentor, Ohio
7   to the Hy-Tech facility in Cranberry, Pennsylvania?
8       A    I have no idea.
9       Q    The chances are not, in northern parts of the
10  United States; am I correct?
11      MR. MUETHING:  Objection.
12      THE WITNESS:  I was not in -- you know, at the
13  time that machine was moved, I had not went through that
14  area, so I can't tell you for sure what the road
15  conditions were.
16  BY MR. COLLINS:
17      Q    Do you think it was smooth as glass on the
18  roadways from northeastern Ohio to Cranberry,
19  Pennsylvania in September of 2014?
20      A    I have no idea.
21      Q    In transporting a piece of equipment like the
22  Okuma MacTurn, is there any possibility that damages
23  could be incurred just by virtue of moving it?
24      A    Damages can happen during a move of any
25  equipment.  But the -- when we received this particular

Page 74

- CURRY -

1                         - CURRY -
2  piece of equipment, we inspected it, set it down,
3  installed it, and did not see any damage, whatsoever.
4      Q   But there could be damage by virtue of
5  transporting it, and I think you said it in your earlier
6  part of your response?
7      A   It's possible.
8      Q   Okay.
9      A   It's possible.
10     Q   Did you know the background of this piece of
11 equipment?  And background that was disclosed to Hy-Tech
12 before this transaction occurred?
13          MR. MUETHING:  Objection.
14          THE WITNESS:  No, no.
15 BY MR. COLLINS:
16     Q   So you didn't know that this piece of
17 equipment had been the subject of extensive repairs by
18 the Gossinger Company prior to the sale of the assets
19 from Air Tool to Hy-Tech?
20          MR. MUETHING:  Objection.
21          MR. COLLINS:  You didn't know that?
22          THE WITNESS: No. I did not have any
23 recollection about that or know anything about that in
24 the past.
25

Page 75

1                          - CURRY -
2  BY MR. COLLINS:
3      Q   Did you hear from Mr. Ober that he had an
4  extensive conversation with Rick Sabath regarding the
5  condition of this particular piece of equipment?
6      A   No.
7          MR. MUETHING:  Objection.  Calls for hearsay.
8          THE WITNESS:  No.
9  BY MR. COLLINS:
10     Q   Do you know who Rick Sabath is?
11     A   I only knew who -- I've never met him, but I
12 know who he is.  He's the owner of Atsco.
13     Q   Did you ever interact with him on any account
14 at Atsco?
15     A   No.  Never.
16     Q   So you heard from somebody who Rick Sabath is?
17     A   Right.  Yes.
18     Q   Did you know that Hy-Tech had always intended
19 to sell manufacturing equipment that was in the Air
20 Tools Mentor facility?
21     A   No, I don't.
22     Q   Did you know that the cost structure of the
23 Air Tool Mentor facility was always intended by Hy-Tech
24 to be short-lived?
25          MR. MUETHING:  Objection.

Page 76

1                          - CURRY -
2          THE WITNESS: I'm not sure if I one hundred
3  percent know what you're asking me.  I don't understand
4  the question.
5  BY MR. COLLINS:
6      Q Did you know that they didn't intend to
7  continue manufacturing operations in the Air Tool
8  Mentor, Ohio facility?
9      A I was told that after the purchase.
10     Q   And obviously, by moving this most
11 sophisticated piece of equipment that Air Tool owned
12 40 days after the purchase, it was pretty clear that
13 there was no intention of keeping that Mentor facility
14 open; correct?
15     A   I'm not sure if I knew that 40 days after or
16 not. So I wasn't involved in the discussions of, you
17 know -- I had no decision as to whether they were going
18 to leave the Mentor facility open or not.
19         I was responsible for Hy-Tech and running that
20 location.
21     Q   Did you know that Hy-Tech abandoned its lease
22 before the end of the term at the Mentor facility?
23     A   No.
24     Q   Did you know that Hy-Tech believed that there
25 was more than enough equipment in the Cranberry facility

Page 77

1                          - CURRY -
2  to handle all of the manufacturing of the Air Tool
3  parts?
4      A   No.
5      Q Are you familiar with the inventory control
6  system that Air Tool used before this closing of this
7  sale to Hy-Tech?
8      A   No.
9      Q   Did you ever use -- I think you did talk to us
10 earlier about you transitioning data from other
11 companies into the system used by Hy-Tech?
12     A   Right. Yeah, I personally didn't do the data
13 transfer, but other people in Hy-Tech did the data
14 transfer that came from Atsco, but I was not involved in
15 it.
16     Q   All right.  So you don't know what inventory
17 control system Air Tool was using before this
18 transaction closed, do you?
19     A   Yeah.  I don't know.
20     Q   And do you know how the Air Tool inventory was
21 transferred into the Hy-Tech system?
22     A   No, I don't know how it physically was
23 transferred.  That was done by finance.
24     Q   Do you know how the physical transfer of the
25 parts on the shelves occurred from Mentor to the

Page 78

- CURRY -

1
2 Cranberry facility after the transaction?
3   A   Yes.  After the transaction, we actually had
4 some of our employees go up and box up the parts and
5 pack up the parts to get them ready to ship down to
6 Hy-Tech.
7   Q   And did the boxes have indicators of what was
8 in the packaging?
9   A   Oh, yeah.  Part numbers and quantity of what
10 the parts were, yes.
11   Q   And what part numbers were you using? The Air
12 Tool part numbers or the Hy-Tech part numbers?
13   A   Atsco's part numbers.
14   Q   And when the materials were then shipped to
15 Cranberry, were they incorporated into the inventory of
16 Hy-Tech?
17   A   Yes.
18   Q   Were there any amounts of inventory that were
19 taken from Air Tool -- well let me withdraw that and
20 start again.
21       When did the inventory from the Mentor
22 facility get removed and taken to Cranberry?
23   A   You know, I don't remember the exact date.
24   Q   Well, can you give me an approximate time?
25   A   It would have been approximately a few months

Page 79

- CURRY -

1
2 after the transition, maybe three or four months, but I
3 really don't know the exact date.
4   Q   All right.  I'll accept that, three or four
5 months.
6       And now I want to ask you: Were there any
7 parts taken from the Air Tool Mentor facility before the
8 large amount of inventory was taken from Mentor and
9 transported to Cranberry?
10   A   Not that I'm aware of.
11   Q   Mr. Ober didn't pack up his truck and bring
12 some things back with him?
13   A   I have no idea.
14   Q   Do you know when Hy-Tech told the Air Tool
15 staff that the Mentor facility was closing?
16   A   I don't remember the exact day, and I wasn't
17 the one that did it.  But I don't remember.
18   Q   Can you give me a guess? Was it immediately
19 after the August 13, 2014 date on the --
20   A   I'm not going to guess.  I don't remember.
21   Q   Was it days or weeks or months after
22 August 2014?
23       MR. MUETHING:  Objection.
24       THE WITNESS: It was months, but I don't
25 remember exactly.  I don't remember how many months.

Page 80

- CURRY -

1
2 BY MR. COLLINS:
3   Q   Okay. Did you have anything to do with the
4 inventory rollback?
5   A   Inventory rollback, no, not that I know of.
6   Q   Did you have anything to do with managing the
7 Air Tool inventory after it had been incorporated into
8 the Hy-Tech facility at Cranberry?
9   A   I was responsible for the warehouse, so for
10 shipping and receiving.  So any Air Tool parts that may
11 need to be shipped out to customers or whatever, that
12 was under my management.
13   Q   Would you have been working with any kind of
14 an obsolescence policy in view when you were dealing
15 with the Air Tool inventory?
16   A   Not that I'm aware of.
17   Q   That would be an accounting function, is that
18 what you're telling us?
19   A   That's correct.
20   Q   Okay.  All right.  So you said that you went
21 to Air Tool after the transaction, which had to have
22 been after August 14, 2014.
23       Do you recall when it was that you traveled
24 over to Mentor?
25   A   I don't remember the exact date.  I went a few

Page 81

- CURRY -

1
2 times, you know, in preparation of ultimately moving
3 product and machines to Hy-Tech, but I don't remember
4 the exact days.
5   Q   Okay. So that was your function, was to
6 assess what was present at the Air Tool facility and
7 think about relocating it to Cranberry; is that right?
8   A   That's right.
9   Q   Okay.  So you weren't judging the quality of
10 any of the equipment at that time, were you?
11   A   No.
12   Q   And you weren't judging any of the quality of
13 the parts that were inventoried at the Mentor facility,
14 were you?
15   A   No.
16   Q   You don't know any of the past business
17 practices of Air Tool before August 14, 2014, do you?
18   A   No.
19   Q   Did you have any access of Air Tools audited
20 financial statements?
21   A   No.
22   Q   So you didn't apply any of the standards that
23 were included in Air Tool's audited financial statements
24 to any of the furniture, fixtures, or equipment that you
25 relocated to Cranberry from Mentor; is that right?

Page 82

- CURRY -

2    A    No, not involved.

3    Q    And you would not have any knowledge about the
4  quality or quantity of inventory that Air Tool used in
5  the ordinary course of its business before Hy-Tech
6  purchased it?

7    A    No.  No information.

8    Q    So you wouldn't know what quantity of
9  inventory Air Tool needed prior to the transaction to
10 conduct its ordinary business; is that right?

11   A    No.

12   Q    I think I heard you describe -- I think it was
13 couched in the sense of frustration with the MacTurn
14 functioning.

15        But you were describing goals, that you had
16 production goals; is that right?

17   A    We had -- it was not necessarily goals. We
18 had production quantities that we needed to meet for
19 certain parts to be able to produce final product.

20   Q    Okay. And you don't have any knowledge as to
21 how, before the transaction, Air Tool met its production
22 goal in the ordinary course of its business with its
23 assets, do you?

24   A    No, I don't.

25   Q    So you're just describing goals that you, as a

Page 83

- CURRY -

2  Hy-Tech employee, had insofar as Hy-Tech had customers,
3  Hy-Tech was offering certain products, and you're trying
4  to satisfy the customers with those products; is that
5  right?

6        MR. MUETHING:  Objection.
7        THE WITNESS:  Yes.

8  BY MR. COLLINS:

9    Q    You're not trying to describe any
10 responsibility of Air Tool to the customer demands that
11 Hy-Tech had, am I right?

12        These are your customers.

13   A    Well, they could have been customers that we
14 inherited from Atsco, that, you know, once we bought the
15 business, now we own it, then all the customer demand
16 that they had is now Hy-Tech's.

17        So it could have been recent orders or recent
18 orders that we inherited from Atsco that we were trying
19 to fulfill.

20   Q    Well, it could have been. But candidly, these
21 two businesses were in the same marketplace; correct?

22   A    Yes.

23   Q    I mean, you guys made parts as well as
24 finished goods in the Air Tool industry; correct?

25   A    Yes.

Page 84

- CURRY -

2    Q    And that's exactly what Air Tool did as well;
3  correct?

4    A    Yes. But they had some products that we did
5  not have. And then the MacTurn machine that we
6  inherited, the parts that they were running on the
7  MacTurn machine were parts and tools that we did not
8  make at Hy-Tech.  They were specifically customers for
9  Atsco.

10   Q    Right.  But nonetheless, this was a
11 transaction that you guys took on in the purchase of the
12 assets, and you were hoping that you could interact with
13 those customers. But at this juncture, they're your
14 customers; correct?

15   A    Yes.

16   Q    Okay. So how Atsco fulfilled what had been
17 their customer needs, you're not trying to describe that
18 they are the same thing.

19        I mean, Hy-Tech's customer needs and Air
20 Tool's customer needs are similar, but they're not
21 identical; is that right?

22   A    That is correct.

23   Q    And you also described -- and again, I think
24 you used the word "frustration" with the fact that you
25 say the Okuma MacTurn was not functioning in ways that

Page 85

- CURRY -

2  you wanted it to, that you would have to use alternative
3  pieces of equipment to produce the products that the
4  customers were looking for.

5        Do you recall that testimony?

6    A    Yes.

7    Q    And you don't know how Air Tool would have met
8  its customer demand in operating its business if it also
9  experienced any level of frustration with that same
10 piece of equipment, do you?

11   A    No.

12   Q    I don't think that we're going to be getting
13 into this in trial, but the questions were asked, so I'm
14 just going to follow up a little bit on these drawings
15 discussions.

16        Can you tell us how old in the industry is
17 this Air Tool business?

18   A    It's at 40 years, 50 years old at least, maybe
19 older.  It depends on the product and the parts.

20   Q    And is Hy-Tech an original equipment
21 manufacturer, or are you an aftermarket parts supplier?

22   A    We actually are both.

23   Q    Okay.  And what percentage of your business is
24 aftermarket parts?

25   A    I would say probably 50.

- CURRY -

1  
2  Q   And as you understand Air Tool, were they an
3  original equipment manufacturer or an aftermarket parts
4  supplier?
5  A   Actually, they did both as well.
6  Q   Okay.  And do you have any idea what the split
7  was in terms of their business between those two?
8  A   I have no idea.
9  Q   When one is working in the aftermarket
10  parts/business, isn't that for the manufacturer in
11  replacement parts?
12  A   Yes.
13  Q   Okay. And so I think you just said it's a
14  40-year-old business. How often did parts in an Air
15  Tool device need to be serviced or replaced because of
16  breakage?
17  A   It depends on how they're used, and, you know,
18  how many years they've been in service.  So it's hard to
19  say exactly how often you should replace parts.
20  Q   Sure. But it's not an uncommon thing for the
21  owner of an Air Tool product to have to replace a part
22  on an Air Tool, is it?
23  A   No, it's not uncommon.
24  Q   All right.  And if -- and who are the big
25  manufacturers of Air Tool in the United States?

- CURRY -

1  
2  A   Ingersoll Rand, Chicago Pneumatic, Clico,
3  Atlas Copco, I guess, to some degree in the U.S. a
4  little bit.  Those are probably the major players.
5  Q   And your company manufactures aftermarket
6  parts for each of those original equipment manufacturing
7  companies; is that right?
8  A   Yes.
9  Q   Does Ingersoll provide you with drawings for
10  the aftermarket part that you're going to be selling in
11  as replacement parts for Ingersoll Rand air tools?
12  A   No.
13  Q   How do you get drawings for aftermarket parts
14  that you want to sell in for folks that are trying to
15  repair their Ingersoll Rand equipment?
16  A   We actually have acquired a sample of the
17  Ingersoll Rand part, and our engineering department will
18  reverse engineer that part.
19  Q   And over time, does Ingersoll Rand replace
20  given Air Tools that they're putting out in the
21  marketplace?
22  A   Do they replace?
23  Q   Yeah.
24  A   I'm not sure I understand.
25  Q   Do they put in a new version or a new model,

- CURRY -

1  
2  updated version or model of an Air Tool?
3  A   Oh, they come out with various new models of
4  air tools over the years, sure.
5  Q   And over time, did the air tools change in
6  terms of the parts that are necessarily incorporated
7  into the air tools for replacement parts?
8  A   They can, sure.
9  Q   And does that also mean that when you're
10  reverse engineering and manufacturing, you're also
11  having to change your drawings?
12  A   Yes.
13  Q   Okay. Do you know if in the ordinary course
14  of business, Air Tool required its drawings to be
15  revised?
16  A   Before a purchase, I do not know.
17  Q   In regards to drawings, I think as you've
18  described, principally changes in tolerance; is that
19  correct?
20  A   It can be a variety of things. It can be
21  changes in tolerance, heat treatment, if there's
22  painting or plating.  Overall dimensions can change.
23  It's a variety of different things that can change.
24  Q   Okay. Do you know if Air Tool followed the
25  exact same manufacturing process that Hy-Tech follows in

- CURRY -

1  
2  manufacturing as of, for instance, Ingersoll Rand and
3  replacement parts for air tools?
4  A   Did they follow the same process?
5  Q   Yes.
6  A   As it relates to what?  Manufacturing?
7  Q   Yes.  Manufacturing replacement parts where,
8  for example, an Ingersoll Rand air tool?
9  A   I'm not familiar with Atsco's processes here
10  in detail.
11  Q   Okay.  Do you know inventory returns that
12  Atsco experienced of parts that it manufactured prior to
13  the transaction with Hy-Tech?
14  A   I'm not familiar with their returns that they
15  experienced before the acquisition, no.
16  Q   So you wouldn't know if they got a lot of
17  defective parts sent back to them or not?
18  A   No.
19  Q   You wouldn't know if they had returned product
20  because it wasn't functional in an original equipment
21  manufacturer's piece of equipment prior to the
22  transaction?
23  A   Not prior to the transaction, no.
24  Q   Okay.  Give me a moment.  I might be done
25  myself.

- CURRY -

1
2    Q    Do you know who Richard Horowitz is?
3    A    Yes.
4    Q    Can you tell me who he is?
5    A    He the CEO of P&F Industries.
6    Q    And did he have anything to do with the
7    purchase and sale between Atsco and Hy-Tech?
8    A    I don't personally know that.
9    Q    You never saw him at the facility of Atsco in
10   Mentor prior to the transaction, did you?
11   A    No.
12   Q    Sir, I appreciate your time, and that's all I
13   have for you.  Thank you very much.
14   A    All right.  Thank you.  Go get tested.
15        MR. COLLINS:  I'm sorry?
16        THE WITNESS:  Go get tested.
17        MR. COLLINS:  We made the appointment when we
18   took our break, so --
19        MR. MUETHING:  Okay.  Good.
20        MR. COLLINS:  We're off the record.
21        THE VIDEOGRAPHER:  The time is now 12:49 p.m.
22   And we are now off the record.
23             (Off the record.)
24        THE VIDEOGRAPHER:  The time is now 12:53 p.m.,
25   and we are now back on the record.

- CURRY -

1
2               REDIRECT EXAMINATION
3
4    BY MR. MUETHING:
5    Q    Patrick, again for the record, this is Brian
6    Muething.  Just wanted to ask you a couple follow-up
7    questions from your testimony with Mr. Collins.  He
8    asked you some questions about the process of moving the
9    MacTurn machine.
10        Do you recall that testimony?
11   A    Yes.
12   Q    Are you aware of any damage that occurred in
13   connection with moving the machine?
14   A    No.
15   Q    On PX114, I'll represent to you that there's
16   an invoice from a Ramsey machine for the moving of the
17   MacTurn.
18        Do you remember talking about that earlier?
19   A    Yes.
20   Q    Is that, in fact, the company that moved the
21   MacTurn machine to the facility in Pennsylvania?
22   A    Yes.
23   Q    What has been your experience with Ramsey
24   Machine in terms of as a rigging company?  Have you used
25   them before?

- CURRY -

1
2    A    We've used them many, many times in the past.
3    Q    What has been your experience in the way they
4    deliver their services?
5    A    They're very professional.  As far as I've
6    been involved in the eight years I've been with Hy-Tech,
7    we've never had them damage a machine or have any
8    problems with a machine.
9         We just recently moved well-over one hundred
10   machines back at the beginning of the year and did not
11   have one issue with it.
12   Q    Mr. Collins asked you some questions that
13   generally established that you may not have known how
14   Atsco operated before the transaction closed.
15        Do you remember those questions?
16   A    Yes.
17   Q    The deficiencies that you testified to on
18   direct examination, did they result in the machine
19   simply not working at all?
20   A    That's -- you're talking about with the
21   MacTurn?
22   Q    Yes, sir.
23   A    Correct.  When we had a problem with the
24   MacTurn, it was that the machine would not operate
25   properly, or it was just dead.  It would not function.

- CURRY -

1
2    Q    So without knowing the specifics of how Atsco
3    may have utilized the MacTurn, you expected that they
4    would have been able to turn it on, at least; correct?
5    A    I assumed so, but --
6         MR. MUETHING:  That's it, Tim.
7         No further questions for you, Patrick.
8         THE WITNESS:  Okay.
9         MR. COLLINS:  Just a couple here.
10
11              RECROSS-EXAMINATION
12
13   BY MR. COLLINS:
14   Q    So you did tell us that it's possible when a
15   1,000-pound piece of equipment is transported from
16   Mentor, Ohio on northeastern Ohio roads and then over
17   into Pennsylvania roads, to Cranberry, Pennsylvania,
18   that that piece of equipment might sustain some damage;
19   correct?
20   A    This piece of equipment, from what I knew, did
21   not sustain any damages.
22   Q    Well, would all damage be visible, or could
23   some of it not be visible to the naked eye?
24   A    The machine that we sat down at Hy-Tech and
25   powered up worked initially with no obvious problems or

Page 94

```
                        - CURRY -
1
2   defects or damage.
3       Q    How old was that piece of equipment when you
4   powered it up?
5            MR. MUETHING:  Objection.  This is outside the
6   scope of the cross.
7            THE WITNESS: You know what, I really don't
8   know.  I don't remember the date of manufacture on that
9   machine.
10  BY MR. COLLINS:
11      Q    Don't these pieces of equipment also wear out?
12           MR. MUETHING: Objection. Outside the
13  scope -- hey, Patrick, just hold on for one second.
14           THE WITNESS:  Okay.
15           MR. MUETHING:  Just for the Court.
16           Objection.  It's outside of the scope of
17  redirect.
18           Go ahead.  You can answer the question.
19  BY MR. COLLINS:
20      Q    You can answer.
21      A    Over time, CNC machines, milling
22  manufacturing-type machines like that do wear over time.
23      Q    And some do wear sooner than others; correct?
24      A    It depends on how much you use the machine.
25      Q    Would transporting a piece of equipment as
```

Page 95

```
                        - CURRY -
1
2   well as using it potentially impact its functionality
3   and its future life?
4            MR. MUETHING:  Objection.
5            THE WITNESS:  My experience --
6            MR. MUETHING:  Patrick.
7            THE WITNESS:  Yeah.
8            MR. MUETHING:  I'm sorry.  I need to make my
9   objections for the record. I'm not going to stop him
10  from asking the questions. I'm not going to stop you
11  from answering them.  I just need to make record.
12           THE WITNESS:  Okay.
13           MR. MUETHING:  So just maybe a little pause
14  and then he can ask his question again, sir.
15           THE WITNESS:  Okay.
16           MR. MUETHING:  Objection.  It's outside the
17  scope of redirect.
18           Go ahead.
19           THE WITNESS:  My experience in 20-plus years
20  in doing this type of business, I've moved many, many
21  machines over the years, and I have not had any machines
22  that I've sat back down that were working previously,
23  did not work when we sat them back down and then
24  installed them and hooked them up.
25           Normally, with a normally operating machine,
```

Page 96

```
                        - CURRY -
1
2   when you move one, if you're doing it the right way, you
3   don't have any problems. And I've not had any kind of
4   problems in the past like I have with this machine.
5   BY MR. COLLINS:
6       Q    Well, so there's a couple factors that could
7   be playing into this piece of equipment not working,
8   isn't that true?
9            MR. MUETHING:  Objection.
10           THE WITNESS: You know, as far as having
11  factors that could -- what factors those are, who knows?
12  I can't say yes or no on that.
13  BY MR. COLLINS:
14      Q    So you think there's only one factor, there's
15  only one reason why it doesn't work?
16           MR. MUETHING:  Objection.
17           Tim, I asked him about the moving company, and
18  I asked him if the machine was turning on.  That's it.
19           MR. COLLINS:  I appreciate that.
20           MR. MUETHING:  Thank you.
21           Go ahead and answer.
22           MR. COLLINS:  Sir, do you have an answer for
23  me?
24           THE WITNESS: Ask the question again.
25
```

Page 97

```
                        - CURRY -
1
2   BY MR. COLLINS:
3       Q    Are you suggesting there's only one factor for
4   this piece of equipment not working?
5       A    There's a multitude of factors internally in
6   the machine that can cause the machine not to work or
7   function properly.
8       Q    And those internal factors -- factors internal
9   of the machine could be caused by external forces;
10  correct?
11      A    I don't know what external forces would have
12  caused these problems?
13      Q    Bumping on the road to Cranberry, Pennsylvania
14  is one factor I'm wanting to pose to you to see if you
15  would agree that that's one of the reasons why this
16  piece of equipment may not have worked as well as you
17  would hope?
18      A    From what I know when we sat the machine back
19  down and installed the machine and hooked it back up, it
20  worked properly initially.                            1
21      Q    Right so --
22      A    So I cannot say whether or not it could have
23  or could not be damaged in transit.  I don't know.
24      Q    So somebody that's got more technical
25  knowledge about this piece of equipment is the person   1
```

Page 98

- CURRY -

1   that we need to tell all of us why this thing was not
2   working?
3
4        MR. MUETHING:  Objection.
5        THE WITNESS:  You need -- yeah.
6        If you want to know more specifics as to all
7   of the failures of the machine and all the reasons why
8   it failed, you would have to talk to someone who has a
9   lot more knowledge about the internal work of the
10  machine than myself.
11       Q   Okay.  That's good enough.  Thank you, sir.
12  That's all I have.  Thank you very much.
13       A   Yeah.
14       MR. MUETHING:  Patrick, you're done.
15       THE WITNESS:  Okay.
16       MR. COLLINS:  So, Miranda, you --
17       I don't know if you want to talk to him about
18  reading because you have to get this out by Monday so --
19       MR. MUETHING:  Right.
20       Patrick, you have the opportunity to read -----
21  think as we've talked about maybe at one point.  You
22  have the opportunity to read and review your transcript
23  and notwithstanding Ms. Perez's efforts, if there's
24  anything that's misspelled or didn't get down
25  accurately, you have the opportunity to correct it.

Page 99

- CURRY -

1        I would encourage you to exercise that right,
2   but that's up to you.
3
4        THE WITNESS:  Okay.
5        MR. MUETHING:  Would you like to read and sign
6   your transcript?
7        THE WITNESS:  Sure.
8        MR. COLLINS:  Very good, sir.  Thank you for
9   your time.
10       THE WITNESS:  Thank you.
11       MR. COLLINS:  Brian, thanks.
12       THE VIDEOGRAPHER:  The time is now 1:01 p.m.,
13  and we are now off the record.
14       (Proceedings concluded at 1:05 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 100

- CURRY -

1
2   DEPONENT'S DECLARATION UNDER PENALTY OF PERJURY
3
4        I, WILLIAM PATRICK CURRY, do hereby declare under
5   penalty of perjury that I have read the entire foregoing
6   transcript of my deposition taken on November 4, 2020;
7   that I have made any corrections as appear noted on the
8   Deposition Errata Sheet, attached hereto, signed by me;
9   that my testimony as contained herein, as corrected, is
10  true and correct.
11
12       EXECUTED this_____day of_____, 2020,
13  at_____,_____.
                (City)                    (State)
14
15
16            _____
                  WILLIAM PATRICK CURRY
17
18
19
20
21
22
23
24
25

Page 101

- CURRY -

1
2   DEPOSITION ERRATA SHEET
3   Case Name: Atsco Holdings Corp, et al. v. Air Tool
    Service Company, et al.
4
    Case No.: 1:15-CV-1586
5
    Deposition Date: November 4, 2020
6
    Deponent: William Patrick Curry
7
8   PAGE LINE DESIRED CHANGE
9   ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____
25  Signature: _____Date: _____

Page 102

```
1                      - CURRY -
2    STATE OF OHIO              )
                               )
3                               )
     NOTHERN DISTRICT           )
4
5            I, MIRANDA L. PEREZ, a Certified Shorthand
6    Reporter of the State of California, do hereby certify:
7            That the foregoing proceedings were taken
8    remotely at the time and place herein set forth; that
9    any witnesses in the foregoing proceedings, prior to
10   testifying, were placed under oath.
11           That a verbatim record of the proceedings was
12   made by me using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is a true and accurate transcription thereof.
15           I further certify that I am neither
16   financially interested in the action nor a relative or
17   employee of an attorney of any of the parties.
18           In witness whereof, I have hereunto subscribed
19   my name.
20
21   Dated: November 16, 2020
22
23   _____
24   MIRANDA L. PEREZ
     Certified Shorthand Reporter
25   CSR No. 14352
```

**$**

**$1,390** 45:25
**$200** 56:17 57:8
**$300,000** 20:4
**$400,000** 20:4
**$45,000** 41:20
**$955** 47:7
**$955.20** 47:2

**-**

**-H** 55:16

**1**

**1** 6:3 32:22 54:25 97:20,25 98:5,10,15, 20,25 99:5,10
**1,000-pound** 93:15
**1-RP3KD3** 55:16
**100** 21:13
**10:05** 5:3
**10:06** 6:11
**10:30** 24:4
**10:32** 24:7
**10:52** 36:13
**10:59** 36:15
**11** 27:19,20,21 28:14 29:5 30:20,25 31:5, 13,16
**11:29** 57:15
**12:05** 57:18
**12:49** 90:21
**12:53** 90:24
**13** 60:8 61:2 79:19
**14** 25:4,5 54:25 68:15,19 80:22 81:17
**143** 28:15
**14th** 68:25

**18** 10:19
**1:01** 99:12
**1:05** 5:3 99:14
**1:15-CV-1586** 6:8

**2**

**20** 10:19
**20-plus** 95:19
**20-year** 33:19
**2012** 9:9
**2014** 15:3 60:8 61:2 68:16,25 73:6,19 79:19,22 80:22 81:17
**2015** 28:15 56:21
**2019** 9:10
**2020** 5:2 6:10
**24** 68:16
**24,2014** 68:20
**2CIP** 28:15

**3**

**30** 5:19 14:9
**31st** 28:15

**4**

**4** 5:2
**40** 14:9 68:25 76:12, 15 85:18
**40-year-old** 86:14
**44039860** 28:2
**49** 13:9
**4th** 6:10

**5**

**50** 13:9 85:18,25
**53** 10:4 33:15 66:19, 20,22

**6**

**60** 73:3
**699237** 44:9,24

**7**

**70** 73:3

**A**

**a.m.** 5:3 6:11 24:4,7 36:13,15 57:15
**abandoned** 48:9,13 76:21
**absolutely** 7:21 17:23 20:10 56:14
**accept** 79:4
**access** 23:21 39:9 81:19
**accessories** 40:4 41:5
**account** 75:13
**accounting** 80:17
**accurate** 27:9
**accurately** 98:25
**acquired** 49:2 87:16
**acquisition** 16:11 18:3 20:25 21:7 49:14,18 67:8,24 89:15
**acquisitions** 20:10, 12,24
**actual** 28:19
**add** 44:18
**added** 18:22,24
**adding** 17:21 19:15
**addition** 19:12 66:8
**additional** 18:2 43:9
**address** 51:25
**admissible** 5:18

**admit** 25:3 40:11 54:4
**admitted** 25:5 40:13 54:6
**affect** 23:11 47:20,21
**aftermarket** 85:21, 24 86:3,9 87:5,10,13
**agree** 5:22 62:4,14, 18,25 97:15
**agreement** 58:14,17, 20,24 59:4,19 60:7
**ahead** 19:2 20:22 27:23 36:2 51:17 54:14 69:5 94:18 95:18 96:21
**air** 6:5 8:4,6,8,9,10,25 10:3,9 15:2,10,11 58:7 59:23 60:11,19 61:2,4,11,18,24,25 62:4,14 63:4,7 64:3 74:19 75:19,23 76:7, 11 77:2,6,17,20 78:11,19 79:7,14 80:7,10,15,21 81:6, 17,19,23 82:4,9,21 83:10,24 84:2,19 85:7,17 86:2,14,21, 22,25 87:11,20 88:2, 4,5,7,14,24 89:3,8
**alphabet** 55:17
**alternative** 85:2
**aluminum** 8:23
**aluminum-type** 10:18
**amount** 19:21 29:16 30:9 31:9 79:8
**amounts** 78:18
**answering** 95:11
**anymore** 48:16
**apologize** 71:5
**apparently** 64:7
**applications** 8:17, 20
**applied** 70:15 71:2, 11

**apply** 81:22
**appointment** 90:17
**approximate** 78:24
**approximately** 6:10 9:7,10 15:3 20:4 69:10,11 73:2 78:25
**area** 68:8 73:14
**aspect** 16:19
**assemble** 8:19 14:11
**assembly** 14:12 51:21
**assess** 81:6
**asset** 58:14,16,20,23 59:3,19 60:7
**assets** 16:9 17:21 20:14 59:2,5,6 74:18 82:23 84:12
**association** 5:7
**assumed** 93:5
**Atlas** 87:3
**Atsco** 6:5 15:9,12,14 16:20 17:23 19:17 20:14 21:23 34:4,13, 20 35:14 47:23 48:6 49:3,14 50:25 52:16 53:19 54:17 55:22 56:9 66:25 67:8 68:6 71:25 75:12,14 77:14 83:14,18 84:9,16 89:12 90:7,9 92:14 93:2
**Atsco's** 78:13 89:9
**attached** 42:13 59:3
**attachments** 58:19
**attempt** 61:4
**audited** 81:19,23
**August** 28:15 60:8 61:2 68:24 79:19,22 80:22 81:17
**aware** 35:24 46:17 59:11,21 61:9 79:10 80:16 91:12

**B**

**back** 21:15 24:8
26:16 28:11 29:23
30:17 31:5,10,25
32:24 36:16 37:3
39:18 41:10,14 42:5
44:16 47:6 52:10,11,
14 57:19 72:13 79:12
89:17 90:25 92:10
95:22,23 97:18,19

**background** 15:9
19:22 58:7 74:10,11

**balance** 41:23

**bar** 10:7,8,19 27:3
40:5 42:12 43:12
44:2

**base** 19:24

**based** 26:8 43:16
49:25

**basic** 10:14 11:16

**basically** 15:16
50:14 56:10

**bed** 72:18

**began** 25:11 54:12

**beginning** 92:10

**behalf** 6:15 7:3

**believed** 76:24

**benefit** 19:13 27:18

**big** 15:18 51:10 69:8
86:24

**bigger** 35:25

**biggest** 69:22

**bit** 9:24 15:8 19:8
57:11 85:14 87:4

**block** 50:20 72:12

**bolts** 8:16,18,21

**bottom** 28:19 40:22

**bought** 83:14

**box** 78:4

**boxes** 78:7

**brand** 34:16

**branded** 67:6

**brass** 10:17

**break** 90:18

**breakage** 86:16

**breakdown** 47:24

**breaking** 32:20

**Brian** 6:14 7:13 15:23
19:4 23:23 48:9 91:5
99:11

**bridge** 8:19

**bring** 28:11 32:7
65:18 79:11

**broke** 36:18 62:10

**bronze** 10:17

**brought** 16:24 47:4

**building** 26:6 42:24

**Bumping** 97:13

**business** 8:3 18:22
19:14 20:8 24:24
35:3,10 38:3 40:9
47:14,18,20 49:2
54:2 56:13 60:12
61:5,7,8 67:17 81:16
82:5,10,22 83:15
85:8,17,23 86:7,14
88:14 95:20

**businesses** 83:21

**buying** 40:6

**C**

**CAD** 49:7

**call** 7:19 50:10,12
59:10

**called** 7:3 42:12
58:14 64:6

**Calls** 75:7

**candidly** 83:20

**car** 8:17

**career** 33:20

**cartridge** 27:14 29:8,
20

**case** 5:20 6:8,19
26:25 48:15 52:22
55:13

**cases** 52:20,22

**castings** 69:15

**caused** 97:9,12

**center** 42:14 45:14,
16 52:6

**centers** 10:4,5 33:15
49:21 66:23

**CEO** 90:5

**certified** 5:6

**challenges** 15:20
17:5,7

**chances** 73:9

**change** 50:7,9,11,13,
15 53:3 54:24 55:14,
19 56:2 88:5,11,22,
23

**changed** 43:19
55:13

**charge** 46:6 56:20
57:4,6

**check** 29:13,15
30:13 31:8 41:19
52:17 57:12

**checking** 51:12

**checks** 30:3

**Chicago** 21:10 87:2

**circle** 70:4

**Civil** 5:19

**claim** 48:10,13

**clamps** 27:4

**clear** 76:12

**Cleveland** 6:18

**Clico** 87:2

**client** 58:8

**closed** 61:5 68:24
77:18 92:14

**closing** 60:12,18
68:25 77:6 79:15

**CNC** 10:4,23 11:8,10
18:9,12,13 26:23
33:15 37:14 38:15,16
42:14 46:24 49:21
52:5,6,21 64:21
66:19,22 67:6 94:21

**Collins** 5:24 6:17
15:21 18:25 19:3,7
20:20 21:24 23:23
25:7,9 32:10,12,18
35:21,24 36:7 39:9
40:15 47:16 48:9,21
53:11 54:8 56:22
57:20,24,25 60:15,23
62:12,13 63:24 73:16
74:15,21 75:2,9 76:5
80:2 83:8 90:15,17,
20 91:7 92:12 93:9,
13 94:10,19 96:5,13,
19,22 97:2 98:16
99:8,11

**column** 25:15 53:21
54:21 55:24

**combining** 18:13

**common** 8:14

**companies** 20:12
21:10 50:12 64:10
77:11 87:7

**company** 6:6 15:3,9,
12 16:12 18:4,8
20:25 25:17 26:14
34:15 46:16,18 64:6
65:21 67:22 68:5
74:18 87:5 91:20,24
96:17

**company's** 50:22

**compilation** 31:21

**complete** 15:17
51:19 52:14 55:9

**completed** 13:22
20:19 56:7

**completely** 22:12
27:12

**complicated** 65:4,6,
8

**components** 15:17
17:10 22:10 43:10

**compressed** 8:10

**computer** 11:10,12,
13 16:14,17 20:15
64:18 69:17

**computer-
controlled** 69:6

**concluded** 99:14

**condition** 75:5

**conditions** 73:15

**conduct** 82:10

**conducting** 60:12

**connection** 33:25
34:4 48:5 91:13

**consistent** 22:20
62:6,21

**consistently** 33:24

**constant** 33:3 47:24

**constantly** 32:20
33:5,21

**contained** 28:5

**continue** 76:7

**continued** 22:7

**contract** 59:10

**control** 9:20 11:10
12:14,18 51:12 77:5,
17

**controller** 22:9
69:18

**conversation** 48:16
63:14 75:4

**coolant** 46:22,23

**Copco** 87:3

**copies** 30:3

**copy** 60:6

**corner** 28:19 40:22

**Corporate** 6:5

**correct** 7:17,18
12:11 13:24 31:3
37:2 47:5 51:10
52:22 64:9,14,16,19,
25 65:2,4,11,15,19,
20 66:11,17,18 68:17
69:4,5 70:9,12,24
71:12 72:18,19,22,23

73:10 76:14 80:19 83:21,24 84:3,14,22 88:19 92:23 93:4,19 94:23 97:10 98:25

**correctly** 13:6 14:11 52:4

**cost** 41:4,25 43:16 46:25 47:2,23 56:3 75:22

**costs** 16:16 37:7 40:6

**couched** 82:13

**coughing** 22:22

**Counsel** 5:5 6:12

**couple** 58:6 91:6 93:9 96:6

**Court** 5:13 6:7,20 7:4,7,22 8:7 11:8 16:6,8 18:5 19:19 20:17 42:9 45:6 48:16 53:16 94:15

**courtroom** 5:18

**cover** 17:17

**COVID-19** 5:9

**Cranberry** 7:25 68:8 69:3 72:25 73:7,18 76:25 78:2,15,22 79:9 80:8 81:7,25 93:17 97:13

**crane** 72:11,12,16

**create** 49:5 64:21,25

**created** 10:25 11:2 59:14

**critical** 34:12

**cross** 94:6

**CROSS-EXAMINATION** 57:22

**current** 9:2,3

**Curry** 5:1 6:1,4,20 7:1,2,12,15,19 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1,6 17:1 18:1 19:1,12 20:1 21:1 22:1 23:1

24:1 25:1,11 26:1,17 27:1 28:1 29:1 30:1, 18 31:1 32:1,6 33:1 34:1 35:1 36:1,18 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1,13 48:1 49:1 50:1 51:1 52:1 53:1,14 54:1,12 55:1 56:1,16 57:1,11, 25 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1

**customer** 49:5 57:3 83:10,15 84:17,19,20 85:8

**customers** 56:25 61:8 80:11 83:2,4,12, 13 84:8,13,14 85:4

**cut** 11:22 43:3 53:23 54:14 70:7,16 71:12

**cutter** 11:22,25 12:5 70:25 71:3,10

**cutters** 43:3

**cutting** 12:2,4 27:5 42:19 44:4 70:15,22 71:4,9

---

**D**

**dad** 71:6

**damage** 74:3,4 91:12 92:7 93:18,22 94:2

**damaged** 97:23

**damages** 73:22,24 93:21

**data** 16:13 20:15 77:10,12,13

**date** 17:14 49:20 54:23 60:5,9 61:14, 16 68:20,21 78:23

79:3,19 80:25 94:8

**dated** 28:14 68:16

**day** 33:2 68:18 79:16

**day-to-day** 9:18,25 67:17

**days** 22:5 68:25 76:12,15 79:21 81:4

**Dayton** 21:2

**DCO** 50:11

**dead** 92:25

**deal** 64:9

**dealing** 80:14

**December** 9:10

**decided** 34:15

**decision** 39:5 76:17

**decisions** 34:10

**deducted** 41:20

**defective** 26:18,19 89:17

**defects** 94:2

**Defendants** 6:18

**deficiencies** 51:25 92:17

**deficiency** 31:20

**degree** 33:13 67:19, 20 87:3

**deliver** 92:4

**delivered** 41:23 42:3

**demand** 83:15 85:8

**demands** 83:10

**department** 87:17

**depending** 56:24

**depends** 50:22 72:15 85:19 86:17 94:24

**deposition** 5:12 6:4, 9 15:25

**describe** 15:19 16:6, 8 21:21 25:11,12 31:20 37:5 38:6 39:23 42:9 54:12

69:7 82:12 83:9 84:17

**describing** 23:10 82:15,25

**description** 20:18 46:7 54:23,24

**design** 14:3

**designate** 55:15

**detail** 25:12 89:10

**developing** 57:2

**development** 9:21, 22

**device** 8:8 42:13,18 70:15,22 86:15

**diagnose** 65:11,13, 17 66:13

**diagnosing** 66:8

**diameter** 69:20,22, 24

**difficult** 34:21

**diligence** 59:10,12, 14

**dimensions** 49:9,24 69:20 88:22

**Dinsmore** 6:17

**direct** 7:9 57:12 67:7 92:18

**directed** 71:10

**directly** 62:3

**directory** 23:23

**disadvantage** 19:9

**disagree** 68:21

**disclosed** 74:11

**discovery** 48:10

**discuss** 9:12 40:19

**discussed** 14:17

**discussions** 43:17 76:16 85:15

**distancing** 5:10

**distributor** 41:2 43:17

**District** 6:6,7

**division** 6:7 9:4

**document** 23:17,21 24:10,12,14,17,23 25:12 28:10,13,14 29:11 31:2,12,19 39:11,13,17,20,23 40:12,24 41:11 44:14,17 47:12 53:14,16,18,25 54:9, 13,20 56:4,8 58:12, 16

**documentation** 17:13

**documents** 28:4 29:17 46:9 53:5 54:5 59:13

**dog** 35:21,22

**Dolan** 6:18

**dollar** 19:20 30:8

**drawing** 10:25 11:3 13:5,7,18,24 14:10 48:5 49:9,25 50:11, 15,17,19,20 51:6,14, 18 52:8,10,13,17 53:2,3 54:21,22 55:3, 10,12,14,15 56:2

**drawing's** 51:15

**drawings** 14:4 17:14,15 48:3,8,25 49:6,7,16,18,19,22 50:5,6,7 51:4 52:3, 20,23 53:20 54:16 56:9,15 85:14 87:9, 13 88:11,14,17

**drills** 43:2

**due** 5:9 59:10,11,14

**duly** 7:4

**duties** 9:25 67:21

---

**E**

**earlier** 26:17 41:14, 15 51:23 68:15 74:5 77:10 91:18

**Eastern** 6:7

**effect** 47:14,17

**effectively** 47:23

**efficiently** 19:17 47:23

**efforts** 98:23

**eliminate** 18:18

**employed** 7:23

**employee** 61:18,19, 21 83:2

**employees** 78:4

**employer** 58:9 59:9

**encounter** 17:5

**encourage** 99:2

**end** 42:13 43:2 53:24 64:25 76:22

**ended** 41:7

**engineer** 49:7 50:16 56:16,20 71:6 87:18

**engineering** 9:22 11:2,3 13:7,18,24 17:14,15 49:6,15 50:3,4,13 52:11 56:3 57:2,5 87:17 88:10

**entails** 12:16 39:17

**entering** 70:23

**entries** 42:8,10

**entry** 42:7

**environment** 12:17 50:4

**equipment** 15:14 64:12,16 65:10,14 66:10 68:15 69:6 71:14,20 72:6,21 73:21,25 74:2,11,17 75:5,19 76:11,25 81:10,24 85:3,10,20 86:3 87:6,15 89:20, 21 93:15,18,20 94:3, 11,25 96:7 97:4,16, 25

**establish** 51:24

**established** 92:13

**estimate** 43:15

**et al** 6:5,6

**evaluate** 58:22 63:10

**evaluated** 63:8

**eventually** 12:7 39:5

**evidence** 25:6 40:14 54:7

**exact** 61:14 68:11,18 78:23 79:3,16 80:25 81:4 88:25

**examination** 7:9 91:2 92:18

**examined** 7:5

**excited** 17:20,23

**exciting** 18:2,3 67:25

**excuse** 24:22 41:10 42:4 44:8 47:12 53:24

**exercise** 99:2

**exhibit** 25:4,5 28:5 40:13 54:6 68:15,19

**existing** 52:15

**expected** 32:8 93:3

**expense** 42:21,22

**expenses** 42:25

**expensive** 27:16

**experience** 20:2,7 33:11 91:23 92:3 95:5,19

**experienced** 65:6,7 85:9 89:12,15

**explain** 8:6 10:14 39:16

**extensive** 74:17 75:4

**external** 97:9,11

**eye** 93:23

---

**F**

**facility** 14:21 22:2,3 32:2 73:7 75:20,23 76:8,13,18,22,25 78:2,22 79:7,15 80:8 81:6,13 90:9 91:21

**fact** 84:24 91:20

**factor** 48:25 96:14 97:3,14

**factors** 96:6,11 97:5, 8

**fail** 32:25

**failed** 22:11 98:8

**failing** 33:5

**failures** 98:7

**faint** 66:5

**fair** 58:10 64:15

**fairly** 70:11

**fall** 72:9

**familiar** 10:11 11:7,8 14:21 15:2 34:5 65:25 77:5 89:9,14

**fashion** 10:13 33:15

**fault** 15:22

**favor** 63:13,15

**February** 21:11

**Federal** 5:19

**fee** 57:5

**feed** 27:3 42:14

**feeder** 40:5 42:12,13 43:12 44:2

**field** 33:20

**fifteen** 45:24

**figure** 52:11,18

**file** 53:18

**fill** 50:17

**final** 14:11 82:19

**finally** 33:6

**finance** 77:23

**financial** 81:20,23

**financials** 16:17

**find** 28:8 52:15,18 55:8

**finished** 83:24

**fix** 22:14 66:15

**fixtures** 81:24

**folks** 63:4 87:14

**follow** 46:9 85:14 89:4

**follow-up** 91:6

**foot** 10:19 69:10

**force** 71:2

**forces** 97:9,11

**forklift** 72:7,9,10,16

**form** 10:18,20,24 33:15 50:17

**formal** 50:16 59:7

**Formally** 9:5

**forward** 45:13 46:10 57:13

**found** 27:11 50:25 52:9,24 53:20 66:14

**four-foot** 69:11

**freight** 42:21 46:6,7

**friction** 70:20

**front** 45:4 53:9

**frustration** 82:13 84:24 85:9

**fulfill** 83:19

**fulfilled** 84:16

**full** 7:13

**function** 12:16 14:14 80:17 81:5 92:25 97:7

**functional** 89:20

**functionality** 95:2

**functioning** 82:14 84:25

**functions** 9:24 14:16 18:14

**furniture** 81:24

**future** 95:3

---

**G**

**G-O-S-S-I-N-G-E-R**

65:22

**gather** 61:10

**gave** 33:6

**gears** 48:2

**general** 9:3 19:19 20:17 30:11

**generally** 31:20 40:20 62:6,16 92:13

**give** 8:11 15:8 19:19, 21 20:17 39:22 78:24 79:18 89:24

**glass** 73:6,17

**goal** 82:22

**goals** 34:17 82:15, 16,17,25

**good** 5:5 6:14 7:12 48:21 90:19 98:11 99:8

**GOODMAN** 5:25

**goods** 83:24

**Gossinger** 65:22 74:18

**governed** 58:13

**Great** 25:19,22 29:14,21 31:16 36:7 40:25 41:12 45:24 58:6

**grinder** 8:9,22 51:20

**grinding** 8:23

**group** 9:4 11:2 22:16 25:25 51:12

**grow** 18:4

**guess** 71:6 79:18,20 87:3

**guys** 21:3 83:23 84:11

---

**H**

**half** 73:3

**hand** 6:21

**handle** 77:2

**handwritten** 29:3

**hang** 28:7,10 30:22

**happen** 73:24

**happened** 26:10 34:10

**hard** 86:18

**hardware** 64:24 65:3 69:17

**hear** 22:23 36:24 75:3

**heard** 7:12 75:16 82:12

**hearsay** 75:7

**heat** 49:11 88:21

**heavy** 71:20

**heavy-duty** 72:7

**held** 6:9

**helpful** 12:12 42:4 46:15

**hex** 10:20

**hey** 48:9 62:9 94:13

**high** 34:22 70:11,14

**hire** 26:14

**history** 31:23 50:23

**hold** 23:19 27:9 34:24 42:19 44:20 94:13

**holder** 11:18 43:4

**holders** 40:5 42:17 44:4 45:16,20

**holding** 15:5

**Holdings** 6:5

**hooked** 95:24 97:19

**hope** 34:13 97:17

**hoping** 84:12

**horizontal** 11:19 26:23,25

**Horowitz** 90:2

**hoses** 46:22

**hour** 73:3

**hourly** 56:16 57:5

**hours** 23:16 55:25

**housekeeping** 53:24

**hundred** 41:24 51:8 65:24 66:5 76:2 92:9

**HY** 28:20

**Hy-tech** 7:24 8:2,4 9:2,5,6,16,21 10:2 12:17 14:22 15:12,15 16:10,12,20 17:4 18:22 19:13,16 20:11,12,25 22:2 24:24 29:14 32:2 33:14 34:2,3,10,23 35:12 38:3 40:9 41:8, 10 42:22 49:2 53:3 54:2,18 58:8 61:18 62:5,15,17,20 63:5, 13,22 64:7,11 66:13, 24 67:13,14,16 68:12 69:3 73:7 74:11,19 75:18,23 76:19,21,24 77:7,11,13,21 78:6, 12,16 79:14 80:8 81:3 82:5 83:2,3,11 84:8 85:20 88:25 89:13 90:7 92:6 93:24

**Hy-tech's** 20:8 47:14 83:16 84:19

**HY0002** 28:24 31:5,6

**HY001** 31:10 32:22

**HY002** 30:8,13

**HY0039** 29:14 30:17, 22 31:8

**HY0040** 29:20

**HY0114** 43:15

**HY0119** 43:11,25

**HY0121** 44:3

**HY0136** 46:13

**HY11-** 41:14

**HY114** 42:5 44:16 45:4 46:5,12 47:6

**HY115** 41:15

**HY116** 41:11,12

**HY117** 40:22

**HY121** 44:10,24,25 45:12

**HY126** 45:23

**HY136** 46:15

**HY137** 46:9

**I**

**idea** 63:2 73:8,20 79:13 86:6,8

**identical** 84:21

**identified** 6:16 39:12 40:12 54:5

**identify** 39:15

**idle** 37:24

**immediately** 22:5 79:18

**impact** 8:15,21 14:8, 9 51:20 95:2

**impacting** 70:25 71:4

**impacts** 70:21

**implemented** 52:4 53:2

**importance** 14:3

**important** 14:5

**in-house** 66:16

**inaccurate** 51:13

**inches** 69:24,25

**include** 16:15

**included** 58:20,23 81:23

**inconsistencies** 52:9

**incorporated** 5:8 7:24 78:15 80:7 88:6

**incorporating** 20:7

**incorrect** 49:24

**incurred** 73:23

**indicators** 78:7

**individual** 12:23 16:15 49:6

**Industries** 90:5

**industry** 62:7,17,21 83:24 85:16

**information** 61:10 63:18,21 64:2 82:7

**informed** 68:4,10,12

**Ingersoll** 87:2,9,11, 15,17,19 89:2,8

**inherited** 52:16 54:17 56:10 83:14,18 84:6

**initially** 93:25 97:20

**inserts** 43:2

**inside** 11:13

**inspect** 13:4

**inspected** 74:2

**inspection** 12:18,20, 22,25 13:13,16

**inspector** 13:7,22 51:12

**installation** 43:12 44:2

**installed** 32:22 47:22 74:3 95:24 97:19

**instance** 59:18 89:2

**integrate** 17:24

**integrated** 16:9

**integrating** 16:11,12

**integration** 15:19 16:7 17:3

**intend** 76:6

**intended** 75:18,23

**intention** 76:13

**interact** 64:25 75:13 84:12

**interacted** 61:25

**interface** 65:3

**interject** 15:21

**internal** 22:10 97:8

98:9

**internally** 65:17 97:5

**interrogatory** 48:12

**interrupted** 45:11

**introduce** 6:12

**introductory** 39:19

**inventoried** 81:13

**inventory** 15:15 16:25 20:15 21:3,16 64:3 77:5,16,20 78:15,18,21 79:8 80:4,5,7,15 82:4,9 89:11

**invoice** 27:25 28:4,6, 9 29:21 41:12 43:25 44:5,8,9,17,24 45:3, 24 46:4,16 68:16,23 91:16

**invoices** 29:9 30:3, 13 43:9,22 45:22

**invoicing** 41:13

**involved** 59:12 61:7 63:16 67:18,19,20 70:20 76:16 77:14 82:2 92:6

**involvement** 34:7

**issue** 23:7,14 32:19 48:15,18 92:11

**issues** 23:10

**item** 27:17 31:6 46:6 47:9

**items** 27:13,15 30:14,15 31:7 44:5 45:8,9 46:11

**J**

**job** 34:23 67:13

**jobs** 35:9

**Judge** 69:8

**judging** 81:9,12

**juncture** 84:13

**June** 9:9

## K

**Keating** 6:15

**keeping** 76:13

**kind** 14:21 19:22 30:11 40:20 64:18 66:3 69:13 80:13 96:3

**Klekamp** 6:15

**knew** 19:5 63:10 75:11 76:15 93:20

**knowing** 93:2

**knowledge** 24:23 28:3 82:3,20 97:25 98:9

## L

**L&I** 25:24 26:14 30:10 64:6 65:13,18 66:3,9,17

**Label** 6:3

**Lakes** 25:19,22 29:15,21 31:16 41:2, 12 45:24

**Lanken** 5:6

**large** 79:8

**latest** 55:23

**lath** 10:23

**lathe** 11:11,23 13:12 18:10,13 37:14 38:15

**lathes** 10:6 16:21

**lawyer** 71:6

**lead** 15:24

**leading** 15:23

**lease** 76:21

**leave** 76:18

**Leaving** 47:12

**left** 55:23

**left-hand** 29:4

**legal** 5:6 15:6

**length** 10:22 69:9

**letter** 50:22

**level** 11:16 55:15 85:9

**levels** 10:15

**life** 95:3

**lift** 72:6,11

**list** 26:3 27:14 31:7, 20 43:6 45:9 54:16 59:2,5,6

**listed** 28:14 42:17

**listen** 44:21

**listing** 24:18 30:8 54:18 56:8

**lists** 29:24

**location** 17:4 21:11, 12,13,19 68:13 71:24 76:20

**long** 10:19 48:19 69:10

**longer** 35:14,17 36:24 37:5,20 38:8, 19

**looked** 31:13 49:15

**loosen** 8:16

**loosening** 8:21

**losing** 23:16

**lost** 48:23

**lot** 8:14 15:23 17:11, 13,15 35:4 52:3,20, 22 89:16 98:9

**lug** 8:17

## M

**machine** 7:24 9:5,6 10:5,8,23 11:4,11,13, 14,17,19,22 12:24 13:12 17:8,9,11 18:6, 7,9,12,13,15,17,20, 21 19:13,16,21,22,25 20:2 21:22 22:3,4,6, 10,12,13,18,21,25 23:3,7,11,13,14 24:20 25:16,17,18,24

26:5,9,11,14,16,19, 23,24 27:2,4,9,11,13, 15 30:2,10,12 31:25 32:5,20,24 33:12,19, 22,23 34:5,7,9,12,16, 23 35:6,12,20 37:7,9, 10,13,14,20,21,22 38:9,10,12,14,18,20, 21,22,23 39:2 40:2,3, 4,5,7 41:3,5,6,7,13, 19,22 42:2,7,11,15, 16,19,22,23 43:8,19 45:14,16,17,18,19,21 46:24 47:3,15,18,21, 25 51:10,13 52:6,22 63:10,17,22,23 64:22 65:7 66:22 67:3 69:9, 23 70:5 72:8,15 73:13 84:5,7 91:9,13, 16,21,24 92:7,8,18, 24 93:24 94:9,24 95:25 96:4,18 97:6,9, 18,19 98:7,10

**machined** 12:20

**machinery** 16:20

**machines** 16:21,22 18:16 20:7 21:13,15 25:20 26:2 33:16,17 34:3 35:12 37:24 39:3 64:8 66:20 67:4, 6 81:3 92:10 94:21, 22 95:21

**machining** 10:4,24 11:14,15 12:3 27:6 33:15 34:22 37:6 42:14 49:21 55:7,9 64:17

**Macturn** 17:8 18:5,6, 7 19:13,15,21 21:22 24:21 25:18 26:9,19 28:15 31:25 32:7,16 35:11,19 36:20 37:17,22 38:9,23 39:6 40:2,3 47:25 62:15 64:12,15 65:14 66:9 68:14 69:8 70:9 73:22 82:13 84:5,7, 25 91:9,17,21 92:21, 24 93:3

**Macturn-type** 35:6 37:9 39:2 67:3

**Macturns** 59:18

66:3,20,24

**made** 10:3 13:6,8,10, 24 17:9,16 20:24,25 34:11 49:14,18 50:18,24 52:17 53:19 54:24,25 55:2 56:9 63:23 69:13,14 83:23 90:17

**magnitude** 19:20

**main** 22:11 26:22 42:14 46:23 47:21

**maintained** 62:6,16, 21,24,25

**maintenance** 22:16 23:8,14 25:24,25 26:4,15 30:10 32:23 33:16 64:10

**major** 17:10 21:14 29:25 87:4

**make** 8:24 11:2 13:5, 21 14:6,7,10 18:3 20:10,12 23:12,15 34:13,21 35:13,15 37:8 38:19 48:19 49:4,10,15 50:4,15, 17 52:25 54:19 55:5, 25 56:14 59:22 64:20 69:23 84:8 95:8,11

**making** 13:9,17 14:8 21:18 34:19 49:25 51:5,7 56:11,15

**management** 80:12

**manager** 9:4,6,8,9, 15,16 12:15 33:11

**manager's** 17:20

**managers** 14:18

**managing** 80:6

**manner** 34:25 39:19 47:24

**manufacture** 9:18 10:4,10 11:4 43:8 45:15 49:5,13 61:11 94:8

**manufactured** 12:24 15:10 18:8 56:6 61:25 89:12

**manufacturer** 8:4

**85:21 86:3,10

**manufacturer's** 89:21

**manufacturers** 86:25

**manufactures** 87:5

**manufacturing** 9:17,19,24 10:2 15:9, 14,16 21:4 37:7 49:21 50:4 54:17 56:6 67:19 68:6 75:19 76:7 77:2 87:6 88:10,25 89:2,6,7

**manufacturing-type** 94:22

**marked** 24:11 40:21

**marketplace** 12:8, 11 56:20 83:21 87:21

**match** 49:22 55:10, 12

**matched** 56:15

**matches** 43:22

**matching** 17:16

**material** 10:7,16,21 11:21,22,24 12:2,4,5, 19 16:16 27:3,5,6 42:14 43:4 49:11 69:13,14,22 70:5 71:2,3

**materials** 10:12,17, 18 50:8 69:16,18,21 78:14

**matter** 6:4 8:19

**meaning** 70:7

**means** 11:17 49:20

**meant** 15:22 38:6,7 46:14

**Media** 6:3

**meet** 34:17 82:18

**memory** 66:6

**mention** 44:8 56:16

**mentioned** 9:23 11:6 12:13 14:19 18:5 20:13 34:8 38:4 39:5

51:23 64:6

**Mentor** 59:23 68:6 72:24 73:6 75:20,23 76:8,13,18,22 77:25 78:21 79:7,8,15 80:24 81:13,25 90:10 93:16

**met** 75:11 82:21 85:7

**metal** 69:16

**middle** 7:17 30:20,25

**miles** 73:3

**mill** 11:25

**milling** 10:23 11:11 13:12 16:21 18:11, 12,14 37:14,16 38:17,20,22 94:21

**mills** 10:6 43:2

**Miranda** 5:13 98:16

**misspelled** 98:24

**misusing** 71:5

**model** 87:25 88:2

**models** 88:3

**moment** 23:25 30:16 89:24

**Monday** 98:18

**money** 32:4 33:7

**months** 22:7,21 23:2,4 68:9,11 78:25 79:2,5,21,24,25

**morning** 5:5 6:14 7:12 26:17 58:2

**Morris** 25:19,22 29:14,21 31:16 40:25 41:12 45:24

**motor** 8:9

**move** 17:24 22:2 25:3,18 26:5 35:11 37:13,19 38:15 40:11 57:13 72:10,13 73:24 96:2

**moved** 15:14,15 16:18,20,25 17:2 21:2,3,13 68:12,17, 18 73:13 91:20 92:9

95:20

**moves** 42:23

**moving** 16:13 21:15, 16 24:20 73:23 76:10 81:2 91:8,13,16 96:17

**Muething** 5:23 6:14, 15 7:11,13 16:2,5 19:2,5,10,11 23:20, 24 24:3,9 25:3,9,10 32:11,14 33:10 35:23 36:4,8,11,17 40:11, 16,17 47:19 48:17,22 53:8,10,12,13 54:4, 10,11 57:7,10 60:14, 20 62:9 63:20 73:11 74:13,20 75:7,25 79:23 83:6 90:19 91:4,6 93:6 94:5,12, 15 95:4,6,8,13,16 96:9,16,20 98:4,14, 19 99:5

**multi-type** 64:17

**multifaceted** 35:6, 19 38:23 39:2

**multifunction** 17:9 38:8 39:25

**multifunctional** 18:9 37:10 64:16

**multiple** 18:19 37:11 55:6

**multiple-type** 37:15

**multitude** 12:10 14:7 26:10 67:18 97:5

**mute** 19:5

**muted** 15:22

**N**

**naked** 93:23

**named** 18:8

**nature** 8:23 16:16,22 34:19 64:2

**necessarily** 58:15 60:10 82:17 88:6

**needed** 11:4 32:15 34:24 43:9 49:13

66:15 82:9,18

**negotiated** 43:20,23

**Nick** 61:14,18,20

**nonetheless** 84:10

**normal** 50:10 53:2 67:21

**northeastern** 73:18 93:16

**northern** 6:7 73:9

**note** 53:3

**noted** 50:19

**notes** 57:12

**notice** 50:13 65:18

**notwithstanding** 98:23

**November** 5:2 6:10

**number** 6:8 31:16 43:14 50:21 54:21, 22,25 55:14,16 68:11

**numbers** 16:15 28:18,19 78:9,11,12, 13

**numerically** 11:10

**nuts** 8:16,17

**O**

**Ober** 67:8 68:4 75:3 79:11

**object** 15:22,25 20:20

**objected** 19:3 48:11

**objecting** 16:3

**objection** 18:25 21:24 32:10,18 47:16 54:8 56:22 60:14,20 63:20 73:11 74:13,20 75:7,25 79:23 83:6 94:5,12,16 95:4,16 96:9,16 98:4

**objections** 25:7 40:15 54:9 95:9

**obsolescence** 80:14

**obvious** 93:25

**occasion** 56:19

**occurred** 15:3 60:4 74:12 77:25 91:12

**occurring** 70:21

**October** 21:9

**offer** 63:19,22 64:2

**offering** 83:3

**office** 19:8 69:3

**official** 60:5

**offline** 33:12

**Ohio** 6:7,18 21:2 59:23 68:6 72:24 73:6,18 76:8 93:16

**Okuma** 18:8 59:18 62:6,15,21 64:12,15 65:14 66:3,9,20,24 67:4,5 68:14,17 69:2, 8 70:9 73:22 84:25

**Okuma-type** 64:8

**older** 85:19

**open** 53:5 72:20 76:14,18

**operate** 42:16 64:22 65:7 92:24

**operated** 11:12 92:14

**operates** 8:10

**operating** 13:11 22:4 27:8 41:23 65:9 85:8 95:25

**operation** 9:16 12:23 13:2,4,14,15,19,20 15:13 16:10 32:25 37:16 38:17

**operations** 9:5,8,9, 15 12:15,21 13:3 14:18,21 17:20 18:22 33:11 37:11,17 38:11,14 76:7

**operator** 13:11

**opportunity** 15:25 98:20,22,25

**order** 11:2 42:2 49:10 50:12 52:18 53:3 55:14 56:4,7

**orders** 83:17,18

**ordinary** 24:24 40:9 54:2 82:5,10,22 88:13

**orientated** 11:20

**original** 43:14 85:20 86:3 87:6 89:20

**originally** 43:15

**owned** 76:11

**owner** 75:12 86:21

**P**

**P&f** 90:5

**p.m.** 5:3 57:18 90:21, 24 99:12,14

**pack** 78:5 79:11

**packaging** 78:8

**pages** 30:2,5 40:19

**paid** 29:14 30:15 41:25

**painting** 49:12 88:22

**part** 10:23,24 11:3,5 12:9,22 13:3,8,16,21, 23 14:10 16:15 22:24 34:12 37:21 38:13, 15,19,24 43:8 49:4,6, 10,13,22 50:9,24 51:7,9,17,19 52:7,10, 17 54:21,22,23 55:5, 6,9,12,16,19 56:5,7 57:3 64:21 69:23 74:6 78:9,11,12,13 86:21 87:10,17,18

**part's** 51:18

**part-time** 61:22

**parties** 5:16 6:13 58:13

**parts** 8:5 9:18 10:3,9 11:14,16 12:10,20,23 13:9,13 14:4,7,9 15:10,16 17:16 19:17 21:5,8,19 23:8,12,15

24:19 25:21 26:4,7,8,
12,13,22 27:9,10
30:8,9 31:7,23 32:4,
21,22 34:13,19,21
35:3,10,11 37:6,8,10,
11 38:2 43:4 45:9
47:23 49:16,20,25
51:5,12,14,15 52:2,
12,16,21 54:16,18
56:11,15 61:11 62:2
73:9 77:3,25 78:4,5,
10 79:7 80:10 81:13
82:19 83:23 84:6,7
85:19,21,24 86:3,11,
14,19 87:6,11,13
88:6,7 89:3,7,12,17

**parts/business**
86:10

**party**  26:5

**past**  20:16 21:9 30:12
33:22 66:6 74:24
81:16 92:2 96:4

**patience**  58:2

**Patrick**  6:4 7:2,15,
19,22 14:2 23:20
24:10 32:12 39:19
40:18 44:20 91:5
93:7 94:13 95:6
98:14,20

**pause**  95:13

**pay**  30:4 41:21,23
48:14

**PDF**  28:19

**pending**  5:21

**Pennsylvania**  7:25
21:12,19 72:25 73:7,
19 91:21 93:17 97:13

**people**  16:24 63:7
65:6,8 77:13

**percent**  41:24 51:9
65:24 66:5 76:3

**percentage**  41:22
85:23

**Perez**  5:13

**Perez's**  98:23

**performance**  21:22
51:22

**performing**  14:13
32:8,17

**person**  14:20 97:25

**personally**  77:12
90:8

**personnel**  16:24

**persons**  68:5

**physical**  77:24

**physically**  77:22

**pick**  35:7 40:18 63:5,
6,12 71:22 72:8,17

**picked**  55:23 71:24

**picking**  69:2

**picture**  15:18

**piece**  12:25 13:4,5,
16,17 64:16,24 65:10
68:14 69:6 70:13,23
71:14,20 72:6,21
73:21 74:2,10,16
75:5 76:11 85:10
89:21 93:15,18,20
94:3,25 96:7 97:4,16,
25

**pieces**  13:9 64:12
65:14 66:10 69:19,20
85:3 94:11

**Pittsburgh**  68:8

**place**  32:7 62:8 67:23

**placing**  72:18

**Plaintiff**  54:4

**plaintiff's**  25:3,5
40:13 54:6

**Plaintiffs**  6:15 7:3

**planning**  67:23

**plans**  48:3,5,8,25

**plant**  9:19 10:2 68:6

**Plastics**  69:17

**plating**  49:12 88:22

**players**  87:4

**playing**  96:7

**pneumatic**  8:22,24
87:2

**Pneumatics**  21:2

**point**  10:13 32:6 33:6
34:8 35:8 67:2 71:23
98:21

**pointed**  31:13

**points**  56:21

**policy**  80:14

**poorly**  32:13

**portfolio**  17:25

**pose**  97:14

**position**  9:2,3 62:5,
15,20 63:3,13

**possibility**  35:2
73:22

**post**  21:23

**post-transaction**
21:22

**potentially**  37:17
95:2

**pounds**  71:17

**power**  9:4

**powered**  93:25 94:4

**practice**  5:10 8:12

**practices**  81:17

**preparation**  81:2

**present**  81:6

**president**  9:3 67:14,
15,22

**pretty**  21:19 43:6
50:10 76:12

**previously**  24:11
39:12 40:12 54:5
95:22

**price**  43:19,20,22,23

**primarily**  9:11

**primary**  16:25

**principally**  88:18

**prior**  14:18 55:22
60:12,18 61:2 63:5
64:3,5 66:25 74:18
82:9 89:12,21,23
90:10

**problem**  35:25
51:10,11,21 52:12
53:20 54:15 58:5
65:10,11 66:9,13,14
92:23

**problems**  14:12,13
17:11,15 21:7,14
22:6,7,8,13 23:4
26:9,10 28:10 33:20,
23 52:21 65:14 92:8
93:25 96:3,4 97:12

**Procedures**  5:20

**proceedings**  99:14

**process**  10:12 16:7,
8 17:6 18:19 36:24
37:12,15 40:3 50:10,
11,14,16,22 51:2,3
52:4 53:3 55:8,9,11,
12 70:8 88:25 89:4
91:8

**processes**  55:6,7
89:9

**produce**  19:16 35:13
37:10 47:22 51:17,19
52:7 55:11 82:19
85:3

**produced**  49:22
52:13,21

**producing**  51:9 52:2

**product**  9:21,22
14:11 17:10,25 34:13
35:13,16 46:21 49:4
51:19,22 57:2 81:3
82:19 85:19 86:21
89:19

**production**  21:16
22:20 23:3 34:17
82:16,18,21

**productive**  19:18
23:16 34:25 35:5,15
38:5,7,25

**productivity**  18:17

**products**  15:11,12
17:25 19:17 21:4,5,
18 34:20 83:3,4 84:4
85:3

**professional**  92:5

**professionals**  48:14

**program**  11:13 38:9,
11 52:5 64:18,21

**programmed**  70:8

**projects**  36:19 56:24

**properly**  14:14 22:9
27:8 64:22 92:25
97:7,20

**prospect**  17:21

**provide**  87:9

**provided**  24:10
49:23

**provider**  64:7

**Punxsutawney**
21:11,12,19

**purchase**  10:16,21
24:19 26:7,13 34:3,
15 39:6 41:6,13,22
45:12,14,19,20,22
47:15 58:14,17,20,23
59:3,19 60:7 63:23
76:9,12 84:11 88:16
90:7

**purchased**  15:11
19:25 20:3 21:3,9
25:21 26:4,8,12
29:25 31:6,8 34:2
40:2,4 41:3 43:12
47:10 48:5 59:3 82:6

**purchasing**  41:8
43:19 47:18

**purpose**  45:12

**put**  10:23 11:18,22
42:19 43:15 52:6
55:14,16 58:3 64:21
69:23 70:5 87:25

**putting**  87:20

**PX**  39:11

**PX-14**  24:11

**PX114**  91:15

**PX15**  39:8,12 40:12,
13 43:10

**PX26**  53:6 54:5,6

## Q

**QC** 13:7,13,22

**quality** 9:19 12:14,
18,19,22 51:11 64:3
81:9,12 82:4

**quantities** 82:18

**quantity** 78:9 82:4,8

**question** 16:3 32:13
44:21 60:22,25 62:10
63:19 76:4 94:18
95:14 96:24

**questions** 15:23
58:3,6 85:13 91:7,8
92:12,15 93:7 95:10

**quicker** 37:11

**quote** 40:25 41:4

## R

**raise** 6:21

**Ramsey** 25:16
91:16,23

**ran** 23:3

**Rand** 87:2,11,15,17,
19 89:2,8

**rate** 56:3,17 57:5
70:11,14

**rates** 56:20

**raw** 10:7,12,16,18,21
11:21,24 12:2,4,5,18,
19 27:3,5 42:14 43:3
69:21,22 70:5 71:9

**read** 58:19 98:20,22
99:5

**reading** 98:18

**ready** 78:5

**real** 21:7 61:20

**realized** 52:3

**reason** 55:4 96:15

**reasons** 97:15 98:7

**rebuilt** 22:12

**recall** 26:21 36:21
68:2 80:23 85:5
91:10

**received** 31:25 49:17
63:23 73:25

**receiving** 9:21 80:10

**recent** 83:17

**recently** 21:9 92:9

**recognize** 24:15

**recollection** 66:4
74:23

**record** 7:14 20:21
23:24 24:5,6,8 28:22
36:4,5,9,12,14,16
39:15 45:7 48:13,20
51:24 52:24 53:4,19,
24 57:10,14,16,17,19
90:20,22,23,25 91:5
95:9,11 99:13

**recorded** 6:3

**recording** 5:17

**records** 31:21 40:8

**RECROSS-
EXAMINATION**
93:11

**rectangular** 10:20

**redirect** 91:2 94:17
95:17

**refer** 12:3 18:9 31:4

**referenced** 68:20

**references** 27:25

**referred** 16:9 30:16
44:9

**referring** 11:9 44:14

**refers** 31:5

**reflected** 29:10
43:10 44:17 46:4,10
47:7 54:13

**refresh** 66:4

**regard** 64:2

**regular** 33:16 69:15

**relate** 29:17

**relates** 19:22 89:6

**relationship** 65:4

**release** 13:8

**relocated** 17:12
21:10,25 81:25

**relocating** 20:14
69:2 81:7

**relocation** 21:8

**remember** 58:21
59:8 61:3,14,15
65:23 66:7 68:11,18
69:25 78:23 79:16,
17,20,25 80:25 81:3
91:18 92:15 94:8

**remote** 5:17

**remotely** 5:12,15 6:9

**removed** 78:22

**repair** 22:18 23:8
32:4,24 33:18 87:15

**repaired** 33:3

**repairs** 22:17 24:20
31:24 32:6,15,21
64:12 66:10 74:17

**repeat** 60:21

**replace** 22:11 23:8
27:15 32:16 40:3
86:19,21 87:19,22

**replaced** 27:13
86:15

**replacement** 25:20,
21 30:9 86:11 87:11
88:7 89:3,7

**Reporter** 5:13 6:20
7:4,7

**Reporting** 5:7

**represent** 6:13,18
91:15

**required** 20:8 34:21
43:5 46:23 49:10
88:14

**requirements** 34:17
49:13

**reserve** 25:7 40:15
54:9

**respect** 14:24 19:14

**response** 74:6

**responsibilities**
9:15,17 14:17

**responsibility** 83:10

**responsible** 9:17,
19,20,23 12:14 76:19
80:9

**rest** 13:13

**restroom** 36:6

**result** 64:25 92:18

**returned** 89:19

**returns** 89:11,14

**reverse** 87:18 88:10

**review** 50:16 98:22

**revised** 88:15

**revision** 50:21
55:15,19,21,22,24

**Richard** 90:2

**Rick** 75:4,10,16

**ride** 73:3

**rigger** 22:2 42:22,23
72:2,5

**riggers** 71:21

**rigging** 24:20 25:16,
17 26:5 30:9 31:24
91:24

**road** 73:5,14 97:13

**roads** 93:16,17

**roadways** 73:18

**role** 9:11,12 12:14
14:18

**rollback** 80:4,5

**room** 5:11,14

**rotate** 11:21

**rotates** 11:20 27:2

**rotating** 11:23,24,25
12:5 70:22

**rotation** 70:13

**round** 10:19 70:6

**round-shaped** 70:6

**rub** 71:7

**Rule** 5:19

**rules** 5:19,20

**run** 13:4 15:19 23:13,
15 26:12 35:2,4
38:19 64:18,20 67:17

**running** 17:12 26:16
27:7,12 32:5 33:8
35:5 37:21 47:22
76:19 84:6

**Russel** 61:14

## S

**Sabath** 75:4,10,16

**sale** 62:17,20 74:18
77:7 90:7

**sales** 18:2 67:20

**sample** 87:16

**Sandvik** 44:3,8
47:10

**sat** 93:24 95:22,23
97:18

**satisfy** 83:4

**save** 19:18

**scope** 19:20 94:6,13,
16 95:17

**scroll** 30:2,5 44:2

**seek** 40:11 54:4

**sell** 12:8,11 25:20
49:5 75:19 87:14

**selling** 87:10

**sells** 25:20

**sense** 82:13

**separate** 18:16
38:20 39:3

**September** 54:25
56:21 68:16,20 73:6,
19

**sequence** 31:15

**service** 9:12 15:2
26:15 32:4 64:7

68:20 86:18

**serviced** 86:15

**services** 6:6 31:7
92:4

**set** 13:2,3 22:3 31:25
38:10,18,19,24 41:23
46:22 72:13 74:2

**sets** 42:24

**setting** 21:15

**severity** 5:9

**shape** 70:3,18 71:12

**shaped** 70:4,7

**shaping** 70:23

**sheet** 46:11 47:7
69:15

**shelves** 77:25

**shift** 48:2

**ship** 78:5

**shipped** 78:14 80:11

**shipping** 9:20 42:21
80:10

**shop** 56:4,5

**short-lived** 75:24

**show** 50:18

**showed** 68:16

**showing** 26:3 31:6
41:4

**shown** 45:3 56:17

**shows** 31:8,22,23
39:25 40:3 56:6

**sic** 49:10

**side** 29:4

**sign** 99:5

**sign-off** 13:23

**signed** 13:19 59:10,
19 60:6

**significantly** 64:24

**similar** 15:10 19:25
20:2 34:16 40:2
84:20

**similarly** 63:25

**simple** 60:25

**simply** 92:19

**sir** 30:23 90:12 92:22
95:14 96:22 98:11
99:8

**sitting** 37:24

**six-foot** 69:12

**sixth** 13:20

**size** 19:20

**sized** 64:24

**slightly** 43:19,20,24

**slow** 28:16

**smooth** 73:6,17

**smoothly** 15:19

**social** 5:10

**software** 64:23 65:3

**sold** 61:8

**sooner** 94:23

**sophisticated** 76:11

**sounds** 65:24

**specific** 8:12 25:15
61:6 65:5 66:12

**specifically** 27:17
84:8

**specification** 10:25
57:4

**specifications** 11:4
13:6,25 14:4 32:17
49:12

**specifics** 93:2 98:6

**speed** 70:12,14

**spend** 32:3 48:11

**spent** 30:9,12 31:24
33:7

**spindle** 11:19,20
22:11 26:18,21,22,25
27:2,4,7,12,14 28:4,9
29:8,10,18,20 31:18

**split** 86:6

**spoke** 51:25

**spreadsheet** 53:6

**square** 10:20

**staff** 79:15

**standards** 62:6,16,
22 81:22

**standpoint** 17:20,24

**stands** 11:10 50:11

**start** 6:3 27:5 28:20
78:20

**started** 22:3,6 40:19
52:2

**starts** 13:15

**state** 5:20 7:13 12:19

**stated** 36:23

**statements** 81:20,23

**States** 6:6 73:10
86:25

**status** 55:24 63:22

**steel** 8:23 10:17
69:15,16,19 70:16,
22,23 71:9,11

**steps** 18:19 51:24
56:6

**stipulate** 5:16

**stock** 10:8 17:2 27:3
52:16

**stood** 50:12

**stop** 13:4 20:21 33:8
44:6 53:22 95:9,10

**stopped** 34:8

**strap** 72:8,12

**strike** 14:24 16:7
20:5 34:2

**structure** 75:22

**Struggling** 19:7

**stubs** 30:13

**subject** 74:17

**successful** 20:18

**successfully** 21:14,
20

**sufficient** 32:7,16

**suggesting** 15:24
97:3

**summary** 39:23
44:17 45:3 46:4,11
47:7

**supervisor** 67:7,11

**supplier** 31:9 41:2
43:17 44:3 47:11
85:21 86:4

**supplies** 44:3

**supply** 44:4

**supporting** 28:4

**surface** 73:5

**sustain** 93:18,21

**swear** 5:14

**swearing** 5:17

**sworn** 7:4

**synopsis** 30:11

**system** 16:14 17:4
49:8 53:5 77:6,11,17,
21

**systems** 16:17 20:16

---

**T**

**tackle** 72:12

**takes** 13:21 37:8

**taking** 18:12 48:14
67:23

**talk** 39:6 46:14 48:2,
3,20 60:18,21,25
77:9 98:8,17

**talked** 7:16 20:5
26:17 59:18 98:21

**talking** 12:4 20:22
29:8 36:18 46:13
59:11 68:25 91:18
92:20

**tall** 69:12

**tank** 46:23

**technical** 97:24

**technology** 19:7

**telling** 63:19 80:18

**tend** 7:17

**term** 11:6,15 71:5
76:22

**terms** 9:7 15:6 58:23
86:7 88:6 91:24

**tested** 90:14,16

**testified** 7:5 30:16
92:17

**testimony** 36:21
68:2 85:5 91:7,10

**thereabouts** 69:24

**thing** 13:15 18:3
20:13 33:8 84:18
86:20 98:2

**things** 8:23 16:13,16,
21,22 17:4 23:9
29:25 32:3 43:2,7
67:18 72:6 79:12
88:20,23

**third-party** 25:25
32:23 64:10

**thought** 33:4 43:16
48:23

**thousand** 71:17

**Thrasher** 6:17

**tighten** 8:16,18

**tightening** 8:21

**Tim** 6:17 19:2 23:20
35:23 48:17 53:8,10
57:25 62:9 93:6
96:17

**time** 14:22 19:18
22:17,25 24:4,7 33:5,
17 35:4 36:13,15
37:8,18,20 48:11
50:5 56:10,24 57:2,
15,18 63:15 67:7
73:13 78:24 81:10
87:19 88:5 90:12,21,
24 94:21,22 99:9,12

**timely** 47:24

**times** 20:16 55:13
62:10 81:2 92:2

**title** 50:20

**today** 7:19 9:13 20:3

**told** 66:2,19 68:19 76:9 79:14

**tolerance** 13:6 27:9 34:22,24 88:18,21

**tolerances** 50:2,7

**tolerancing** 49:10

**tolerant** 11:4

**tons** 71:18

**tool** 6:5 8:5,6,8,12 11:18 12:7,10,11 14:8,13 15:10,11 40:5 43:4 44:3 45:16, 20 52:15 58:8 59:23 60:11,19 61:2,5,11, 18,24,25 62:4,14 63:4,7 64:3 74:19 75:23 76:7,11 77:2,6, 17,20 78:12,19 79:7, 14 80:7,10,15,21 81:6,17 82:4,9,21 83:10,24 84:2 85:7, 17 86:2,15,21,22,25 88:2,14,24 89:8

**Tool's** 81:23 84:20

**tooling** 40:6 42:25

**tools** 8:4,25 10:3,10 15:2,17 42:19 44:4 45:16,20 46:10 75:20 81:19 84:7 87:11,20 88:4,5,7 89:3

**top** 45:9

**total** 46:25 47:2 56:3 69:9

**touches** 71:2

**Township** 7:25

**trailer** 72:20

**train** 48:23

**transaction** 15:3,7 17:22 20:9 21:23 31:17 33:25 34:4 48:6 58:7,13 59:23, 25 60:2,3,4,13,19 61:5,12,23 62:7 63:4, 5,16 64:4,5 66:25 68:9,24 69:2 74:12

77:18 78:2,3 80:21 82:9,21 84:11 89:13, 22,23 90:10 92:14

**transcript** 98:22 99:6

**transfer** 35:10 77:13, 14,24

**transferred** 68:7 77:21,23

**transit** 97:23

**transition** 79:2

**transitioning** 77:10

**transmission** 9:4

**transported** 79:9 93:15

**transporting** 73:21 74:5 94:25

**traveled** 80:23

**treat** 49:11

**treatment** 88:21

**trial** 85:13

**trip** 59:22

**Trisha** 5:6

**truck** 8:18 72:18 79:11

**true** 23:3 27:7,12 96:8

**TSG** 5:7

**tube** 46:22

**turn** 17:18 40:21 93:4

**turning** 12:7,9 18:10, 14 37:16 38:16,21,22 71:10 96:18

**two-thirds** 29:4

**type** 37:13 45:15 49:11 67:2 95:20

**types** 10:5,17 25:20 66:22 69:18

**typical** 33:12 69:20

**typically** 38:2 45:15, 20 50:3,20 72:23

**U**

**U.S.** 87:3

**Uh-huh** 56:18

**ultimately** 12:9 81:2

**unartfully** 44:22

**uncommon** 86:20, 23

**understand** 15:11 18:23 61:4 76:3 86:2 87:24

**understanding** 15:6 48:4

**United** 6:6 73:10 86:25

**update** 50:6

**updated** 50:2 51:5,6 52:4,23 88:2

**upkeep** 64:3

**upload** 23:17

**uploaded** 23:21 39:8 53:5

**utilize** 65:13

**utilized** 93:3

**V**

**Vague** 60:14,20 63:20

**vaguely** 65:23

**validity** 5:16

**variety** 8:16,20,24 10:5,8 16:12,20 22:8, 13 23:8 67:5 69:14, 16 88:20,23

**vendor** 25:16,19

**vendors** 24:19

**verbal** 43:16

**version** 87:25 88:2

**versus** 6:5

**vertical** 11:20 26:23

**vice** 9:3

**video** 5:17 6:3

**view** 19:12 80:14

**virtue** 73:23 74:4

**visible** 93:22,23

**Von** 5:6

**W**

**wanted** 17:19 85:2 91:6

**wanting** 97:14

**warehouse** 80:9

**ways** 84:25

**wear** 94:11,22,23

**Wednesday** 5:2 6:10

**week** 22:5 23:5 33:2

**weeks** 23:5,6 33:2 79:21

**weighs** 71:14

**weight** 72:7,15,21

**well-over** 92:9

**whatsoever** 74:3

**wide** 67:5 69:11

**William** 6:4 7:2,15

**willingness** 58:3

**winding** 57:11

**withdraw** 32:11 78:19

**withstand** 72:7,21

**word** 84:24

**words** 15:5 64:11 71:18

**work** 7:24 26:2,5 33:4 38:4 45:17,21 65:22 66:3,17 70:13 95:23 96:15 97:6 98:9

**worked** 93:25 97:16, 20

**working** 22:9 65:18

80:13 86:9 92:19 95:22 96:7 97:4 98:3

**works** 8:12 23:18

**wrench** 8:8,15,21 14:8,9 51:20

**written** 29:15 30:4,25 31:9

**wrong** 51:14,15,18 52:12,13,19

**Y**

**year** 21:11 92:10

**years** 9:7 21:6 50:24 55:22 59:7 85:18 86:18 88:4 92:6 95:19,21

**yesterday** 23:18