## ATSCO D.C.O.'S SINCE ACQUISITION

| C=COMPLETE | | | | P=PENDING | | | | | | S=SHOP CHANGE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PART/DWG # | PART NAME | DATE | DESCRIPTION OF CHANGE | # OF CHANGES SINCE 9/1/14 | D.C.O NUMBER | STATUS | HOURS TO MAKE CHANGE | Eng Hourly Rate | Total Eng Cost | SHOP ORDER # | SEQ. # | MACHINE # | OPERATION | SETUP TIME | Production Hourly Rate | Total Production Cost |
| 1-RP3KD3 | ANNULUS HEAD | 9/25/2014 | CORRECTED CASTELLATION | 4 | 1-RP3KD3-H | S | 1.5 | 200.00 | 300.00 | I07266-1, I00650-1 | 3 | 336 | Hone | 1 | $90.00 | $90.00 |
| 1-RP3KD3-P | ANNULUS HEAD | 9/29/2014 | 1.998/1.992 WAS 2.006/2.000, 15° WAS 10°, 2.235/2.230 WAS 2.240 | 3 | 1-RP3KD3-P-D | S | 3.0 | 200.00 | 600.00 | I07146-1-0 | 2.00 | 122 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 1-RP6KD5 | ANNULUS HEAD | 1/21/2015 | RELOCATED DIMENSION PER HY-TECH | 2 | 1-RP6KD5-F | S | 1.5 | 200.00 | 300.00 | I07330-1-0 | 2.00 | 122 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 1-RP6KD5-P | ANNULUS HEAD | 3/26/2015 | CORRECTED ORIENTATION OF BUSHING | 1 | 1-RP6KD5-B | S | 1.5 | 200.00 | 300.00 | I07267-1-0 | 1.00 | 160 | Hard Turn | 1.00 | $90.00 | $90.00 |
| 2-C20 | PISTON | 9/15/2015 | TURN Ø1.136/1.133 WAS TURN Ø1.150/1.145 | 1 | 2-C20-C | C | 1.5 | 200.00 | 300.00 | I08203-1-0 | 2.00 | 345 | GRIND CENTERLESS | 2.00 | $90.00 | $180.00 |
| 2-C25 | PISTON | 9/16/2015 | TURN Ø1.136/1.133 WAS TURN Ø1.150/1.145 ADDED DOUBLE DRAW | 1 | 2-C25-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 2-CPR5X | PISTON | 9/16/2015 | COMBINED MACHINE AND GRIND PRINTS | 1 | 2-CPR5X-E | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 2-RB204 | PISTON | 8/12/2015 | REMOVED SHOT PEEN | 2 | 2-RB204-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 2-RB206 | PISTON | 8/11/2015 | REMOVED SHOT PEEN | 2 | 2-RB206-D | C | 1.5 | 200.00 | 300.00 | I08136-1-0 | 2.00 | 345 | GRIND CENTERLESS | 1.00 | $90.00 | $90.00 |
| 2-RB208 | PISTON | 8/12/2015 | REMOVED SHOT PEEN | 2 | 2-RB208-E | C | 1.5 | 200.00 | 300.00 | I08046-1-0 | 3.00 | 345 | GRIND CENTERLESS | 1.00 | $90.00 | $90.00 |
| 2-RB211 | PISTON | 8/12/2015 | REMOVED SHOT PEEN | 2 | 2-RB211-G | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 2-RB214 | PISTON | 8/12/2015 | REMOVED SHOT PEEN | 2 | 2-RB214-C | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 2-RBAX | PISTON | 3/4/2015 | REMOVED STAMPING NOTE | 2 | 2-RBAX-E | P | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 8-4181 | LOCK KEY | 12/1/2014 | ADDED BLACK OXIDE NOTE | 1 | 8-4181-E | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 9RB-4BOX | VALVE CHEST | 7/27/2015 | 1.695 WAS 1.656 | 1 | 9RB-4BOX-D | C | 1.5 | 200.00 | 300.00 | I07391-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 9RB-4LID | VALVE BOX | 2/16/2016 | REDRAWN IN CAD, 1.687 WAS 1.671 | 2 | 9RB-4LID-C | P | 1.5 | 200.00 | 300.00 | I08233-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 12-171615 | RETAINER | 2/17/2015 | 1.500 WAS 2.007 | 1 | 12-171615-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 25-3312 | THROTTLE VALVE | 3/11/2015 | ADDED NOTE: R0.040 MAX. TYP. CORNERS | 1 | 25-3312-A | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 25-3J | THROTTLE VALVE ASSY | 4/5/2016 | REMOVED H.T. | 1 | 25-3J | P | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 26-1788 | SPRING, GROUND ENDS | 5/11/2015 | CHANGED TOLERANCE, MATERIAL: ASTM A228 MUSIC WIRE | 1 | 26-1788 | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0312-0930 | PIN | 1/15/2016 | 0.913 ± 0.005 WAS 0.930 | 2 | 28-0312-0930-C | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0312-1125 | PIN | 1/18/2016 | 1.113 ± 0.005 WAS 1.125/1.115 | 2 | 28-0312-1125-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0312-1625 | PIN | 4/17/2015 | CHANGED ANGLE OF CHAMFER | 3 | 28-0312-1625-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0375-1500-S7 | PIN | 1/22/2016 | 1.513 ± 0.005 WAS 1.495 | 2 | 28-0375-1500-S7-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0437-1750-S7 | PIN | 4/16/2015 | CHANGED CHAMFER TO 30° FROM 15° | 3 | 28-0437-1750-S7-C | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-0437-2000-S7 | PIN | 2/25/2015 | ADDED MACHINE TOLERANCE | 3 | 28-0437-2000-S7-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 28-P90 | PUSH PIN | 3/19/2015 | MODIFIED DIM FOR CLARITY | 1 | 28-P90-B | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 30-RB08 | CAP | 12/1/2014 | ADDED BLACK OXIDE NOTE | 1 | 30-RB08-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 31-18 | LEVER | 3/26/2015 | REDRAWN IN CAD TO MATCH ATSCO SAMPLE FROM INVENTORY | 1 | 31-18-A | C | 12.0 | 200.00 | 2,400.00 | | | | | 0 | $90.00 | $0.00 |
| 31-RB08 | LEVER | 3/18/2015 | 1/8 WAS 7/32, R1/2 WAS R3/8, 0.404 WAS 0.520, 63/64 WAS 1 1/8, R1" WAS R7/8 | 1 | 31-RB08-D | C | 6.0 | 200.00 | 1,200.00 | | | | | 0 | $90.00 | $0.00 |
| 31-RP | TRIGGER | 9/26/2014 | ADDED RADIUS CALLOUT | 2 | 31-RP-G | C | 1.5 | 200.00 | 300.00 | I07715-1, I00615-1 | | | | 0 | $90.00 | $0.00 |
| 36-341 | EXHAUST DEFLECTOR | 8/4/2015 | REDRAWN IN CAD, REMOVED 3/64 TWIST, ADDED BLACK OXIDE / OIL DIP NOTE | 1 | 36-341-A | C | 6.0 | 200.00 | 1,200.00 | 21414-1, I07975-1 | 1 | 106 | TURN 1 | 1 | $90.00 | $90.00 |
| 36-G25S | MUFFLER DEFLECTOR | 9/10/2015 | BLACK OXIDE / OIL DIP WAS NICKEL PLATE | 1 | 36-G25S-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 36-G500 | EXHAUST DEFLECTOR | 3/2/2015 | ADDED BLACK OXIDE / OIL DIP NOTE | 1 | 36-G500-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 40-A90 | PISTON RETAINER | 12/12/2014 | ADDED Ø1.093 | 1 | 40-A90-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 40-RB208 | PISTON RETAINER | 8/26/2015 | REMOVED R0.02, ADDED NOTE | 2 | 40-RB208-F | P | 1.5 | 200.00 | 300.00 | I08143-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 40-RB208SPC | PISTON RETAINER | 11/7/2016 | ADDED NO BREAK EDGE NOTE | 1 | 40-RB208SPC-B | P | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 45B-4 | SCREEN RETAINER | 12/1/2014 | ADDED BLACK OXIDE NOTE | 1 | 45B-4-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |

| Part | Description | Date | Change | Qty | Drawing | Type | Hrs | Rate | Ext | Op | Hrs2 | Qty2 | Operation | Hrs3 | Rate2 | Ext2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46-CPC | LOCK RING | 4/1/2015 | ADDED SPLINE DATA, 2.400/2.397 WAS 2.415/2.420 | 1 | 46-CPC-A | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 46-RBA | LOCK RING | 3/30/2015 | ADDED VIEW WITH CHECK GAGE | 2 | 46-RBA-D | P | 6.0 | 200.00 | 1,200.00 | I07216-1-0 | 2.00 | 128 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 47-4999 | LOCK RING | 1/20/2015 | ADDED MISSING DIMENSIONS AND CORRECTED MATERIAL CALLOUT | 1 | 47-4999-A | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 52-4181 | VALVE CASE LID | 6/19/2015 | 86L20 WAS 8620, CARB. .010-.015 DP. WAS .020-.025 DP., ADDED NOTE | 1 | 52-4181-B | C | 1.5 | 200.00 | 300.00 | I08420-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 52-C20 | VALVE CHEST CAP | 11/18/2015 | 8620 WAS FATIGUE PROOF STEEL, H & D 56-58 Rc, CARB. .015-.018 WAS Rc 28-32 | 1 | 52-C20-C | C | 1.5 | 200.00 | 300.00 | I08157-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 52-CPR | VALVE BOX LID | 3/4/2015 | RADIUS CHANGED FROM 1/8 TO 0.156 | 3 | 52-CPR-E | C | 3.0 | 200.00 | 600.00 | I07976-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 52-RB08 | VALVE BOX CAP | 6/22/2015 | CHANGED MATERIAL AND H.T. | 2 | 52-RB08-F | C | 12.0 | 200.00 | 2,400.00 | I07655-1-0 | 1.00 | 143 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 52-RBA | VALVE BOX LID | 6/19/2015 | 86L20 WAS 8620, CARB. .010-.015 DP. WAS .020-.025 DP., ADDED NOTE | 1 | 52-RBA-D | C | 1.5 | 200.00 | 300.00 | I07839-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 53-4181 | VALVE BOX | 6/22/2015 | 86L20 WAS 8620, CARB. .010-.015 DP. WAS .020-.025 DP., ADDED NOTE | 1 | 53-4181-F | C | 1.5 | 200.00 | 300.00 | I07838-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 53-C20 | VALVE BLOCK | 3/24/2016 | 7° TYP. WAS 5°, ADDED NOTE | 1 | 53-C20-F | P | 3.0 | 200.00 | 600.00 | I08207-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 53-CPR | VALVE BOX | 6/19/2015 | 86L20 WAS 8620, CARB. .010-.015 DP. WAS .020-.025 DP., ADDED NOTE | 1 | 53-CPR-F | C | 1.5 | 200.00 | 300.00 | I07978-1-0 | 1.00 | 143 | TURN 1 | 5.00 | $90.00 | $450.00 |
| 53-RB08 | VALVE BOX | 6/22/2015 | 86L20 WAS 8620, CARB. .010-.015 DP. WAS .020-.025 DP., ADDED NOTE | 1 | 53-RB08-F | C | 1.5 | 200.00 | 300.00 | I07825-1-0 | 1.00 | 143 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 53-RBA | VALVE BOX | 6/19/2015 | ADDED NOTE, CHANGED H.T. | 2 | 53-RBA-D | C | 3.0 | 200.00 | 600.00 | I07824-1-0 | 1.00 | 143 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 54-73 | MAIN VALVE | 3/2/2016 | REDRAWN IN CAD, 4140 HT WAS 4615, ADDED BLACK OXIDE / OIL DIP | 1 | 54-73 | P | 9.0 | 200.00 | 1,800.00 | I08516-1-0 | 2.00 | 271 | MILL 1 | 4.00 | $90.00 | $360.00 |
| 54-4181 | VALVE | 4/26/2016 | Ø1.180/1.178 WAS Ø1.185/1.183 | 1 | 54-4181 | P | 1.5 | 200.00 | 300.00 | I08418-1-0 | 1.00 | 154 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 54-CPR | VALVE | 11/13/2015 | TURN Ø1.511/1.508 / GRIND Ø1.4987/1.4984 WAS TURN Ø1.514/1.511 / GRIND Ø1.4992/1.4988 | 1 | 54-CPR-D | C | 3.0 | 200.00 | 600.00 | I07977-1-0 | 1.00 | 143 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 54-83X | VALVE | 8/7/2015 | 1.180/1.178 WAS 1.183/1.181 | 1 | 54-83X-H | S | 1.5 | 200.00 | 300.00 | I08050-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 56-9A | VALVE BOX PIN | 9/22/2016 | REDRAWN IN CAD, HARDENED DOWEL WAS 0.180 DIA. GROUND (#01) DRILL ROD | 1 | 56-9A-A | P | 3.0 | 200.00 | 600.00 | I07731-1-0 | 2.00 | 159 | TURN 1 | 1.00 | $90.00 | $90.00 |
| 69-650 | THROTTLE BODY | 10/28/2015 | REDRAWN IN CAD | 1 | 69-650-D | C | 18.0 | 200.00 | 3,600.00 | I08658-1-0 | 2.00 | 122 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 69-RB08 | RB08 HANDLE | 3/21/2016 | CHANGED TEETH DIMENSIONS | 1 | 69-RB08-E | P | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 82-401 | LEVER | 1/7/2016 | REMOVED H.T. | 1 | 82-401-J | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 82A-P88A | LOCK FLAT PATTERN | 9/23/2014 | SHORTENED BLANK OVERALL LENGTH | 3 | 82A-P88A-E | C | 1.5 | 200.00 | 300.00 | I08172-1, I00346-1 | 2.00 | 525 | Layout/Stamp | 0.5 | $90.00 | $45.00 |
| 85-2500S | HANDLE GRIP | 2/6/2015 | ADDED 5/8 X 1-1/2 LONG SHOT, ADDED NOTE | 1 | 85-2500S-C | C | 3.0 | 200.00 | 600.00 | I08172-1-0 | 2.00 | 225 | MILL 1 | 0.50 | $90.00 | $45.00 |
| 87-43R | BACKHEAD | 6/23/2016 | 0.655 WAS 0.635, 0.157 WAS 3/16 | 1 | 87-43R | P | 6.0 | 200.00 | 1,200.00 | I08519-1-0 | 2.00 | 204 | MILL 1 | 3.00 | $90.00 | $270.00 |
| 87-GV16P | GOVERNOR HOUSING SPACER | 9/29/2015 | REMOVED Ø2-3/64 X 45° CHAMFER, ADDED R.125 SLOT AND ASSOCIATED DIMENSIONS | 1 | 87-GV16P-A | C | 24.0 | 200.00 | 4,800.00 | | | | | 0 | $90.00 | $0.00 |
| 87-RP | BACKHEAD | 2/26/2015 | DRAWING ERROR: MATERIAL CHANGED FROM PLAIN CARBON STEEL TO 2024 ALUM. | 1 | 87-RP-C | C | 1.5 | 200.00 | 300.00 | I08257-1-0 | 1.00 | 144 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 90-15S-MPT | CYLINDER | 5/20/2015 | ADDED TURN Ø1.917/1.915, ADDED TURN Ø1.444/1.442, ADDED TURN 2.387/2.385 | 1 | 90-155-MPT-D | C | 1.5 | 200.00 | 300.00 | I07792-1 | 3.00 | 460 | Deburr | 0.50 | $90.00 | $45.00 |
| 90-77H | LINER | 11/30/2015 | 0.220 DEEP WAS 0.156 DEEP | 1 | 90-77H-F | C | 1.5 | 200.00 | 300.00 | I08395-1-0 | 1.00 | 153 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 90-301 BARE | CYLINDER | 5/13/2015 | 0.150 DEEP WAS 0.100 DEEP | 3 | 90-301 BARE-B | C | 1.5 | 200.00 | 300.00 | I07748-1 | 3.00 | 338 | Hone | 0.50 | $90.00 | $45.00 |
| 90-401 | CYLINDER LINER | 4/28/2015 | REMOVED H.T., CHANGED TURN SIZES | 1 | 90-401-F | C | 3.0 | 200.00 | 600.00 | I07887-1 | 2.00 | 271 | MILL 1 | 2.00 | $90.00 | $180.00 |
| 90-601 | CYLINDER | 5/24/2016 | ADDED ALTERNATE MACHINING | 1 | 90-601-D | P | 6.0 | 200.00 | 1,200.00 | I08645-1-0 | 1.00 | 130 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 90-ATP-REV | CYLINDER | 11/18/2014 | REDRAWN IN SOLIDWORKS | 5 | 90-ATP-REV-E | C | 1.5 | 200.00 | 300.00 | I07804-1 | 3 | 460 | Deburr | 0.50 | $90.00 | $45.00 |
| 90A-241 | BARREL | 6/17/2015 | ADDED 1/4 REAM HOLES | 3 | 90A-241-L | P | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 90A-792 | BARREL | 9/20/2016 | Ø0.250 WAS Ø0.313, Ø1.493 WAS Ø1.483/1.481, MODIFIED U'CUT | 1 | 90A-792-G | P | 6.0 | 200.00 | 1,200.00 | | | | | 0 | $90.00 | $0.00 |
| 90A-4181-8 | BARREL | 3/21/2016 | ADDED MACHINE LETTERS | 1 | 90A-4181-8-E | P | 3.0 | 200.00 | 600.00 | I08478-1-0 | 5.00 | 260 | MILL 1 | 3.00 | $90.00 | $270.00 |
| 90A-C20C | BARREL | 3/4/2015 | 1.988/1.986 WAS 1.996/1.993 | 1 | 90A-C20C-B | C | 1.5 | 200.00 | 300.00 | I07547-1 | 1.5 | 235 | DRILL 1 | 1.50 | $90.00 | $135.00 |

| Part | Description | Date | Change | Qty | Part-Rev | Type | Hrs | Rate1 | Cost1 | Ref | Qty2 | Num | Op | Hrs2 | Rate2 | Cost2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90A-C30C | BARREL | 3/5/2015 | 1.988/1.986 WAS 1.996/1.993, 2.370/2.365 WAS 2.375 | 1 | 90A-C30C-B | C | 3.0 | 200.00 | 600.00 | I08448-1 | 1 | 235 | DRILL 1 | 1.50 | $90.00 | $135.00 |
| 90A-IR2 | BARREL | 3/5/2015 | 1.988/1.986 WAS 1.991/1.988, 2.370/2.365 WAS 2.385/2.365 | 1 | 90A-IR2-Q | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 90A-IR3 | BARREL | 3/5/2015 | 1.988/1.986 WAS 1.997, 2.370/2.365 WAS 2.385/2.365 | 1 | 90A-IR3-H | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 90A-K2L | BARREL | 6/27/2016 | ADDED OPTIONAL MACHINING | 1 | 90A-K2L-F | P | 6.0 | 200.00 | 1,200.00 | I08235-1-0 | 4.00 | 211 | DRILL 1 | 5.00 | $90.00 | $450.00 |
| 90A-MPT06 | BARREL | 9/18/2015 | Ø1.178/1.176 BORE WAS Ø1.170 BORE, Ø2.304/2.302 TURN WAS TURN Ø2.300/2.298 | 1 | 90A-MPT06-A | C | 3.0 | 200.00 | 600.00 | I07246-1-0 | 5.00 | 260 | MILL 1 | 3.00 | $90.00 | $270.00 |
| 90A-RB08 | BARREL | 9/18/2015 | Ø1.178/1.176 BORE WAS Ø1.170 BORE, Ø2.304/2.302 TURN WAS TURN Ø2.300/2.298 | 1 | 90A-RB08-I | C | 3.0 | 200.00 | 600.00 | I07680-1-0 | 5.00 | 260 | MILL 1 | 4.00 | $90.00 | $360.00 |
| 90A-RB11 | BARREL | 9/18/2015 | Ø1.178/1.176 BORE WAS Ø1.170 BORE, Ø2.304/2.302 TURN WAS TURN Ø2.300/2.298 | 1 | 90A-RB11-I | C | 3.0 | 200.00 | 600.00 | I07649-1-0 | 5.00 | 260 | MILL 1 | 4.00 | $90.00 | $360.00 |
| 90A-RBA41 | BARREL | 3/5/2015 | 2.373/2.371 WAS 2.384/2.382, 2.399/2.396 WAS 2.409/2.407 | 1 | 90A-RBA41-D | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 90A-RBA61 | BARREL | 3/5/2015 | 2.373/2.371 WAS 2.384/2.382, 2.399/2.396 WAS 2.409/2.407 | 1 | 90A-RBA61-D | C | 3.0 | 200.00 | 600.00 | I07650-1-0 | 1.00 | 235 | DRILL 1 | 1.00 | $90.00 | $90.00 |
| 90A-RBA90 | BARREL | 12/16/2014 | CHANGED MACHINE DIMENSION FROM 1.045 TO 1.048 | 3 | 90A-RBA90-L | C | 3.0 | 200.00 | 600.00 | I07245-1-0 | 5.00 | 260 | MILL 1 | 5.00 | $90.00 | $450.00 |
| 90A-RBA91 | BARREL | 3/5/2015 | 2.373/2.371 WAS 2.384/2.382, 2.399/2.396 WAS 2.409/2.407 | 1 | 90A-RBA91-H | C | 3.0 | 200.00 | 600.00 | I07247-1-0 | 5.00 | 260 | MILL 1 | 3.00 | $90.00 | $270.00 |
| 90A-RP | HANDLE | 5/4/2015 | CORRECTED FLAT DIMENSIONS | 2 | 90A-RP-K | C | 9.0 | 200.00 | 1,800.00 | I08063-1-0 | 2.00 | 260 | MILL 1 | 4.00 | $90.00 | $360.00 |
| 92-RP | DOWEL PIN | 7/7/2015 | Ø5/32 WAS 0.188, 2.823/2.813 WAS 2.825 ± 0.002 | 1 | 92-RP-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 201-608 | SPINDLE | 6/23/2015 | COMBINED MACHINE AND GRIND, REMOVED ELECTROLIZE AND ASSOCIATED DIMENSIONS | 1 | 201-608-E | C | 9.0 | 200.00 | 1,800.00 | I07631-1 | 2.00 | 348 | CYL. GRIND | 2.5 | $90.00 | $225.00 |
| 201-1900 | SPINDLE | 7/13/2015 | REMOVED ELECTROLIZE NOTE, REMOVED 0.6866/0.6862 BEFORE ELECTROLIZE | 1 | 201-1900-E | C | 1.5 | 200.00 | 300.00 | I07612-1 | 1.00 | 348 | CYL. GRIND | 0.50 | $90.00 | $45.00 |
| 201-6600E | SPINDLE | 4/27/2015 | CHANGED DIMS. | 2 | 201-6600E/B91-I | C | 1.5 | 200.00 | 300.00 | I07471-1 | 3.00 | 129 | Hard Turn | 2.00 | $90.00 | $180.00 |
| 201-A712-5/8 | SPINDLE | 10/12/2015 | Ø0.750 +0.000/-0.010 WAS Ø0.875/0.865 ACROSS | 1 | 201-A712-5/8-A | C | 3.0 | 200.00 | 600.00 | | | | | 0.00 | $90.00 | $0.00 |
| 201-ATP | LONG SPINDLE GEAR | 3/11/2015 | CORRECTED GEAR DATA | 2 | 201-ATP-C | C | 3.0 | 200.00 | 600.00 | I08154-1 | 2.00 | 347 | CYL. GRIND | 1.00 | $90.00 | $90.00 |
| 201-G13B | SPINDLE | 11/23/2015 | 4340 HT WAS 4340, REMOVED 46-48 Rc, REMOVED ELECTROLIZE AND DIMENSIONS | 1 | 201-G13B-J | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 201-G25RAD | WORK SPINDLE | 5/6/2015 | COMBINED MACHINE AND GRIND PRINTS TO MAKE ONE DRAWING | 1 | 201-G25RAD-N | C | 3.0 | 200.00 | 600.00 | I07897-1 | 2.00 | 159 | Hard Turn | 1.5 | $90.00 | $135.00 |
| 201-GV16 | LONG SPINDLE | 10/27/2015 | CHANGED H.T. | 1 | 201-GV16 | S | 4.5 | 200.00 | 900.00 | I07963-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 201-RP3008-XX | 2000-3000 EXT. SHAFT | 9/29/2016 | 1.25 WAS 1.20, 1.338 WAS 1.288 | 1 | 201-RP3008-XX | P | 4.5 | 200.00 | 900.00 | | | | | 0 | $90.00 | $0.00 |
| 201-RP3075-XX | 2000-3000 SQ. DR. EXT. | 9/1/2016 | MODIFIED SQUARE | 1 | 201-RP3075-XX-F | P | 4.5 | 200.00 | 900.00 | I08187-1-0 | 3.00 | 225 | MILL 1 | 0.50 | $90.00 | $45.00 |
| 201-RP6000-XX | SQUARE DRIVE EXT. | 8/24/2016 | ADDED Ø0.350 HOLE | 1 | 201-RP6000-XX | P | 4.5 | 200.00 | 900.00 | | | | | 0 | $90.00 | $0.00 |
| 201-RP6001-XX | RP6000 EXT. SHAFT | 11/3/2014 | REMOVED 9" AND ADDED 12" | 2 | 201-RP6001-XX | P | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 202-77H | FRONT END PLATE | 1/27/2016 | 1.2604/1.2598 WAS 1.2661/1.2551 | 1 | 202-77H-E | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 202-RP | END PLATE | 12/12/2014 | ADDED 0.125 DEEP DIMENSION ON SLOT | 3 | 202-RP-I | C | 1.5 | 200.00 | 300.00 | I08278-1, I00272-1 | 1 | 140 | TURN 1 | 1 | $90.00 | $90.00 |
| 203-RP | END PLATE | 10/20/2016 | 1.1002/1.1017 WAS 1.1029/1.1024 | 1 | 203-RP-B | P | 1.5 | 200.00 | 300.00 | I07185-1, I00273-1 | 1 | 144 | Turn 1 | 1 | $90.00 | $90.00 |
| 206-15S-MPT | ROTOR | 3/24/2015 | ADDED THREAD DEPTH TO 5/16-18 THREAD | 1 | 206-15S-MPT-F | C | 1.5 | 200.00 | 300.00 | I07550-1-0 | 1.00 | 348 | CYL. GRIND | 2.00 | $90.00 | $180.00 |
| 206-3312 | ROTOR | 4/29/2015 | 0.345/0.347 WAS 0.315/0.317, 0.072 WAS 0.060 | 1 | 206-3312/B14-E | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 206-G25-3/8 | ROTOR | 5/6/2015 | COMBINED MACHINE AND GRIND PRINTS TO MAKE ONE DRAWING | 1 | 206-G25-3/8-G | C | 9.0 | 200.00 | 1,800.00 | I07898-1-0 | 1.00 | 273 | MILL 1 | 3.00 | $90.00 | $270.00 |
| 206-RP | ROTOR | 12/17/2015 | ADDED H.T.; H & D 46-49 Rc | 1 | 206-RP-H | C | 1.5 | 200.00 | 300.00 | I08002-1-0 | 1.00 | 155 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 207-MET-1 | FRONT END CAP | 1/26/2015 | ADDED MISSING DIMENSION | 3 | 207-MET-1-C | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 207-MET-2 | CAP INSERT | 1/23/2015 | CHANGED DIMS BY CUSTOMER REQUEST | 2 | 207-MET-2-C | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 210-302GL | WHEEL WASHER | 12/19/2014 | REMOVED H.T., 4140 H.T. WAS 4140 | 1 | 210-302GL-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |

| Part # | Description | Date | Change | Qty | Drawing # | Rev | Hrs | Rate | Total | Tool # | Qty | Pcs | Op | Hrs | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213-8313 | COLLET | 12/16/2014 | CHANGED 3 PLACES @120° TO 4 PLACES EQUALLY SPACED AROUND CENTERLINE | 1 | 213-8313-B | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 216-ATP | GEAR CASE | 4/16/2015 | REDRAWN IN CAD, ADDED GEAR DATA | 1 | 216-ATP | S | 12.0 | 200.00 | 2,400.00 | | | | | 0 | $90.00 | $0.00 |
| 216-ATP-1 | RING GEAR | 3/11/2015 | CORRECTED GEAR DATA | 1 | 216-ATP-1-B | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 216-MET-DA | DRIVE ANNULUS | 2/24/2015 | CHANGED MATERIAL FROM 4140 PHT | 2 | 216-MET-DA | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 216-RP05-DA | DRIVE ANNULUS | 12/10/2014 | UPDATED DIMENSION TO MATCH REV. C AND MADE IT A REFERENCE DIM. | 1 | 216-RP05-DA-E | S | 1.5 | 200.00 | 300.00 | I07176-1-0 | 2.00 | 128 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 216-RP1KD2-DA | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 3 | 216-RP1KD2-DA-F | C | 6.0 | 200.00 | 1,200.00 | I07173-1-0 | 2.00 | 128 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 216-RP1KD2-DA-1 | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 3 | 216-RP1KD2-DA-1-H | S | 1.5 | 200.00 | 300.00 | I07300-1-0 | 2.00 | 150 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 216-RP1KD2-DA-1-P | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 3 | 216-RP1KD2-DA-1-P-D | S | 1.5 | 200.00 | 300.00 | I07132-1-0 | 2.00 | 126 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 216-RP1KD2-H S A | ANNULUS, HIGH SPEED | 11/3/2015 | 0.505 ± 0.002 WAS 0.516 ± 0.002 | 1 | 216-RP1KD2-HAS-G | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 216-RP1KD2-DA | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 3 | 216-RP1KD2-DA-F | C | 6.0 | 200.00 | 1,200.00 | | | | | 0 | $90.00 | $0.00 |
| 216-RP2KD4-DA | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 4 | 216-RP2KD4-DA-M | S | 1.5 | 200.00 | 300.00 | I07298-1, I00571-1 | 1 | 128 | Turn 1 | 3 | $90.00 | $270.00 |
| 216-RP2KD4-DA-P | DRIVE ANNULUS | 9/26/2014 | CORRECTED CASTELLATION | 4 | 216-RP2KD4-DA-P-E | S | 1.5 | 200.00 | 300.00 | I07138-1-0 | 2.00 | 128 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 216-RP2KD4-H S A | ANNULUS, HIGH SPEED | 10/13/2014 | CHANGED O-RING GROOVE AND MADE COUNTER-BORE DEEPER | 2 | 216-RP1KD2-HAS-F | P | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 216-RP3KD3-DA | DRIVE ANNULUS | 3/19/2015 | REMOVED INCORRECT DIMS. | 2 | 216-RP3KD3-DA-K | S | 1.5 | 200.00 | 300.00 | I07311-1-0 | 2.00 | 128 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 216-RP3KD3-DA-P | DRIVE ANNULUS | 10/13/2014 | ADD NOTE AND CHANGE TO A GH7 TAP | 3 | 216-RP3KD3-DA-P-D | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 216-RP6KD5-DA | DRIVE ANNULUS | 10/13/2014 | INCREASE SIZE OF O-RING GROOVE | 2 | 216-RP6KD5-DA-L | S | 1.5 | 200.00 | 300.00 | I07297-1 | | | | 0 | $90.00 | $0.00 |
| 216-RP6KD5-DA-P | DRIVE ANNULUS | 10/16/2014 | ADDED MASKING NOTE CHANGE TO GH7 TAP, AND INCREASE DIAMETER OF O-RING GROOVE | 2 | 216-RP6KD5-DA-P-C | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 217-601-1 | GOVERNOR SPINDLE | 12/17/2015 | ADDED H.T. NOTE, WAS NO CASE THREADS CARBURIZE .012-.017 DP H & D 58-60 Rc, MATERIAL 41L40 WAS LEDLOY | 1 | 217-601-1-D | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 217-4999 | GOVERNOR SPINDLE | 6/18/2015 | MATERIAL FATIGUE PROOF WAS LEDLOY, REMOVED H.T. | 1 | 217-4999-B | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 218-4999 | ADJUSTING NUT | 12/22/2014 | 360 BRASS WAS LEDLOY | 1 | 218-4999-B | C | 1.5 | 200.00 | 300.00 | I07462-1-0 | 1.00 | 126 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 222-RP1KD2-DS | BEARING SLEEVE | 10/7/2014 | REMOVED Ø0.3145/0.3140 HONE | 1 | 222-RP1KD2-DS-B | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 222-RP2KD4-DS | BEARING SLEEVE | 10/7/2014 | REMOVED Ø0.3145/0.3140 HONE | 1 | 222-RP2KD4-DS-B | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 222-RP3KD3-DS | BEARING SLEEVE | 9/24/2014 | REMOVED Ø0.4395/0.4390 HONE | 1 | 222-RP3KD3-DS-E | C | 3.0 | 200.00 | 600.00 | I07151-1-0 | 1.00 | 160 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 222-RP6KD5-DS | BEARING SLEEVE | 9/24/2014 | REMOVED Ø0.4395/0.4390 HONE | 1 | 222-RP6KD5-DS-D | C | 3.0 | 200.00 | 600.00 | I07156-1-0 | 1.00 | 160 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 224-302 | GEAR PINION | 7/17/2015 | MATERIAL 4820 WAS S7, H & D 79-81 RA WAS 58-60 Rc, ADDED CARBURIZE .015-.020 DEEP | 1 | 224-302-G | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 224-ATP | PLANETARY GEAR | 3/11/2015 | CORRECTED GEAR DATA | 1 | 224-ATP-C | S | 1.5 | 200.00 | 300.00 | I08190-1 | 2 | 336 | Hone | 0.5 | $90.00 | $45.00 |
| 224-MET-SUN | PINION GEAR | 2/23/2015 | REVISED MACHINE AND HONE DIMENSIONS ON BORE | 1 | 224-MET-SUN-H | S | 1.5 | 200.00 | 300.00 | I07948-1 | 1 | 336 | Hone | 0.5 | $90.00 | $45.00 |
| 224Z-31H | ZERO BEVEL GEAR | 3/3/2016 | 4820 WAS 86L20 | 1 | 224Z-31H | P | 1.5 | 200.00 | 300.00 | I08066-1-0 | 1.00 | 161 | TURN 1 | 3.50 | $90.00 | $315.00 |
| 230-RP | GASKET | 11/7/2014 | ADDED MATERIAL CALLOUT | 1 | 230-RP-C | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 233-604 | BEARING HOUSING | 10/22/2015 | REDRAWN IN CAD ON HY-TECH TITLE BLOCK | 1 | 233-604-G | C | 24.0 | 200.00 | 4,800.00 | | | | | 0 | $90.00 | $0.00 |
| 233-613-3 | EXTENSION HOUSING | 2/19/2015 | 2 PC. WELDMENT WAS 1 PC. | 2 | 233-613-3-D | C | 3.0 | 200.00 | 600.00 | I07645-1, I00131-1 | 1 | 140 | Turn 1 | 1.75 | $90.00 | $157.50 |
| 233-613-7 | EXTENSION HOUSING | 2/19/2015 | 2 PC. WELDMENT WAS 1 PC. | 2 | 233-613-7-D | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 233-613H1 | EXTENSION HOUSING | 2/20/2015 | 3 PC. WELDMENT WAS 1 PC. | 3 | 233-613H1-H | C | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 233-RP3017-XX | NOSE EXT. BODY | 9/29/2016 | 0.420 WAS 0.450 | 1 | 233-RP3017-XX | P | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 244-3306 | GEAR PINION | 7/17/2015 | MATERIAL 4820 WAS S7, H & D 79-81 RA WAS 58-60 Rc, ADDED CARBURIZE .015-.020 DEEP | 1 | 244-3306-D | C | 1.5 | 200.00 | 300.00 | | | | | 0.00 | $90.00 | $0.00 |
| 244Z-31H | PINION SHAFT | 3/3/2016 | 4820 WAS 86L20 | 2 | 244Z-31H-M | P | 3.0 | 200.00 | 600.00 | I08575-1-0 | 4.00 | 347 | CYL. GRIND | 1.50 | $90.00 | $135.00 |
| 245A-601 | GOVERNOR BODY | 10/31/2016 | ADDED BLACK OXIDE, LASER | 1 | 245A-601-B | P | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| 245A-G13B | GOVERNOR BODY | 10/29/2015 | REMOVED H.T. NOTE | 1 | 245A-G13B/B21-AA | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 245A-4999 | GOVERNOR BODY | 10/31/2016 | ADDED BLACK OXIDE, LASER | 1 | 249A-4999-C | P | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |

| Part # | Description | Date | Change | Qty | Rev Part # | Status | Hrs | Rate | Eng Cost | Router | Setup | Op | Operation | Run | Prod Rate | Prod Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 249-4999 | FRAME | 12/2/2015 | 0.245/0.235 WAS 0.170, REMOVED CIRCULAR CUT, 0.38 WIDE SLOT, AND 0.145 SLOT, ADDED BLACK OXIDE / OIL DIP | 1 | 249-4999-B | C | 6.0 | 200.00 | 1,200.00 | | | | | 0 | $90.00 | $0.00 |
| 249-ATP | PLANET CAGE | 4/15/2015 | REDRAWN IN SOLIDWORKS, GEAR DATA ADDED | 2 | 249-ATP-B | C | 1.5 | 200.00 | 300.00 | I08584-1-0 | 3.00 | 273 | MILL 1 | 1.50 | $90.00 | $135.00 |
| 249-ATP-1 | GEAR CASE RING GEAR | 3/11/2015 | CORRECTED GEAR DATA | 2 | 249-ATP-1-C | C | 1.5 | 200.00 | 300.00 | | | | | | $90.00 | $0.00 |
| 249-MET | PLANETARY CAGE | 8/19/2015 | 1.668/1.665 WAS 1.683/1.680 | 1 | 249-MET-D | C | 1.5 | 200.00 | 300.00 | I07691-1-0 | 1.00 | 204 | MILL 1 | 2.00 | $90.00 | $180.00 |
| 249-MET-DS | DRIVE STAGE | 1/23/2015 | CHANGED DIMS BY CUSTOMER REQUEST | 3 | 249-MET-DS-D | C | 3.0 | 200.00 | 600.00 | I07923-1-0 | 2.00 | 347 | CYL. GRIND | 1.50 | $90.00 | $135.00 |
| 249-RP05-DS | GEAR CAGE | 10/10/2014 | CORRECTED DIMENSIONS AND REMOVED REAM AFTER H.T. DIM. | 3 | 249-RP05-DS-G | P | 1.5 | 200.00 | 300.00 | I07425-1-0 | 2.00 | 155 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 249-RP0503 | GEAR CAGE | 4/21/2016 | ADDED TOLERANCE TO 0.2480 | 1 | 249-RP0503-G | S | 1.5 | 200.00 | 300.00 | I07475-1-0 | 1.00 | 153 | TURN 1 | 3.00 | $90.00 | $270.00 |
| 249-RP1KD2-03 | GEAR CAGE | 4/13/2015 | CHANGED TOLERANCE, ADDED CENTERDRILL, REMOVED GRIND | 2 | 249-RP1KD2-03-E | C | 3.0 | 200.00 | 600.00 | I07302-1-0 | 1.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP1KD2-DS | GEAR CAGE | 9/26/2014 | CHANGED MATERIAL CALLOUT | 4 | 249-RP1KD2-DS-E | C | 1.5 | 200.00 | 300.00 | I07331-1-0 | 2.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP1KD2-DS-1 | GEAR CAGE | 1/18/2016 | 1.586 DEEP WAS 1.578/1.588 DEEP | 2 | 249-RP1KD2-DS-1-F | C | 1.5 | 200.00 | 300.00 | I07433-1-0 | 2.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP2KD4-02 | GEAR CAGE | 4/11/2016 | REMOVED Ø0.311 HOLE PATTERN | 2 | 249-RP2KD4-02-E | S | 1.5 | 200.00 | 300.00 | I08578-1-0 | 1.00 | 153 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 249-RP2KD4-03 | GEAR CAGE | 4/29/2015 | ADDED #2 CENTERDRILL | 2 | 249-RP2KD4-03-G | S | 1.5 | 200.00 | 300.00 | I07673-1-0 | 1.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP2KD4-DS | GEAR CAGE | 4/17/2015 | UPDATED MODEL TO SHOW CHAMFER FROM REAMER | 3 | 249-RP2KD4-DS-G | S | 1.5 | 200.00 | 300.00 | I07432-1-0 | 2.00 | 128 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP3KD3-02 | GEAR CAGE | 4/11/2016 | REMOVED Ø0.311 HOLE PATTERN | 2 | 249-RP3KD3-02-H | S | 1.5 | 200.00 | 300.00 | I08338-1-0 | 1.00 | 153 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 249-RP3KD3-03 | GEAR CAGE | 9/17/2015 | ADDED CENTERDRILL NOTE | 2 | 249-RP3KD3-03-G | S | 1.5 | 200.00 | 300.00 | I08077-1-0 | 1.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP3KD3-04 | GEAR CAGE | 4/14/2015 | ADDED MISSING ANGLE AND CORRECTED DIMENSION | 5 | 249-RP3KD3-04-K | C | 1.5 | 200.00 | 300.00 | I07322-1-0 | 1.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP3KD3-DS | GEAR CAGE | 4/16/2015 | ADDED CHAMFER LEFT BY REAMER | 3 | 249-RP3KD3-DS-J | S | 1.5 | 200.00 | 300.00 | I07292-1-0 | 2.00 | 128 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP6KD5-02 | GEAR CAGE | 4/11/2016 | REMOVED Ø0.311 HOLE PATTERN | 2 | 249-RP6KD5-02-D | S | 1.5 | 200.00 | 300.00 | I08625-1-0 | 1.00 | 153 | TURN 1 | 4.00 | $90.00 | $360.00 |
| 249-RP6KD5-03 | GEAR CAGE | 4/25/2016 | 0.3105 WAS 0.3115 | 1 | 249-RP6KD5-03-F | S | 1.5 | 200.00 | 300.00 | I08668-1-0 | 1.00 | 155 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP6KD5-04 | GEAR CAGE | 4/25/2016 | 0.3730 WAS 0.3745/0.3740 | 1 | 249-RP6KD5-04-F | S | 1.5 | 200.00 | 300.00 | I07428-1-0 | 2.00 | 128 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 249-RP6KD5-DS | GEAR CAGE | 9/26/2014 | CORRECTED STACK UP DIM. | 3 | 249-RP6KD5-DS-F | S | 1.5 | 200.00 | 300.00 | I07154-1-0 | 2.00 | 128 | TURN 1 | 2.50 | $90.00 | $225.00 |
| 254-ATP | SPINDLE | 4/16/2015 | REDRAWN IN SOLIDWORKS, ADDED GEAR AND SPLINE DATA | 2 | 254-ATP-C | C | 3.0 | 200.00 | 600.00 | I08583-1-0 | 2.00 | 159 | Turn 2 | 1.50 | $90.00 | $135.00 |
| 701-714 | SPINDLE | 4/24/2015 | ADDED TOLERANCE TO Ø0.621 | 2 | 701-714-F | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 701-717 | END PLATE | 4/29/2015 | REMOVED UNDERCUT AND SLOT | 2 | 701-714-C | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 1009119 | HUB | 9/15/2015 | ADDED CENTERDRILL #1 PERMISSABLE, ADDED 60° INCL., ADDED Ø0.281 CENTER | 1 | 1009119/A527-C | C | 3.0 | 200.00 | 600.00 | I08114-1-0 | 6.00 | 347 | CYL. GRIND | 1.50 | $90.00 | $135.00 |
| 1009598 | PLANET CAGE | 3/21/2016 | ADDED Ø1.000 DIM | 1 | 1009598-E | P | 1.5 | 200.00 | 300.00 | I08463-1-0 | 1.00 | 205 | MILL 1 | 2.00 | $90.00 | $180.00 |
| 1010747 | INTERNAL GEAR | 4/22/2015 | CHANGED DIMENSION ON LIP AND RADIUS | 1 | 1010747-C | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| 1013858 | INTERNAL GEAR | 3/3/2015 | REMOVED Ø0.123/0.125 REAM THRU. Ø3/16 C'BORE 1/64 DP. DIM., REMOVED R5/16 X 3/8 WIDE CUT, FIXED +0.006/-0.000 | 1 | 1013858/A544-D | C | 3.0 | 200.00 | 600.00 | I08126-1, 20436-1 | 1.00 | 106 | TURN 1 | 1.00 | $90.00 | $90.00 |
| 1015641 | INTERNAL GEAR | 3/3/2015 | Ø1.743 +0.006/-0.000 WAS Ø1.743 +0.000/0.006 Ø1.6253/1.6250 WAS Ø1.630/1.625 | 1 | 1015641/A548-F | C | 1.5 | 200.00 | 300.00 | I08125-1, 20435-1 | 1.00 | 106 | TURN 1 | 1.00 | $90.00 | $90.00 |
| 1024419-2 | VALVE INSERT | 1/16/2015 | 0.383/0.382 WAS 0.376/0.375, ADDED MATERIAL; BRASS | 1 | 1024419-2-C | C | 1.5 | 200.00 | 300.00 | I07252-1-0 | 1.00 | 126 | TURN 1 | 2.00 | $90.00 | $180.00 |
| 1032011 | THROTTLE HANDLE | 3/30/2016 | 2.464 WAS 2.484, 0.583 WAS 0.563 | 1 | 1032011-B | S | 3.0 | 200.00 | 600.00 | | | | | 0 | $90.00 | $0.00 |
| P-79 | ROTOR | 3/18/2015 | ADDED O.A.L. AND TOOTH DEPTH DIMS | 1 | P-79/B273-F | C | 1.5 | 200.00 | 300.00 | I07769-1-0 | 6.00 | 347 | CYL. GRIND | 2.00 | $90.00 | $180.00 |
| P-80 | CYLINDER | 9/1/2015 | I.D. TURN Ø1.981/1.979 WAS Ø1.983/1.981, WEB THICKNESS 0.433/0.431 WAS 0.427/0.425 | 2 | P-80-A | C | 1.5 | 200.00 | 300.00 | I08079-1-0 | 2.00 | 306 | INT. GRIND | 2.00 | $90.00 | $180.00 |
| R44H-3 | LINER | 1/6/2015 | CLASS 40 GRAY IRON WAS 8620 OR 86L20, REMOVED H.T. | 1 | R44H-3-B | C | 1.5 | 200.00 | 300.00 | I07393-1 | 8 | 460 | Deburr | 0.5 | $90.00 | $45.00 |
| ST825-2 | HOUSING | 10/28/2015 | CHANGED H.T.; 4140/4142 WAS 4135 | 1 | ST825-2 | C | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |
| ST825-3 | CAP | 10/29/2015 | 12L14 WAS 12L15 | 1 | ST825-3 | S | 1.5 | 200.00 | 300.00 | | | | | 0 | $90.00 | $0.00 |

**Total Eng Cost** 105,000.00

**$22,252.50 Total Production Cost**

| | | |
|---|---|---|
| | **Total Eng/Prod** | **$127,252.50** |