# P&F Industries, Inc.

Purchase of Air Tool Service Company
Closing Date: August 13, 2014

**PURCHASE PRICE**

| | | | |
|---|---|---|---|
| Payment of Creditor | $ | 76,349.89 | |
| Payment of Escrow | | 387,500.00 | |
| Payment of Creditor | | 1,259,445.96 | |
| Payment of Seller | | 5,935,264.15 | |
| Cash Consideration | $ | 7,658,560.00 | 7,659,000 |
| Booked $100k @ 9/30/2014    W/C Adjustment | $ | (100,000.00) | (100,000) |
| | $ | 7,558,560.00  **D** | 7,559,000 |

| ORIGINAL BALANCE SHEET | | ADJUSTMENTS | | | | | | | | | | PURCHASED BALANCE SHEET | FOOTNOTE GROUPINGS | CASH FLOW GROUPINGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | | | |
| Current Assets | | | | | | | | | | | | | | | |
| Accounts Receivable | $ 244,297.67 | (11,849.04) | | | (21,555.00) | (51.72) | | (1,185.72) | | | | | $ 209,656.19 | | |
| Allowance for Doubtful Accounts | (20,000.00) | | | | | | | | | | | | (20,000.00) | 190,000 | |
| Inventory | 709,732.29 | 6,527.56 | | | | | (19,636.98) | | | | | (314,167.08) | 382,455.79 | | |
| Inventory WIP | 216,504.34 | | 51.42 | | | | | | | | | | 216,555.76 | 600,000 | 599,011.55 |
| | - | | | | | | | | | | | | - | | |
| Total Current Assets | 1,150,534.30 | | | | | | | | | | | | 788,667.74 | | |
| | | | | | | | | | | | | | | | |
| Fixed Assets | - | | | | | | | | | | 651,374.00 | | 651,374.00 | | |
| Accumulated Depreciation | - | | | | | | | | | | | | - | | |
| Net Fixed Assets | - | | | | | | | | | | | | 651,374.00 | 651,000 | |
| | | | | | | | | | | | | | | | |
| Trademarks | - | | | | | | | | | | 240,000.00 | | 240,000.00 | 240,000 | Indefinite |
| Customer Relationships | - | | | | | | | | | | 3,260,000.00 | | 3,260,000.00 | 3,260,000 | 12 years |
| Drawings | - | | | | | | | | | | 120,000.00 | | 120,000.00 | 120,000 | |
| Noncompete Agreement | - | | | | | | | | | | 130,000.00 | | 130,000.00 | 130,000 | |
| | - | | | | | | | | | | | | 3,750,000.00 | | |
| | | | | | | | | | | | | | | | |
| TOTAL ASSETS | $ 1,150,534.30 | | | | | | | | | | | | $ 5,190,041.74  **A** | | |
| | | | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | | | |
| Accounts Payable | 164,460.62 | | | (7,442.86) | | | | | | | | | 157,017.76 | | |
| Customer Deposits | 192,753.88 | | | | | | | | (5,008.50) | | | | 187,745.38 | 345,000 | |
| | - | | | | | | | | | | | | - | | |
| TOTAL LIABILITIES | $ 357,214.50 | | | | | | | | | | | | $ 344,763.14  **B** | | |
| | | | | | | | | | | | | | | | |
| TOTAL NET ASSETS | $ 793,320 | | | | | | | | | NET ASSETS ACQUIRED | | $ | 4,845,279  **A - B = C** | | |

**ADJUSTMENTS TO ORIGINAL BALANCE SHEET**

(1) Goods billed but not shipped to Michigan Pneumatic-backed out of sales and AR.
(2) WIP Inventory beginning balance adjusted by Mike S.. Shop values added to UGI system - SLIGHT DIFF DUE TO DECIMAL CALCS AND PHYSICAL ADJ OF 56 CENTS.
(3) Global tech (temp employees) billing/expense incurred prior to close-ATSCO responsibility.
(4) ATSCO received wire transfer payment from TorcUp on 08-15-14 into their Bank account for TorUp inv nos.M098163 ($16,695.00) & M098174 ($4,860.00).
(5) ATSCO received check payment from R.W. Shidley no 2237 and deposited into their Bank account.
(6) Physical inventory adjustment - write down of $19,636.98.
(7) ATSCO invoice to ITT no M098123 ($128.52), M098179($188.06), M098210($869.14) paid to old ATSCO bank acct by ACH-ACH had been changed going forward.
(8) TorcUp ACH payment on 08-07-14 - deduct 30% against prepaid customer deposit account - ($5008.50).
(9) To record working capital receivable.

**GOODWILL**   2,713,281.40  **D - C**   2,713,000

**Working Capital Adjustment:**

| | | |
|---|---|---|
| A/R | $ | 209,656.19 |
| Allowance | | (20,000.00) |
| Inventory | | 696,622.87  OSMI is not considered for WC AJE |
| WIP | | 216,555.76 |
| A/P | | (157,017.76) |
| Customer Deposits | | (187,745.38) |

| | | | |
|---|---|---|---|
| (10) To fair value tangible and intangible assets. | | $ | 758,071.68 |
| (11) To adjust inventory to day 1 fair value | | | |
| | Base Amount | $ | 858,689.00 Per Agreement |
| | Receivable | $ | 100,617.32 |