UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATSCO HOLDINGS CORP., *et al.* | ) | CASE NO. 1:15-CV-1586 |
| | ) | |
| *Plaintiffs*, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AIR TOOL SERVICE COMPANY, *et al*. | ) | |
| | ) | |
| *Defendants*. | ) | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR JUDGMENT**

Plaintiffs respectfully request a two week extension, up to and including April 5, 2021, to respond to Defendants' Motion for Judgment on Partial Findings (Doc. 126).  In support, Plaintiffs state that counsel's schedule has been adversely impacted by a serious family health issue requiring a substantial commitment of time since the filing of the motion.  The requested extension is modest in light of the issues raised in the motion, itself a product of a consented-to page extension, and the overall context of the case.

Plaintiffs sought consent of the Defendants on this relief.  The consent was denied.

Respectfully submitted,

*/s/ Brian P. Muething*
Brian P. Muething (0076315)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel:  (513) 579-3814
Fax:  (513) 579-6457
bmuething@kmklaw.com

*Attorneys  for Plaintiffs,
ATSCO Holdings Corp. and HY-TECH Machine, Inc.*

## CERTIFICATE OF SERVICE

I certify I filed the attached with the Court's filing system that will provide notice to all parties registered for notice.

*/s/ Brian P. Muething*
Brian P. Muething

10685681.1